# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Sean Charles Dunn<br>DOB: XXXXXX<br>*Defendant(s)* | Case: 1:25-mj-00138<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 8/13/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 10, 2025   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

*Code Section*                                    *Offense Description*

18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers and employees of the United States) .

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Daina Henry, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   08/13/2025

*Judge's signature*

City and state:         Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*