UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-cr-252 (CJN)** |
| | : | |
| v. | : | |
| | : | |
| **SEAN CHARLES DUNN,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONVERT PRELIMINARY HEARING TO AN ARRAIGNMENT

The United States Attorney for the District of Columbia, through undersigned counsel, respectfully requests that the preliminary hearing, currently scheduled for September 4, 2025, be converted to an arraignment on a recently-filed criminal information. In support of this motion, the government states the following:

On August 13, 2025, Defendant Sean Charles Dunn (hereinafter "Defendant") was charged in case number 25-mj-138 by a criminal complaint with a felony violation of 18 U.S.C. § 111(a)(1) (assaulting, resisting, or impeding certain officers or employees of the United States). ECF 1. On August 14, 2025, he was arrested on the complaint, appeared before U.S. Magistrate Judge G. Michael Harvey for his initial appearance, and was released with conditions. ECF 5. Also, at that time, the Court set the matter for a preliminary hearing on September 4, 2025. *Id*.

On August 27, 2025, the government filed a criminal information in the instant case, charging the Defendant with a misdemeanor violation of 18 U.S.C. § 111(a)(1). ECF 6. A criminal defendant is not entitled to a preliminary hearing where a criminal information has been filed, and he is charged with a misdemeanor. *See* Fed. R. Crim. P. 5.1(a)(4). The Defendant has not been arraigned on this criminal information in this case. *See generally* Fed. R. Cr. P. 10.

WHEREFORE, the government respectfully requests that the preliminary hearing, scheduled for September 4, 2025, be converted to an arraignment on the criminal information.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:    */s/ Michael C. DiLorenzo*
       Michael C. DiLorenzo (MD Bar # 931214 0189)
       John Parron (PA Bar # 324503 / NY Bar # 5808522)
       Assistant United States Attorneys
       United States Attorney's Office
       601 D Street, N.W.
       Washington, D.C. 20530
       202-252-7650
       202-252-6885
       Michael.Dilorenzo@usdoj.gov
       John.Parron@usdoj.gov