UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-cr-252 (CJN)** |
| | : | |
| **v.** | : | |
| | : | |
| **SEAN CHARLES DUNN,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

After consideration of the Government's Motion to Convert Preliminary Hearing to an Arraignment, any responses thereto, and the entire record in this case, it is this ___ day of _____, 2025, hereby

ORDERED that the Government's Motion to Convert Preliminary Hearing to an Arraignment is GRANTED; and it is further

ORDERED that the preliminary hearing, scheduled for September 4, 2025, be converted to an arraignment on the criminal information.

SO ORDERED.

_____
HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE