**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 25-CR-252 (CJN) |
| SEAN CHARLES DUNN, | |
| *Defendant*. | |

**DEFENDANT SEAN CHARLES DUNN'S NOTICE OF**
**MOTION TO STRIKE SURPLUSAGE**

Defendant Sean Charles Dunn, through counsel, hereby moves this Court, pursuant to Fed. R. Crim. P. 7(d), to strike the terms "resist, oppose, impede, intimidate, and interfere with" from the charging language of the Information, and to preclude the government from presenting argument or evidence that suggests non-assaultive conduct is a basis for conviction.

For the reasons set forth in the accompanying Memorandum of Law, Dunn respectfully requests that his motion be granted.

A proposed Order is attached.

Respectfully submitted,

*/s/*
Sabrina P. Shroff (D.D.C. Bar No. NY0481)
80 Broad Street, 19th Floor
New York, NY 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

        Julia Gatto (*Pro Hac Vice*)
        STEPTOE LLP
        1114 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 506-3900
        Fax: (212) 506-3950
        jgatto@steptoe.com

        Nicholas Silverman (D.D.C. Bar No. 1014377)
        STEPTOE LLP
        1330 Connecticut Avenue, N.W.
        Washington, DC 20036-1795
        Tel: (202) 429-3000
        Fax: (202) 429-3902
        nsilverman@steptoe.com

        *Counsel for Defendant*
        *Sean Charles Dunn*

Dated: October 15, 2025