## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:25-cr-252 (CJN) |
| v. : | |
| : | |
| SEAN CHARLES DUNN : | |
| : | |
| *Defendant.* : | |

### JOINT MOTION TO CONTINUE DUE DATE OF
### JOINT PRE-TRIAL STATEMENT

The undersigned parties jointly and respectfully request a brief continuance of the due date of the Joint Pretrial Statement.

On August 27, 2025, Defendant Sean Charles Dunn was charged with a violation of 18 U.S.C. § 111(a)(1). *See* ECF No. 7. On September 25, 2025, the Court issued a Pretrial Scheduling Order, requiring the parties to submit a Joint Pretrial Statement on or before October 24, 2025. *See* ECF No. 13. The parties have provided draft Joint Pretrial Statements to one another but are need of additional time to narrow the areas of dispute and to submit a final Joint Pretrial Statement. The parties therefore request a brief continuance of the due date for the Joint Pretrial Statement to October 27, 2025. This is in advance of the Pretrial Conference, currently scheduled for October 30, 2025, and the November 3, 2025 trial date.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     */s/ Michael C. DiLorenzo*
Michael C. DiLorenzo (MD Bar # 931214 0189)
John Parron (PA Bar # 324503 / NY Bar # 5808522)
Assistant United States Attorneys
United States Attorney's Office

601 D Street, N.W.
Washington, D.C.  20530
202-252-7650
202-252-6885
Michael.Dilorenzo@usdoj.gov
John.Parron@usdoj.gov

*Counsel for the United States*


`     _____
Sabrina P. Shroff (D.D.C. Bar No. NY0481)
80 Broad Street, 19th Floor
New York, NY 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com


_____
Julia Gatto (*Pro Hac Vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
jgatto@steptoe.com


_____
Nicholas Silverman (D.D.C. Bar No. 1014377)
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel: (202) 429-3000
Fax: (202) 429-3902
nsilverman@steptoe.com


*Counsel for Defendant Sean Charles Dunn*