UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:25-cr-252 (CJN) |
| v. : | |
| : | |
| SEAN CHARLES DUNN : | |
| : | |
| *Defendant.* : | |

**GOVERNMENT'S MOTION TO SET A HEARING
AND BRIEFLY CONTINUE TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to set a hearing on Monday, November 3, 2025, to resolve disputed jury instructions and briefly continue trial in this matter for one to two days. Because resolving the jury instructions is critical to the Government's case, the Government respectfully requests that the Court resolve these issues before commencing with jury selection.

As grounds for this motion, the United States relies on the following points, as well as any arguments that may be made at a hearing on this motion.

1.  The defendant, Sean Charles Dunn, is currently charged by Information, dated August 27, 2025, with one count of assaulting, opposing, impeding, and interfering with a federal officer, in violation of 18 U.S.C. § 111(a)(1). See ECF No. 7. The charge stems from an incident that occurred on August 10, 2025, in which the defendant forcefully threw a sandwich at a Customs and Border Patrol (CBP) agent while he was engaged in his official duties. Trial is currently scheduled for November 3, 2025.

2.  At the Pre-Trial Conference on October 30, 2025, the parties raised several disagreements concerning the proposed jury instructions for trial. Specifically, the parties disagree

over what is required to prove a misdemeanor violation of 18 U.S.C. § 111(a), as well as the legal definition of assault under the statute.

3. Unfortunately, the issue has yet to be decided and is critical as to how the Government intends to proceed with its case. In addition, today, the defense indicated in a filing that even if the Court decides the issue in the Government's favor that it will seek to submit proposed additional jury instructions. ECF No. 35, at 6 n.3. As such, it would be inefficient to summon a full jury panel and begin jury selection before fully adjudicating essential legal issues in this case.

4. To that end, the Government asks the Court to set a hearing on Monday, November 3, to resolve the disputed jury instructions and briefly continue the trial (preferably only a day or two) before commencing with jury selection.

5. The Government conferred with counsel for the defendant, who opposes the Government's motion and indicated that they may have scheduling issues should the Court grant the Government's motion.

6. The Government respectfully submits that a brief continuance is necessary and in the interests of justice, as well as judicial economy.

WHEREFORE, the Government respectfully requests that the Court grant the Government's motion, set a hearing for November 3, and briefly continue the trial until material issues of law are resolved.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ John Parron*
      Michael C. DiLorenzo (MD Bar # 931214 0189)
      John Parron (PA Bar # 324503 / NY Bar # 5808522)
      Assistant United States Attorneys
      United States Attorney's Office
      601 D Street, N.W.
      Washington, D.C.  20530
      202-252-7650
      202-252-6885
      Michael.Dilorenzo@usdoj.gov
      John.Parron@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:25-cr-252 (CJN)** |
| v. | : | |
| | : | |
| **SEAN CHARLES DUNN** | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

Upon consideration of the Government's Motion to Continue, any response thereto, and for good cause shown, it is hereby

ORDERED that the Government's motion is GRANTED. It is further

ORDERED that the parties shall appear on November 3, 2025, for a hearing in Courtroom 17. It is further

ORDERED that the trial in this case is continued to [**November 4, 2025 / November 5, 2025**].

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

4