XQLWHG#VWDWHV#GLVWULFW#FRXUW#
IRU#WKH#GLVWULFW#RI#FROXPELD#

| | |
|---|---|
| XQLWHG#VWDWHV#RI#DPHULFD/# | |
| y1# | Fdvh#Qr1#58�CU�0585#FMQ,# |
| VHDQ#FKDUOHV#GXQQ/# | |
| Ghihqgdqw1# | |

GHIHQGDQWŢV#SURSRVHG#MXU\#LQVWUXFWLRQV#EDVHG#RQ#LQFOXVLRQ#
RI#QRQODVVDXOWLYH#SURKLELWLRQV#

Lq#oljkw#ri#wkh#Frxuw*v#ghwhuplqdwlrq#wr#lqvwuxfw#wkh#mxu|#rq#uhvlvwlqj/#rssrvlqj/#

lpshglqj/#lqwlplgdwlqj/#ru#lqwhuihulqj#zlwk#d#odz#hqirufhphqw#riilfhu/#wkh#ghihqvh#

uhvshfwixoo|#uhtxhvwv#wkdw#wkh#mxu|#eh#lqvwuxfwhg#dv#iroorzv=#

L1    ILUVW#DPHQGPHQW#SURWHFWLRQV#

Wkh#Iluvw#Dphqgphqw#wr#wkh#Xqlwhg#Vwdwhv#Frqvwlwxwlrq#jxdudqwhhv#wkh#uljkw#wr#

iuhh#vshhfk/#lqfoxglqj#wkh#uljkw#wr#frpsodlq#derxw#sxeolf#srolf|1##Wklv#surwhfwlrq#lv#dw#

wkh#fruh#ri#rxu#ghprfudf|*v#v|vwhp#dqg#uhiohfw#d#surirxqg#qdwlrqdo#frpplwphqw#wr#

xqlqklelwhg/#urexvw/#dqg#zlgh0rshq#ghedwh#rq#sxeolf#lvvxhv1##Wr#wkh#h{whqw#wkdw#Pu1#

Gxqq*v#vshhfk#lv#surwhfwhg#e|#wkh#Iluvw#Dphqgphqw/#|rx#fdqqrw#frqylfw#Pu1#Gxqq#rq#

---

4#Vq|ghu#y1#Skhosv/#895#X1V1#776/#784085#5344,#txrwlqj#Gxq#)##Eudgvwuhhw/#Lqf1#y1#
Juhhprvv#Exloghuv/Lqf1/#7:5#X1V1#:7</#8:0:8<#4<;,,#Vhh#dovr#Mxu|#Lqvwu1/#Xqlwhg#Vwdwhv#
y1#Gxnhv/#Qr1#7=4�CU�33430MKP,#534;WO#76;43�3#Z1G1N1|Mxqh#48/534;,#ŠWkh#Iluvw#
Dphqgphqw#ri#wkh#Frqvwlwxwlrq#surwhfw#wkh#uljkw#ri#lqglylgxdov#wr#frpsodlq#derxw#sxeolf#
riilfldov/#zklfk#lqfoxghv#wkh#uljkw#wr#frpsodlq#wr#wkh#jryhuqphqw#derxw#wkh#frqgxfw#ri#sxeolf#
riilfldov#zlwkrxw#ehlqj#uhwdoldwhg#djdlqvw#iru#wkrvh#frpsodlqwŝ1#

5#Vq|ghu/#895#X1V1#dw#785#txrwlqj#Qhz#\run#Wlphv#Fr1#y1#Vxoolydq/#6:9#X1V1#587/#5:3#
+4<97,,1#

wkh edvlv ri klv vshhfk.⁶

I qvwuxfw |rx wkdw wkh Iluvw Dp hqgp hqw surwhfwv vshhfk hyhq li lw frqvwlwxwhv yhkhp hqw, vfdwklqj, dqg riihqvlyh fulwlflvp ri sxeolf riilfldov, lqfoxglqj odz hqirufhp hqw riilfhuv.⁷ Wkh Iluvw Dp hqgp hqw dovr surwhfwv srolwlfdo h{djjhudwlrq ru h{suhvvlrqv ri rslqlrq.⁸ Wkh Iluvw Dp hqgp hqw surwhfwv d vljqlilfdqw dp rxqw ri yhuedo fulwlflvp dqg fkdoohqjh gluhfwhg dw srolfh riilfhuv. Vxfk vshhfk lv surwhfwhg hyhq li wkdw vshhfk lv lqvxowlqj, riihqvlyh, glvdjuhhdeoh, rssureulrxv, revfhqh, xsvhwwlqj, durxvhv frqwhp sw, ru hyhq li lw lv rxwudjhrxv.⁹

