# UNITED STATES DISTRICT COURT
# THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                              Case No.: **25-CR-252 (CJN)**

**SEAN CHARLES DUNN**
    Defendant.

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

                                                      11/5/2025
                                          **DATE EXHIBITS WENT TO JURY**

**APPROVED BY:**

_[signature]_
**GOVERNMENT COUNSEL**

_[signature]_
**DEFENSE COUNSEL**