| Government | ✓ | United States of America | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 25-cr-252 (CJN) |
| Defendant | ☐ | Sean Charles Dunn | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1000 | Map | 11/4/25 | 11/4/25 | Gregory Lairmore / Daina Henry | |
| 2000 | CCTV Footage | 11/4/25 | 11/4/25 | Gregory Lairmore | |
| 3000 | Body-Worn Camera Footage (Henry) | 11/4/25 | | Daina Henry | |
| 3000a | Body-Worn Camera Footage (Henry) 22:58:56 - 22:59:55 | 11/4/25 | 11/4/25 | Daina Henry | |
| 3000b | Body-Worn Camera Footage (Henry) 23:49:00 - 23:50:00 | | | | |
| 3001 | Body-Worn Camera Footage (Fields) | | | | |
| 3001a | Body-Worn Camera Footage (Fields) 23:12:46 - 23:13:54 | | | | |
| 3001b | Body-Worn Camera Footage (Fields) 23:16:32 - 23:17:14 | | | | |
| 3001c | Body-Worn Camera Footage (Fields) 23:19:35 - 23:19:58 | | | | |
| 3001d | Body-Worn Camera Footage (Fields) 23:26:32 - 23:26:51 | | | | |

| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 25-cr-252 (CJN) |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | Sean Charles Dunn | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3002 | Body-Worn Camera Footage (Thandi) | 11/4/25 | | Daina Henry | |
| 3002a | Body-Worn Camera Footage (Thandi) 23:26:33 - 23:27:13 | | | | |
| 3002b | Body-Worn Camera Footage (Thandi) 23:48:59 - 23:49:54 | | | | |
| 3002c | Body-Worn Camera Footage (Thandi) 23:52:18 - 23:52:42 | 11/4/25 | 11/4/25 | Daina Henry | |
| 3003 | Body-Worn Camera Footage (McDonald) | | | | |
| 4000 | X Video | 11/4/25 | 11/4/25 | Gregory Lairmore Daina Henry | |
| 4001 | Screen Record | | | | |
| 5000 | Photograph Outside of Subway | 11/4/25 | 11/4/25 | Daina Henry | |
| 5001 | Photograph Outside of Subway | 11/4/25 | 11/4/25 | Daina Henry | |

| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 25-cr-252 (CJN) |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | Sean Charles Dunn | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6000 | Email re Volunteers | | | | |
| 6001 | Email re TAK Support | | | | |
| 6002 | Making DC Safe and Beautiful Executive Order | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |