| Government | ☐ | | United States of America | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiff | ☐ | | VS. | | | Civil/Criminal No. | 25-CR-252 (CJN) |
| Defendant | ✔ | | Sean Charles Dunn | | | | |
| Joint | ☐ | | | | | | |
| Court | ☐ | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| DX 1 | Executive Order, dated August 11, 2025, entitled "Declaring a Crime Emergency in the District of Columbia" | | | | |
| DX 2 | Metro Transit Police records | | | | |
| DX 3 | Photo from August 10, 2025 | 11/4/25 | 11/4/25 | Daina Henry | |
| DX 4 | U.S. Customs and Border Protection Strategy 2021-2026 | | | | |
| DX 5 | Abbreviated U.S. Customs and Border Protection Strategy 2021-2026 | | | | |
| DX 6 | Legal Authority for the Border Patrol | | | | |
| DX 7 | August 10, 2025 text exchange | | | | |
| DX 8 | Still image of sandwich | | | | |
| 100 | Executive Order 3/27/25 Make DC Safe & Beautiful | 11/4/25 | 11/4/25 | Gregory Lairmore | |