UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN CHARLES DUNN,<br><br>*Defendant.* | Criminal Action No. 25-cr-252 (CJN) |

## VERDICT FORM

**COUNT ONE**

With respect to Count One, the charge of forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer or employee of the United States while engaged in or on account of the performance of official duties:

NOT GUILTY __X__    GUILTY _____

Dated: 11/6/2025

_____
FOREPERSON