✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

UNITED STATES OF AMERICA

V.

Sean Charles Dunn

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 25-252 (CJN)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

| Carl J. Nichols | U. S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

November 7, 2025
Date