---

⁶ X.V. Frqvw. dp hqg. I; vhh Mxu| Lqvwu. 46, Xqlwhg Vwdwhv y. Ukrghv, Qr. 4:55-FU-00348, 5355 Z O 4:673793 (G.G.F. Qry. 4;, 5355) (Š\rx p d| qrw ilqg wkdw d ghihqgdqw frp p lwwhg d fulp h . . . vlp so| ehfdxvh |rx ilqg wkdw d ghihqgdqw ru rwkhu lqglylgxdov hqjdjhg lq vshhfk |rx ilqg wr eh riihqvlyh›; Mxu| Lqvwu. 59, Xqlwhg Vwdwhv y. Idfwhdx, Qr. 480-fu-0433:9, Gnw. 769, G.P dvv. Mxo. 48, 5349,)(Š\rx p d| qrw frqylfw d Ghihqgdqw ri d fulp h edvhg vroho| rq ^surwhfwhg vshhfk `surp rwlqj d p hgldo ghylfh, hyhq li wkh xvh ehlqj surp rwhg lv qrw d fdoodueh ru dssuryhg xvh›, vhh dovr Mxu| Lqvwu., Xqlwhg Vwdwhv y. Iudqflv, Qr. 6:380fu-03335:0 UYODO, 5338 Z O 89867::, Q.G. Idl Mxqh :, 5338,)(ŠYhuedo frqgxfw lv surwhfwhg e| wkh Iluvw Dp hqgp hqw. P huh z rugv dorqh fdqqrw dp rxqw wr glvrughu|, frqgxfw xqohvv wkh| duh iljkwlqj z rugv, z rugv nqrz q wr eh idovh, ru uhsruwlqj vrp h sk|vlfd okd}dug lq flufxp vwdqfhv z khuh vxfk d uhsruw fuhdwhv d fdoru dqg suhvhqw gdqjhu ri erglo|kdup wr rwkhuv, vxfk dv vkrxwlqj ŇIluh›! lq d furz ghg wkhdwhu›).

⁷ Mxu| Lqvwu. 4:, Xqlwhg Vwdwhv y. Kxqw, Qr. 4 540fu0;9, 5354 Z O 4:4,;:39 (H.G.Q.\. Dsu. 5, 5354)(ŠDv wklv lv d fdvh lqyroylqj vshhfk, I dgylvh |rx wkdw wkh Iluvw Dp hqgp hqw surwhfwv yhkhp hqw, vfdwklqj, dqg riihqvlyh fulwlflvp ri sxeolf riilfldov, lqfoxglqj P hp ehuv ri Frqjuhvv›; Mxu| Lqvwu. Xqlwhg Vwdwhv y. Udfkhoo, Qr. 470fu-058, G.O.I., 5347 Z O 73:3<<:8 (G.P rqw. Mxo. 4, 5347,) (ŠWkh Iluvw Dp hqgp hqw surwhfwv yhkhp hqw, vfdwklqj, dqg riihqvlyh fulwlflvp ri sxeolf riilfldov, lqfoxglqj Xqlwhg Vwdwhv Suhvlghqw›).

⁸ Kxqw Mxu| Lqvwu. (ŠWkh Iluvw Dp hqgp hqw wkhuhiruh surwhfwv srolwlfd oh{djjhudwlrq ru h{suhvvlrqv ri rslqlrq›).

⁹ Vq|ghu y. Skhosv, 895 X.V. 776, 78;, 5344, (ŠZ hvwerur Fkxufk surwhvwruvÚvshhfk fdqqrw eh uhvwulfwhg vlp so| ehfdxvh lw lv xsvhwwlqj ru durxvhv frqwhp sw. Li wkhuh lv d ehgurfn sulqflsoh xqghuo|lqj wkh Iluvw Dp hqgp hqw, lw lv wkdw wkh jryhuqp hqw p d| qrw surklelw wkh h{suhvvlrq ri dq lghd vlp so| ehfdxvh vrflhw| ilqgv wkh lghd lwvhoi riihqvlyh ru glvdjuhhdeoh. ý I'q sxeolf ghedwh z h p xvw wrohudwh lqvxowlqj, dqg hyhq rxwudjhrxv, vshhfk lq rughu wr surylgh dghtxdwh Ňeuhdwklqj vsdfhǚ wr wkh iuhhgrp v surwhfwhg e| wkh Iluvw Dp hqgp hqw. Z kdw Z hvwerur vdlg, lq wkh z krohfrqwh{w ri krz dqg z khuh lw fkrvh wrvd|, lw, lv hqwlwohg wr Švshfldosurwhfwlrqõ xqghu wkh Iluvw Dp hqgp hqw, dqg wkdw surwhfwlrq fdqqrw eh ryhufrp h e| d mxu|ilqglqj wkdw wkh slfnhwlqj z dv rxwudjhrxv,›, Oh z lv y. Flw|ri Qhz Ruohdqv, 748 X.V.

P u1#Gxqq'v#kvh#ri#surwhfwhg#vshhfk#fdqqrw#frqvwlwxwh#dvvdxow/#uhvlvwdqfh/#

lqwlplgdwlrq/#rssrvlwlrq/#lpshglphqw/#lqwlplgdwlrq/#ru#lqihuhqfh#iru#sxusrvhv#ri#

dsso|lqj#p |#rwkhu#lqvwuxfwlrqv:###

Wkh#rqo|#flufxpvwdqfh#lq#zklfk#|rx#fdq#frqylfw#P u1#Gxqq#edvhg#rq#klv#vshhfk#lv#

li#|rx#ilqg#wkdw#wkh#jryhuqp hqw#kdv#suryhq#eh|rqg#d#uhdvrqdeoh#grxew#wkdw#P u1#Gxqq'v#

vshhfk#frqvwlwxwhg#Ðiljkwlqj#z rugvÑ#dv#L#z loo#ghilqh#wkdw#whup 1#ÐIljkwlqj#z rugvÑ#duh#

z rugv#wkdw#e|#wkhlu#yhu|#xwwhudqfh#lqioltw#lqmxu|#ru#whqg#wr#lqflwh#dq#lp p hgldwh#euhdfk#

ri#wkh#shdfh1##Wklv#whvw#lv#sduwlfxoduo|#gliilfxow#wr#p hhw#lq#fdvhv#lqyroylqj#z rugv#

dgguhvvhg#d#odz #hqirufhp hqw#riilfhu/#ehfdxvh#d#surshuo|#wudlqhg#riilfhu#p d|#uhdvrqdeo|#

eh#h{shfwhg#wr#h{huflvh#d#kljkhu#ghjuhh#ri#uhvwudlqw#wkdq#wkh#dyhudjh#flwl}hq#dqg#wkxv#eh#

dhvv#olnho|#wr#uhvsrqg#ehooljhuhqwo|#wr#iljkwlqj#z rugv1##\rx#fdq#rqo|#frqvlghu#P u1#

---

463/#465#4<:7,#vwulnlqj#grz q#vwdwxwh#p dnlqj#lw#Ðxqodz ixo#wr#fxuvh#ru#uhylch#ru#wr#xvh#

revfhqh#ru#rssureulrxv#odqjxdjh#wrz dug#ru#z lwk#uhihuhqfh#wr#d#srolfh#riilfhu#z kloh#lq#

shuirup dqfh#ri#klv#gxwlhvÑ,>#Yhod}txh}#y1#Flw|#ri#Orqj#Ehdfk/#:<6#I6g#4343/#4353#+<wk#F lu1#

5348,#ÐW khq#srolfh#11#p d|#qrw#h{huflvh#wkh#dz hvrp h#srz hu#dw#wkhlu#glvsrvdo#wr#sxqlvk#lqglylgxdov#iru#

frqgxfw#wkdw#lv#qrw#p huho|#odz ixo/#exw#surwhfwhg#e|#wkh#I luvw#Dp hqgp hqw1Lqghhg/#dq#

h{suhvvlrq#ri#glvdssurydo#wrz dug#d#srolfh#riilfhu#11#idoov#vtxduho|#z lwklq#wkh#surwhfwlyh#

xp euhood#ri#wkh#I luvw#Dp hqgp hqw#dqg#dq|#dfwlrq#wr#sxqlvk#ru#ghwhu#vxfk#vshhfk00vxfk#dv#

vwrsslqj#ru#kdvvolqj#wkh#vshdnhu00lv#fdwhjrulfdoo|#surklelwhg#e|#wkh#Frqvwlwxwlrq1Ó,>#Vwdwh#y1#

Vxkq/#8:<#Q1Z 15g#879#V1G 1#533;,#ydfdwlqj#frqylfwlrq#iru#glvrughuo|#frqgxfw#iru#vkrxwlqj#

revfhqlwlhv#dw#srolfh#riilfhuv,1#

:#Vhh#Flw|#ri#Krxvwrq#y1#Kloo/#7;5#X1V 1#784/#795096#4<;:,#kroglqj#wkdw#vwdwxwh#surklelwlqj#

yhuedoo|#rssrvlqj#p rohvwlqj/#deuxvlqj/#ru#lqwhuuxswlqj#srolfhp hq#z dv#xqfrqvwlwxwlrqdo#

ehfdxvh#Ð'wkh#iuhhgrp #ri#lqglylgxdov#yhuedoo|#wr#rssrvh#ru#fkdoohqjh#srolfh#dfwlrq#z lwkrxw#

wkhuhe|#ulvnlqj#duuhvw#lv#rqh#ri#wkh#sulqflsdo#fkdudfwhulvwlfv#e|#z klfk#z h#glvwlqjxlvk#d#iuhh#

qdwlrq#iurp #d#srolfh#vwdwhÓ,1#

;#Kloo/#7;5#X1V1#dw#7410521###

<#Lg1#dw#795>#dffrug#Hqorz #y1#Wlvkrp lqjr#Fqw|/#k95#I5g#834/#83<#8wk#Flu1#4<<5,#kroglqj#

wkdw#wkh#iljkwlqj#z rugv#grfwulqh#z dv#sduwlfxoduo|#gliilfxow#wr#p hhw#z khq#wkh#dxglhqfh#lv#d#

odz #hqirufhp hqw#riilfhu,>#Sd|qh#y1#Sdxoh/#66:#I6g#:;/:;#:wk#F lu1#5336,#ÐWkh#I luvw#

Dp hqgp hqw#surwhfw#hyhq#suridqh#o|lghq#vshhfk#gluhfwhg#dw#srolfh#riilfhuv1Srolfh#riilfhuv#

uhdvrqdeo|#p d|#eh#h{shfwhg#wr#h{huflvh#d#kljkhu#ghjuhh#ri#uhvwudlqw#wkdq#wkh#dyhudjh#flwl}hq#

dqg#vkrxog#eh#dhvv#olnho|#wr#eh#suryrnhg#lqwr#p lvehkdylru#e|#vxfk#vshhfkÓ,>#Xqlwhg#Vwdwhv#y1#

Dunn's words as potential violations of the statute at issue if you find be yond a reasonable doubt that they in fact inflicted injury or tended to incite an immediate breach of the peace by the officers to whom they were addressed.

## II. DEFINITION OF RESISTS, OPPOSES, IMPEDES, INTIMIDATES, OR INTERFERES WITH

The terms "resist," "oppose," "impede," "intimidate," and "interfere with" are not as broad as their everyday, ordinary meanings. I instruct you that none of the terms can be satisfied by Mr. Dunn's speech and instead only conduct can constitute resisting, opposing, impeding, intimidating, or interfering with.[10]

To "resist" means to oppose by physical power, striving against, exerting one's self to counteract, defeat, or frustrate.[11]

To "oppose" means to resist by physical means.[12]

---

[10] Hazelwood, 500 W.L. 888886, at 11 W.D. Tex. June 20, 2007, vacating disorderly conduct conviction because defendant's profane outbursts at police were not fighting words and therefore could not constitutionally be the basis of a conviction).

[11] In addition to the sources of authority cited in Instruction I, see In re EDP, 873 A.2d 1037, 1039 D.C. 1990, in response to First Amendment objection, the Court held that a statute prohibiting "impeding" or "interfering" with a police officer would be narrowly construed to physical conduct rather than speech); Redmon #1117 "Speech" is not enough to constitute "resisting" or "interfering").

[12] Sand Model Instr. 1709 ("The word 'resist' means opposing by physical power, striving against, exerting oneself to counteract, defeat, or frustrate"); see also Redmon #1117 ("'Resisting' or 'Interfering' requires active confrontation, obstruction, or action directed against the officer that precluded the officer from carrying out his/her official duties).

[13] Sand Model Instr. 1707 ("'opposes' means to resist by physical means").

To "impede" means stopping progress, obstructing, or hindering by physical means.[13]

To "intimidate" means to engage in conduct that would have caused any police officer in the situation of the agent reasonably to be in fear and that could prevent any agent in that situation from performing his/her duties.[14]

To "interfere with" means to come into collision with or to intermeddle with by physical means.[15]

```
                              Uhvshfwixoo|#vxep lwwhg/#

#    #    #    #    #    #    2v2#    #    #    #    #
                              Vdeulqd#S1#Vkurii#G1G1F1#Edu#Qr1#Q\37;4,#
                              ;3#Eurdg#Vwuhhw/#4<wh#Iorru#
                              Qhz#\run/#Q\#13337#
                              Who#979,#:96047<3#
                              vdeulqdvkuriiCjpdlo1frp #
                              #
                              Mxold#Jdwwr#Sur#Kdf#Ylfh,#
                              VWHSWRH#OOS#
                              4447#Dyhqxh#ri#wkh#Dphulfdv#
                              Qhz#\run/#Qhz#\run#13369##
                              Who#545,#83906<33#
                              mjdwwrCvwhswrh1frp #
```

---

[46] Vhh#Vdqg#Prgho#Lqvwu1#470:#("Lp shghp hdqv#vwrsslqj#surjuhvv/#revwuxfwlqj/#ru# klqghulqj"),#Lq#uh#GDS/#8:6D15g#163:/163<#GF1#4<<3,#lq#uhvsrqvh#wr#Iluvw#Dp hqgp hqw# rembfwlrq/#wkh#Frxuw#khog#wkdw#d#vwdwxwh#surklelwlqj#Ślp shglqjŏ#ru#Ślqwhuihulqjŏ#wlk#d#srolfh# riilfhu#zrxog#eh#qduurzo|#frqvwuxhg#wr#sk|vlfdo#frqgxfw#udwkhu#wkdq#vshhfk,1#

[47] Uhgerrn#),#7447#(ŠQdphri#ghihqgdqw'#lqwlplgdwhg#d#srolfh#riilfhu#li#v/2kh#hqjdjhg#lq# frqgxfw#wkdw#zrxog#kdyh#fdxvhg#dq|#srolfh#riilfhu#lq#wkh#vlwxdwlrq#ri#qdp h#ri#frp sodlqdqw'# uhdvrqdeo|#wr#eh#lq#ihdu#dqg#wkdw#frxog#suhyhqw#dq|#srolfh#riilfhu#lq#wkdw#vlwxdwlrq#irp # shuirup lqj#klv2khu#gxwlhv1ŏ,1#

[48] Vhh#Vdqg#Lqvwu1#470:#("Lqwhuihuh wlkÚp hdqv#wr#frp h#qwr#frolvlrq#wlk/#wr#qwhup hggoh/# wr#klqghu/#wr#lqwhusrvh/#wr#lqwuyhqh"),#Vhh#dovr#Flw|#ri#Krxvwrq#y1#Kloo/#7;5#X1V1#784/#79809:# (4<;;#statute criminalizing mere words that interfere with an officer held unconstitutional);# Uhgerrn#7447#qrwlqj#wkdw#vshhfk#fdqqrw#frqvwlwxwh#lqwhuihulqj#dqg#khuh#p xvw#eh#dfwlyh# frqiurqwdwlrq/#revwuxfwlrq/#ru#dfwlrq,1

Dated: November 2, 2025

Nicholas Silverman, D.D.C. Bar No. 1034779
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel. 202.429.6333
nsilverman@steptoe.com

Counsel for Defendant
Sean Charles Dunn