**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA                    Criminal Action
                                            No. 1:25-252
            Plaintiff,

        vs.                                 Washington, DC
                                            November 4, 2025

SEAN CHARLES DUNN,

            Defendant.                      9:06 a.m.
_____/


TRANSCRIPT OF JURY TRIAL PROCEEDINGS
**BEFORE THE HONORABLE CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For the Plaintiff:**      **Michael C. DiLorenzo**
                            John Parron
                              USAO - D.C.
                              601 D Street NW
                              Washington, DC 20053
                              Email: michael.dilorenzo@usdoj.gov
                              Email: john.parron@usdoj.gov

APPEARANCES CONTINUED:

**For the Defendant:**          **Sabrina P. Shroff**
                                  SABRINA P. SHROFF, ESQ.
                                  80 Broad Street, 19th Floor
                                  NYC, NY 10004
                                  email: sabrinashroff@gmail.com

                                  **Julia Gatto**
                                  STEPTOE LLP
                                  1114 Avenue of the Americas
                                  New York, NY 10036
                                  Email: jgatto@steptoe.com

                                  **Nicholas P. Silverman**
                                  STEPTOE & JOHNSON LLP
                                  1330 Connecticut Avenue, NW
                                  Washington, DC 20036-1795
                                  Email: nsilverman@steptoe.com

**Reported By:**                **LORRAINE T. HERMAN, RPR, CRC**
                                  Official Court Reporter
                                  U.S. District & Bankruptcy Courts
                                  333 Constitution Avenue NW
                                  Washington, DC 20001
                                  lorraine_herman@dcd.uscourts.gov

**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

# I N D E X

**WITNESS**                                                      **PAGE**

**GREGORY LAIRMORE**

    Direct Examination by Mr. Parron                     31
    Examination by Ms. Shroff                            45
    Cont'd Direct Examination by Mr. Parron              46
    Cross-Examination by Ms. Shroff                      71
    Redirect Examination by Mr. Parron                  112
    Redirect Examination by Ms. Shroff                  115


**DAINA HENRY**

    Direct Examination by Mr. DiLorenzo                 124
    Cross-Examination by Ms. Gatto                      166
    Redirect Examination by Mr. DiLorenzo               192


**EXHIBIT**                                                      **PAGE**

Government's No. 1000      Admitted into Evidence      46
Government's No. 2000      Admitted into Evidence      49
Government's No. 4000      Admitted into Evidence      59
Defense No. 100           Admitted into Evidence      84
Government's No. 5000      Admitted into Evidence     133
Government's No. 5001      Admitted into Evidence     137
Government's No. 3000-A    Admitted into Evidence     144
Government's No. 3002-C    Admitted into Evidence     163
Defendant's No. 3         Admitted into Evidence     181

1                   **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Good morning, Your Honor.  This is

3    criminal case 2025-252, *United States of America vs.*

4    *Sean Charles Dunn.*

5          Counsel, please come forward and introduce

6    yourselves for the record, beginning with the government.

7          **MR. DiLORENZO:**  Good morning, Your Honor.  On

8    behalf of the government, Michael DiLorenzo, John Parron and

9    we have Mariela Andrade at counsel table.

10         **THE COURT:**  Yes.  Good morning, everyone.

11         Ms. Shroff, good morning.

12         **MS. SHROFF:**  Good morning, Your Honor.  And good

13   morning to everyone else.  For Mr. Dunn, Sabrina Shroff,

14   Julia Gatto and Nick Silverman.  We're all present at

15   defense counsel table.

16         **THE COURT:**  Thank you very much.

17         I just wanted to note for the record before we

18   start that, as the parties are aware, I circulated, last

19   night, my take on the parties' respective positions about

20   the definition of "forcibly."

21         I did that, even though, of course, I'm not

22   instructing the jury about that definition now and I won't

23   do that until we're ready to do the final instructions, I

24   wanted to provide the government with guidance on what I

25   thought the appropriate definition was in order to allow the

1    government to do its opening.

2            Does the government have enough from me to do an

3    opening?

4            **MR. PARRON:**  On "forcible," yes, Your Honor.

5            **THE COURT:**  All right.  Thank you.

6            My plan now is to bring the jury in, do

7    preliminary instructions, openings, and then we'll go from

8    there.  Okay?

9            **MR. PARRON:**  There is one, I think -- or, I guess,

10   two preliminary issues that we did want to raise.

11           One, the defense made a request for some gifts

12   that were provided to Agent Lairmore after the incident.  We

13   don't think that they are relevant or discoverable under any

14   theory.  We are prepared to disclose them, if the Court

15   orders it.  But we don't think they are discoverable.

16           **THE COURT:**  Okay.

17           **MR. PARRON:**  Second, our last witness,

18   Officer McDonald, had a medical issues that raised itself

19   last night.  She had to call out of work and she is

20   currently on her way to urgent care.

21           Basically, she was going to be called to introduce

22   a short video clip.  We think we can get it in through

23   another witness.  We tried to work out a stipulation with

24   defense and we weren't able to do so.  So it's just going to

25   potentially take a little bit longer with the witness.

1          **THE COURT:**  I understand.  Obviously, I hope

2     she -- is it "she"?

3          **MR. PARRON:**  Yes, Your Honor.

4          **THE COURT:**  I hope, obviously, that she feels

5     better.  It seems to me that -- let's see how things go with

6     whether you're able to get that video in through someone

7     else.  In the event that you're not, we'll discuss what, if

8     anything, we do about her health and potential testimony but

9     I understand.

10          **MR. PARRON:**  Perfect.

11          **THE COURT:**  On the discoverability question, what

12     would you like me to do right now?  Be aware of the issue?

13          **MR. PARRON:**  Yes, Your Honor.

14          **THE COURT:**  Does it affect preliminary

15     instructions or the openings or the testimony of the first

16     witness?

17          **MR. PARRON:**  I think it would affect our first

18     witness.  They would like to have it for their

19     cross-examination of this witness, I believe.

20          **THE COURT:**  My guess is we're not going to get to

21     cross-examination before the morning break.  So let's talk

22     about it then, if at all.

23          **MR. PARRON:**  That works for the government.  Yes,

24     Your Honor.

25          **THE COURT:**  Thank you.

1          **MS. SHROFF:**  Your Honor, just on the witness

2     issue.  We, of course, all hope everybody feels better when

3     they're sick.  We are not going to stipulate to something

4     that --

5          **THE COURT:**  I heard that part.

6          **MS. SHROFF:**  We are happy to discuss with the

7     government if they want to come back later today or tomorrow

8     morning when she feels better.  We're happy to be --

9          **THE COURT:**  We'll figure that out when we get to

10    it, if we need to; yes, agreed.

11         **MS. SHROFF:**  I just wanted to make sure there was

12    a limit to our unreasonableness --

13         **THE COURT:**  I didn't hear anything unreasonable

14    from your position articulated by the government.  It seems

15    to me that this is something we will work through, but I'm

16    certain we will get there.

17         **MS. SHROFF:**  Okay.  We do object to it coming in

18    through the witness they referred to because we don't think

19    it is admissible that way.  Thank you.

20         **THE COURT:**  Understood.  Thank you very much.

21         Okay.  Let's bring the jury in, please.

22         (Jury enters the courtroom.)

23         **THE COURT:**  Good morning, everyone.

24         First of all, I want to thank everyone for being

25    here on time.  It is much appreciated.

1          Also, this is not a preliminary instruction but I

2     realize it is cold in the courtroom right now.  You'll see

3     that the temperature will rise over the course of the day

4     with people in the courtroom, so we sort of start cold for

5     that reason.

6          Now onto the preliminary instructions before

7     trial.  Before we begin the trial, I want to explain some of

8     the legal rules that will be important in this trial.  I

9     want to emphasize that these remarks are not meant to be a

10    substitute for the detailed instructions that I will give at

11    the end of the trial just before you start your

12    deliberations.  These preliminary instructions are intended

13    to give you a sense of what will be going on in the

14    courtroom and what your responsibilities as jurors will be.

15         When you took your seats, you probably noticed

16    that each of you had a notebook and pencil waiting for you.

17    That is because during the trial jurors who want to take

18    notes are permitted to do so.  Whether you take notes or not

19    is entirely up to you.  Many people find that taking notes

20    helps them remember testimony and evidence.  Others find it

21    distracts them from listening to the witnesses.

22         You will be permitted to take your notebooks back

23    with you into the jury room during deliberations.  You

24    should remember, however, that your notes are only an aid to

25    your memory.  They are not evidence in the case and they

1    should not replace your own memory of the evidence.  Those

2    jurors who do not take notes should rely on their own memory

3    of the evidence and should not be influenced by another

4    juror's notes.

5          Other than during your deliberations, the

6    notebooks will remain locked in the courtroom during

7    recesses and overnight.  You will not be able to take the

8    notebooks with you as you come and go.  And you will not be

9    permitted to take them home with you overnight.

10          At the end of the trial, when you come back to the

11    courtroom to deliver your verdict, your notebooks will be

12    collected and the pages torn out and destroyed.  No one,

13    including myself, will ever look at any notes you have

14    taken.  So you may feel free to write whatever you wish.

15          You will probably notice that there are 14 of you

16    sitting in the jury box.  Only 12 of you will retire to

17    deliberate in this matter.  I will not disclose who the

18    ultimate jurors are until the end of my final instructions,

19    just before you begin your deliberations.

20          It is therefore important each of you think of

21    yourselves as regular jurors during the trial and that all

22    of you give this case your fullest and most serious

23    attention.

24          At the beginning of the jury selection process you

25    were introduced to some witnesses, all by name, I believe.

1    If at any time during this trial you suddenly realize that

2    you recognize or might know any witness, lawyer, someone who

3    is mentioned in the testimony or evidence or anyone else

4    connected with this case in any way, you should raise your

5    hand immediately and ask to speak with me.

6        Now, let me explain briefly some of the procedures

7    we will follow and some of the rules of law that will be

8    important in this case.

9        This is a criminal case that began when the

10    United States Attorney filed a charging document called an

11    Information with the Court.

12        The Information alleges that on or about

13    August 10, 2025, within the District of Columbia, Mr. Dunn

14    did forcibly assault, resist, oppose, impede, intimidate or

15    interfere with an officer or employee of the United States,

16    Gregory Lairmore, an agent with U.S. Customs and Border

17    Protection, while such person was engaged in or on account

18    of the performance of official duties.

19        You should understand clearly that the information

20    that I just read is not evidence.  The information is just a

21    formal way of charging a person with a crime in order to

22    bring him to trial.  You must not think of the Information

23    as any evidence of the guilt of Mr. Dunn, drawing a

24    conclusion about the guilt of Mr. Dunn just because he's

25    been formally charged.

1          At the end of the trial you will have to decide

2    whether or not the evidence presented has convinced you

3    beyond a reasonable doubt that the defendant committed the

4    offenses with which he has been charged.

5          Every defendant in a criminal case is presumed to

6    be innocent.  This presumption of innocence remains with the

7    defendant throughout the trial unless and until he is proven

8    guilty beyond a reasonable doubt.

9          The burden is on the government to prove the

10   defendant guilty beyond a reasonable doubt and that burden

11   of proof never shifts throughout the trial.  The law does

12   not require a defendant to prove his innocence or to produce

13   any evidence.

14         If you find that the government has proven beyond

15   a reasonable doubt every element of a particular offense

16   with which the defendant is charged, it is your duty to find

17   him guilty of that offense.

18         On the other hand, if you find that the government

19   has failed to prove any element of a particular offense

20   beyond a reasonable doubt, you must find the defendant not

21   guilty of that offense.

22         As I explain how the trial will proceed, I will

23   refer to the government and to the defense or the defendant.

24   When I mention the government, I'm referring to Assistant

25   United States Attorneys Mr. John Parron and Mr. DiLorenzo.

1    　　　　　When I mention the defendant or the defense, I am

2    referring to either the defendant, Mr. Dunn, to his

3    attorneys, Ms. Shroff, Ms. Gatto, Mr. Silverman.

4    　　　　　As the first step in this trial the government and

5    the defendant will have an opportunity to making opening

6    statements.  The defendant may make an opening statement

7    immediately after the government's opening statement or he

8    may wait until the beginning of the defendant's case or he

9    may choose not to make an opening statement at all.

10    　　　　　You should understand that the opening statements

11    are not evidence.  They are only intended to help you

12    understand the evidence that the lawyers expect will be

13    introduced.

14    　　　　　After the opening statement or statements, the

15    government will put on what is called its "case-in-chief."

16    This means that the government will call witnesses to the

17    witness stand and ask them questions.  This is called direct

18    examination.

19    　　　　　When the government is finished with the witness,

20    the defense may ask questions.  This is called

21    cross-examination.  When the defense is finished the

22    government may have brief redirect examination.

23    　　　　　After the government presents its evidence, the

24    defendant may present evidence but he is not required to do

25    so.  The law does not require, as I said already, the

1    defendant to prove his innocence or to produce any evidence.

2    If the defense does put on evidence, the defense will call

3    witnesses to the stand and ask questions on direct

4    examination, the government will cross-examine and the

5    defense may have brief redirect examination.

6        When the defense is finished, the government may

7    offer a rebuttal case, which will operate along the same

8    lines as its case-in-chief.

9        At the end of all the evidence I will instruct you

10   on the rules of law that you are to apply in your

11   deliberations when you retire to consider your verdict in

12   this case.  Then each side will have a chance to present

13   closing arguments in support of the case.

14       The statements of the lawyers in their closing

15   arguments, just as in their questions and opening

16   statements, are not evidence in this case.  They are

17   intended only to help you understand the evidence and what

18   each side claims the evidence shows.

19       Finally, at the end of the closing arguments, I

20   will have a few additional instructions for you before you

21   begin your deliberations.

22       I want to briefly describe my responsibilities as

23   the Judge and your responsibilities as the jury.

24       My responsibility is to conduct this trial in an

25   orderly, fair and efficient manner, to rule on legal

1    questions that come up in the course of trial and to

2    instruct you about the law that applies to this case.  It is

3    your sworn duty as jurors to accept and apply the law as I

4    stated to you.

5            Your responsibility as jurors is to determine the

6    facts in this case.  You, and only you, are the judges of

7    the facts.  You alone determine the weight, the effect and

8    the value of the evidence, as well as the credibility or

9    believability of the witnesses.

10            You must consider and weigh the testimony of all

11    witnesses who appear before you.  You alone must decide the

12    extent to which you believe any witness.

13            You must pay very careful attention to the

14    testimony of all of the witnesses because you will not have

15    any transcripts or summaries of the testimony available to

16    you during your deliberations.  You will have to rely

17    entirely on your memory and your notes, if you choose to

18    take any.

19            As human beings we all have personal likes,

20    dislikes, opinions, prejudices and biases.  Generally, we

21    are aware of these things but you should also consider the

22    possibility that you have implicit biases, that is biases of

23    which you may not be consciously aware.

24            Personal prejudices, preferences or biases have no

25    place in a courtroom, where the goal is to arrive at a just

1    and impartial verdict.  All people deserve fair treatment in

2    the legal system, regardless of race, national or ethnic

3    origin, religion, age, disability, sex, gender identity or

4    expression, sexual orientation, education, income level or

5    any other personal characteristic.

6          You should determine the facts solely from a fair

7    consideration of the evidence.

8          During this trial, I may rule on motions and

9    objections by the lawyers, make comments to lawyers,

10    question the witnesses and instruct you on the law.  You

11    should not take any of my statements or actions as any

12    indication of my opinion about how you should decide the

13    facts.

14          If you think that somehow I have expressed or even

15    hinted at an opinion as to the facts in this case, you

16    should disregard it.  The verdict in this case is your sole

17    and exclusive responsibility.

18          You may consider only the evidence properly

19    admitted in this case.  That evidence includes the sworn

20    testimony of witnesses and the exhibits admitted into

21    evidence.

22          Sometimes a lawyer's question suggests the

23    existence of a fact but the lawyer's question alone is not

24    evidence.  If the evidence includes anything other than

25    testimony and exhibits, I will instruct you about these

1    other types of evidence when they are admitted during the

2    trial.

3             During the trial, if the Court or a lawyer makes a

4    statement or asks a question that refers to evidence that

5    you remember differently, you should rely on your memory of

6    the evidence during your deliberations.

7             The lawyers may object when the other side asks a

8    question, makes an argument or offers evidence that the

9    objecting lawyer believes is not properly admissible.  You

10    must not hold such objections against the lawyer who makes

11    them or the party he or she represents.  It is the lawyer's

12    responsibility to object to evidence that they believe is

13    not admissible.

14             If I sustain an objection to a question asked by a

15    lawyer, the question must be withdrawn and you must not

16    guess or speculate what the answer to the question would

17    have been.  If a question is asked and answered, and I then

18    rule that the answer should be stricken from the record, you

19    must disregard both the question and the answer in your

20    deliberations.  You should follow the same rule if any of

21    the exhibits are stricken.

22             I'm going to repeat some of what I said last night

23    now.  So forgive me but I am going to give you the full

24    instruction on this point.

25             You are not permitted to discuss this case with

1    anyone until this case is submitted to you for your decision

2    at the end of my final instructions.  This means that until

3    the case is submitted to you, you may not talk about it,

4    even with your fellow jurors; that is because we don't want

5    you making any decisions until you've heard all of the

6    evidence and the instructions of law.

7            In addition, you may not talk about the case with

8    anyone else.  It should go without saying that you may also

9    may not read about the case electronically through any blog,

10   posting or other communication, including social networking

11   sites, such as Facebook or Twitter, until you have delivered

12   your verdict and the case is over.

13           This is because you must decide the case based on

14   what happens here in the courtroom, not on what someone may

15   or may not tell you outside the courtroom.

16           I'm sure that you may have told people last night

17   you were selected for a jury, as they may have undoubtedly

18   asked what kind of case you are sitting on.  As I said last

19   night, you should continue telling them you are sitting on a

20   criminal case and nothing else.  When the case is over, you

21   may discuss any part of it with anyone you wish.  But until

22   then, you may not do so.

23           Although it is a natural human tendency to talk

24   with people with whom you come into contact, you must not

25   talk to any of the parties, their attorneys or any witnesses

1    in this case during the time you serve on this jury.  If you

2    encounter anyone connected with the case outside of the

3    courtroom, you should avoid having any conversation with

4    them, overhearing their conversation or having any contact

5    with them at all.

6          For example, if you find yourself in a courthouse

7    corridor, elevator or any other location where the case is

8    being discussed by attorneys, parties, witnesses or anyone

9    else, you should immediately leave the area to avoid hearing

10   such discussions.  If you do overhear a discussion about the

11   case, you should report that to me as soon as you can.

12         Finally, if you see any of the attorneys or

13   witnesses involved in the case and they turn and walk away

14   from you, they are not being rude.  They are merely

15   following the same instructions that I gave to you to them.

16         It is very unlikely but if someone does try to

17   talk to you about the case you should refuse to do so and

18   immediately let me know by telling the clerk or the marshal.

19   Don't tell the other jurors.  Just let me know and I will

20   bring you in to discuss it.

21         Between now and when you are discharged from jury

22   duty, you must not provide to or receive from anyone, be it

23   coworkers, friends and family members, any information about

24   your jury service.

25         Again, you may tell those who need to know where

1    you are that you've been picked for a jury and how long the

2    case may take, which I said yesterday should be no more than

3    two days; however, you must not give anyone information

4    about the case itself or the people involved in the case.

5             You must also warn people not to try to say

6    anything to you or write to you about your jury service or

7    the case.  This includes face-to-face, phone or computer

8    communications.

9             I'm just going to stress again that in this age of

10   electronic communication you must not use electronic devices

11   or computers to talk about this case, including tweeting,

12   texting, blogging, emailing, posting information on a

13   website or chat room or any other means at all.  Do not

14   accept or send messages, including email or text messages,

15   about your jury service.

16            You must not disclose your thoughts about your

17   jury service or ask for advice on how to decide any case.

18   You must decide the facts based on the evidence presented in

19   court and according to the legal principles about which I

20   will instruct you.

21            You are not permitted during the course of the

22   trial to conduct any independent investigation or research

23   about the case.  That means, for example, you cannot use the

24   Internet to do research about the facts or the law or the

25   people involved in the case.  Research includes something

1    even as simple or seemingly harmless as using the Internet

2    to look up a legal term or view a satellite photo of the

3    scene of the alleged crime.

4         I will explain briefly the reasons why you should

5    not conduct your own investigation, and I alluded to this

6    yesterday.  All parties have a right to have the case

7    decided only on evidence and legal rules that they know

8    about and they have a chance to respond to.  Relying on

9    information that you get outside of this courtroom is unfair

10   because the parties will not have a chance to refute,

11   correct or explain it.

12        Unfortunately, information that we get over the

13   Internet or from other sources may be incomplete or

14   misleading or just plain wrong.  It is up for you to decide

15   whether to credit any evidence presented in court and only

16   the evidence presented in court may be considered.

17        If evidence or legal information has not been

18   presented in court, you cannot rely on it.  Moreover, if you

19   do your own research about the facts of the law this may

20   result in different jurors basing their decisions on

21   different information.  Each juror must make his or her

22   decision based on the same evidence and the same rules.

23        In some cases there may be reports in the

24   newspaper or on the radio, Internet or TV concerning the

25   case while the trial is on going.  If there should be such

1    media coverage in this case you may be tempted to read,

2    listen to or watch it.  You must not do so.  That is, you

3    must not read, listen to or watch such reports because you

4    must decide this case solely on the evidence presented in

5    this courtroom.

6         If any publicity about this trial inadvertently

7    comes to your attention during trial, do not discuss it with

8    other jurors or anyone else.  Just let me or my clerk know

9    as soon after it happens as you can and then I will briefly

10   discuss it with you.

11        After I submit the case to you, you may then

12   discuss it only when I instruct you to do so and only in the

13   jury room and only in the presence of all your fellow

14   jurors.  It is important that you keep an open mind and not

15   decide any issue in the case until after I submit the entire

16   case to you with my final instructions.

17        With that, we will begin with the government's

18   opening statement.

19        You may proceed, Counsel.

20        (Government's opening statement.)

21        **MR. PARRON:**  No matter who you are, you can't just

22   go around throwing stuff at people because you're mad at

23   them.  In our society, we operate under an understanding, a

24   shared agreement, that when we have disputes we settle them

25   verbally we don't let them turn physical.

1          That defendant violated that agreement, that

2     understanding, when he went from berating and yelling at the

3     officers to throwing a sandwich at the chest of one of the

4     law enforcement officers; that's something you just can't

5     do.

6          Over the course of this trial you're going to hear

7     a little background about why Agent Lairmore was where he

8     was that night.  In short, him and a few other agents from

9     customs and border patrol were assigned to assist the Metro

10    Transit Police in patrolling the city that night.  They were

11    not there on some personal mission.  They were there just

12    doing the job they were asked to do.

13         After some initial preparation, we pick up with

14    the group going from -- taking the train from the Capital

15    One Arena area to U Street, 14th and U.  There were a few

16    FBI agents with them when they went.

17         You will see their surveillance footage when they

18    get there.  They just sort of set up shop, start looking

19    around.  They will tell you there was no particular target

20    in mind, no special mission they were planning.  They

21    weren't there to bother anyone.  They were just there to do

22    their job.

23         Defendant, he arrives on scene and he escalates.

24    He confronts Agent Lairmore.  He starts yelling at them

25    before he turns his anger to the rest of the group.  Let's

1    be clear.  That's totally fine.  He can do that.  He can

2    express himself.  That's not why we're here today.  That's

3    just the context.

4         Because over the next several minutes the

5    defendant continues to yell at these officers.  At one point

6    he goes across the street and continues to berate them,

7    calling them derogatory names and yelling obscenities at

8    them.  Eventually, he goes back to these two.  He is fixated

9    on them.  First, he singles out another agent, Agent Trejo,

10   who was there as another customs and border patrol agent.

11   He starts yelling at him, similar to how it was with

12   Agent Lairmore earlier, before eventually he turns his

13   attention back to Agent Lairmore.

14        Now, up until this point, and really throughout

15   the rest of the night, law enforcement acts exactly how they

16   should:  Calm, collected, professional.  They tell the

17   defendant to have a nice night.  Keep it moving.

18        But he wasn't done yet.  He went back to

19   Agent Lairmore and within arm's reach he starts yelling at

20   him again.  You will see the footage of it.  His body is

21   bobbing up and down.  He is really angry.

22        Agent Lairmore responds with restraint.  You will

23   see him.  He stands there, stands firm, arms by his side.

24   No real reaction.  He doesn't make any movements towards

25   him, acting as he should.

1          Up until this point, while maybe frustrating for

2     these officers, the defendant hasn't really done anything

3     wrong.  Right?  He is allowed to stand there.  He can yell

4     at police all night.

5          The defendant doesn't stop there.  While he is,

6     again, within arm's reach of Agent Lairmore, he takes a

7     sandwich in his hands, he cocks it back and he throws it at

8     the agent, hitting him in his chest.  He takes off quickly.

9     He knew that he had done something wrong.  He knew that at

10    that point that he had crossed the line.

11         He makes it about a city block before a law

12    enforcement vehicle sort of cuts off his ability to go

13    forward.  He stops.  He gives up and is taken into custody.

14    No takedown.  No force used.  Not really much incident

15    there.

16         Later, we learn a little bit about why the

17    defendant did this.  From his own mouth, he admits to

18    throwing the sandwich.  He says he was doing it to draw them

19    away from where they were.  He was trying to impede and

20    interfere with their assignment that night.

21         Look, I understand you may all have views about

22    the federal law enforcement presence in D.C.  You all may

23    have views about whether or not you want Agent Lairmore at

24    that intersection that night.

25         **MS. GATTO:**  Objection.

1              **THE COURT:**  Overruled.

2              **MR. PARRON:**  That's fine.  We are not trying to

3   convince you otherwise.  Respectfully, that's not what this

4   case is about.  This case is about the fact that you can't

5   go around throwing stuff at people when you are mad.  You

6   can't do it to your neighborhood.  You can't do it to law

7   enforcement.

8              The defendant is charged with misdemeanor count of

9   assaulting a federal officer --

10             **MS. GATTO:**  Objection, Your Honor.

11             **THE COURT:**  Let's get on the phone.

12         (Bench conference.)

13             **THE COURT:**  I assume the objection is to the use

14  of the word "misdemeanor"?

15             **MS. GATTO:**  Yes, Your Honor.

16             **THE COURT:**  You can't use that word.  That goes to

17  potential punishment.  Okay?

18             **MR. PARRON:**  Yes, Your Honor.

19             **MS. GATTO:**  Your Honor, I have to think a little

20  bit about what the remedy can be since we can't remove that.

21  Probably --

22             **THE COURT:**  I will instruct the jury at some point

23  they can't consider the potential consequences.

24             **MS. GATTO:**  Your Honor, I really don't think that

25  that captures it, especially because it's not just the

1    remedy.  It talks to the level of offense, Your Honor.

2              **THE COURT:**  I understand.  So what's your

3    proposal, if anything?

4              **MS. GATTO:**  I will have to come back after I -- my

5    brain isn't working that fast.  I will come back with a

6    proposal, Your Honor, after --

7              **THE COURT:**  Do you want me to say anything right

8    now about it?

9              **MS. GATTO:**  No.

10             **THE COURT:**  Okay.  Okay.

11             **MS. GATTO:**  Thank you.

12             **THE COURT:**  So we are not going to talk about --

13   We're not going to refer to --

14             Can everyone hear me?

15             **MR. PARRON:**  Yes, Your Honor.

16             **THE COURT:**  We are not referring to the potential

17   consequences of a guilty verdict here in any way:

18   Misdemeanor, punishment, employment consequences.  We are

19   not doing that.  Certainly not unless and until it is

20   pre-cleared with me, and misdemeanor is one version of that.

21             **MR. PARRON:**  I apologize.  That wasn't my

22   intention.

23             **THE COURT:**  Understood.

24             **MR. PARRON:**  Thank you.

25             (Bench conference concluded.)

1          **THE COURT:**  You may proceed, Counsel.

2          **MR. PARRON:**  The defendant is charged with one

3   count of assaulting a federal officer, which can include

4   other things, such as impeding or interfering with that

5   officer.  That's what the evidence is going to show here,

6   that when the defendant threw that sandwich at Agent

7   Lairmore, he did forcibly assault him.  He impeded what he

8   was doing that night and interfered with what he was doing

9   that night, the assignment that he had that night.

10         It's unlikely that the basic facts here are going

11  to be super complicated.  This case isn't going to test your

12  ability to wade through a thicket of complex evidence.

13  Instead, it's going to test your ability to do two things:

14  One, to honor the oath that you took yesterday when you were

15  sworn in; and two, to follow the instructions the Court will

16  give you when you deliberate.

17         Because when you do that and apply the evidence to

18  the law in this case, two things will become clear:  One,

19  that a crime was committed that night, the one charged here,

20  and that Sean Dunn committed it.

21         You just can't do what the defendant here.  He

22  crossed the line.  He just took it too far.  That's why,

23  after you've heard all of the evidence in this case, we are

24  going to come back before you and ask you to return the only

25  verdict that is consistent with the law and the facts in

1    this case, and that's guilty.

2              Thank you.

3         **THE COURT:**  Thank you, Counsel.

4         Does the defendant intend to give an opening now?

5         **MS. GATTO:**  Yes, Your Honor.

6         **THE COURT:**  You may proceed, Counsel.

7         (Defendant's opening statement.)

8         **MS. GATTO:**  He did it.  He threw the sandwich.  It

9    was Sunday, August, on U Street, outside a bar called

10   Bunker.  And yes, our client, Sean Dunn, he threw a

11   sandwich.  He threw the sandwich towards the chest of a very

12   heavily armed Customs Border and Protection agent, who,

13   along with a dozen maybe more agents like him, were amassed

14   in force on the corner of U and 14th in the middle of

15   Washington, D.C.

16             He threw a sandwich at that agent and now the

17   United States Attorneys Office for the District of Columbia

18   has turned that moment, a thrown sandwich, into a criminal

19   case, a federal criminal case charging a federal offense.

20   Forcibly interfering.  Forcibly impeding.  Forcibly

21   assaulting a law enforcement officer.  Forcibly, with a

22   sandwich.

23             This is going to be a very short trial.  And at

24   the end you're going to be asked, did they prove their case

25   beyond a reasonable doubt.  Did they convince you beyond a

1    reasonable doubt that what happened that night is a federal

2    crime?

3            You're not going to be asked whether you approve

4    of the conduct.  You're not going to be asked whether you

5    feel badly for the agent who took a sandwich to his chest.

6    There is one question, whether what happened that

7    night -- which is largely not in dispute.  It's on video.

8    Whether what happened that night is a federal crime.

9            **MR. PARRON:**  Your Honor, I object.

10           **THE COURT:**  Overruled.

11           **MS. GATTO:**  This is a straightforward case.  The

12   government is right.  You are going to see some videos.  You

13   are going to hear some agents.  You're going to learn why

14   those federal law enforcement officers were on that local

15   corner.  Why Custom, Border and Protection, instead of

16   patrolling the border, were patrolling the people of D.C.

17           And you will learn that Mr. Dunn has very strong

18   feelings about those policies that brought those officers

19   there.  He is not a fan.  He thinks recent immigration

20   enforcement is racist.  He thinks the militarization and the

21   takeover of local law enforcement is fascism.  He thinks

22   that.

23           And on August 10th, when he was on that corner and

24   he saw quite literally a wall of border patrol uniforms in

25   his city -- and we'll hear him on the video; he'll explain

1    what he thinks -- turning his hometown into a military

2    occupation.  Standing out front -- immigration

3    officers -- in front of a gay club that was hosting a Latin

4    night.  Sean Dunn expressed his opinions.  He expressed them

5    loudly and he expressed them, maybe you think, vulgarly but

6    he expressed his opinions.

7            And words without force are never assault.  Words

8    without force don't impede law enforcement.  They don't

9    interfere with law enforcement.  They don't even intimidate

10   law enforcement.  And they certainly don't assault law

11   enforcement.  Because words without force are never assault.

12           What about the sandwich?  What about the thrown

13   sandwich?  You are going to see it.  I have 100 percent

14   certainty the government is going to show you the video

15   several times.  So you will see it with your own eyes.  And

16   you will see it for what it is.  It is a punctuation.  It is

17   an exclamation mark at the end of a verbal outburst.  It is

18   a harmless gesture that did not and could not cause harm or

19   injury.  Forcibly, that is what he is charged with.  The use

20   of force.  It can be threatening or attempting to inflict

21   bodily injury; that's the standard.

22           **MR. PARRON:**  Your Honor, I object to that.

23           **THE COURT:**  I agree.  We are not going to define

24   legal terms now.

25           **MS. GATTO:**  They will not come close to convincing

1    you beyond a reasonable doubt that the conduct was forcible.

2    It was a harmless gesture at the end of exercising his right

3    to speak out.  His conduct is not a federal criminal case.

4    It is not close.

5              He is overwhelmingly not guilty.

6              Thank you.

7              **THE COURT:**  Thank you, Counsel.

8              Ready to proceed with the first witness?

9              **MR. PARRON:**  We are, Your Honor.  The government

10   calls Agent Greg Lairmore.

11             **THE COURT:**  You may bring in the agent.

12        (Witness sworn.)

13             **THE COURT:**  Good morning, Agent.  Please just,

14   when you sit down, make sure your microphone is close.

15             **THE WITNESS:**  Testing.

16             **THE COURT:**  Perfect.  Thank you.

17             You may proceed.

18             **MR. PARRON:**  Thank you, Your Honor.

19             **DIRECT EXAMINATION OF GREG LAIRMORE**

20   BY MR. PARRON:

21      **Q.**   Good morning.  Can you state your name and spell

22   it for the record.

23      **A.**   My name is Gregory A. Lairmore, L-a-i-r-m-o-r-e.

24      **Q.**   Where do you work?

25      **A.**   I work for the United States border patrol.

1      Q.    How long with have you been with the border

2   patrol?

3      A.    Just over 23 years.

4      Q.    What does Custom and Border Protection do?

5      A.    So I've been an agent 23 years.  I've done a lot

6   of different things.  Primarily, border patrol is

7   responsible for securing the border and points of entry

8   along the southern border, northern border and coastal

9   borders.

10      Q.    What's your current title?

11      A.    I am a division chief.

12      Q.    What do you do?

13      A.    Currently, I am assigned to U.S. border patrol

14   headquarters.  I am a division chief with the strategic

15   planning analysis directorate, and I lead the systems

16   division for United States Border Patrol.  So all of our

17   enforcement information systems.

18      Q.    What is ATAK?

19      A.    ATAK, otherwise known as ATAK, stands for the

20   Android Team Awareness Kit.  It's a blue force tracking

21   tool.  It's an application on a cellular device that allows

22   for agents to see each other and also have communications

23   with other agents.

24           It's primarily to prevent any type of blue-on-blue

25   scenario, where agents or officers utilizing ATAK are able

1    to see who else is out there.  We pair it with other

2    agencies that are working the same area of operations.  So

3    we are able to see their positions; they are able to see our

4    positions.  It assists in operational awareness and officer

5    safety.

6        **Q.**   Is that part of what your division --

7        **A.**   That's one of the many programs that I am

8    responsible for, yes.

9        **Q.**   Now, you said you are a division chief.  I think

10   you also said you are an agent with Border Patrol; is that

11   right?

12       **A.**   Yes, sir.

13       **Q.**   How long have you been considered an agent?

14       **A.**   An agent since I entered on duty with border

15   patrol in 2002.  You are always an agent.  In the border

16   patrol, you're always in a law enforcement position no

17   matter where you're at.  You're either supervising, doing

18   administrative duties, but you're always an agent first.

19       **Q.**   What does it mean to be an agent with Customs and

20   Border Protection?

21       **A.**   It means a lot of different things.  Primarily, it

22   is securing the national border, preventing terrorists and

23   terrorist weapons from coming into the United States,

24   preventing illegal immigration from coming back into the

25   United States forcing border patrol involvement.

1          **THE COURT:**  Yeah.

2          **MS. SHROFF:**  I apologize ...

3          **THE COURT:**  I got it.  If everyone could speak

4    more loudly with the air on.  I get that some people may not

5    be able to hear well.  So both counsel and witness, just

6    don't yell but try to speak very loudly.

7          **MR. PARRON:**  Yes, Your Honor.  Thank you.

8    **BY MR. PARRON:**

9      **Q.**   So have you received training on your

10    investigatory powers as an agent with CBP?

11     **A.**    Several times.  Through the border patrol academy,

12    primarily.  And then as we go through our career, through

13    supervisory training, through legal training, primarily

14    refresher training before we go on any significant

15    deployment just reminding us of our authorities, organic.

16    And then if we're working with another agency, what their

17    authorities are and where our responsibilities lie in

18    relation to the other agency.

19     **Q.**   What is your authority as an agent with CBP?

20     **A.**    Primarily, our immigration authority is vested

21    under Title VIII, Immigration and Nationality Act.  We're

22    also designated to enforce customs, Title XIX, and the DEA

23    under Title XVIII and Title XXI.

24     **Q.**   You mentioned "organic authority."  What does that

25    mean?

1        A.    Organic authority.  As immigration and customs

2   officers or agents, it's our organic authority invested

3   under the Immigration and Nationality Act, under either 287

4   or 235.  Mostly Title VIII and XIX are CBP's organic

5   authorities.

6        Q.    What does that entail as far as maybe crimes that

7   were committed in your presence?

8        A.    Usually it's immigration law is our -- is

9   primarily what we enforce but we do have the organic

10  authority under Title XIX to arrest for any felonies or

11  misdemeanors committed in our presence -- federal felonies

12  or federal misdemeanors.

13       Q.    Understood.

14             Now, I'm going to take you back to August 10th,

15  2025.  Were you on duty as a customs and border patrol agent

16  that night?

17       A.    Yes, sir.

18       Q.    What was your assignment then?

19       A.    My initial assignment was to come and assess

20  communications because ATAK is one of the programs that we

21  oversee, or I oversee.  It was to assess the other agency's

22  ability, what their capabilities were for ATAK.

23             Following that, then we proceeded to -- we were

24  there in support of the Executive Order to make D.C. safe

25  and beautiful.

1          We were working with United States Park Police and

2     the U.S. Marshals Service that night.  So it was primarily

3     to support the local law enforcement agencies in their high

4     visibility crime patrol and prevention that night.

5          Q.   Was it normal for you to be on duty at that time?

6          A.   No, sir.

7          Q.   How did you receive your assignment that night?

8          A.   So, after the Executive Order that weekend, they

9     were requesting some volunteers from basically every agency

10    around, the United States border patrol included, other

11    components of CBP were included.

12         As I said, the deputy chief ran a -- asked for

13    volunteers and then I was contacted by the acting deputy

14    executive -- I can't speak -- Deputy Executive Assistant

15    Commissioner Blanchard to come and support with ATAK

16    coordination and try to help get an initial assessment on

17    what our assessment and capabilities were like that night.

18         I then called the team that works for me that runs

19    the ATAK program and elicited their support to come out that

20    night, give the assessment and then work the operation that

21    night.

22         Q.   Do you know why CBP was a part of this?

23         A.   We're a federal agency.  We routinely work with --

24         Q.   I'm sorry.  There was an objection.

25              THE COURT:  I heard something but it wasn't at all

1    apparent to me.

2                  **MS. SHROFF:**  I had an objection, Your Honor, based

3    on relevance.

4                  **THE COURT:**  Can you tell me at least the basic

5    nature of the objection?

6                  **MS. SHROFF:**  Yes, Your Honor.  It was on relevance

7    grounds.  Did you want me to elaborate?

8                  **THE COURT:**  Overruled.

9    **BY MR. PARRON:**

10       **Q.**   You can continue answering.  I'm sorry I cut you

11   off.  Do you know why CBP was part of this that night?

12       **A.**   We're one of many federal agencies.  So the call

13   was to any and all federal agencies to support the District

14   of Columbia Metropolitan Police Department, U.S. Park

15   Police, U.S. Marshals in supporting the Executive Order that

16   night.

17       **Q.**   Okay.  Let's walk through how that night started.

18   Where did you go first?

19       **A.**   So first we reported to the Reagan Building before

20   we -- that's where we report to on a daily basis.  So we

21   were there to get our uniforms, body armor, equipment we

22   would need for the night, cell phone chargers.

23       **Q.**   The Reagan Building, is that where you're normally

24   based out of?

25       **A.**   Yes, that's where we report on a daily basis.

1      Q.    Sorry.  Continue.

2      A.    Once we were there we met up and then we drove

3   over to the United States Park Police headquarters, over off

4   of Anacostia Drive.  I don't remember the exact address;

5   that's where all of the other agencies and Park Police were

6   coordinating all the events.  Showed up there.  Again,

7   talked to the other agencies about their capabilities for

8   ATAK.  We were trying to get a feel for what the situation

9   was.

10     Q.    You said "we went."  Were you with other Customs

11  and Border Protection agents?

12     A.    Yes, sir.  My ATAK team, that included Assistant

13  Chief Trejo, Assistant Chief John Hanson, and there was

14  another agent by the name of Matt Bower.

15     Q.    When you got there, what happened when you got to

16  Park Police?

17     A.    At Park Police there were a lot of different

18  agencies there.  So there was a lot of, initially, talk.  It

19  was one of the first nights of the operation.  So there

20  wasn't a lot of clear direction.  We were able to make

21  contact with Park Police and U.S. Marshals.  So we got a

22  little more clarity.

23           Then everybody that was supporting the operation

24  that night was deputized by the United States Marshal

25  Service to expand the authorities that they had to support

1    the operation.

2        Q.   Were you paired up with any other law enforcement

3    agencies?

4        A.   Yes, sir.  That night we were paired up with D.C.

5    Metro Transit; FBI was with us; United States border patrol.

6    The four of us were there and there were a bunch of

7    different agencies around but that was -- the team that was

8    working with us that night was FBI, border patrol and Metro

9    Transit.

10        Q.   About how big was the team?

11        A.   About 10 total.

12        Q.   What was your understanding about what your role

13    was to be that night?

14        A.   Our role that night was to support Metropolitan

15    Transit Authority.  Just really high-visibility crime

16    prevention and then responding to anything that happened to

17    happen while we were there.

18              Any violation of law that Metro Transit was

19    responding to, we were there to support them.  And then,

20    obviously, anything that happened in front of us or around

21    us, again, just making sure that the population was safe,

22    both pedestrian traffic, vehicular traffic, whichever we

23    happened to come across.

24        Q.   That specific night, were specifically you out

25    there to enforce the customs and immigration laws?

1    **A.**    No, sir.

2    **Q.**    Were you even aware of any targets that were out

3    there that would be subject to customs and immigration laws

4    that night?

5    **A.**    No, sir.

6    **Q.**    Just to be clear, what would happen if you

7    encountered a violation?

8         **MS. SHROFF:**  Objection.  Speculation.

9         **THE COURT:**  Sustained.  But I think the question

10    can be rephrased in an appropriate way.

11    **BY MR. PARRON:**

12    **Q.**    Was there any situation in which you would have

13    applied the customs and border patrol laws?

14         **MS. SHROFF:**  Same objection.

15         **THE COURT:**  Same ruling.

16         **MR. PARRON:**  Brief indulgence, Your Honor.

17         **THE COURT:**  Sure.

18         (Discussion off the record between government counsel.)

19         **MR. PARRON:**  What immigration authorities would

20    you apply that night?

21         **MS. SHROFF:**  Same objection.

22         **THE COURT:**  May I try?

23         **MR. PARRON:**  Yes, Your Honor.

24         **THE COURT:**  What was your understanding that night

25    about what you could do to enforce immigration laws?

1          **THE WITNESS:**  We weren't there to primarily

2     enforce immigration law; however, if we encountered any

3     violation of immigration law during the course of the night,

4     we were free to enforce immigration law as we would

5     normally.

6          **MR. PARRON:**  Thank you, Your Honor.

7     BY MR. PARRON:

8     **Q.**   So this particular team that you were a part of,

9     what was the assignment?

10    **A.**   Again, it was high-visibility patrols, crime

11    prevention, mostly.  We were afoot.  We followed Metro

12    Transit Authority, our assigned officers, to the Capital One

13    Arena area, that metro station there.  Me not being very

14    familiar with it, the team the same, we kind of, for lack of

15    a better term, gaggled along with them until we kind of got

16    our wits about us and our area of familiarization.

17         We stayed in teams of four and then we would

18    patrol on foot two or three blocks in a radius around

19    Capital One Arena and just high-visibility crime prevention,

20    pedestrian traffic, vehicular traffic, whichever happened

21    our way.

22    **Q.**   Maybe I should have asked this earlier.  What was

23    everyone wearing?

24    **A.**   I'm sorry.  We wore our normal uniform, green law

25    enforcement designators, with ballistic armor.  Again, law

 1    enforcement designators front and back to indicate that we

 2    were law enforcement.

 3        **Q.**   Was anybody in your group wearing a mask or

 4    anything like that?

 5        **A.**   No, sir.  Not that night.

 6        **Q.**   So what happened after you were at the Capital One

 7    Arena area?

 8        **A.**   There wasn't a lot there.  Some public interaction

 9    but nothing really.  There was some high-crime spots that

10    Metro Transit was aware of around the U Street station.  So

11    we collectively went via the Metro or to the U Street

12    station and initiated similar type of patrols there.

13        **Q.**   Any other particular reason why you went

14    specifically to that U Street area?

15        **A.**   No.  They had had a high rate of crime there --

16            **MS. SHROFF:**  Objection.

17            **THE COURT:**  What is the objection?  Just the

18    nature of it.

19            **MS. SHROFF:**  Yes, Your Honor.

20            **THE COURT:**  What's the nature of it?

21            **MS. SHROFF:**  Oh, I'm sorry.

22            **THE COURT:**  Like, a word or two.

23            **MS. SHROFF:**  I think the designation attributed to

24    the area is problematic.  I don't think there's personal

25    knowledge or any basis that he has.

1          **MR. PARRON:**  I can rephrase, Your Honor.

2          **THE COURT:**  Sure.

3     **BY MR. PARRON:**

4          **Q.**   Was there any specific target in mind when you

5     went to that area?

6          **A.**   No, sir.

7          **Q.**   Were you targeting anything specific?

8          **A.**   No, sir.

9          **Q.**   What did you personally know about that area

10    before you went there?

11         **A.**   I had never been to that area before.

12         **Q.**   All right.  So when you first got there, what were

13    you all doing?

14         **A.**   Similar to what we did at Capital One, just get an

15    area of familiarity.  Patrolling, again, as a large group.

16    As we became more familiar, just walking around in smaller

17    groups of anywhere from four to six.

18         **MR. PARRON:**  Can I show the witness Government's

19    Exhibit 1000, please.

20         **THE COURT:**  Let me just mention to the jury.  This

21    is the first time a potential exhibit has come up.  There's

22    a process that we follow.  Before the particular exhibit is

23    admitted into evidence, you won't see it on your screen.

24    And each of you has the ability to watch things on a screen

25    in front of you.  You can push it out when it pops up -- I

1    mean, when we use the screens.

2              Until then, until it's admitted, the witness will

3    see the exhibit.  I'll see the exhibit.  There will be a

4    colloquy about the exhibit that will hopefully not identify

5    it too much.  Then if I admit the exhibit, I will say, "The

6    exhibit may be published to the jury."  At that time, you

7    will see it.  There will be a few questions before you're

8    able to see the exhibit.

9              You may proceed.

10        **MR. PARRON:**  Thank you, Your Honor.

11   **BY MR. PARRON:**

12        **Q.**   Just at a very high level, what are we looking at?

13        **A.**   From what I see, it looks like the area of U

14   Street and 14th up to U Street and 15th.

15        **Q.**   Does it fairly and accurately depict that area as

16   it was that night?

17        **A.**   To my recollection, yes, sir.

18        **MR. PARRON:**  Your Honor, I move Government's

19   Exhibit 1000 into evidence.

20        **MS. SHROFF:**  Your Honor, may I have a brief voir

21   dire?

22        **THE COURT:**  Sure.

23        **MS. SHROFF:**  May I just do it from here?

24        **THE COURT:**  Sure.

25        **MS. SHROFF:**  Thank you.

1          **EXAMINATION OF GREG LAIRMORE**

2    **BY MS. SHROFF:**

3          **Q.**    Good morning, Officer.

4                Sir, how long have you known the area around U and

5    14th?

6          **A.**    It was that night and I don't think I've been

7    there before that night.

8          **Q.**    And you've not been there since; is that correct?

9          **A.**    No, ma'am, I have not.

10         **Q.**    And other than somebody having told you that's U

11   and 14th, you don't know if that's U and 14th.  Correct?

12         **A.**    It appears to be the same image that was displayed

13   on the ATAK device that we were operating on that night.

14         **Q.**    You compared the two appearances and you conclude

15   that's 14th and U?

16         **A.**    I don't have the ATAK device with me right now.

17   So I have not had a chance to compare this.  I'm just going

18   off of pure recollection.

19         **Q.**    And were you prepared to testify about this

20   exhibit by this prosecutor?

21         **A.**    I've seen this picture before, yes.

22         **Q.**    When he was prepping you?

23         **A.**    Yes, ma'am.

24              **MS. SHROFF:**    Okay.  I have no objection.

25              **THE COURT:**    Government's -- it looks like 1000.1

1    Exhibit?

2            **MR. PARRON:**  I think the .1 is just the program we

3    are using to present it this is just supposed to be 1000.

4            **THE COURT:**  Government's Exhibit 1000 is admitted

5    and may be published to the jury.

6        (Government's Exhibit 1000 was admitted and published.)

7            **<u>DIRECT EXAMINATION OF GREG LAIRMORE (CONT'D)</u>**

8    **BY MR. PARRON:**

9    **Q.**    On August 10th, where were you set up?

10   **A.**    That night, in and around the U Street station.  I

11   think we centered around the 14th and U area that night.

12   **Q.**    Can you see that area on the map?

13   **A.**    Yes, sir.  It's on the right of the particular

14   picture.

15           **THE COURT:**  You have the ability, if you would

16   like, I think, using the screen, to circle or basically put

17   a marking on it if you want.

18           **THE WITNESS:**  [Complied]

19           Right around that area, if memory serves.

20   **BY MR. PARRON:**

21   **Q.**    Did you interact with any civilians while you were

22   there?

23   **A.**    Several; yes, sir.

24   **Q.**    Tell me about those interactions.

25   **A.**    As we were patrolling, we would get some that

1    would thank us for being there.

2            **MS. SHROFF:**  Objection.  Hearsay.

3            **MR. PARRON:**  Did you have any interactions with

4    civilians that --

5            **MS. SHROFF:**  Objection.

6            Was there a ruling, Your Honor?  I apologize.

7            **THE COURT:**  Hold on a second.

8            What is your response to the hearsay objection?

9            **MR. PARRON:**  That's fine.  That wasn't where I was

10   going.  I will rephrase.

11           **THE COURT:**  Okay.  We will strike that question

12   and answer.

13           You may ask another question.

14   **BY MR. PARRON:**

15       **Q.**   Did you have any interactions with civilians that

16   brings you to court today?

17       **A.**   Can you repeat the question, please?

18       **Q.**   Did you have interactions with any civilians that

19   brings you to court today?

20       **A.**   Yes, sir.

21       **Q.**   Can you, at a very high level, describe what that

22   interaction was?

23       **A.**   The interaction with the individual here in court

24   is he -- I was right outside the Subway restaurant there at

25   14th and U, with a group of other agents and officers from

1    Metro Transit, just observing pedestrian traffic.  And

2    subject came out of the Subway and asked me what I was doing

3    there.  My response was, I am here supporting the Executive

4    Order to make D.C. safe and beautiful.

5              And then he asked me again, no, what are you doing

6    here?

7              I said, I'm a federal agent out here doing my job

8    to protect the citizens of D.C. and supporting the Executive

9    Order to make D.C. safe and beautiful.

10             At that time, he became really irritated and

11   started yelling obscenities and berating me directly and

12   then other agents, officers that were there.

13        Q.   Do you see that person in the courtroom today?

14        A.   I do.  He is standing right behind you, or

15   sitting, rather.

16        Q.   Would you mind just pointing him out and identify

17   an article of clothing he is wearing?

18        A.   [Complied]

19             He is wearing a blue jacket, green tie.

20        MR. PARRON:  I would like the record to reflect

21   the witness was identified.

22        THE COURT:  It shall so reflect that.

23        MR. PARRON:  Thank you.

24   BY MR. PARRON:

25        Q.   Did anything specific happen that brings you to

1    court today with relation to that interaction?

2         A.    Yes, sir.  After several or an extended amount of

3    interaction with subject in the courtroom today, he threw a

4    Subway-style sandwich at me, which struck me in the chest.

5              MR. PARRON:  I would like to show the witness

6    Government's Exhibit 2000, please.

7              May I remove the blue circle?

8              THE COURT:  You can do it if you know how.

9              MR. PARRON:  Can we play just the first

10   five seconds of this video for the witness.

11        (Video played.)

12   BY MR. PARRON:

13        Q.    Have you watched this video before?

14        A.    Yes, sir.

15        Q.    Does it fairly and accurately reflect the events

16   of August 11th, 2024?

17        A.    Yes, sir.

18             MR. PARRON:  Your Honor, I move to admit

19   Government's Exhibit 2000 into evidence.

20             MS. SHROFF:  No objection.

21             THE COURT:  Government's Exhibit 2000 is admitted

22   and may be published to the jury.

23        (Government's Exhibit 2000 was admitted and published.)

24             MR. PARRON:  Please continue playing.  I believe

25   we are at 10 seconds.

1          (Video played.)

2               If possible, can we zoom in on that area at the

3     top right-hand area of the screen.

4          (Video played.)

5               Let me stop it here at 33 seconds, please.

6     **BY MR. PARRON:**

7          **Q.**   Do you see yourself in this image?

8          **A.**   Yes, sir, I do.

9          **Q.**   And where are you?

10         **A.**   Just beyond the stoplight post, just to the left

11    of the Subway establishment.

12         **Q.**   You say the Subway.  Where is the Subway?

13         **A.**   The Subway is the middle of the screen, door in

14    the center, kind of lighted all the way around.  You can't

15    really see the Subway sign but it is the restaurant.

16         **Q.**   Looking at this clip that we just watched, what is

17    happening here?

18         **A.**   That was when Mr. Dunn exited the Subway

19    restaurant and then asked me what I was doing there twice

20    and then became really irritated.

21         **Q.**   What was his demeanor like at first?

22         **A.**   At first, I thought it was going to be one of many

23    interactions that we had with the public that night, where

24    he was asking what we were there doing for and was going to

25    have a positive or a negative reaction and go about his way.

1    Q.   Did his demeanor change at all during the course

2    of this conversation?

3    A.   After the second time I answered his question, his

4    demeanor immediately changed to the hyper negative.  It was

5    red-faced, enraged and just became really, really mad,

6    started swearing, berating, calling me and my colleagues all

7    kinds of names, telling us we were fascist, using a

8    multitude of profanities, directed towards us.

9    Q.   How did you respond?

10    A.   I didn't respond.  That's his constitutional right

11    to express his opinion.

12        MR. PARRON:   Keep playing from 33 seconds, please.

13        (Video played.)

14        Stop it here at 52 or 53 seconds, please.

15    BY MR. PARRON:

16    Q.   What's go on now?

17    A.   It was a continuance of the berating, profanities,

18    the shame.  He is pointing his finger in an aggressive

19    manner towards all of the agents and officers that were

20    there, getting extremely close, really inside of what would

21    be a normal person's space of interaction.  Where you are

22    uncomfortably close.

23    Q.   Now, this part, is it directed at you

24    specifically?

25    A.   No.  I am standing to the left there.  He is

1    directing his profanities and beratements to the other

2    officers and agents that are standing there.

3        Q.   Was anyone reacting to what he was saying?

4        A.   No.  They are wishing him a good day, trying to

5    de-escalate the situation, trying not to react to him,

6    trying not to escalate the situation.

7        Q.   How loud was his voice?

8        A.   Oh, he was screaming at the top of his lungs.

9    Everybody probably within at least a half-block radius could

10   hear what he was saying.

11       **MR. PARRON:**  Keep playing from 53 seconds, please.

12       (Video played.)

13       You can zoom back out now at a minute and 17.

14       (Video played.)

15       Stop it here at a minute and 27, please.

16   **BY MR. PARRON:**

17       Q.   What's he doing now?

18       A.   He's continuing the beratement.  He's continuing

19   to call us fascists, to use profanity against us.  He is

20   talking to us.  He's talking to anybody that's around us, I

21   think trying to sway anyone else's opinion that is of like

22   mind of him.  But it's almost like a sermon where he was

23   trying to speak to anybody.

24       Q.   Now, as he's crossing the street is your focus on

25   him at this point?

1      **A.**   We are watching -- I'm watching as he's going

2   away, just to make sure that nothing else is going to

3   happen, that he's not going to draw a crowd.  Just more for

4   officer's safety.  But at this point, my assessment is he's

5   okay.  He de-escalated.  He walked away.  He will continue

6   to be mad but we are good.

7         **MR. PARRON:**  Continue playing from a minute and

8   37 seconds, please.

9      (Video played.)

10     **Q.**   We are watching here at 3 minutes and 55 seconds.

11  Are you having any interaction with him?  I know there is no

12  sound at this point, is there?

13     **A.**   Not at this time, no, sir.

14     (Video played.)

15     **Q.**   Here at 3 minutes and 55 seconds, what are you all

16  doing at that intersection?

17     **A.**   Observing vehicular traffic, pedestrian traffic,

18  high-visibility crime prevention.

19     (Video played.)

20     **Q.**   I'm going to draw your attention to the sidewalk

21  on the right that you were on here at 4 minutes and

22  54 seconds.  What do you see here?

23     **A.**   We are seeing Mr. Dunn this time running towards

24  us.  And, again, started his profanities and beratement of

25  everyone standing there or standing on the corner.

1          (Video played.)

2          **Q.**    When he came back was his attention focused on

3     you?

4          **A.**    Not necessarily on me right away.  More just on

5     the group.

6          [REPORTER'S NOTE:  Objection stated off mic.]

7               **MR. PARRON:**  I'm sorry.  Wait one second.

8               **THE COURT:**  Sustained.  I think the question can

9     be asked in an appropriate way.

10              **MR. PARRON:**  Sure.

11    **BY MR. PARRON:**

12         **Q.**    When he came back were you interacting with him

13    specifically?

14         **A.**    No, sir, not initially.

15         (Video played.)

16              **MR. PARRON:**  Stop it at 5 minutes and 15 seconds,

17    please.

18    **BY MR. PARRON:**

19         **Q.**    What was going on here?

20         **A.**    At that point he had gone around the corner.  I

21    believe there was an establishment around the corner.  And

22    then had come back.  We could hear him yelling and screaming

23    from around the corner and then he had come back.  He was

24    directly, again, in the face of officers and agents there,

25    continuing his beratement, profanities, just trying

1    any -- throwing a bunch of insults.  A lot of different

2    things were coming out of the gentleman's mouth.

3        Q.    Thank you.  We just zoomed in on that area, for

4    the record.

5            What was the rest of your group doing while he did

6    that?

7        A.    So at this point, because there is a group, our

8    concern is not only for our safety because he's there, that

9    he might do something there, but also that additional

10   civilians might join in, just with any potential action like

11   that.  So we are, again, trying not to escalate it.  Trying

12   to de-escalate it.  Trying to not provoke a reaction.

13       Q.    Did anybody make any threats towards him?

14       A.    No.  Everybody was of the same, hey, he's not

15   doing anything wrong, he can express his opinion.  Several

16   of us wished him a good night in an attempt to, you're free

17   to go, thank you.  Again, just trying not to escalate the

18   situation.  Not trying to step towards or do anything that

19   might escalate the situation overall.

20       **MR. PARRON:**  Can we keep playing from 5 minutes

21   and 15 seconds, please.

22       (Video played.)

23       **MR. PARRON:**  Stop it at 5 minutes and 55 seconds

24   in, please.

25

1    **BY MR. PARRON:**

2        **Q.**   What's he doing here?

3        **A.**   More of the same.  Pointing, shaking his fists.

4    Just really using a whole bunch of profanity.  Insulting

5    known members of organizations, DHS as a whole.  Calling us

6    fascists.  Telling us to get the blank out of his city.

7    We're not needed.  Anything I think he can do to insult or

8    berate us at that point.

9        **Q.**   Do you see yourself in this still?

10       **A.**   I do.  I am the furthest from the left there.

11           **MR. PARRON:**  You can keep playing from 5 minutes

12   and 55 seconds, please.

13       (Video played.)

14           **MR. PARRON:**  Stop it here at 6 minutes and 44.

15           At some point, does he single you out?

16           **MS. SHROFF:**  Objection.  Leading.

17           **THE COURT:**  Sustained.

18   **BY MR. PARRON:**

19       **Q.**   Did you have an interaction with him after this?

20       **A.**   Yes.  As he continued to berate the entire group,

21   he stepped towards me, directly towards me, got very close

22   to me, I would say within two feet of me, and continued to

23   shouted obscenities at me; F-U.

24           My assessment was that he was trying to get me to

25   react.

1        Q.    Did you notice anything in his hand at this point?

2        A.    He still had his Subway sandwich in his hand at

3   that point.

4            MR. PARRON:    Continue playing, please.

5        (Video played.)

6            Stop here at 6 minutes and 58 seconds, please.

7   BY MR. PARRON:

8        Q.    From this point, what happens next?

9        A.    So at this point he is being just really

10  aggressive.  He's getting close.  He's making really

11  aggressive movements.  Again, I think he was attempting to

12  elicit a response from me.  I was being very deliberate to

13  not respond, again, trying to de-escalate the situation.

14  Wishing him a good night, indicating he could cross the

15  street.

16            And then immediately following this, he rears back

17  and throws the sandwich at me.

18            MR. PARRON:    Keep playing from 6 minutes and

19  58 seconds, please.

20        (Video played.)

21            MR. PARRON:    Stop at 7 minutes, 5 seconds.  Zoom

22  out, please.

23  BY MR. PARRON:

24        Q.    What's he doing now?

25        A.    Now he's struck me with the sandwich and he knows

1    that we're attempting --

2            **MS. SHROFF:**  Objection.

3            **THE COURT:**  Sustained.

4    **BY MR. PARRON:**

5        **Q.**  Just physically, what's he doing?

6            **THE COURT:**  You can't testify about what you think

7    he knows.  Just talk about what's happening.

8            **THE WITNESS:**  He is running away from the agents.

9    **BY MR. PARRON:**

10       **Q.**  What are you attempting to do?

11       **A.**  We are attempting to place him under arrest.

12           **MR. PARRON:**  Okay.  Stop.

13           Please take that down and show the witness

14   Exhibit 4000.

15       (Video played.)

16   **BY MR. PARRON:**

17       **Q.**  What are we looking at here?

18       **A.**  It appears to be the Instagram video of him taken

19   from across the street, with the crowd from across the

20   street.

21       **Q.**  Have you watched this video before?

22       **A.**  Yes, sir.

23       **Q.**  Does it fairly and accurately depict the events of

24   August 10th?

25       **A.**  Yes, sir.

1          **MR. PARRON:**  Your Honor, I move for Government's

2     Exhibit 4000 to be admitted.

3          **MS. SHROFF:**  No objection.

4          **THE COURT:**  Government's 4000 is admitted and may

5     be published to the jury.

6          (Government's Exhibit 4000 was admitted and published.)

7          **MR. PARRON:**  Thank you, Your Honor.

8          Just play the first minute and 27 seconds.

9          (Video played.)

10    **BY MR. PARRON:**

11         **Q.**   What part of the events that we just talked about

12    are we watching?

13         **A.**   This is secondary.  He's already had his

14    interaction with me from across the street.  This is after

15    he crosses the street from the previous video, where the

16    other agents were getting ready to cross the street via the

17    crosswalk, and he is interacting with the small crowd that's

18    across the street.

19         **Q.**   What were you guys doing at that point?

20         **A.**   We were trying to keep an eye on him.  We could

21    still hear shouting, but just make sure he wasn't going to

22    come back.  Again, concerned for officer's safety or any

23    possible violation that he would have interaction with

24    another private citizen.

25         **MR. PARRON:**  Keep playing from 27 seconds, please.

1              (Video played.)

2       **BY MR. PARRON:**

3              **Q.**   Did you guys show up in a white car?

4              **A.**   Not at that location, no, sir.

5              **Q.**   Did you show up in a car that night?

6              **A.**   We were in a white car.  We parked over near

7       Capital One Arena.

8                   **MR. PARRON:**  Keep playing from 1:06, please.

9              (Video played.)

10                  Stopping here at :17, please.

11      **BY MR. PARRON:**

12             **Q.**   Who is he talking to here?

13             **A.**   He was in between talking to the crowd around the

14      corner from the establishments, right around the corner at

15      14th and U, and then addressing the other agents and

16      officers that were standing on the corner with us.

17             **Q.**   Who is the agent that he is standing closest to;

18      do you know?

19             **A.**   I believe that is Agent Trejo.

20                  **MR. PARRON:**  Keep playing from 1:17, please.

21             (Video played.)

22                  Stop here at 1:26.

23      **BY MR. PARRON:**

24             **Q.**   Can you tell better now?

25             **A.**   It definitely is Assistant Chief Trejo.

1    Q.    And where are you in relation to where this is

2    happening?

3    A.    I'm behind, again, towards the stoplight, probably

4    10 feet behind Agent Trejo.

5    Q.    Do you see any people in your group respond to

6    this interaction he was having with Trejo?

7    A.    No.    Just watching to the left and right, again,

8    making sure no one was going to join Mr. Dunn in his

9    activities or making sure nothing would happen with

10    Assistant Chief Trejo and watching other pedestrian and

11    vehicular traffic.    Just officer safety.

12    **MR. PARRON:**    Keep playing from 1:26, please.

13    (Video played.)

14    Please stop it here at 2 minutes and 19 seconds,

15    please.

16    **BY MR. PARRON:**

17    Q.    What's happening now?

18    A.    He's yelling at the top of his lungs, screaming

19    profanities directed at me, just really making aggressive

20    movements.    He is very, very close to me.

21    Q.    How close is he?

22    A.    Probably within two feet, a foot and a half,

23    uncomfortably close.

24    Q.    What was his demeanor like?

25    A.    Very, very aggressive, yelling, red-faced, kind of

1    pointing his fingers at me, kind of making that furtive

2    movement up and down with his upper body and just acting

3    pretty aggressive.

4        Q.    Can you describe what you are doing with your body

5    posture here?

6        A.    I am very deliberately not making any reaction,

7    not forward, not backwards.  It's not a normal situation

8    that -- normally, in this type of situation, even from

9    training, you are trained to bring your hands up to defend

10   yourself because this is a potential aggressor.

11            But knowing that I could potentially escalate the

12   situation by doing that, stepping forward, stepping

13   backwards, putting my hands up, I am being very deliberate

14   not bringing my hands up and not trying to react.

15       Q.    Why is that?

16       A.    I didn't want to make the situation worse.  Again,

17   he has done nothing wrong at this point.  It's

18   uncomfortable, like I said, but he's expressing his opinion.

19   Be that what it may.  But he's done nothing to cause me to

20   react.  He's done -- there's no violation here.

21       Q.    What does he do next?

22       A.    Next, he takes a step back and then throws the

23   sandwich at me.

24       Q.    How far away from you was he when he did that?

25       A.    Probably about three feet.

1      **Q.**   How much force did he use?

2             **MS. SHROFF:**   Objection.

3             **THE COURT:**   Sustained.

4   BY MR. PARRON:

5      **Q.**   What was the impact like?

6      **A.**   I could feel it through my ballistic vest.   The

7   sandwich separated and kind of exploded all over my uniform.

8   I could smell the onions and mustard and had stuff all over

9   my uniform afterwards.

10     **Q.**   Did you have a medical emergency or anything like

11  that?

12     **A.**   No, sir.

13     **Q.**   Were you hurt?

14     **A.**   No, sir.

15            **MR. PARRON:**   Keep playing from 2 minutes and

16  19 seconds.

17         (Video played.)

18            **MR. PARRON:**   Can we publish Exhibit 1000, please.

19  BY MR. PARRON:

20     **Q.**   I want to talk a little bit about the chase

21  afterwards.   Earlier you testified that you started on the

22  right-hand side of this exhibit.   Which direction did he go

23  in?

24     **A.**   This exhibit, if north is up, then he is going

25  pretty much directly west.   And then he crossed U Street

1    over to the southern part and then crossed back to the

2    northern part of U Street and then continued west.

3         **Q.**    You can just use the marker to describe his flight

4    path.

5         **A.**    Here, across the street, down, up and then

6    continued this way.

7         **Q.**    And did you chase after him?

8         **A.**    Yes, sir.

9         **Q.**    Did you go across the street as well or did you

10   just stay on the top side?

11        **A.**    We did cross the street.  We weren't sure if there

12   was going to be a vehicle or pedestrian accident.  We were

13   concerned --

14        **MS. SHROFF:**  Objection to the "we".  Objection to

15   "the concern".  He can testify about what he did.

16        **THE COURT:**  Yes.  Just testify about your own view

17   at the time.

18        **THE WITNESS:**  Yes, sir.

19        **THE COURT:**  How you acted and what you did.

20        **THE WITNESS:**  Yes, sir.

21        Myself and the other agents that were with me

22   pursued him up the street, across U Street.  Again, concern

23   for us being impacted by vehicles that were going up and

24   down the street.  I crossed back again to the north side of

25   U Street there and continued westbound on U Street towards

1    15th and U.

2    **BY MR. PARRON:**

3        **Q.**    How did the chase end?

4        **A.**    We were able to get one of the officers or agents,

5    I believe it was -- I don't remember who it was.  But one of

6    the law enforcement that was in a vehicle came to 15th and U

7    and turned in to cut off his path there continuing up.

8        **Q.**    And what did he do?

9        **A.**    He saw, once the agents got out of that vehicle,

10   that he couldn't continue past.  So he stopped running and

11   turned right there at the end of 15th and U and grabbed

12   ahold of -- it's some type of fence there.

13       **Q.**    And what happened after that?

14       **A.**    After that, we came upon him and then placed him

15   in restraints.

16       **Q.**    Were you there when that happened?

17       **A.**    Yes, sir.

18       **Q.**    Were you aware of any force that was used during

19   his arrest?

20       **A.**    There was no force necessary.  He complied once we

21   were there and put his hands behind his back, and then we

22   placed him in restraints and then placed him in a seated

23   position.

24           **MR. PARRON:**    The Court's brief indulgence.

25           (Brief pause in the proceedings.)

1              No further questions, Your Honor.

2              **THE COURT:**  Thank you.

3              It seems to me this is a perfect time for a

4     mid-morning break.

5              The witness is reminded that you are under oath.

6     You are not to speak about your testimony with anyone during

7     this break.

8              Why don't we go back on the record at 10:50.

9     Okay?

10         (Jury exited the courtroom.)

11             **THE COURT:**  Everybody can sit.

12             Actually, why don't you leave the courtroom,

13    Agent.

14             **THE WITNESS:**  Certainly.

15         (Witness steps down and exited he courtroom.)

16         **THE COURT:**  I'm not sure that was strictly

17    necessary.  Okay.  So there is this discovery dispute.  What

18    are we talking about exactly?  I heard something about GIFs

19    or something?  What are these things?  I know what GIFs are

20    but are there particular ones here?

21             **MR. PARRON:**  Yes.  After the event, some of his

22    colleagues gave him gag gifts.

23             **THE COURT:**  Oh, gifts.

24             **MR. PARRON:**  Yes.  Sorry.  Not GIFs.  Gifts, with

25    a T.

1          **THE COURT:**  Okay.  Yes.

2          **MR. PARRON:**  Commemorating the events.  It

3    doesn't, from the government's perspective, have anything to

4    do with what happened here.  It wasn't anything he asked

5    for.  It isn't anything that he said.

6          **THE COURT:**  What are they?

7          **MR. DiLORENZO:**  I think they are at his office.

8    We have photographs of them.

9          **THE COURT:**  Just describe to me what they are.

10         **MR. PARRON:**  There is a plush Subway sandwich and

11    patch that has -- it says "felony foot-long" on it or

12    something like that.

13         **THE COURT:**  Your view is that those are

14    both -- they weren't required to be disclosed during

15    discovery and, in any event, not admissible or useable on

16    cross-examination.

17         **MR. PARRON:**  That's correct.

18         **THE COURT:**  Okay.  What's the defense view on

19    these?

20         **MS. SHROFF:**  Your Honor, our view is that the gag

21    gifts given and gag gifts received by the person who is

22    testifying here today are reflective of the collective state

23    of mind of the CBP, as well as this particular agent's

24    coworkers.

25          The fact that he received the gifts --

1          **THE COURT:**  Why is their collective state of mind

2     relevant?

3          **MS. SHROFF:**  I was going to get to the relevant

4     part.  I was just giving background for the record.

5          **THE COURT:**  Okay.

6          **MS. SHROFF:**  The fact that the witness kept the

7     gifts is reflective of his state of mind, that he too

8     understands this whole thing to be overblown, to be worthy

9     of a joke, to be worthy --

10          **THE COURT:**  How is that relevant in this case,

11     whether the witness has that view?  Why is the witness's

12     state of mind about the charges here relevant?

13          **MS. SHROFF:**  The witness's state of mind of the

14     charges is relevant because it conflicts with the testimony

15     he has given so far.  The testimony he has given so far,

16     apparently, as I heard it, and I did want to check my notes

17     so I don't get it wrong, was that he was genuinely concerned

18     about Mr. Dunn being an actual threat to him or to his

19     colleagues, and then after the sandwich was thrown at him

20     he's testified that he exploded -- the fact that he is

21     sitting in federal court testifying about that shows that he

22     is now saying this is a serious issue.

23          **THE COURT:**  Now, to the extent that the witness

24     testified about the seriousness of the offense from his

25     perspective --

1    **MS. SHROFF:**  Uh-huh.

2    **THE COURT:**  -- not whether there should be a

3    charge, not whether the -- not the CBP's collective

4    knowledge or anything, but to the extent that the witness

5    testified about his reaction at the time, I believe it's

6    fair game for you to cross-examine him on how truly credible

7    he is on that question.  And it seems to me that you can get

8    into whether he received gag gifts.

9        I don't think we need the gifts.  I think you can

10   do the cross-examination.  But I'm saying to the extent

11   that -- because I have the transcript here.  I do think that

12   the witness suggested that it was a serious situation, both

13   before and during the sandwich throw and that you can

14   cross-examine him on whether he really believed that, and

15   that includes asking him whether he received gag gifts and

16   whether that's inconsistent with the nature of his

17   testimony.

18       So I am permitting the cross-examination, but I am

19   going to put you on a very short leash.  I don't really

20   think you need the gifts to do this.  And I'm certainly not

21   going to suspend --

22   **MS. SHROFF:**  No, no, no.  I wasn't disagreeing.

23   **THE COURT:**  You just give me these looks like you

24   think I've said something that is irrational.

25   **MS. SHROFF:**  No.  It's my brain thinking.  I'm not

1    giving you any look.  I apologize for that.

2           **THE COURT:**  So what's the problem with what I've

3    said?

4           **MS. SHROFF:**  It's not.  I was trying to think if I

5    could ask for an intermediate remedy, actually.

6           **THE COURT:**  Okay.  What's that?

7           **MS. SHROFF:**  That was to ask if the Court would

8    require the government to at least describe the gifts in

9    some amount of detail.  If he already has, I apologize.  I

10   am having very hard --

11          **THE COURT:**  I heard him say there was a fake

12   Subway sandwich and an award or something that described

13   something like a foot-long award.

14          **MS. SHROFF:**  I thought there was a third gift.

15          **THE COURT:**  Those are the two I heard.

16          **MR. PARRON:**  I'm happy --

17          **THE COURT:**  Why don't we do this, government shall

18   describe to you in some detail these gifts, enough for you

19   to cross-examine the witness on this point.

20          Again, I think that this is fair game for

21   cross-examination, to the extent that getting gag gifts tend

22   to undermine his testimony, either express or implied, that

23   at the time he thought this was a very serious event.  Okay?

24          **MS. SHROFF:**  Thank you.

25          **THE COURT:**  Okay.  See everyone, still, at 10:50.

1          **MS. SHROFF:**  Okay.

2          (Recess from 10:39 a.m. to 10:52 a.m.)

3          (Jury entered the courtroom.)

4          **DEPUTY CLERK:**  Your Honor --

5          **THE COURT:**  Welcome back, everyone.

6          **DEPUTY CLERK:**   -- we are now back on the record.

7          **THE COURT:**  Yes.  Please retrieve the agent and we

8   will begin with cross-examination.  So you can come on up

9   and get ready.

10          Welcome back, Agent.

11          **THE WITNESS:**  Thank you, sir.

12          **THE COURT:**  Thank you.  Just a reminder you are

13   still under oath.  Once you are settled, Counsel may

14   proceed.

15          **MS. SHROFF:**  Thank you, Your Honor.

16          **CROSS-EXAMINATION OF AGENT GREG LAIRMORE**

17          **MS. SHROFF:**  Good morning, Officer Lairmore.

18          **THE COURT:**  Don't look at the clocks in this

19   courtroom to try to figure out what time it is.  You will be

20   confounded.  Not a single one is correct, I bet.

21          **MS. SHROFF:**  Thank you.

22          **THE COURT:**  Actually, that one is as accurate as

23   I've ever seen.  Okay.  Sorry.  I saw you look over there.

24          **MS. SHROFF:**  I did.  I was trying to find the

25   time.

1          **THE COURT:**  It is, in fact, still morning, though.

2          **MS. SHROFF:**  Okay.

3          **THE COURT:**  You may proceed.

4          **MS. SHROFF:**  I'm going to start where the

5     government stopped.  Okay?

6          I'm going to ask for Government's Exhibit 1000, if

7     I may.  Could you continue to look, please?

8          **MR. PARRON:**  4000?

9          **THE COURT:**  I think 1000 is a still photo or

10    overhead.  We are going to do 4000?

11       (Video played.)

12         **MS. SHROFF:**  And if you could stop there.

13    **BY MS. SHROFF:**

14    **Q.**   Did you recognize that sandwich?

15    **A.**   It looks like a Subway sandwich.

16    **Q.**   And that's the Subway sandwich that was thrown at

17    you?

18    **A.**   I would assume so.  I don't know.

19    **Q.**   You don't know?

20    **A.**   I did not go back to collect the sandwich, no,

21    ma'am.

22    **Q.**   You watched this video with the prosecutor?

23    **A.**   Yes, ma'am.

24    **Q.**   How many times?

25    **A.**   I think I've seen this at least twice with the

1    prosecutor.

2        **Q.**    And did they review the actual video with you?

3        **A.**    Yes, ma'am.

4        **Q.**    They stopped and played it.  Correct?

5        **A.**    Yes, ma'am.

6        **Q.**    They asked you questions about it?

7        **A.**    Yes, ma'am.

8        **Q.**    They told you I would ask you questions about it?

9        **A.**    Yes, ma'am.

10       **Q.**    And at no point did you say, That's not the

11   sandwich.  Right?

12       **A.**    I believe that's the sandwich.  I don't have any

13   way to verify.  I would assume so.  Yes, ma'am.

14       **Q.**    Thank you.

15           **MS. SHROFF:**    Could we please finish playing that

16   exhibit.

17        (Video played.)

18   **BY MS. SHROFF:**

19       **Q.**    Is it fair to say -- how should I address you?

20   CBP Officer Lairmore or what should I call you?

21       **A.**    Typically, Agent Lairmore is fine.

22       **Q.**    Okay.  Bless you.  So, Agent Lairmore, just to

23   state the obvious, on August 10th you were not dressed in a

24   suit.  Correct?

25       **A.**    No, ma'am.  I was not.

1      Q.   You were dressed in full -- is it called military

2   uniform?

3      A.   Rough-duty uniform is what it's called.

4      Q.   Say it again.

5      A.   Rough-duty uniform.

6      Q.   Rough-duty uniform?

7      A.   Yes, ma'am.

8      Q.   That consists of like a thick, long-sleeved shirt.

9   Right?

10      A.   It's a buttoned-up uniform shirt, similar to -- I

11   guess not really similar to fatigues.  The pants have EDU

12   pockets, but yes, ma'am.

13      Q.   So it's long-sleeved.  Correct?  So your arms are

14   covered.  Right?

15      A.   Yes, ma'am.

16      Q.   On your chest you have a vest.  Correct?

17      A.   Yes, ma'am.

18      Q.   It's a bullet-proof vest.  Right?

19      A.   Yes, ma'am.

20      Q.   Then you have long pants, so your legs are

21   covered.  Correct?

22      A.   Yes, ma'am.

23      Q.   You have shoes on.  Right?

24      A.   Yes, ma'am.

25      Q.   You had a hat on.  Right?

1    **A.**    Yes, ma'am.

2    **Q.**    You had a belt on?

3    **A.**    Yes, ma'am.

4    **Q.**    You had a gun?

5    **A.**    Yes, ma'am.

6    **Q.**    How many guns?

7    **A.**    Just one.

8    **Q.**    Other than that gun, did you have anything else?

9    **A.**    I have a collapsible steel baton.

10    **Q.**    Say that again.

11    **A.**    It's called a collapsible steel baton.  It's a

12    less-lethal use-of-force instrument.

13    **Q.**    It's a baton that you can hit people with?

14    **A.**    You can hit, yes.

15    **Q.**    You had all of that gear on August 10th.  Correct?

16    **A.**    Yes, ma'am.

17    **Q.**    The only part of you that was not covered with any

18    piece of clothing was your face.  Correct.

19    **A.**    That is correct.

20    **Q.**    Okay.  And Mr. Dunn is wearing a pair of shorts.

21    Correct?

22    **A.**    Yes, ma'am.

23    **Q.**    And obviously, the video shows he is wearing a

24    pink shirt.  Right?

25    **A.**    Yes, ma'am.

1    Q.    And he has nothing in his hand when you see him.

2    Correct?

3    A.    Just the sandwich, yes, ma'am.

4    Q.    Right.  I'm sorry.  Let me correct that.  Is there

5    any point when you see him without the sandwich in his hand?

6    A.    Only after he threw the sandwich at me.

7    Q.    Okay.  So before he throws the sandwich at you,

8    you see nothing but a sandwich in his hand.  Correct?

9    A.    That is correct, yes, ma'am.

10    Q.    And you see that his shirt is open.  Correct?  He

11    is wearing an open, sort of, polo shirt.  Right?

12    A.    Yes, ma'am.

13    Q.    You can see his bare chest.  Correct?

14    A.    Yes, ma'am.

15    Q.    You're not worried there is anything under his

16    shirt.  Right?

17    A.    Nothing visible, no, ma'am.

18    Q.    I'm still only talking now about August 10th.

19    Right.  On August 10th of 2025, by that time, how long had

20    you been in the District?

21    A.    We got to the District that night about 5 p.m. and

22    started our patrols around, I would say, 7, probably closer

23    to 8 p.m.

24    Q.    Maybe that was an inartful question.  My question

25    really was, was that the first time you were in Washington

1    D.C. or are you now stationed in D.C.?

2        A.    I'm stationed in D.C. on a permanent basis.  I

3    report to and work from the Ronald Reagan Building here in

4    D.C.

5        Q.    So you moved from whatever original state you

6    lived in and you moved as a CBP officer to D.C.  Correct?

7        A.    That is correct.  Yes, ma'am.

8        Q.    And on August 10th, you said that you were

9    standing guard.  Right?  Is that the words you used?

10       A.    I don't believe so, no, ma'am.

11       Q.    According to you, what were you doing on

12   August 10th?

13       A.    We were supporting the Metropolitan Transit

14   Authority with high-visibility crime prevention.

15       Q.    You're going to have to speak a lot slower for me.

16       A.    I'm sorry.

17       Q.    Okay.  Thank you.

18       A.    We were supporting the Metropolitan Transit

19   Authority with supporting the Executive Order of make D.C.

20   safe and beautiful.  Our primary purpose that night was for

21   high-visibility crime prevention and enforcement, if

22   necessary.

23       Q.    When Mr. Dunn approached you and asked you the

24   question?

25       A.    Yes, ma'am.

1      Q.   Do you recall you said you were there to make

2   America great again, as opposed to saying you were there to

3   keep D.C. safe or are you pretty sure what you said?

4      A.   No, ma'am.  I'm exactly certain I said I was there

5   to make D.C. safe and beautiful again.

6      Q.   And when you said that to him, you were literally

7   quoting the title of the Executive Order.  Correct?

8      A.   That is correct, yes, ma'am.

9      Q.   And as a CBP officer you were aware of the

10  executive orders that were coming down.  Correct?

11     A.   Yes, ma'am.

12     Q.   And you were aware of another Executive Order that

13  was going to come down later that night.  Correct?

14     A.   Not to my recollection, no, ma'am.

15     Q.   Had you not heard of the crime emergency order

16  that was coming from the White House?

17     A.   I don't recall if I had or not at that point, no,

18  ma'am.

19     Q.   I'm sorry?

20     A.   I don't recall at that point in the night if I had

21  any knowledge of it.

22     Q.   Okay.  Had you actually read the "make D.C.

23  safe" -- and is it green again or safe again?

24     A.   Safe and beautiful.

25     Q.   Safe and beautiful.

1      **A.**   Yes, ma'am.

2      **Q.**   Had you read the actual Executive Order?

3      **A.**   I don't know if I had that night or not, no,

4   ma'am.

5      **Q.**   Were your actions that night not directed by the

6   Executive Order?

7      **A.**   We were directed to support the Metropolitan

8   Transit Authority and other federal agencies in the city.

9      **Q.**   Right.  You keep saying that.  My question really

10  was whether or not you had read the Executive Order that

11  directed how you helped the Metropolitan Police.  Do you

12  recall, sitting here today, if the Executive Order limits

13  you to federal facilities?

14     **A.**   I don't recall that, no, ma'am.

15     **Q.**   How about federal areas?

16     **A.**   I don't recall that either.

17     **Q.**   How about territories controlled by federal

18  agencies?

19     **A.**   I don't recall.

20         **MS. SHROFF:**  May I have a second, Your Honor?

21         **THE COURT:**   (No response.)

22  BY MS. SHROFF:

23     **Q.**   Let me show you what I'm going to, just for you,

24  mark as Defense Exhibit 1.

25         **MS. SHROFF:**  Is it 1 or 8?

1            **MR. SILVERMAN:**  One.

2            **MS. SHROFF:**  One.

3            **MS. SHROFF:**  May I approach, Your Honor?

4            **THE COURT:**  You may.  Thank you.

5            Do you have a copy for me?

6            **MS. SHROFF:**  I do not but I think I can get one in

7       just a moment.

8            Do you recognize that document at all?

9            **THE WITNESS:**  It appears to be a copy of the

10      Executive Order, yes, ma'am.

11           **MS. SHROFF:**  Your Honor, we move the document into

12      evidence.

13           **MR. PARRON:**  The government objects, Your Honor.

14           **THE COURT:**  Let's get on the phone.

15           **MS. SHROFF:**  It's marked as a government exhibit.

16           **THE COURT:**  It doesn't matter.  Let's get on the

17      phone.

18           Let's get on the phone, I said.

19           **MR. PARRON:**  Oh, I'm sorry.

20          (Bench conference.)

21           **THE COURT:**  Okay.

22           **MR. PARRON:**  This is an Executive Order that was,

23      by its terms, promulgated on August 11th, 2025, the day

24      after this happened.  The agent testified that he hadn't

25      read it at the time or he doesn't remember having read it at

1    the time that the incident happened.

2            I don't think it's at all relevant to either his

3    state of mind or to what happened the day before.

4            **THE COURT:**  I mean, I'm looking at the last page

5    of this document.  It's dated March of 2025.  Let me ask

6    this.

7            **MS. SHROFF:**  I think the government is confused.

8            **MR. PARRON:**  Perhaps I'm looking at the wrong

9    exhibit.

10           **THE COURT:**  This is GE-6002 at the bottom.  Let me

11   ask the defendant side, how is this relevant?

12           **MS. SHROFF:**  That's the Executive Order that

13   guides him.  He's testified that's what he was doing.  I

14   want to show that he is acting outside of the perimeter of

15   the Executive Order.

16           **THE COURT:**  And that is relevant to what issue in

17   dispute here, in the case?  What issue does that go to?

18           **MS. SHROFF:**  Official duty.

19           **THE COURT:**  Okay.  So in your view he was acting

20   outside of the performance of his official duties.

21           **MS. SHROFF:**  Yep.

22           **THE COURT:**  What is the government's answer to

23   that?

24           **MR. PARRON:**  I guess I will just start by

25   clarifying, I thought this was Defense Exhibit 1.  I guess

1    this is the Executive Order that he referred to.  I don't

2    believe we have a --

3                    Brief indulgence, Your Honor.

4            (Discussion off the record with government counsel.)

5            **MR. PARRON:**  I guess I'd like to see what the

6    witness has.

7            **MS. SHROFF:**  I'm happy to get it from the

8    defendant -- I mean, witness, and give it to him, if he

9    wants.

10           **THE COURT:**  Yeah.  I mean, in general, when we

11   start handing things to witnesses we should be prepared to

12   provide them to the parties.  Having said that, if it is, in

13   fact, Government's 6002, the government could pull it up

14   'cause it's its own exhibit, then we could all be on the

15   same page.

16           **MS. SHROFF:**  I think the government is saying

17   they're not trusting me that I gave him the same document.

18   I am happy to assuage their concerns.  It's not a problem,

19   Your Honor.

20           **MR. PARRON:**  That's not what I'm saying.  I

21   thought I heard Defense Exhibit 1, which is a different

22   Executive Order.  So I was just under the misunderstanding

23   of what it was that was passed to the witness.  I think if

24   it is the Executive Order, that is Government's

25   Exhibit 6002, I don't have an objection to that.

 1          **THE COURT:**  Okay.  Very well.  So long as it's the

 2    document we're talking about, objection is withdrawn.

 3         (Bench conference concluded.)

 4          **THE COURT:**  I'd like to say one thing to be

 5    crystal clear for the record.  The document you handed to

 6    the witness, what are you calling it, exhibit-wise?

 7          **MS. SHROFF:**  I could refer to it as the

 8    government-marked exhibit or I could call it Defense

 9    Exhibit 1.

10          **THE COURT:**  What is the government's view?

11          **DEPUTY CLERK:**  Please speak into the microphone.

12          **MR. DiLORENZO:**  It might be better if we use the

13    phone.

14         (Bench conference.)

15          **THE COURT:**  Okay.

16          **MR. DiLORENZO:**  So part of the reason we have some

17    confusion is the defense had given us copies of their

18    exhibits.

19          **THE COURT:**  I understand that.

20          **MR. DiLORENZO:**  One of the exhibits they had,

21    which had been marked as Defense Exhibit 1 --

22          **THE COURT:**  Was a later Executive Order; I get

23    that too.

24          **MR. DiLORENZO:**  Correct.  It may be if the defense

25    is going to mark this, they mark it as --

1          **MS. SHROFF:**  I will mark it as Defense

2    Exhibit 100.

3          **MR. DiLORENZO:**  That's fine.

4          **THE COURT:**  Great.  Done.

5       (Bench conference concluded.)

6          **THE COURT:**  We are going to call what has been

7    provided to the witness Defense Exhibit 100.

8          You may proceed.

9          **MS. SHROFF:**  Thank you, Your Honor.

10   **BY MS. SHROFF:**

11      **Q.**   Is it fair to say, sir, that you haven't read that

12   Executive Order at all?

13      **A.**   I had not at the time, no, ma'am.

14         **THE COURT:**  Can we just -- I obviously dealt with

15   an objection on the phone.  I believe you had previously

16   moved for the admission of this exhibit.  Do you want to

17   renew that?

18         **MS. SHROFF:**  I apologize, Your Honor, and thank

19   you.

20         Yes.  I renew defense request to admit the

21   document as Defense Exhibit 100.

22         **THE COURT:**  Defense Exhibit 100 is admitted.

23      (Defense Exhibit 100 was admitted and published.)

24         **THE COURT:**  We don't have it on a screen.  We are

25   going to do this the old-fashioned way for now.  Okay.

1    BY MS. SHROFF:

2         Q.    Is it fair to say, sir, that you don't know the

3    contours of that Executive Order?

4         A.    I've read it since that time, yes, ma'am.

5         Q.    On August 10th, 2025, did you know the contours of

6    the Executive Order?

7         A.    No, ma'am.

8         Q.    Did you know if you were permitted by that

9    Executive Order to be at 14th and U?

10        A.    Yes.    Per our legal counsel, we were authorized to

11   enforce laws, along with D.C. Metro Transit, along with U.S.

12   Park Police, under an MOU, and also with U.S. Marshal

13   Service under the deputization with U.S. Marshal Service,

14   yes, ma'am.

15        Q.    Did you understand my question?    My question was

16   whether or not on August 10th, 2025, that Executive Order

17   permitted you to be on 14th and U.

18             THE COURT:    No.    You asked him if he knew.

19             MS. SHROFF:    About the Executive Order.

20             THE COURT:    You asked, Did you know if you were

21   permitted, by the Executive Order, to be at 14th and U?    And

22   he answered the question.

23             MS. SHROFF:    Okay.

24   BY MS. SHROFF:

25        Q.    Is it your testimony that your legal counsel

1    reviewed the Executive Order with you and told you the

2    contours of the Executive Order?

3         **A.**    It's the execution of the Executive Order.  The

4    Executive Order speaks to the intent, and it's the execution

5    of the Executive Order with U.S. Marshal Service, U.S. Park

6    police and D.C. Metro P.D. and how that Executive Order is

7    executed.

8              So with the deputization by the U.S. Marshal

9    Service, with the memorandum of understanding of U.S. Park

10   Police, and with our own organic authority, yes, ma'am, I

11   was absolutely authorized to be at 14th and U that night.

12        **Q.**    What part of the Executive Order authorizes you to

13   be at 14th and U?

14        **A.**    The deputization of the U.S. Marshal Service.

15   Also, I am an immigration officer.  And I am authorized to

16   enforce federal law no matter where I'm at.

17        **Q.**    Okay.  That really wasn't my question, sir.  My

18   question was whether or not the Executive Order itself

19   allows you to be deputized to patrol places that are not

20   federal places, such as a federal courthouse or the federal

21   FBI building or -- I don't know -- a federal Amtrak; that

22   was my question.

23        **A.**    I'm not sure I understand the question because

24   there is no restriction on where I am able to be as a

25   federal agent on a normal basis.

1    **Q.**    So when you answered Mr. Dunn, you didn't say to

2    him, I'm here because I'm a federal agent, I'm authorized to

3    be anywhere.  You said, I'm here to make D.C. safe and

4    beautiful again.  Correct?

5    **A.**    That is correct, yes, ma'am.

6    **Q.**    And that is pursuant to that Executive Order.

7    Correct?

8    **A.**    That is pursuant to the execution of the Executive

9    Order, yes.

10    **Q.**    Pursuant to that Executive Order.  Sitting here

11    today, you testified that you had not read it on August 10,

12    2025.  Correct?

13    **A.**    That's correct.

14    **Q.**    And your only direction was from somebody else who

15    had told you that you were deputized.  Correct?

16    **A.**    We were sworn in and deputized by the U.S. Marshal

17    Service, yes, ma'am.

18    **Q.**    Right.  Because somebody else told you that it was

19    okay, you said it was okay.  Correct?

20    **A.**    I'm not sure I understand the question.

21    **Q.**    It's all right.

22        And you also testified right now on cross that

23    that was part of your inherent authority as a CBP officer

24    anyway.  Correct?

25    **A.**    Part of our organic authority, yes, ma'am.

1          **Q.**   Right.  And you did not tell him that it is part

2    of your organic authority to be there.  Correct?  Just yes

3    or no.

4          **A.**   No.

5          **Q.**   Thank you.

6               May I have that document now?

7               **THE COURT:**  You may approach.

8               **MS. SHROFF:**  Oh, I'm sorry.  Thank you.  Did you

9    want me to ask each time?  I am happy to.

10              **THE COURT:**  No, it's fine.

11   **BY MS. SHROFF:**

12         **Q.**   Now, on August 10th, 2025, you saw Mr. Dunn

13   come -- did you see him coming out of the Subway shop?

14         **A.**   That's where I initially saw him, yes, ma'am.

15         **Q.**   When he came out of the Subway shop he started

16   that initial conversation with you.  Correct?

17         **A.**   That is correct, yes, ma'am.

18         **Q.**   According to you, by that time, was he already

19   cursing at you?

20         **A.**   No, ma'am.

21         **Q.**   Okay.  He asked you a question.  You answered him.

22   And then what happened according to you, the next thing that

23   happened?

24         **A.**   He asked me another question.  He asked, No, what

25   are you doing here, meaning specifically me, what was I

1    doing there.

2        **Q.**    Right.  When he asked you, What you are doing

3    here, you understood him to ask you, you, meaning a federal

4    officer.  Correct?

5        **A.**    That was my -- my assumption was he was talking to

6    me as a border patrol agent.

7        **Q.**    Right.  That's because on your uniform itself it

8    says "Border Patrol."  Right?

9        **A.**    That is correct.

10       **Q.**    And it says "Border Patrol" in that bright, kind

11   of, neon yellow that you can see at night.  Right?

12       **A.**    Clearly law enforcement designator, yes, ma'am.

13       **Q.**    Right.  So his focus is on what is a federal

14   person doing at 14th and U.  Correct?  That's what you

15   understood.

16           **MR. PARRON:**  Objection, Your Honor.

17           **THE COURT:**  Sustained.

18           **MS. SHROFF:**  What was your understanding of who he

19   was talking to?

20           **MR. PARRON:**  Objection, Your Honor.

21           **THE COURT:**  Overruled.

22           **THE WITNESS:**  To me as a federal agent.

23   BY MS. SHROFF:

24       **Q.**    Thank you.

25           Now, 14th and U, you were cognizant, were you not,

1     that it's a social area in D.C.  Right?

2          **A.**   I'm not familiar with the area, ma'am.

3          **Q.**   Oh, of course you are not familiar.  You said that

4     on direct.  But you also said you're a seasoned agent.

5     Correct?

6          **A.**   Yes, ma'am.

7          **Q.**   You've been an agent for how many?  Twenty years,

8     30 years?

9          **A.**   Twenty-three.

10          **Q.**   Twenty-three years.  When you are patrolling an

11     area, you want to make sure you know the general layout of

12     the area.  Right?

13          **A.**   There were several establishments in the area,

14     yes, ma'am.

15          **Q.**   Right.  And you were cognizant of them.  Right?

16          **A.**   Yes, ma'am.

17          **Q.**   You were cognizant that there was Bunker.

18     Correct?

19          **A.**   Say that again.  I'm sorry.

20          **Q.**   You were cognizant there were bars around that

21     area.  Right?

22          **A.**   Yes, ma'am.

23          **Q.**   You were cognizant that there were LBGTQ+ bars

24     that were widespread around 14th and U.  Right?

25          **A.**   I was not aware.  No, ma'am.

1    Q.    Were you aware that there were -- there were

2    people outside interacting socially.  Right?

3    A.    Can you repeat the question?  I couldn't

4    understand.

5    Q.    Sure.  I will try a better question.  It wasn't a

6    workplace, right, like Judiciary Square?  It's not a

7    courthouse, an office building.  Right?  It's a social

8    setting.

9    A.    It didn't appear to be at that time of night, no,

10   ma'am.

11   Q.    Right.  And you were aware, were you not, that CBP

12   was not particularly welcome.  Right?  Fair to say?

13        **MR. PARRON:**  Objection, Your Honor.

14        **THE COURT:**  Sustained.

15   **BY MS. SHROFF:**

16   Q.    Well, you were worried that night that people were

17   recording you.  Right?

18   A.    No, ma'am.

19   Q.    You were not worried that social media would

20   record your interaction with Mr. Dunn or with other people?

21   A.    No, ma'am.

22   Q.    Do you recall meeting with the prosecutors in

23   preparing for this testimony here today?

24   A.    Yes, ma'am.

25   Q.    Do you recall telling them that, that you were

1    cognizant that people were recording and you had to watch

2    what you said and how you said it?

3        A.    I was cognizant that I was being recorded but not

4    worried about it.

5        Q.    So you were cognizant that they were recording

6    you.  Right?

7        A.    Yes, ma'am.

8        Q.    And because you were cognizant of that, you were

9    also cognizant of how you interacted with Mr. Dunn.

10   Correct?

11       A.    I don't believe it changed my interaction.

12       Q.    That wasn't my question.

13       A.    What was your question?

14       Q.    My question was, you were cognizant that you were

15   being recorded and so you paid attention to the way you

16   interacted with Mr. Dunn or, for that matter, for the

17   public.  Correct?

18       A.    I don't know whether being recorded changed the

19   way I interacted with Mr. Dunn.

20       Q.    Then why mention it to the prosecutor as a

21   concern?

22       A.    As a concern that we were being recorded?

23       Q.    Yes.

24       A.    The concern that we were being recorded doesn't

25   change the interaction with any person, whether you are

1    being recorded or not.

2         **Q.**    Then why bring up recording at all?

3         **A.**    I'm sorry?

4         **Q.**    Then why bring up recording at all?

5         **A.**    Just that we were cognizant of being recorded;

6    that's all.

7         **Q.**    Okay.  So you are cognizant of being recorded but

8    you don't pay any attention to being recorded because you're

9    not worried about being recorded?

10        **A.**    That's correct.

11        **Q.**    Okay.

12             When Mr. Dunn approached you, you were with how

13   many other CBP officers?

14        **A.**    There was three others beside myself.

15        **Q.**    All three are in exactly the same uniform.

16   Correct?

17        **A.**    Yes, ma'am.

18        **Q.**    And they are -- all of them have a weapon.

19   Correct?

20        **A.**    Yes, ma'am.

21        **Q.**    And just to be extremely clear, Mr. Dunn has no

22   weapon.  Right?

23        **A.**    Not to my knowledge, no, ma'am.

24        **Q.**    And when you see Mr. Dunn first approach you and

25   after, as you called it, he starts to escalate, right, what

1    is the first thing you recall him escalating to?

2        A.    The first thing that he did?

3        Q.    Yes.

4        A.    Is saying "F-U" to me.

5        Q.    Okay.  He was cursing and then at one point he

6    started talking about how federal police were fascists.

7    Right?

8        A.    I believe that was part of his yelling, yes,

9    ma'am.

10        Q.    Right.  And at that time you had your fellow

11    officers and colleagues right there.  Correct?

12        A.    That is correct.

13        Q.    And you had fellow officers and colleagues across

14    the street.  Correct?

15        A.    Correct.

16        Q.    Were you able to talk to each other through some

17    kind of radio talkie or any other contraption that law

18    enforcement has with each other?

19        A.    We had a combined channel but it wasn't for close.

20    It was just to reach back to the main control.

21        Q.    Okay.  But you had backup.  Right?

22        A.    Yes, ma'am.

23        Q.    Anything happen to you, there were at least three

24    officers with you to back you up.  Right?

25        A.    Right.

1      Q.    There were officers across the street to back you

2   up.  Correct?

3      A.    Yes, ma'am.

4      Q.    And along with you, correct me if I'm wrong, okay,

5   on that day, August 10th, before the Subway sandwich is

6   thrown at you, you were aware that somebody named Daina

7   Henry is there; is that correct?  A law enforcement officer.

8      A.    What is the name?  I'm sorry.

9      Q.    Henry?

10      A.    Detective Henry, yes, ma'am.

11      Q.    She is there.  Right?

12      A.    Yes.

13      Q.    How about Kendrick Anderson?  Is he there?

14      A.    What is the name?

15      Q.    Anderson.

16      A.    I'm not sure about Anderson.

17      Q.    Okay.  Trejo is there.  Right?

18      A.    What was the name?

19      Q.    CPB Officer Trejo is there.  Correct?

20      A.    Yes, ma'am.

21      Q.    Similarly armed as you.  Correct?

22      A.    Yes, ma'am.

23      Q.    Then you have somebody named Jonathan Hanson.

24   He's also with you.

25      A.    That's right.

1    Q.    And you've all worked together before or is this

2    the first time you've ever worked with each other?

3    A.    No.  We routinely work together at the office.

4    Q.    Then you have Abelino Reyna.  He's there with you.

5    Correct?

6    A.    He is not there.

7    Q.    He is not there with you.  He comes in later?

8    A.    No, ma'am.

9    Q.    Okay.  How about Harvey Perez?

10    A.    He was not there that night.

11    Q.    And the other officers that were with you on the

12    other side of the street, do you know their names by any

13    chance?

14    A.    I don't know.  They were --

15    Q.    I'm sorry?

16    A.    They were FBI.

17    Q.    They were FBI.  I apologize if I cut you off.

18    Okay?  If you keep your voice up, I am less likely to cut

19    you off.

20    A.    Yes, ma'am.

21    Q.    So you have the FBI there too.  Correct?

22    A.    Yes, ma'am.

23    Q.    All of you have met before you go to 14th and U.

24    Right?

25    A.    Briefly, yes, ma'am.  When we were at our first

1    location near Capital One was where we first interacted.

2         Q.    At Capital One, you leave Capital One because

3    according to you nothing is happening at Capital One.

4    Correct?

5         A.    There was pedestrian traffic, vehicle traffic but

6    nothing happening.

7         Q.    No crime happening, so you moved to another spot.

8    Right?

9         A.    Not that we saw, yes.

10        Q.    That's because a major part of what you were

11   trying to do is to see if you could catch some crime.

12   Right?  There was no action at -- what is it called,

13   Anastasia -- so you moved to the next one.

14        A.    We were at Capital One.  Anacostia is the Park

15   Police headquarters.  Again, we were there supporting Metro

16   Transit Authority.  So wherever they would normally patrol,

17   wherever their -- I'm not sure how to phrase it.  Wherever

18   their hot spots were is where we were supporting them.  They

19   were kind of directing where we would patrol.  So we were

20   there in support of them, so we went with them.

21        Q.    Okay.  But you told the prosecutor you left that

22   area because nothing was happening.  Correct?

23        A.    That is correct.

24        Q.    And when you get to 14th and U, right, you

25   encounter Mr. Dunn the first time.  Right?  We went over

1    this.  And he starts to call you names, according to you.

2    Right?

3         **A.**   Yes, ma'am.

4         **Q.**   And you see that on the video.  Right?

5         **A.**   Yes, ma'am.

6         **Q.**   He's getting all bent out of shape.  He's talking

7    a lot.  Right?

8         **A.**   That's correct, yes, ma'am.

9         **Q.**   And at that point, how close to him are you?

10        **A.**   There's several different times when we interact

11   but anywhere from really close to across the street.

12        **Q.**   Okay.  And there's a point when he's across the

13   street.  Right?

14        **A.**   Yes, ma'am.

15        **Q.**   So he's -- there is a fair amount of distance

16   between you and him then.  Right?

17        **A.**   Yes, ma'am.

18        **Q.**   And at that point, even from a distance, there is

19   no interaction between you and him where you tell Mr. Dunn,

20   hey, take it easy, calm down, go home.  Correct?

21        **A.**   No, I never told him to calm down or go home.

22        **Q.**   Okay.

23             You see him on the video, right, and he continues

24   speaking, so to speak.  Correct?

25        **A.**   On the video?

1    **Q.**    Yes.

2    **A.**    Yes, ma'am.

3    **Q.**    And on August 10th.  Right?

4    **A.**    I'm sorry, say it again.

5    **Q.**    And on August 10th.  Not just because it's on the

6    video --

7    **A.**    Yes, ma'am.

8    **Q.**    Okay.  So you see there are other people there.

9    Right?

10    **A.**    Yes, ma'am.

11    **Q.**    And you never see Mr. Dunn go up to any of the

12    other people and say, Come join me in my conversation with

13    CBP Officer Lairmore.  Correct?

14    **A.**    Not that I recall, no, ma'am.

15    **Q.**    He never recruits anybody else to come and

16    approach you with him.  Correct?

17    **A.**    Not directly that I saw, no, ma'am.

18    **Q.**    Nor indirectly.  Correct?

19    **A.**    I couldn't speak to his interactions across the

20    street.  I couldn't hear them.

21    **Q.**    You couldn't hear him but when you -- I'm only

22    asking you about what you can see and what you can hear.  If

23    you can't see something, you can't testify to it.  Right?

24    **A.**    Yes, ma'am.

25    **Q.**    When you see him -- and according to you, you have

1    your eye on him.  Correct?

2        **A.**   Yes, ma'am.

3        **Q.**   Okay.  When you have your eye on him, never once

4    do you see him go up to anybody else on that street and say,

5    Hey, come with me and join in my conversation against CBP

6    officers.  Correct?

7        **A.**   Not that I recall, no, ma'am.

8        **Q.**   And in fact, he never, ever comes upon you with

9    anybody else in tow.  Correct?

10       **A.**   That's correct.

11       **Q.**   There is a man who is recording what Mr. Dunn is

12   doing.  Correct?

13       **A.**   I believe so.  Yes, ma'am.

14       **Q.**   And you saw that video.  Right?

15       **A.**   That's right.

16       **Q.**   And that man is never recruited by Mr. Dunn to

17   come and approach you either.  Correct?

18       **A.**   Correct.

19       **Q.**   Now, you've testified several times that what your

20   goal was was crime -- is it crime prevention?

21       **A.**   High-visibility crime prevention.

22       **Q.**   The high-visibility part you accomplish by just

23   being visible in you uniform, all of you?

24       **A.**   Yes, ma'am.

25       **Q.**   I am jumping around a little bit, but is it fair

1    to say that as August 10th progresses, the night progresses,

2    more and more officers join you?  Right?

3        A.    No.  We started and ended with about the same

4    amount.

5        Q.    Really?  So the number of officers after Mr. Dunn

6    is arrested is the same amount as the number of officers

7    before?

8        A.    There's other patrol groups other than ours.  So

9    our group remained the same number.  Other patrol groups

10   helped us with the arrest and then went back to their patrol

11   duties.

12       Q.    So other patrol groups joined you in larger

13   numbers.  Correct?

14       A.    There were several, yes, ma'am.

15       Q.    So the number increases.  The federal officers

16   increase.  Correct?

17       A.    Yes, ma'am.

18       Q.    More presence is shown.  Right?

19       A.    Yes, ma'am.

20       Q.    You are even more visible now?

21       A.    I would assume so, yes, ma'am.

22       Q.    So the visibility has increased.  Correct?

23       A.    Correct.

24       Q.    Okay.

25             Now, when Mr. Dunn is, as you put it, getting more

1   and more aggressive, right, on that day, do you know or are

2   you aware that there is going to be a new President Trump's

3   declaration of a crime emergency in the District of Columbia

4   coming in two hours?

5       **A.**   I did not know that, no, ma'am.

6       **Q.**   Nobody has informed you, your legal counsel didn't

7   inform you, that the emergency was going to come in at

8   midnight that night?

9       **A.**   No, ma'am, not to my knowledge.

10      **Q.**   And when Mr. Dunn is at that spot where he's

11  somewhat away from you, right, you don't talk to him and in

12  any way tell him to leave the area.  Correct?

13      **A.**   I believe I wished him to have a good night, and

14  that was the extent of my interaction with him.

15      **Q.**   Right.  But you know when somebody says, Have a

16  good night, you can say it sarcastically.  Correct?  Go

17  ahead.  Have a good night.  Whatever.  Right?  That's one

18  way to say it.

19      **A.**   That's the intent, yes, ma'am, to de-escalate the

20  situation, which could --

21      **Q.**   Sir, if you could just listen to my question.

22      **A.**   Yes, ma'am.

23      **Q.**   My question to you was, would you agree with me

24  that you can be flippant and tell somebody "have a good

25  night, whatever," and move on.  Correct?  Right?

1      **A.**   I'm not sure I understand the context of the

2   question.

3      **Q.**   Okay.  I'll try again.

4           You can say, Have a good night in a genuine way

5   that you really want somebody to have a good night.

6   Correct?

7      **A.**   Yes, ma'am.

8      **Q.**   And then there's a not-so-nice way of saying, Have

9   a good night.

10          Basically, what you're saying is, Move along,

11  buddy.

12     **A.**   Yes, ma'am.

13     **Q.**   Now, when you are at August 10th on that same day,

14  you are there to assist, you said, MTP.  Right?

15     **A.**   Yes, ma'am.

16     **Q.**   And in your particular group, there is no MTP

17  officer.  Right?

18     **A.**   Yes, ma'am, there is.

19     **Q.**   When you're standing there just the three of you,

20  there is an MTP officer standing with you?

21     **A.**   I'm not sure of how they are separated but

22  Detective --

23     **Q.**   I'm only asking whether they are physically

24  there --

25     **A.**   Detective Henry was with us, yes, ma'am.

1      Q.   According to you, one can see Detective Henry when

2   Mr. Dunn is approaching you the first time?

3      A.   I'd have to look at the video again but I'm pretty

4   sure that I remember Detective Henry being there with us the

5   entire night, and then there's another officer who was with

6   the FBI agent that night.

7      Q.   Okay.

8           And when you are assisting MTP, you, for some

9   reason, do not have a body-worn camera.  Correct?

10     A.   No, ma'am.  We were not issued body-worn camera

11  that night.

12     Q.   Well, you are a federal law officer.  Right?

13     A.   Yes, ma'am.

14     Q.   If you wanted a body cam, you could get a body

15  cam.  Right?  Are you suggesting that if you ask for one,

16  somebody would deny you one?

17     A.   No, ma'am.  We are not in a typically operational

18  posture.

19     Q.   I'm not asking about typical.

20     A.   I'm explaining --

21     Q.   I'm only asking about August 10th.  Only

22  August 10th.  You were there to assist local police.

23  Correct?

24     A.   Yes, ma'am.

25     Q.   Local police has a body-worn camera.  Correct?

1    **A.**    I believe so, yes, ma'am.

2    **Q.**    You want to be part of the local police.  Correct?

3    **A.**    Yes, ma'am.

4    **Q.**    But you don't have a body-worn camera on you?

5    **A.**    I do not.

6    **Q.**    Okay.

7          On the video, you see Mr. Dunn leave and then,

8    according to you, when he comes back up to you he is

9    standing very close to you.  Correct?

10    **A.**    Initially, when he came back up he was running

11    down the street.  But then, eventually, he comes in and is

12    very close, yes, ma'am.

13    **Q.**    According to you, he is literally in your personal

14    space by then.  Right?

15    **A.**    Yes, ma'am.

16    **Q.**    And when he is in your personal space where are

17    the other two or three officers that are with you?

18    **A.**    There's one to my immediate left and then several

19    behind me looking -- making sure there is nothing coming in

20    behind us.

21    **Q.**    Well, you don't know what they are doing.

22    Correct?

23    **A.**    I --

24    **Q.**    I mean, you only know what you are doing?

25    **A.**    I know what I am doing, yes, ma'am.

1      **Q.**   If somebody is behind you they could be texting

2      their girlfriend for all you know.  Right?

3      **A.**   Correct.

4      (Brief pause in proceedings.)

5      **BY MS. SHROFF:**

6      **Q.**   Officer Lairmore, when Mr. Dunn is in your

7      personal space, there is one agent behind you.  Right?

8      **A.**   I'd have to look at the video again.  I assume so.

9      **Q.**   Okay.

10      Could I ask you this question, when you prepared

11      for trial testimony here, was Government Exhibit 4000 the

12      only video that you looked at?

13      **A.**   I looked at -- there was a shorter version and

14      then a longer version of the same video.

15      **Q.**   Okay.  And you looked at both videos.  Right?

16      **A.**   Yes, ma'am.

17      **Q.**   How many times did you meet with them to prepare?

18      **A.**   Twice.

19      **Q.**   Twice.  And when you -- when you were discussing

20      this issue of Mr. Dunn being in your personal space.  Right?

21      **A.**   Yes, ma'am.

22      **Q.**   You have at least two officers to your left or

23      your right.  Correct?

24      **A.**   I would have to, again, look at the picture but I

25      assume so, yes, ma'am.

1    Q.   And at that point, do they shift at all?

2    A.   They could have.  Without watching the video

3    again, I wasn't paying attention to what they were doing.

4    Q.   Okay.  But is it fair to say, sir, that no matter

5    how close Mr. Dunn is, you have backup at that spot; is that

6    right?

7    A.   Yes, ma'am.

8    Q.   And between you and Mr. Dunn, you are more

9    equipped with actual equipment than Mr. Dunn.  Correct?

10    A.   I have more equipment than him, yes, ma'am.

11    Q.   Right.  And even when Mr. Dunn is close to you,

12    he's red faced.  Right?

13    A.   Yes, ma'am.

14    Q.   And he's yelling.  Right?

15    A.   Yes, ma'am.

16    Q.   And the first time he ever gesticulates at you is

17    when he throws the sandwich at you.  Right?

18    A.   Yes, ma'am.

19    Q.   And he throws the sandwich at you, at your chest.

20    Correct?

21    A.   The left side of my chest, yes, ma'am.

22    Q.   On your chest you have a long-sleeved shirt.

23    Correct?

24    A.   Correct.

25    Q.   On top of that, a vest.  Correct?

1      **A.**    Yes, ma'am.

2      **Q.**    And it is August.  Right?  It's not winter or

3    anything like that.  It's still sort of fall-y.  Right?

4    Fall weather?

5      **A.**    Yes.  It's warm.

6      **Q.**    The moment the sandwich hits you or you feel it on

7    your body, right, he takes off.  Right?

8      **A.**    Yes, ma'am.

9      **Q.**    And you take off right with him.  Correct?

10      **A.**    That's correct.

11      **Q.**    The sandwich, as you see...

12          **MS. SHROFF:**  Could we pull that back up?

13          **THE COURT:**  Let the record reflect that we are now

14    looking at Government's Exhibit 4000.

15    **BY MS. SHROFF:**

16      **Q.**    That's the Subway sandwich.  Correct?

17      **A.**    I assume so, yes, ma'am.

18      **Q.**    And the paper is still on there.  Correct?

19      **A.**    Yes, ma'am.

20      **Q.**    It's fallen in a way that the Subway has fallen on

21    the street.  Right?

22      **A.**    Yes, ma'am.

23      **Q.**    You don't see what kind of Subway sandwich it is.

24    Right?

25      **A.**    No, not from the picture, no, ma'am.

1    **Q.**   From the picture you can't even tell which

2   condiments are on the sandwich.  Correct?

3        **A.**   Correct.

4        **Q.**   You don't know if there is mustard on it, correct,

5   from the picture.

6        **A.**   From the picture, no, ma'am.

7        **Q.**   You don't see if there is ketchup on it?

8        **A.**   Not from the picture, no, ma'am.

9        **Q.**   You can't tell if there's mayonnaise on it?

10        **A.**   From the picture, no, ma'am.

11        **Q.**   Lettuce.  Tomato.

12        **A.**   It doesn't appear so from the picture, no, ma'am.

13        **Q.**   Can't tell if it's a turkey sandwich, ham

14   sandwich, tuna sandwich.

15        **A.**   Not from the picture.

16        **Q.**   In fact, that sandwich hasn't exploded at all.

17   Correct?

18        **A.**   I can't see the entire sandwich.

19        **Q.**   From the photo, that sandwich has not exploded.

20   Correct?

21        **A.**   From the photo, it looks bent and out of shape.

22        **Q.**   I'm sorry, could you --

23        **A.**   One side of the wrapper.

24        **THE COURT:**  He said it looks bent and out of

25   shape.

1          **MS. SHROFF:**  Okay.  Let's go through that.

2    **BY MS. SHROFF:**

3          **Q.**   My question was, from looking at the photo, you

4    cannot tell the contents of the photo -- I mean, of the

5    sandwich at all.  Correct?

6          **A.**   That's correct.

7          **Q.**   Nothing that is within the sandwich has come out

8    of the sandwich.  Correct?

9          **A.**   It looks like a little bit has come out towards

10   the bottom there.

11         **Q.**   Okay.  What has come -- what is coming out of the

12   bottom that you can see?

13         **A.**   It looks like some kind of --

14         **Q.**   Looks like?  I'm not asking you to guess, sir.

15         **A.**   I can't tell.

16         **Q.**   Okay.  After the sandwich is thrown, the number of

17   people increased.  Correct?  Agents.  I'm sorry.  I should

18   be more precise.  Agents increase.  Right?

19         **A.**   Yes, ma'am.

20         **Q.**   There was the Metropolitan Police now.  Right?

21         **A.**   Yes, ma'am.

22         **Q.**   There was the FBI.  Right?

23         **A.**   Yes, ma'am.

24         **Q.**   There was CBP.  Right?

25         **A.**   Correct.

1      **Q.**   Correct me if I'm wrong.  Every one of those

2  people has an iPhone.  Right?

3      **A.**   A phone, yes, ma'am, probably.

4      **Q.**   Maybe Android, iPhone.  Everybody has one.  Right?

5      **A.**   Yes, ma'am.

6      **Q.**   You have one.  Right?

7      **A.**   Yes, ma'am.

8      **Q.**   No one took a picture of the sandwich?

9      **A.**   The sandwich was at 14th and U and we were at 15th

10  and U.  I don't believe anybody was taking a picture of the

11  sandwich.

12      **Q.**   One block away.  One block away.  Correct?

13      **A.**   Correct.

14      **Q.**   Not one of the 20-odd officers walked back to take

15  a picture of this exploding sandwich.  Correct?

16      **A.**   Not to my knowledge, no, ma'am.

17      **Q.**   Right.

18      After all of this, you received from your

19  colleagues gag gifts mocking this so-called sandwich.

20  Correct?

21      **A.**   That's fair.  Yes, ma'am.

22      **Q.**   Right.  And the gag gifts included, I don't know,

23  a plush sandwich; is that right?

24      **A.**   Yes, ma'am.

25      **Q.**   Like a stuffed toy?

1    **A.**   Yes, ma'am.

2    **Q.**   What color was it, by the way?

3    **A.**   It looked like a sandwich.

4    **Q.**   It looked like a sandwich?

5    **A.**   Yes, ma'am.

6    **Q.**   What did you do with it?

7    **A.**   I put it on top of the shelf in my office.

8    **Q.**   Okay.  And then did you get a second gag gift?

9    **A.**   One of the agents that worked the op later on gave

10   me a patch from one of the vendors.

11   **Q.**   What does the patch say?

12   **A.**   It says, "Felony Footlong".

13   **Q.**   What did you do with the patch?

14   **A.**   I put it on my lunch box.

15        **MS. SHROFF:**  I have nothing further.

16        **THE COURT:**  Thank you, Counsel.

17        After you collect your stuff, I will let the

18   government begin its redirect.

19        You may proceed.

20        **MR. PARRON:**  Thank you, Your Honor.

21        **REDIRECT EXAMINATION OF GREGORY LAIRMORE**

22        **MR. PARRON:**  Agent Lairmore --

23        **THE COURT:**  Just speak up a little bit, if you

24   could.  Thank you, Counsel.

25        **[REPORTER'S NOTE:  This page intentionally left blank]**

1    BY MR. PARRON:

2        **Q.**    How long have you been stationed in D.C.?

3        **A.**    Just over nine years.

4        **Q.**    Defense counsel asked you a little bit about the

5    Executive Order that you referenced earlier.  Is that the

6    only basis that you were out there?

7        **A.**    That's the only reason we were out on patrol that

8    night, is supporting local law enforcement per the Executive

9    Order.

10        **Q.**    Who told you to go?

11        **A.**    My superiors.

12        **Q.**    Defense counsel also asked you a little bit about

13    your awareness of being recorded.  How did your awareness of

14    being recorded affect your interaction with the defendant

15    that night?

16        **A.**    Zero.

17        **Q.**    Defense counsel asked you a little bit about the

18    different ways you can say "have a good night."  Just repeat

19    for us, with the same tone and cadence, the way that you

20    would have told the defendant that night to have a good

21    night.

22            **MS. SHROFF:**  [Inaudible]

23            **THE COURT:**  Let's just -- can you state how you

24    did say it that night.

25            **THE WITNESS:**  Yes, sir.

1             That night I said, "Have a good night."

2     **BY MR. PARRON:**

3        **Q.**   Agent Lairmore, is body-worn camera a part of your

4     uniform?

5        **A.**   For the field agents it has been for a part.  We

6     don't have it as full deployment because they are very, very

7     expensive.  So it's not complete.  It has now become part of

8     the standard procedure for the operation but that was the

9     first time we didn't have the logistics.

10       **Q.**   I guess I should ask to be more clear.  Is it part

11    of your uniform?

12       **A.**   Not on a daily basis, no, sir.

13       **Q.**   Now, when defense counsel asked you about whether

14    or not there was mustard coming out of the sandwich, I think

15    I saw you smile a little bit.  Can you explain why?

16       **A.**   Because I had mustard and condiments on my

17    uniform, and I had an onion hang on my radio antenna that

18    night.

19            **MR. PARRON:**  The Court's brief indulgence.

20            No further questions, Your Honor.

21            **THE COURT:**  Thank you, Agent ...

22            **MS. SHROFF:**  Your Honor, I had some recross.  May

23    I?

24            **THE COURT:**  I mean, let's see.

25            **MS. SHROFF:**  Okay.

1          **RECROSS-EXAMINATION OF GREGORY LAIRMORE**

2     **BY MS. SHROFF:**

3          **Q.**   Sir, you said you had mustard on your uniform.

4     Correct?

5          **A.**   Yes, ma'am.

6          **Q.**   Did you take a photo?

7          **A.**   I did not.

8          **Q.**   You had condiments on your radio.  Correct?

9          **A.**   Yes, ma'am.

10         **Q.**   Did you take a photo?

11         **A.**   I did not.

12         **Q.**   And you had the mustard and the condiments after

13    Mr. Dunn was under arrest.  Correct?

14         **A.**   Yes, ma'am.

15         **Q.**   And you knew that Mr. Dunn was going to be

16    charged.  Correct?

17         **A.**   Yes, ma'am.

18         **Q.**   And as a seasoned officer, you know you are going

19    to have to testify in front of a jury.  Correct?

20         **A.**   At times, yes, ma'am.

21         **Q.**   Right.  And you didn't preserve that evidence.

22    Correct?

23         **A.**   I did not consider that evidence, ma'am.  There

24    was plenty of federal agents as witness to the sandwich

25    striking me in the chest.

1      **Q.**   Is it your testimony, sir, that as a seasoned

2      officer, a photograph of the actual stain is not the best

3      evidence?

4      **A.**   The arrest was turned over to Metropolitan Police

5      Department.

6      **Q.**   Okay.

7      **A.**   It was their case to pursue at that point.

8      **Q.**   I see.  And the Metropolitan Police Department

9      didn't take a photo either?

10     **A.**   It would appear not.

11          **MS. SHROFF:**   Thank you.

12          **THE COURT:**   Agent, thank you for your testimony

13     this morning.  You are released and thank you for your

14     service.

15          (Witness steps down.)

16          **MR. DiLORENZO:**   Your Honor, we are prepared to

17     call our next witness but we had flagged an issue earlier

18     today, which would impact the way we proceed.  Our goal is

19     to streamline things, as the Court has indicated.

20          **THE COURT:**   Would you like to get on the phone to

21     discuss that issue or can we --

22          **MR. DiLORENZO:**   Yeah, that might be best.

23          **THE COURT:**   Okay.  Excuse us, everyone.  You

24     probably have already gathered this; it's not rocket

25     science.  But from time to time, I need to speak with the

1    lawyers, the parties about an issue that we are trying to

2    resolve some issue before, perhaps, something comes to you

3    inappropriately.

4            We do that with the husher on the phone, just the

5    way I talked to you when we did the jury selection.

6            So with that, let's go on the husher.

7        (Bench conference.)

8        **THE COURT:**  Proceed.

9        **MR. DiLORENZO:**  Thank you, Your Honor.  Our

10   intention is to call Detective Henry next.  She would be

11   more of an abbreviated version about what occurred on

12   August 10th and then up to the point the defendant was taken

13   into custody.

14           We were then planning on stopping with her and

15   then our last witness, who is McDonald, who has actually

16   indicated -- kind of gave us an update on her medical

17   condition, which is not good, but we would like to speak

18   with her, that she would testify to just a brief video clip.

19   Basically, it was a statement the defendant made while he

20   was in the station.

21           The defense indicated earlier they wouldn't object

22   to the authenticity of that and they did reference it in

23   their opening.

24           So the way we planned on proceeding was having

25   McDonald testify to that piece.  In the event we can't, what

1    we would do is introduce it through Henry.  The way we would

2    do that is Henry viewed -- she didn't personally witness the

3    statement but she was present with another officer and she

4    has viewed part of his body-worn camera footage.

5           Basically, she is in the garage of the station

6    with Officer Thandi.  She is seen on it.  And then what we

7    would do is she would authenticate that portion of the

8    video.  She can explain how body-worn camera footage is

9    basically continually playing.  Then the video shows it is

10   continually playing.  Then what we would do is then admit

11   the statement, the admission, which occurred about a minute

12   later.

13          So we would have to build on it.  It's a little

14   more time consuming.  What we would have to do is we have

15   shown Detective Henry at least parts of Thandi's -- Thandi's

16   not available but part of Thandi's body-worn camera footage,

17   but what we would want to do is narrow it.  She can

18   authenticate the one part and it would have a continuing

19   part.

20          There's a couple of options.  One, we would ask

21   the Court if we can just sit momentarily with Henry to make

22   sure she can authenticate it; we're confident that she can.

23   And then we can proceed with our direct.

24          The other is we'll also reach out to McDonald too

25   to see if she is available.  She has some condition with her

1    eye.  We noticed it yesterday.  Her eye, I believe, may be

2    swollen shut.  We don't want to force her to come in but we

3    can check on her availability.

4            The third is, I don't know that this -- you know,

5    the authenticity does not appear to be in dispute.  I would

6    suggest -- but obviously, the defense, it's up to them

7    whether or not they would accept it -- a stipulation that,

8    you know, this statement was made while the defendant, you

9    know, it's clear was in the station.

10           **THE COURT:**  Can I just ask a couple questions

11   before I turn it over to the defense?

12           **MR. DiLORENZO:**  Yes.

13           **THE COURT:**  Whose body-worn camera footage is it?

14           **MR. DiLORENZO:**  It's Officer Thandi.  He is on the

15   scene.  He actually does the transport.

16           **THE COURT:**  I take it he is unavailable to

17   testify.

18           **MR. DiLORENZO:**  He is.

19           **THE COURT:**  We'll start with that.

20           **MR. DiLORENZO:**  Yes.

21           **THE COURT:**  So with Thandi not available, the plan

22   was to have Officer McDonald testify and lay the foundation

23   and then admit the body-worn camera footage that's Thandi's

24   BWC but through Officer McDonald.  Right?

25           **MR. DiLORENZO:**  Correct, because it occurred in

1    her presence.

2         **THE COURT:**  Right.  So then, because

3    Officer McDonald has this medical issue and in the event

4    cannot testify, the plan would be to attempt to get the BWC

5    in through Detective Henry.

6         If it weren't for Officer McDonald's health issue,

7    Detective Henry would still testify, just not as to this

8    question.  Yes?

9         **MR. DiLORENZO:**  That's correct.

10        **THE COURT:**  If it turns out that -- again, let's

11   assume Officer McDonald is, in fact, completely unavailable

12   and let's assume also that I say Detective Henry is going to

13   be permitted to testify not only about what the detective

14   was intending to testify about but this additional video,

15   are those the only topics -- is that the extent of the -- of

16   Officer Henry's expected testimony?  You said something

17   about a truncated version earlier.

18        **MR. DiLORENZO:**  I did.  Henry would start.  We

19   would talk about the incident itself.  So, you know, she was

20   actually on the corner.  We don't plan to show her the CCTV

21   but just very brief clips of the video.  We have some

22   photographs.

23        She will identify herself and some of the other

24   individuals that were on the corner.  We expect her to

25   testify briefly about the incident and then the chase.  And

1      then, you know, where the defendant is taken into custody.

2                **THE COURT:**  Okay.  All right.  What are the

3      defense views on this question?

4                **MS. GATTO:**  Well, Your Honor, we don't plan on

5      stipulating to its admissibility.  If they want to introduce

6      it, we would ask that they introduce it through a witness

7      who can lay the proper foundation.  It was a little

8      confusing to me, the explanation of how they thought that

9      they could do that through Detective Henry.

10               I suppose we could go through that exercise during

11     her testimony.  From the way I heard it, they would not lay

12     a proper foundation.  They were -- you should know we had

13     noticed Detective Thandi as our own witness.  We were told

14     he was out of town and then they were calling McDonald,

15     which, for this clip, I understand how they would lay that

16     foundation, because she appears to be physically in the

17     location when the statement is made, but Detective Henry is

18     not.

19               I think I heard, although I couldn't be sure, that

20     they planned on showing the video to her now.  That would

21     not be an appropriate way to lay a foundation.

22               So, Your Honor, all I can say is, again, we

23     appreciate that the witness is sick.  We don't wish her to

24     be.  But if they want to get this piece of evidence in, as

25     the rules of evidence require, they will have to find a

1      witness who they can get it in through.  If there is no

2      witness, then that will be the evidentiary gap for them.

3              **THE COURT:**  Yeah.  So here is how I want to

4      proceed.  I think we should start with Detective Henry.

5      Okay?  Let's take Detective Henry through the testimony that

6      she would -- or Detective Henry would do regardless of

7      whether McDonald's available or not.

8              We will get to a point, then, where the government

9      will attempt to lay a foundation through the testimony of

10     Detective Henry about the admissibility of this BWC, and

11     depending on the specifics -- I think I have a general sense

12     but depending on the specifics, and assuming there is still

13     an objection, I will resolve it at that point.  Okay?

14             **MR. DiLORENZO:**  Your Honor, what the government

15     would ask is if we just have a brief moment to show her the

16     video.  I mean, we are confident that she can, but she would

17     be seeing it for the first time --

18             **THE COURT:**  Right.  All you're really asking is

19     for me to let you have 10 or 15 minutes recess before she

20     starts testifying.

21             **MR. DiLORENZO:**  Correct.

22             **THE COURT:**  You can do what you want in that

23     recess and, obviously, the defense can cross-examine the

24     detective on this meeting and the like, if it wants to voir

25     dire her about the admissibility of this.

1          So we will take a recess.  We'll take 15 minutes.

2    We'll go back on at noon.  Okay?

3          (Bench conference concluded.)

4          **THE COURT:**  Members of the jury, we are going to

5    take 10, 13 really.  We are just going to take a brief

6    recess.  We will come back on at noon.  We will resume.  I

7    get that we're butting up against the lunch hour.  My plan

8    is to be on the record a half an hour or less, something

9    like that.

10         I think this is a more efficient use of our time

11   than going into a break right now for lunch.  I'd like to

12   get a little bit more work done.  Okay?  Let's go into

13   recess until noon.

14         (Recess started at 11:47 a.m. to 12:02 p.m.)

15         **THE COURT:**  Counsel, you may proceed.

16         **MR. DiLORENZO:**  Thank you.  The government would

17   call Detective Henry.

18         **THE COURT:**  Very well.  You may get the detective.

19         **MS. SHROFF:**  Your Honor, may we have a very brief

20   sidebar?

21         **THE COURT:**  Sure.  Go get the witness.  We'll do

22   the sidebar.  Please put us in the husher.

23         (Bench conference.)

24         **MS. SHROFF:**  My colleague is in the bathroom.

25   That was my sidebar.

1          **THE COURT:**  Oh.

2          (Bench conference concluded.)

3          (Witness sworn.)

4          **THE COURT:**  Good afternoon, Detective.  Obviously,

5     there is a microphone there and you see that.  Please speak

6     very loudly, very clearly into the microphone.

7               Counsel, you may proceed.

8          **MR. DiLORENZO:**  Thank you, Your Honor.

9          **DIRECT EXAMINATION OF DAINA HENRY**

10    **BY MR. DiLORENZO:**

11         **Q.**   Good afternoon.

12         **A.**   Good afternoon.

13         **Q.**   Could you please introduce yourself for the Judge

14    and the jury.

15         **A.**   My name is Detective Henry.  Daina Henry.

16         **Q.**   By whom are you employed?

17         **A.**   The Metro Transit Police.

18         **Q.**   What do you do for the Metro Transit?

19         **A.**   I am a detective.

20         **Q.**   How long have you been employed by them?

21         **A.**   Over ten years.

22         **Q.**   As a detective what are your primary duties?

23         **A.**   Investigating the cases assigned to me.  Video

24    review, speak with victims, witnesses, material suspects and

25    a whole array of responsibilities.

1    Q.    Prior to being a detective were you a patrol

2    officer?

3    A.    That's correct.

4    Q.    What type of work did you do then?

5    A.    I was on patrol as a uniformed officer.  Also

6    spent time on plain-clothed details, tactical operations as

7    well.

8    Q.    What areas geographically do you generally cover?

9    A.    Anywhere where the buses and trains run.  So

10    Montgomery County, the District of Columbia, Arlington,

11    Fairfax, Arlington, and also P.G. County, Maryland.

12    Q.    Where is your office physically located?

13    A.    Virginia.

14    Q.    Now, directing your attention to August 10th of

15    2025, were you working that day?

16    A.    I was.

17    Q.    And what were you doing?

18    A.    I actually came in to work overtime as part of a

19    joint task force that I was notified of via email earlier

20    that afternoon.

21    Q.    And what did that entail?

22    A.    Our main goal was to police, enforce, any

23    infractions or any illegal activity, to be visible, make

24    sure we showed a presence.  Simply to what we do on a daily

25    basis as an officer.

1    **Q.**    What do you do in preparation for that and who was

2    with you?

3    **A.**    So I met my supervisor for that night at the Park

4    Police headquarters, had to be sworn in and deputized and

5    then spoke directly with him in regard to what the goal

6    would be for the night.

7    **Q.**    And what was the goal?

8    **A.**    When I spoke with him, he basically stated that we

9    are to enforce any laws that were broken that night, make

10    sure that we were visible, make sure that we were able to

11    just move around the area, walk around the area and make

12    sure that our presence was shown that night.

13    **Q.**    And were any other transit police officers

14    participating in this?

15    **A.**    Yes.  There was a total of four officers that

16    night.  Myself, Officer Fields, Officer Thandi and a new

17    officer, whose name I cannot pronounce.

18    **Q.**    And what about any other law enforcement agencies?

19    **A.**    Yes.  There were several different law enforcement

20    agencies with us that night.

21    **Q.**    Which ones?

22    **A.**    I remember Department of Homeland Security, FBI.

23    We also had border patrol with us.  It was those three that

24    I can recall.

25    **Q.**    And how were you dressed that evening?

1        A.    I had on my uniform vest that shows the Metro

2    badge on it.  It has "Police" across the back.  I also had

3    on my uniform trousers, as well as the footwear I normally

4    wear.  It is GO and acceptable for night.

5        Q.    Were any of you wearing masks that evening?

6        A.    No.

7        Q.    And can you please tell the jury what happened.

8        A.    So we originally met at the Gallery Place Metro

9    station.  From there, we took the train to the U Street

10    area.  It was a large group of us.

11            Being that the only individuals who actually had

12    radios that would be able to communicate to dispatch if

13    there was anything that occurred were just the Transit

14    officers, we broke up into groups.  Each group had a Transit

15    officer with them.  That way if anything occurred, we would

16    be able to transmit or speak with dispatch.

17            At one point in time, being that it was maybe 20

18    of us together, myself and Officer Fields, who I was working

19    with, we decided to separate once again.  So we had both

20    approximately 10 agents with us.

21            We stayed on U Street and just kind of walked back

22    and forth on that street for several blocks.  At some point

23    in time, I think maybe about 15 or 20 minutes after walking,

24    I just told him let's just stay here on this corner.  We

25    were at 14th and U Street at that time.  Now, during --

1      **Q.**   If I could pause you.  I would like to show you

2   Government's Exhibit 1000, which has already been admitted.

3          **MR. DiLORENZO:**  Please publish that to the jury.

4      (Video played.)

5   **BY MR. DiLORENZO:**

6      **Q.**   Before you proceed, do you recognize Government's

7   Exhibit 1000?

8      **A.**   I do.

9      **Q.**   Can you just explain the locations as they relate

10   to your testimony?

11      **A.**   So this appears to be -- in the right-hand corner

12   would be 14th and U Street.

13      **Q.**   You can -- we are high-tech here.  I think you can

14   circle it.

15          **THE COURT:**  You can if you use the finger on the

16   screen.

17          **THE WITNESS:**  Not a problem.  This intersection

18   right here is 14th and U Street.  Right here is where we

19   would be situated.  This is 14th across.  So, basically,

20   this X is where we were standing that night.

21      **Q.**   May the record reflect the witness has circled the

22   intersection to the right with a blue circle and an X

23   appearing at the corner.  What is that corner?

24      **A.**   14th and U.

25      **Q.**   Northwest?

1      **A.**    Yes.

2      **Q.**    That is in Washington, D.C.?

3      **A.**    Yes, sir.

4      **Q.**    Please proceed.

5      **A.**    We were standing there several minutes.  I did see

6      the defendant or the person who was later identified as

7      Mr. Sean Dunn, speaking with an officer.  It seemed cordial.

8      I didn't hear any elevated voices or anything like that.  I

9      continued just to try to patrol.  People were coming up

10     asking questions and so forth giving direction and really a

11     routine day.

12          At some point in time I did hear yelling.  When I

13     turned around, I saw the individual who was identified as

14     Mr. Dunn yelling, being quite loud.

15     **Q.**    And before you continue, the individual you are

16     talking about, you said the individual you saw yelling that

17     night, do you see him in this courtroom?

18     **A.**    Yes.

19     **Q.**    And could you please identify him by an article of

20     clothing and point him out for the record?

21     **A.**    Mr. Dunn is going to be to my right.  He is

22     wearing a blue sweater and what looks like a blue tie.

23     **Q.**    Great.

24          **MR. DiLORENZO:**  May the record reflect the

25     identification.

1          **THE COURT:**  The record will so reflect.

2    **BY MR. DiLORENZO:**

3          **Q.**   You said you noticed a change in the defendant's

4    behavior.  Please explain.

5          **A.**   Correct.  He was being very loud.  He started to

6    yell.  He started to walk towards me at one point.  I walked

7    towards him.  He was saying, you know, What are you guys

8    doing in my city, something to the effect, fucking facists.

9               I told him if he wanted to continue to express his

10   First Amendment right, he would be allowed.  But he was

11   being disruptive.  I said that because there were some

12   people that were asking, What are you doing?  Why are you so

13   loud?  At that time I asked him to cross the street, which

14   he did.

15              He walked across 14th Street, so he was standing

16   on the other side, which would be right where this red

17   building is, which is the Reeves Building.  At that point we

18   continued just to stand on that corner.  It seemed to be

19   de-escalated at that point.

20        **Q.**   Before he crossed the street, how would you

21   describe his tone?

22        **A.**   Prior to crossing the street?

23        **Q.**   Yeah.

24        **A.**   He was still loud, yelling.  As he crossed the

25   street, I didn't hear him as much.  If he was yelling, it

1    wasn't something I had noticed.

2         However, when he did get across the street, he did

3    yell "shame" repeatedly.  Again, after that, he kind of was

4    more subdued.  So we just continued to be in the area and

5    stayed there until he came back across the street.

6         Q.    And please explain.

7         A.    When he came back across the street, he approached

8    the agent, Mr. Lairmore.  At that point in time he continued

9    to yell and so forth.  He definitely was drawing attention

10   to himself.  Mr. Lairmore was standing -- they seemed to be

11   standing about a foot or closer to one another.

12        I did see Mr. Dunn put a sandwich -- I believe he

13   moved it from his left hand to his right hand.  He then just

14   threw the sandwich at the officer, struck him in the chest.

15   At that point we gave chase.  He was stopped and detained, I

16   believe on the corner of 15th and U Street about a block

17   away.

18        Q.    Now, you testified that the defendant approached

19   Agent Lairmore.  Did he approach any other agents or

20   officers who were on the corner there?

21        A.    Once he returned or came back across the street, I

22   believe Mr. Lairmore was the only agent that he approached.

23        Q.    And what was he saying, when you recall him

24   returning?

25        A.    More of the same.  You know, You fucking facists.

1    Get out of my city.  What are you doing here?  I don't want

2    you here.

3        **Q.**    And what were you and the other officers doing

4    when he was, you know, yelling these words at you?

5        **A.**    Just same as last time.  All right.  That's

6    enough.  Calm down.  Walk off.

7        **Q.**    And what did he do?

8        **A.**    More of the same.

9        **Q.**    What did he do at that time?

10        **A.**    That's when he threw the sandwich at the officer.

11    At that time he attempted to flee and go across the street.

12        **Q.**    How would you describe the throw that you saw?

13        **A.**    Just a baseball pitch, I guess is the easiest way

14    to say, overhand throw.  Again, they were standing within,

15    you know, a foot or so from each other.

16            **MR. DiLORENZO:**  What I'd like to do is show the

17    witness Government's Exhibit 5000.

18    **BY MR. DiLORENZO:**

19        **Q.**    Do you see Government's Exhibit 5000?

20        **A.**    I do.

21        **Q.**    It's a photograph?

22        **A.**    It is.

23        **Q.**    And is it -- what is it a photograph of?

24        **A.**    It looks --

25            **THE COURT:**  Counsel, you can clear that circle by

1    touching the screen -- there you go.  Press that arrow.  Hit

2    clear.  There you go.

3    **BY MR. DiLORENZO:**

4        **Q.**    Just briefly, what does this picture, Government's

5    Exhibit 5000, depict.

6        **A.**    So this is prior to the offense.  I wouldn't be

7    able to tell if this was the first time or prior to him

8    crossing the street or if this is after, but this is prior

9    to the offense.

10       **Q.**    So it's a photograph of the Subway, on the corner,

11   outside of Subway.  Is that a fair and accurate depiction?

12       **A.**    It is.

13           **MR. DiLORENZO:**    The government offers Government's

14   Exhibit 5000 into evidence.

15           **THE COURT:**    Any objection of admission of

16   Government's Exhibit 5000?

17           **MS. GATTO:**    No, Your Honor.

18           **THE COURT:**    Government's Exhibit 5000 is admitted

19   and may be published.

20       (Government's Exhibit 5000 was admitted and published.)

21   **BY MR. DiLORENZO:**

22       **Q.**    Can you please identify the location and some of

23   the individuals that are depicted in -- this will be 14th

24   and U Street ,Northwest.

25       **A.**    You can see Mr. Dunn, he is standing with one foot

1    on the curb and Mr. Agent Lairmore is going to be directly

2    in front of him.  Unless there is someone in between us, I

3    am going to be next to or to the left of Mr. Lairmore.

4        Q.    So you can actually see yourself in this

5    photograph?

6        A.    Yes.  All of the other agents are wearing, like,

7    green.  You can see that I am wearing black.

8        Q.    Can you make a mark where you see Agent Lairmore?

9        A.    I just circled him.

10        MR. DiLORENZO:  May the record reflect the witness

11   circled an individual wearing what looks like a baseball cap

12   in the center.

13   BY MR. DiLORENZO:

14        Q.    Who is directly in front of Agent Lairmore?

15        A.    That's going to be Mr. Dunn standing in front of

16   him.

17        Q.    And you where are you?

18        A.    I am standing to the left of both of them.

19        Q.    Could you circle your location?

20        A.    [Complied]

21        MR. DiLORENZO:  May the record reflect that the

22   witness has circled the individual.

23   BY MR. DiLORENZO:

24        Q.    And you were wearing your police uniform?

25        A.    Correct.

1    **Q.**   And who is to your right?  Do you know who that

2    is?

3    **A.**   Yes.  I apologize it's going to be Mr. Lairmore's

4    partner.  I cannot recall his name at the moment.  He is

5    also with the same agency.

6        **THE COURT:**  The question is, Who is to your right.

7    I think the question was supposed to be, Who is to your

8    left?

9    **BY MR. DiLORENZO:**

10   **Q.**   In the picture -- that's right.  Who is to your

11   left in the picture?  Who do we see to your right.

12   **A.**   Oh, my apologies.  To my right is going to be

13   Mr. Lairmore.

14   **Q.**   Okay.  Then where you are standing, who was to

15   your left?

16   **A.**   To my left, again, is going to be another agent.

17   He was Mr. Lairmore's colleague, and I do not recall his

18   name.

19   **Q.**   Custom and Border Protection agent?

20   **A.**   He is also a Custom and Border Protection agent;

21   that's correct.

22   **Q.**   I am going to circle one of the other individuals.

23   Do you see that?

24   **A.**   Yes, sir.

25   **Q.**   What other law enforcement agencies were with you

1    while you were on the corner of 14th and U Street?

2        A.    FBI.

3        Q.    And then, what is with this picture at this point

4    in time?

5        A.    I know at this point in time there was an attempt

6    to de-escalate the situation.  I can't tell if this is from

7    the first time or initial time Mr. Dunn approaches us or if

8    it is after he crosses the street and comes back to the

9    group.

10        Q.    And what, if anything, did you notice the

11    defendant doing with his hands when he was interacting with

12    Agent Lairmore and the other officers?

13        A.    Just a lot of pointing.

14        **MR. DiLORENZO:**  And then, if I could, if you would

15    remove Government's Exhibit 5000 and put up 5001.  And just

16    to show this to the witness.

17    **BY MR. DiLORENZO:**

18        Q.    I am showing you Government's Exhibit 5001.  Is

19    this also a photograph?

20        A.    Yes, it is.

21        Q.    And to move things along, is this a photograph of

22    that same scene in the same time frame?

23        A.    It is.

24        Q.    And is it a fair and accurate depiction of that?

25        A.    Yes, I would say so.

1          **MR. DiLORENZO:**  Your Honor, the government would

2     offer Government's Exhibit 5001.

3          **THE COURT:**  Any objection?

4          **MS. SHROFF:**  No, Your Honor.

5          **THE COURT:**  Government's Exhibit 5001 is admitted

6     and may be published.

7          (Government's Exhibit 5001 was admitted and published.)

8     **BY MR. DiLORENZO:**

9     **Q.**   Can you identify some of the individuals?

10    **A.**   Again, I can't tell where in the timeline we are.

11    Mr. Dunn is speaking with the officers.  I am now a little

12    further from Mr. Lairmore in the left or in the photo I'm on

13    the right.  From the still image, that's all I can tell.

14    **Q.**   Great.  If it could help, you can circle.

15    **A.**   You can see my little puff right there.

16    **Q.**   You can see part of your head; is that right?

17    **A.**   That's correct.

18    **Q.**   You circled that with a blue circle?

19    **A.**   Yes, I did.

20    **Q.**   And then where is Agent Lairmore?

21    **A.**   Lairmore is going to be middle of the photo, right

22    about there.

23          **THE COURT:**  May the record reflect the witness

24    identify Lairmore with a blue arrow.

25          **[REPORTER'S NOTE: This page intentionally left blank]**

BY MR. DiLORENZO:

    **Q.**   Do you see anything in the defendant's hand?

    **A.**   Yes, he has a sandwich in his left hand.

    **Q.**   All right.  Thank you.

    So did you have occasion to view any social media videos that were posted in connection with this?

    **A.**   Yes.

    **Q.**   Was that part of the preparation for your testimony today?

    **A.**   Yes, it was.

    **Q.**   What I'd like to do is show you Government's Exhibit 4000, which has already been admitted into evidence. Rather than show the entire video, which has already been done today, what I'd like to do is start at about 1:13, if we could.  And then before we play -- this is fine.  It's 1:12, but we will jump to 1:13.

    What I'd like you to do is stop at a couple points but have you explain what you see, if you see yourself and what you see.

    **A.**   Okay.

    **MR. DiLORENZO:**  Please play.

   (Video played.)

    Please stop.

BY MR. DiLORENZO:

    **Q.**   So do you see the defendant here?

1      **A.**    Yes, I do.

2      **Q.**    And where is he?

3      **A.**    He is going to be standing right there.

4      **Q.**    Right.  You circled him.  He appears to be wearing

5      a pink shirt?

6      **A.**    Yes.

7              **THE COURT:**  Counsel, I don't think we need to

8      circle people every time.  I am guessing the jury has

9      figured it out by now.

10     **BY MR. DiLORENZO:**

11     **Q.**    Who is directly in front of -- who is the

12     defendant facing?

13     **A.**    He's facing the group.  The closest person to him

14     is going to be one of the border patrol agents.

15             **MR. DiLORENZO:**  Now hit play.

16         (Video played.)

17             Stop.

18     **BY MR. DiLORENZO:**

19     **Q.**    That night were you able to hear him say, Back up

20     mother F-er?

21     **A.**    Yes.

22             **MR. DiLORENZO:**  Please hit play.

23         (Video played.)

24             Pause please.

25         **[REPORTER'S NOTE: This line intentionally left blank]**

1    **BY MR. DiLORENZO:**

2        **Q.**    At that moment where the defendant is yelling, you

3    know, Back up, M F-er, what is the reaction of the officers

4    that are on that corner?

5        **A.**    Not much.

6        **Q.**    And what are you as a group doing?

7        **A.**    I'm sorry.  Say it again.

8        **Q.**    What are you as a group doing on the corner?

9        **A.**    Watching him.  I remember at this point in time

10    telling him he may want to go across the street; that's it.

11    You know, again, our goal is to make sure we are visible

12    and, again, if I had to arrest every person who was

13    disorderly just by, you know, yelling at us or so forth,

14    there would be a lot of arrests.  There was no need at this

15    point to do more than telling him to leave the area and

16    continue.

17        **Q.**    You said you warned him.  Did you warn him more

18    than once about his conduct?

19        **A.**    I believe he was responsive.  So I remember the

20    first time telling him that you may want to go across the

21    street.  He starts to walk towards the street.

22            I did tell him repeatedly every time.  I did

23    mention to him to leave the area.  He did a little bit more.

24    So the de-escalation at that point in time was working.  So

25    there was no need to take any further objection.

1    Q.   What about here when he told the officer to, Back

2    the F up?

3    A.   I do not see or don't know at that point in time

4    what the officer was doing.  I know I was telling him, you

5    know, Okay.  Time for you to leave the area.

6         **MR. DiLORENZO:**  Please play.

7    (Video played.)

8         Stop

9    **BY MR. DiLORENZO:**

10   Q.   Now we are here about 2:17.

11   A.   Uh-huh.

12   Q.   What do you see here?

13   A.   Again, Mr. Dunn has approached the agent -- excuse

14   me -- Lairmore, yelling, being more animated, pointing again

15   and just yelling directly at him.

16   Q.   What do you recall about his body movements or

17   gestures?

18   A.   You can see from his gestures he is more animated

19   than he was previously.  Definitely more worked up than he

20   was before.

21   Q.   And how is Agent Lairmore reacting, if at all?

22   A.   Maintaining his calm.

23        **MR. DiLORENZO:**  Please play.

24   (Video played.)

25   **[REPORTER'S NOTE: This line intentionally left blank]**

1    BY MR. DiLORENZO:

2        Q.    We are stopping at 2:30 and that's, like, the

3    chase that you indicated.

4        A.    Correct.

5        Q.    Were you wearing body-worn camera that evening?

6        A.    I was.

7        Q.    Can you please explain to the ladies and gentlemen

8    of the jury what body-worn camera footage is.

9        A.    Body-worn camera are issued.  They have a distinct

10    number.  Mine should only be worn by me, that way any time

11    there is video, you know specifically that it's from my

12    camera.  It has a buffering time to it.  So from the time I

13    actually activate it, which I have to do by pressing a small

14    button in the middle of it twice.  Once it's activated, it

15    will show 30 seconds of video.  It will be only video that

16    shows.  There is no audio to the video.  So you get 30

17    seconds of video prior to when I actually activate the

18    button.  It records video and audio once it's activated.

19    And according to our GOs, we keep them on until the end of

20    the events.

21            So in this case, because Mr. Dunn was arrested,

22    until I am no longer in contact with him, my body-worn

23    camera would be activated and on.

24            Once he is processed and no longer with me, I can

25    turn my body-worn camera off.

1      Q.    Where is the camera physically located on you?

2      A.    It is going to be on the center of my chest, right

3  about here.

4      Q.    As you described, it's not constantly on.  It has

5  to be manually turned on?

6      A.    It's not constantly on.  We have to activate it to

7  start to receive video.

8      Q.    Did you activate it this evening in connection

9  with this event?

10     A.    I did.

11     Q.    And would you recall where it was where you

12 activated it?

13     A.    I believe at some point we were chasing Mr. Dunn.

14 I tapped it on so it should be mid-chase.

15     Q.    At that point it's pulls back, how much time?

16     A.    Approximately 30 seconds of video.

17     Q.    And that doesn't have audio?

18     A.    It would not have audio to it.

19     Q.    Did you review your body-worn camera footage prior

20 to today?

21     A.    Yes, I did.

22         MR. DiLORENZO:  What I would like to do is pull up

23 Government's Exhibit 3000-A.

24 BY MR. DiLORENZO:

25     Q.    You had an opportunity to look at it prior to

1    today.  Right?

2         **A.**   Yes, I did.

3         **Q.**   Is this from your body-worn camera footage?

4         **A.**   Yes.  It will show the chase, apprehension and

5    arrest.

6              **MR. DiLORENZO:**  I would ask for 3000-A to be

7    admitted and published.

8              **THE COURT:**  Any objection?

9         **MS. GATTO:**  No Your Honor.

10             **THE COURT:**  Government's Exhibit 3000-A is

11   admitted and may be published.

12        (Government's Exhibit 3000-A was admitted and

13   published.)

14             **MR. DiLORENZO:**  Please hit play.

15        (Video played.)

16             Now, we hear no sound.  Hold for a second.

17   **BY MR. DiLORENZO:**

18        **Q.**   So we heard there were two beeps.  What were the

19   case of the two beeps?

20        **A.**   That's the activation beep.  You can see my left

21   hand towards my chest.  At that time I have been able to

22   start to play the video.

23        **Q.**   That's when you turned it on?

24        **A.**   Correct.

25        **Q.**   Why was there no sound before that double beep?

1      **A.**    That is just the buffering period, generally.  And

2    I want to say, for the most part, most BWCs are activated.

3    So you can get access to the video prior to the event.  So

4    that's basically what we were seeing until you heard the two

5    beeps.

6      **Q.**    And then the arrest itself, it wasn't a hard

7    takedown.  Could you describe the arrest?

8      **A.**    Yes.  So I don't know if you can see me in the

9    video, but there was an unmarked patrol vehicle, an MPD

10   vehicle nearby.  I am actually using one hand.  I had my

11   flashlight.  I am, kind of, flashing it towards Mr. Dunn so

12   they can see who we are running after trying to apprehend.

13         So the vehicle who stops him, they are actually

14   just parked.  They have their vehicle parked right out of

15   camera frame, to the left where the intersection is, and the

16   person who was on the left of the camera, the bald gentleman

17   with the glasses, is one of the MPD personnel, who actually

18   came out of the vehicle and stopped and detained Mr. Dunn.

19         **MR. DiLORENZO:**  If we could just quickly pull up

20   Government's Exhibit 1000.  You saw this at the beginning of

21   your testimony.

22   **BY MR. DiLORENZO:**

23     **Q.**    Do you see the location where the arrest took

24   place, where the defendant was stopped.

25     **A.**    Yeah.  So we are going to be right around this

1    area here, which would be the intersection of 15th and U

2    Street, Northwest.

3        Q.    And then, just generally, what happened after the

4    defendant was taken into custody?

5        A.    Well, I went over the air or basically

6    communicated with my dispatch, let them know, that there was

7    an arrest or a 1095.  At that point in time, we did a

8    "wanted check" on the person; we were given his ID, which we

9    got from him; search incident to arrest.

10        So he is checked or searched at that point in

11    time.  He did have a wallet on him that had a government ID

12    on it.  I used that information, which would be first/last

13    name, date of birth.  We run a person's check to make sure

14    he doesn't have any outstanding warrants or any attempts to

15    locate or anything like that.

16        I let them know that he was going to be placed

17    under arrest for not the APO or assault or police officer

18    assault or federal police officer but disorderly conduct.  I

19    called for a transport officer, which would just be an

20    officer that comes with a caged vehicle so we would be able

21    to transport Mr. Dunn from this location to the precinct,

22    which he was going to be processed.  From there he's taken

23    to the District and processed for the offense.

24        Q.    Who was the officer that assisted with the

25    transport?

1          **A.**    It's going to be a transit officer,

2     Officer Thandi.

3          **Q.**    Thandi.  Can you spell that?

4          **A.**    His last name is T, as in tango, h, a, n as in

5     Nancy, d as in Delta, i; Thandi.

6          **Q.**    Did you to accompany him to the station?

7          **A.**    Yes, I did.

8          **Q.**    The station.  What station was that?

9          **A.**    I believe it was going to be the Fourth District,

10    MPD's Fourth District.

11         **Q.**    The station house, have you been there before?

12         **A.**    I have.

13         **Q.**    Are you familiar with the intake and the

14    processing?

15         **A.**    Yes, I am.

16         **Q.**    And the defendant was transported.  Where was he

17    within the vehicle?

18         **A.**    He's going to be sitting directly behind me in the

19    cage or secured area of the vehicle.

20         **Q.**    Now, prior to today, did you have occasion to

21    review -- do you know whether or not Officer Thandi was

22    wearing a body-worn camera?

23         **A.**    He was.

24         **Q.**    Did you have occasion to review that?

25         **A.**    Yes.

1      **Q.**   And in reviewing it, do you see yourself in some

2   of it?

3      **A.**   Yes, I do.

4      **Q.**   And what I want to do is --

5         **MR. DiLORENZO:**  Your Honor, here's the point.  I

6   can continue if the Court would like or I will --

7         **THE COURT:**  What's your next question?

8         **MR. DiLORENZO:**  So what I'd like to do next is

9   show you some video and --

10         **THE COURT:**  You may.

11         **MR. DiLORENZO:**  Great.  It has some audio, though.

12         **THE COURT:**  We can turn the audio off.

13         **MR. DiLORENZO:**  That's what we will do.

14         I'd like to show Government's Exhibit 3002.  If we

15   could start at 11:50:23.

16      (Video played.)

17         I'd ask if you can put the video, start it at

18   23:50.

19         **THE COURT:**  I think this is obvious.  The record

20   will be obvious.  But when you say that, the 23:50, that's

21   the timestamp of the video, rather than the time of day.

22   Right?  In other words, that's -- we are going to 23

23   minutes --

24         **MR. DiLORENZO:**  I'm sorry.  We are going to the

25   time.

1          **THE COURT:**  Oh, okay.  That's the time at the

2   bottom.

3          **MR. DiLORENZO:**  Yes.

4          **THE COURT:**  Okay.

5          **MR. DiLORENZO:**  Look at the top right corner.

6          **THE COURT:**  The numbers seemed different to me.

7          It's not a big deal because of reasons I will get

8   into in a minute.  But for my purposes, let's just go to

9   where you want the video, ask some questions, then we will

10  deal with it.

11      (Brief pause.)

12          **MR. DiLORENZO:**  So before we play it, we are at

13  the film timestamp that reflects the time that day, which is

14  23:47:48.  And the timestamp in terms of the ticker is at

15  24:00:69.  And then if we could play it.

16      (Video played.)

17          Do you recognize this --

18          **THE COURT:**  Can you press pause.

19          **MS. GATTO:**  Mr. DiLorenzo, I am having a lot of

20  trouble hearing you.

21          **THE COURT:**  So let's press pause on the video and

22  then, Mr. DiLorenzo, if you could just make the mic a little

23  bit higher and speak loudly into it, that would be great.

24          **MR. DiLORENZO:**  Sure.

25

1    **BY MR. DiLORENZO:**

2        **Q.**    Do you recognize Government's Exhibit 3002?  This

3    portion where we stopped it, at the native timestamp

4    23:39:09.

5        **A.**    Yes, I recognize it.

6        **Q.**    What is it?

7        **A.**    This is Officer Thandi's body-worn camera.

8        **Q.**    Are you in it?

9        **A.**    At this point, I am to the right of the screen.

10        **THE COURT:**  Well, let's just do authentication

11    first.  Anything else you would like to ask on that

12    question?

13            **MR. DiLORENZO:**  No.

14            Please continue to play the video.

15        (Video played.)

16            Okay.  Pause the video.

17    **BY MR. DiLORENZO:**

18        **Q.**    It is marked at native timestamp 23:50:25.  Were

19    you present at this point?

20        **A.**    Yes.

21        **Q.**    And what is happening at this point?

22            **THE COURT:**  Hold on.

23            **MS. GATTO:**  Your Honor, objection.

24            **THE COURT:**  I get it.  We are doing authentication

25    still.

1          MR. DiLORENZO:  Sure.

2          THE COURT:  Okay?  Do you want to move for

3    admission of the video based on what we've seen so far or

4    lay more foundation?

5          MR. DiLORENZO:  I would move.  I was trying to be

6    extra careful.

7          THE COURT:  Yeah.

8          MR. DiLORENZO:  I believe we do have a sufficient

9    basis.

10         THE COURT:  Here's what I would like to do.  I

11   promised everyone we would be done for lunch about 12:30.

12   It seems to me the best thing to do is to take a recess to

13   let the jury go, and we can have a discussion with just

14   counsel about any issues that might arise.  We will work

15   that out and then we will be most efficient with the jury's

16   time.

17         So let's excuse the jury until 2:00.  Okay?  We'll

18   start with that.

19      (Jury exited the courtroom.)

20         THE COURT:  Okay.  We can excuse the witness.  I

21   don't think it matters one way or the other.  Thank you.

22   Why don't you step out of the room.  I don't think we will

23   need you back before 2:00.  In the off chance we need you

24   just now, you can stand outside.  Thank you.

25         I want to hear from the defense on its objection.

1      **MS. GATTO:**  Your Honor, I'm a little confused and

2   I might need some clarification from the government.  What

3   are the timestamps that, one, they are trying to

4   authenticate with Detective Henry and two that they are

5   seeking to admit.  If I could have those -- I'm not

6   sure -- this particular portion was noticed to us so we had

7   a lot of conversation.  So I want to make sure that we are

8   all talking about the same thing.

9      **MR. DiLORENZO:**  Part of the additional questions

10  the government was going to ask are foundation.  I think we

11  established it is what happens here, and we are interested

12  in a statement that takes place in about a minute.

13          **THE COURT:**  Right.

14      **MR. DiLORENZO:**  What happens is Detective Henry

15  enters the station with the defendant --

16      **THE COURT:**  You're trying to authenticate and have

17  admitted the entire BWC footage; there's a portion this

18  witness was present for; so you think, therefore, it's

19  authenticatable.

20          It is the same video, even though this witness

21  wasn't always present.  So what is your response to that?

22      **MS. GATTO:**  So --

23      **THE COURT:**  Do you agree the BWC is authenticated,

24  at least to those portions the witness --

25      **MS. GATTO:**  For the timestamp, she can say I was

1    there --

2            **THE COURT:**  Okay.  What makes it not authenticated

3    after that?

4            **MS. GATTO:**  She cannot say -- she has no personal

5    knowledge.

6            **THE COURT:**  So that objection is overruled.  It is

7    the same video, same BWC, same officer who this person knows

8    was wearing the BWC and observes herself on the video.  The

9    rest of it, the entire video, even this next minute she is

10   not present for, is in my view sufficient to authenticate

11   it.  So that objection is overruled.

12           **MS. GATTO:**  Your Honor, the next portion they are

13   going to show, maybe it would be helpful for the record if

14   you could say the timestamps.

15           **MR. DiLORENZO:**  It's Government's Exhibit 3002-C.

16           **MS. SHROFF:**  Okay.  They can admit it, but they

17   cannot ask this witness any questions, since you've already

18   overruled my objection.

19           **THE COURT:**  Right.  When the government moves for

20   the admission of this BWC clip, I will admit it over your

21   authentication objection.

22           **MS. GATTO:**  Yes.  So now we will talk about what

23   the government can do with the video when it is a minute

24   after what we've seen here.

25           **MS. GATTO:**  Correct.

1          They can't do anything with this witness who has

2    no personal knowledge of that statement.

3          **THE COURT:**  Okay.

4          **MS. GATTO:**  That they are attempting to elicit.

5          **THE COURT:**  What's the government's response to

6    that?

7          **MR. DiLORENZO:**  We are not going to ask this

8    witness about any of the substance, just some transitional

9    questions, you know, what happened.  You know --

10          **THE COURT:**  Are you intending to play that minute

11    with this witness?

12          **MR. DiLORENZO:**  No, we are not.

13          **THE COURT:**  Okay.  So you are going to try to

14    establish what happened and what you know about what happens

15    in the next minute, but you are not going to play --

16          **MR. DiLORENZO:**  That's correct but --

17          **THE COURT:**  -- the purported omissions.

18          **MR. DiLORENZO:**  I guess I misspoke.  This is what

19    we plan to do.  They split.  We only planned to play that

20    clip.  In that clip, our witness is not present but she

21    recognizes the room.  She can say -- she sees the defendant

22    walk into that room and that's, you know, where her personal

23    knowledge ends about the defendant.

24          And then we would play the video or show the

25    picture, you know, the first screen.  Do you recognize that

1  room?  Yes, I'm familiar with that room.  I've been to that

2  station; that's the room behind that door.  If we play the

3  video, she wouldn't comment on the video she --

4       MS. GATTO:  I'm sorry.  They are playing the video

5  with audio or there is a still shot to identify the inside

6  of the precinct?  I missed it.

7       THE COURT:  No, I think they are going to ask her,

8  at this point, Do you understand where you are going, using

9  something like the still.  She says, Yes.  My understanding

10  is they are going back to book him or whatever.  And they

11  are not asking her any questions about what happens

12  thereafter, but they are going -- they intend to play the

13  video after this, but not ask any questions.  To play an

14  exhibit that is admitted.

15       MS. GATTO:  With a witness who has no personal

16  knowledge of the --

17       THE COURT:  Yes.  Yes.  That's what they're

18  planning to do.

19       MS. GATTO:  I still object to this.  It's not the

20  proper witness to play a video which essence the testimony,

21  right, is being admitted as Mr. Dunn's statements, same as

22  party opponent, being brought in through a witness who has

23  no personal knowledge, was not there.

24       I understand the authenticity; that I've lost on.

25  But they still need to lay a foundation with this witness in

1    order to play the exhibit and ask any questions, including,

2    Is this the inside -- during the statement that they are

3    trying to elicit.

4              **THE COURT:**  What is your response to that?

5              **MR. DiLORENZO:**  So, first -- I mean, we move to

6    have the body-worn camera footage entered into evidence at

7    this point.

8              **THE COURT:**  It will be admitted.  I will admit it

9    and I will state to the jury that it is admitted.

10             **MR. DiLORENZO:**  And then it may be fairer if

11   rather than the full body-worn camera footage comes in, just

12   a clip like the relevant part.

13             **THE COURT:**  Fine.

14             **MR. DiLORENZO:**  We can clip that.  The question is

15   whether you can play a portion of the BWC, including the

16   defendant's statements, an admitted video clip, but with a

17   witness who wasn't present for that.

18             **MR. DiLORENZO:**  The evidence is already in and the

19   witness will just testify to what is there, basically

20   identifying the room; that's it.  Not testifying to the

21   substance.  Not testifying to the statements but, you know,

22   that room is the processing room beyond the door.  So it

23   puts, like, a temporal piece on it and, I think, helps

24   explain to the jury --

25             **THE COURT:**  Right.

1           **MR. DiLORENZO:**   -- the context.

2           **MS. GATTO:**  A couple of things.  I just want to

3    make clear, they are only seeking to admit this timestamp

4    portion.  You are saying body-worn camera.  You are saying

5    just that portion.  It is just for clarification; mine and

6    the record.

7           **THE COURT:**  There's a Government's Exhibit, it has

8    a number.

9           **MS. GATTO:**  Yes.

10          **THE COURT:**  It has a particular set of minutes

11   covered it's the BWC.  It's admitted.

12          The only objection I've heard so far is that it is

13   inauthentic.  I've overruled that objection.  It is

14   therefore admitted.

15          **MS. GATTO:**  Your Honor, I want to make clear the

16   portion we just showed her is not the number.  There is the

17   BWC, the whole video.

18          **THE COURT:**  Yep.  How about this.  I get that and

19   I --

20          **MS. GATTO:**  I'm sorry.  I don't mean to interrupt.

21   This is separate from my objection.  I want the record to be

22   clear.

23          **THE COURT:**  I understand.  I am saying the BWC,

24   whatever this clip is here, 27 to 38 minutes long.

25          **MS. GATTO:**  Yes.

1          **THE COURT:**  Is admitted.

2          The government -- let's just call it a number

3    that's going to be admitted.  The only objection to the BWC

4    is authentication, as I understand it.

5          **MS. GATTO:**  That's what I am trying.  It's my

6    fault we are not making it clear.  We have other objections

7    we --

8          **THE COURT:**  To other parts of the BWC.

9          **MS. GATTO:**  Exactly.

10          **THE COURT:**  Sorry.  I get it.  The authentication

11   objection is overruled.  As to the whole BWC, we now have to

12   think about whatever the specific clip is the government

13   wants to admit.  What exact timestamps does the government

14   seek to admit?

15          **MR. DiLORENZO:**  We actually have it as a separate

16   exhibit 3002-C.

17          **THE COURT:**  Okay.

18          **MR. DiLORENZO:**  I anticipated other objections.

19   As the Court said, it is -- we are okay with entering that

20   clip, which is 3002-C.

21          **THE COURT:**  What are the timestamps?

22          **MR. PARRON:**  It starts at 23:52:18.

23          **THE COURT:**  Is everybody writing this down or do

24   you know it?

25          **MS. GATTO:**  I have it.

1      **THE COURT:**  Okay.  So you know what they are

2   talking about.

3      **MS. GATTO:**  Well, I don't.

4      **THE COURT:**  They keep saying the number of the

5   exhibit.

6      **MS. GATTO:**  I know.  3002-C.  I know what they

7   want to show.

8      What is happening in the colloquy is, one, we are

9   talking about a longer clip, and we're talking about what we

10  just showed her to authenticate.  This is not the exhibit we

11  are talking about.

12     **THE COURT:**  I understand that.  I understand.

13     **THE COURT:**  Now they are saying that we just

14  showed her a portion leading up to the clip that they want.

15  And now they want to admit this clip.  Right?  Based on the

16  fact that the Court has said that it is authentic.  Now they

17  want to show the clip she hasn't seen arguably she hasn't

18  authenticated but I understand I am Overruled to elicit

19  statement that are said not in her presence and they are

20  going to ask some question that somehow ties it relevant to

21  her based on the room, which has no relevance here.  And

22  it's prejudicial because the jury is going to be left with

23  the impression that Detective Henry either elicited the

24  statement or took this statement or somehow is adopting this

25  statement.

1          **THE COURT:**  Well, we can be clear about that.

2          **MS. GATTO:**  I still believe that this

3    witness -- to testify about something she hasn't heard, is

4    improper.

5          **THE COURT:**  So okay.  I understand.  I take it

6    that the problem with admitting just the whole BWC, even

7    though I believe the whole BWC is authentic, is that you

8    have other evidentiary objections to other portions of it.

9          So the government is trying to be responsive to

10   that by eliminating as many as it can of those other

11   evidentiary objections and getting to the portion that it

12   wants to show them.  And then we have just the objection as

13   to behavior there is to the snippet.

14         Again, the whole thing is authentic.  There are

15   statements, whatever there may be, all sorts of evidentiary

16   objections.  Other than the fact that this witness doesn't

17   have personal knowledge of what's stated in this 3002-C

18   clip, do you have any other objections to the government

19   asking questions about, essentially, what leads up to, like,

20   where are they going, establishing she doesn't go in with

21   them and the like.  And then beyond that, do you have any

22   other objections?

23         **MS. SHROFF:**  I believe it is irrelevant and --

24         **THE COURT:**  What is the relevance objection?

25         **MS. GATTO:**  That it's not relevant to this

1    witness's testimony.

2          **THE COURT:**  It's relevant to the trial.  It's

3    admissible in that way.  It's also party admission.  You're

4    just saying it's not connected enough to this witness's

5    testimony to not satisfy some sort of general requirement

6    that evidence has to be played in the presence of a witness

7    who knows something about it.

8          **MS. GATTO:**  The question they are going to ask her

9    in order to get this before the jury is not relevant.

10         **THE COURT:**  Right.  Right.  Right.

11         I'm not sure I agree with that but in any event,

12   the objection is overruled.  I think for a lot of reasons.

13   First of all, I believe the whole BWC is authenticated.  So

14   the objection generally to authentication is overruled.

15         I think the way I would like to proceed is to have

16   her make crystal clear on direct that she, the moment they

17   pass through the door, isn't there, doesn't follow, it's not

18   her BWC.  She is not there for the statements.  But you can

19   play the video thereafter.

20         Look, I get it's the government's burden.  But I'm

21   quite confident that if we really, really, really had to get

22   there, we could take someone who apparently is having

23   somewhat of a medical emergency and get her on the phone or

24   video or in person to duplicate the testimony about what

25   happens on that video.  And I'm just not prepared to do that

1    at this time, but we can do it if we need to.

2              So when the jury comes back at 2:00, when you move

3    for the admission of 3002-C, if I am remembering the numbers

4    correctly, I am going to admit it but we are going to be

5    crystal clear with the jury about what it is and what it is

6    not.

7              See everybody at 2:00.

8         (Recess from 12:58 p.m. to 2:04 p.m.)

9         (Jury entered the courtroom.)

10        **THE COURT:**  Thank you.  Let's re-call the witness,

11    please.

12        (Witness re-takes the stand.)

13        **THE COURT:**  Welcome back, Detective Henry.  You

14    may sit.

15              Just a reminder, you remain under oath.

16        **THE WITNESS:**  Yes, sir.

17        **MR. DiLORENZO:**  Your Honor, Government's Exhibit

18    2003-C.  We would --

19        **THE COURT:**  You are moving its admission?

20        **MR. DiLORENZO:**  Yes.  Yes.

21        **THE COURT:**  And I am granting that motion for

22    admitting --

23        **MR. DiLORENZO:**  Correct.

24        **THE COURT:**  Government's Exhibit 3002-C is

25    admitted and may be published to the jury.

1          (Government's Exhibit 3002- was admitted and

2     published.)

3     **BY MR. DiLORENZO:**

4          **Q.**   Now, I just have a few questions for you.  And

5     I'll orient you.

6          You indicated that you were involved in the

7     transport of the defendant to the local police station.

8     Right?

9          **A.**   Correct.

10         **Q.**   And you had an occasion to review Officer Thandi's

11    body-worn camera footage.  Right?

12              **MS. GATTO:**  Objection, Your Honor.

13              **THE COURT:**  Is asked and answered the objection?

14              **MS. GATTO:**  No.  Are we leading her through this

15    or are we --

16              **THE COURT:**  You didn't object earlier when he

17    asked that question.  It's been established; that's all he

18    asked just now.

19              **MS. GATTO:**  Okay.

20              **THE COURT:**  If you have an objection to his having

21    asked --

22              **MS. GATTO:**  No, I'm not objecting under that.  No.

23              **THE COURT:**  Okay.

24              **MR. DiLORENZO:**  Then what happened from the time

25    you went from the garage to the station?

1          **THE COURT:**  Pull that microphone up.  There we go.

2     There we go.

3          **THE WITNESS:**  There's a report writing room in the

4     precinct.  So at that point in time, I went there to begin

5     the report.  Officer Thandi took the defendant into the

6     processing room, where he would be fingerprinted and held

7     until the report writing is done.  Then he is in the

8     citation release, where he is to report on his own

9     recognizance.

10         **MR. DiLORENZO:**  Basically, you went right;

11    Officer Thandi went left with the defendant.

12         **MS. GATTO:**  Objection, Your Honor.

13         **THE COURT:**  Sustained.  Surely there is a question

14    that is appropriate here.

15    **BY MR. DiLORENZO:**

16    **Q.**   Where did the defendant and Officer Thandi go?

17    You indicated you went to work on the processing.

18    **A.**   So I went to the report writing room.  They go to

19    the processing room.

20    **Q.**   And showing you Government's Exhibit -- have you

21    been to the processing room before?

22    **A.**   Yes, several times.

23    **Q.**   Were you in the processing room with them?

24    **A.**   No, I was not.

25    **Q.**   And if I could show you just the first screen of

1    2003-C.  Do you recognize that room?

2        **A.**    Yes.

3        **Q.**    And what is that?

4        **A.**    That is the processing room.

5            **MR. DiLORENZO:**  I have no further questions at

6    this time.

7            With the Court's permission, we would like to play

8    the video.

9            **THE COURT:**  You may.

10           **MR. DiLORENZO:**  With volume.

11    (Video played.)

12           Actually, actual pause it for a second.

13           Sorry.  We had an issue with the volume.  I think

14    we are good now.

15           Please play.

16    (Video played.)

17           I think the volume was a little low.  If we could

18    play it one more time so we -- can you crank it?

19           **THE COURT:**  Let's go it only one more time.  Let's

20    get the audio so people can actually hear it.

21    (Video played.)

22           **MR. DiLORENZO:**  Thank you, Your Honor.

23           **THE COURT:**  You're welcome.

24           Cross-examination.

25           **MS. GATTO:**  Thank you, Your Honor.

1          **THE COURT:**  Good afternoon.

2          **CROSS-EXAMINATION OF DAINA HENRY**

3    **BY MS. GATTO:**

4          **Q.**    Detective Henry, I just want to go back to the

5    start of your night on August 10th.  You said that you were

6    deputized as a U.S. Marshal.  Do I have that right?

7          **A.**    Correct.

8          **Q.**    And was that the first time you had that process

9    before you went out on patrol?

10          **A.**    That is correct.

11          **Q.**    And that was pursuant to a Presidential Executive

12    Order?

13          **A.**    Yes.

14          **Q.**    And you were on a presidential task force as part

15    of that "beat", I'll call it, if that's fair?

16          **A.**    The overtime assignment said it was going to be a

17    joint task force with Park Police; that is what we were

18    told.

19          **Q.**    Thank you.

20          I'm sorry.  I think I just asked this but I missed

21    your answer.  Was that the first time you had done a joint

22    task force like that?

23          **A.**    Yes.

24          **Q.**    And is that the last time you had done a joint

25    task force?

1      **A.**    No.

2      **Q.**    Let's start with how your night began.  What time

3      do you convene to start the evening of law enforcement?

4      **A.**    I started about 8 p.m.

5      **Q.**    And you described on your direct examination you

6      break up into smaller groups eventually, with you assigned a

7      federal officer.  Correct?

8      **A.**    Yes.

9      **Q.**    And around what time are you breaking off into the

10     small groups?

11     **A.**    I'd say that was about 9 p.m.

12     **Q.**    And at what time do you end up in the area of 14th

13     and U?

14     **A.**    Approximately 10.

15         **MS. GATTO:**  And if we could put up Government's

16     Exhibit 5000, please.

17     **BY MS. GATTO:**

18     **Q.**    So, you looked at this picture on your direct

19     examination.  Do you recall that?

20     **A.**    Yes, ma'am.

21     **Q.**    And the interaction with Mr. Dunn, do you recall

22     around what time that was?

23     **A.**    I'd say closer to 11, roughly.

24     **Q.**    So fair to say about an hour you had been

25     patrolling in this area.  Correct?

1    **A.**    Yes.

2    **Q.**    What is this neighborhood called?

3    **A.**    This is U Street.

4    **Q.**    And you've been here before.  Correct?

5    **A.**    Yes, ma'am.

6    **Q.**    You are familiar with this area?

7    **A.**    Yes, ma'am.

8    **Q.**    Have you done patrols here?

9    **A.**    I have closer to the stations but, yes, I've

10   walked along and drove along this area in my patrol car,

11   yes.

12   **Q.**    Before this night, had you ever done patrol with

13   such a large mass of federal law enforcement?

14   **A.**    No.

15   **Q.**    Is it fair to say it's a fairly low-crime area

16   compared to other parts of D.C.

17   **A.**    No.

18   **Q.**    It's certainly not a high-crime area of Washington

19   D.C.

20   **A.**    That's not fair to say.

21   **Q.**    It's a vibrant nightlife?

22   **A.**    Yes, ma'am.

23   **Q.**    There's lots of bars?

24   **A.**    Yes, ma'am.

25   **Q.**    There is a bunch of gay bars in this neighborhood?

1      **A.**   I don't know for sure, no.

2      **Q.**   Well, in the photo you can see there's a pride

3   flag in the back.

4      **A.**   I see a flag.  I don't know what that

5   establishment is, though.

6      **Q.**   Are you familiar with the establishments around

7   there?

8      **A.**   Not many of them, no.

9      **Q.**   What about Bunker?  Do you know Bunker?

10     **A.**   I do not.

11     **Q.**   The interaction you described with Mr. Dunn, this

12  picture here, is this accurately capturing how many officers

13  were around when that was happening?

14     **A.**   Yes.

15     **Q.**   You talked about having your body-worn camera on

16  you at the time?

17     **A.**   Yes, ma'am.

18     **Q.**   It was not activated --

19     **A.**   No.

20     **Q.**   -- while you were on the street?

21     **A.**   No, ma'am.

22     **Q.**   I think I heard on the direct you initiated your

23  body-worn camera.  Correct?

24     **A.**   That's correct.

25     **Q.**   I think you used the words you initiate at the

1    start of the event.  Correct?

2         **A.**   Yes.

3         **Q.**   An event would be some law enforcement interaction

4    that is worthy of recording.  Correct?

5         **A.**   Not necessarily.

6         **Q.**   Well, for example, traffic stops, you would

7    initiate it there.  Correct?

8         **A.**   Yes, ma'am.

9         **Q.**   And any time where there's a potential for

10   arrests.  Correct?

11        **A.**   Yes, ma'am.

12        **Q.**   And at no time while Mr. Dunn was on the street

13   here, before the sandwich is thrown, did you initiate your

14   body-worn camera.

15        **A.**   No, ma'am.

16        **Q.**   Understood.

17             And I think you described that there were really

18   two interactions that you were a part of, correct, with

19   Mr. Dunn?  You spoke with him.  There was some exchange.

20   Correct?  Right when you first meet him.

21        **A.**   That's correct.

22        **Q.**   And he was compliant when you asked him to cross

23   the street?

24        **A.**   He was.

25        **Q.**   And there was the second interaction, which I

1    think is the picture.  Does that sound right?

2         **A.**    Yes, ma'am.

3         **Q.**    And that was before the sandwich was thrown?

4         **A.**    Correct.

5         **Q.**    Maybe I will show you again, but there is a chase,

6    following Mr. Dunn.

7         **A.**    Yes, ma'am.

8         **Q.**    You're in the back of the group chasing Mr. Dunn?

9         **A.**    I believe there was another agent behind me.

10        **Q.**    Let's just look at the video so this way we are

11   all on the same page.

12        **MS. GATTO:**  Mr. Shephard, can you pull up

13   Government's Exhibit 3001?  It's 3000.

14        (Video played.)

15        **MS. GATTO:**  This is the body cam footage; is that

16   correct?

17        **THE WITNESS:**  Yes.

18        **MS. GATTO:**  If you could play, Mr. Shephard, to

19   22:59:50.

20        (Video played.)

21        I'm sorry, Mr. Shephard.  Could you play it again,

22   just about 10 seconds back, with the sound?

23        While we're waiting for that, the officers up

24   ahead, those are the CBP officers.  Am I right?

25        **THE WITNESS:**  Yes, ma'am.

1          (Video played.)

2              **THE COURT:**  Can we pause for one second?

3              So what was admitted was 3000-A.

4          **MS. GATTO:**  I really am sorry, but I am pretty

5      sure this is the video.

6          **THE COURT:**  That's the reason the jury is not

7      seeing it.  It's not being published to the jury because you

8      asked to pull up 3000 --

9          **MS. GATTO:**  It's totally my fault.  You looked at

10     me as if --

11         **THE COURT:**  No, no.  I wasn't expecting to hear

12     audio.

13         **MS. GATTO:**  I'm sorry.  I don't understand.

14         **THE COURT:**  There's two things to make sure of.

15         **MS. GATTO:**  Oh, fair enough.

16         **THE COURT:**  3000-75, there is a period at the

17     beginning of the audio; that's where the BWC happens.

18         **MS. GATTO:**  I knew we were at a point there should

19     be audio.

20         **THE COURT:**  I don't think so we hadn't gotten --

21         **MS. GATTO:**  This is the portion of 3000 and A.  I

22     will identify it as 3000-A.

23         **THE COURT:**  Great.

24         **MS. GATTO:**  It's just --

25         **MR. SILVERMAN:**  Court's indulgence for one moment.

1          (Brief pause.)

2          **MS. GATTO:**  Okay.  I think there is a little

3     confusion with the identification.  They haven't produced

4     3000-A, but we identified it as this snippet.

5          **THE COURT:**  Very well.  Let's just assume this is

6     3000-A.  It may be published to the jury.  The only thing

7     that's been admitted is 3000-A.  So assuming this is

8     identical to 3000-A, then we don't have a problem.

9          (Discussion off the record between defense and

10    government counsel.)

11         **MS. GATTO:**  Okay.

12         If we can start 3000-A from the beginning with

13    sound and end it at 22:59:50.

14         I'm sorry, Your Honor, that the exhibits are

15    messy.

16         **THE COURT:**  Just to be -- is everyone on the jury

17    seeing the video at this time?

18         **JURORS:**  [Nodded]

19         **THE COURT:**  This is 3000-A.  For all intents and

20    purposes, we will play from the beginning of 3000-A through

21    the time that counsel said.

22         **MS. GATTO:**  Yes.

23         So, Mr. Shephard, if you could play with sound,

24    Government's Exhibit 3000-A, and stop at 22:59:50.

25         **THE COURT:**  And just so the jury isn't confused,

1    when we are talking about the time that they are going to

2    stop this, they are referring to the upper, right-hand

3    timestamp, which is the time of day, rather than the time of

4    the video.  If you understand the difference.  Thank you.

5    **BY MS. GATTO:**

6    **BY MS. GATTO:**

7        **Q.**   And just to set it up, Detective Henry, it is your

8    body-worn camera footage?

9        **A.**   It is.

10       **Q.**   This was engaged, for the first time, after you

11   starting running.

12       **A.**   You can see my left hand go up to my chest.  This

13   is the buffering period I spoke of before, where it's going

14   to capture some time before the event.

15       **Q.**   So maybe I asked it the wrong way.

16           The moment you press the button --

17           **THE COURT:**  I'm sorry.

18           **MS. GATTO:**  Yeah, maybe there is a better word to

19   use.

20   **BY MS. GATTO:**

21       **Q.**   When you press the button; that's when you began

22   running; is that right?

23       **A.**   No.

24       **Q.**   It's before you start running?

25       **A.**   No.

1    Q.   It's capturing the 30 seconds before you press the

2    button?

3    A.   No.

4    Q.   Okay.  Maybe I am missing how the body cam works.

5         When do you press the button in relation to the

6    events?

7    A.   You will see my left hand go up to my chest when I

8    get a little closer to Mr. Dunn and the agent out in front

9    with him.  And I've stopped running at that point in time.

10    Q.   Okay.

11    THE COURT:  Let me give it a whirl.  We watched

12    this video and about the 30-second mark of the video, I

13    don't mean 30 seconds on the time, but 30 seconds into the

14    video, is approximately when you tap it.

15    THE WITNESS:  That's correct.

16    THE COURT:  What the BWC does for you is it then

17    captures 30 seconds before your tap but without audio.

18    THE WITNESS:  That's correct.

19    THE COURT:  Then it has audio.

20    THE WITNESS:  That's correct.

21    BY MS. GATTO:

22    Q.   Detective Henry, this is when we have audio?

23    A.   Yes, ma'am.

24    Q.   Thank you.

25    MS. GATTO:  And thank you, Your Honor.

1          Okay.  Mr. Shephard, if you could continue playing

2     it.

3          (Video played.)

4          Can you stop, Mr. Shephard?

5     **BY MS. GATTO:**

6     **Q.**   So this bald gentleman states, We are MPD and we

7     have jurisdiction too.  Who is that?

8     **A.**   He said, We are MPD.  He is an MPD detective.

9     **Q.**   That is a local law enforcement police officer?

10    **A.**   That is correct.

11    **Q.**   What is his name?

12    **A.**   I don't have his name.

13    **Q.**   Did you see him stop Mr. Dunn?

14    **A.**   No.

15    **Q.**   But by the time you got there, Mr. Dunn is already

16    being restrained?

17    **A.**   That is correct.

18    **Q.**   And you stay on this corner with Mr. Dunn for the

19    entirety of the time he is there, before he is transported

20    to the next location.  Correct?

21    **A.**   Yes, ma'am.

22    **Q.**   You are what is called the arresting officer?

23    **A.**   Yes, ma'am.

24    **Q.**   So you have a lot of responsibilities as arresting

25    officer; is that fair to say?

1    **A.**    Yes, ma'am.

2    **Q.**    You're responsible for all the paperwork that is

3    going to be around this particular arrest as a police

4    officer?

5    **A.**    Not necessarily.

6    **Q.**    Well, you'll be in charge of the inventory.

7    Right?

8    **A.**    Yes.

9    **Q.**    And the initial processing involves running a

10   license check.   Right?

11   **A.**    No.

12   **Q.**    Taking Mr. Dunn's license and verifying his ID?

13   **A.**    Correct.

14   **Q.**    Running a warrant check?

15   **A.**    Yes.

16   **Q.**    And are you responsible for getting what is called

17   a CCN number?

18   **A.**    That's correct.

19   **Q.**    And what is a CCN number?

20   **A.**    It's a number that MPD uses, or any agency within

21   D.C. who is making arrests would have to get from the

22   dispatch in order to be able to identify that specific

23   arrest.

24   **Q.**    And is that one of the first things you are doing

25   at the scene?

1      A.    That happens after making sure he is secured and I

2   have his information.  After that, I then would get the

3   CCNs.

4      Q.    And do you remember how long it took to get the

5   CCN here?

6      A.    Several minutes.

7      Q.    And do you know how long it took to -- let me

8   withdraw that and let me talk about a transport.  This would

9   also be another responsibility of yours, correct, to find

10   transportation for Mr. Dunn to the next location he is going

11   to?

12      A.    That's correct.

13      Q.    And the next location he is going to will be a

14   police precinct?

15      A.    Yes, ma'am.

16      Q.    He is going to a local police precinct?

17      A.    Yes, ma'am.

18      Q.    And in the last video you saw the police precinct

19   he was taken to.  Is that the third District?

20      A.    I believe the Third or Fourth District.  I don't

21   recall.

22      Q.    It is a local police district?

23      A.    It is.

24      Q.    And you arranged the transportation.  Correct?

25      A.    I do.  Uh-huh.

1      Q.    And that local police precinct is only about three

2   minutes away from that location?

3      A.    Yes, ma'am.

4      Q.    It took a while to get transport for Mr. Dunn?

5      A.    Correct.

6      Q.    And is that unusual?

7      A.    No.

8      Q.    And it took a while to get the CCN number.

9   Correct?

10      A.    Correct.

11      Q.    Is that unusual?

12      A.    At times, yes.

13      Q.    For this case?

14      A.    Not this time of night, no.

15      Q.    If I say to you that all in all, the entire time

16   you were with Mr. Dunn on this street corner, after the

17   arrest, it was over 30 minutes; is that correct?

18      A.    Yes.

19      Q.    When you start, when we are looking at this image

20   here, am I right there is only about four or five officers

21   at the original arrest?

22      A.    Right.  Correct.

23      Q.    And nearly immediately when you arrive, you start

24   the work of the things we are discussing; transport, CCN,

25   et cetera; is that correct?

1      **A.**   That's correct.

2      **Q.**   And the other officers, they secure Mr. Dunn?

3      **A.**   That's correct.

4      **Q.**   Mr. Dunn is restrained in handcuffs?

5      **A.**   He is.

6      **Q.**   And he eventually is sat down on the ground?

7      **A.**   Yes.

8      **Q.**   He is speaking.  Correct?

9      **A.**   Yes.

10     **Q.**   But he is otherwise not physically non-compliant

11  with the officers.

12     **A.**   That's correct.

13     **Q.**   You would even describe him as compliant.  Right?

14     **A.**   At this point, yes.

15     **Q.**   Throughout the time, for the 21 minutes he's

16  there?

17     **A.**   At this corner?

18     **Q.**   Yes.

19     **A.**   Yes.

20     **Q.**   At some point the number of officers that arrive

21  at the scene swells to a very large number?

22     **A.**   Correct.

23     **Q.**   If I could show you a photograph, which has been

24  marked as Defendant's Exhibit 3.

25          **MS. GATTO:**  Ms. Moore, I think we have that, if I

1    could show it to the witness.

2    **BY MS. GATTO:**

3        **Q.**   At a high level, what are we looking at?

4        **A.**   You are looking at Officer fields who is my

5    partner for the night she is with her group.

6        **Q.**   Let me take a step back.  This is the corner of

7    the location where Mr. Dunn was arrested?

8        **A.**   That's correct.  So this is 15th and U Street

9    northwest.

10       **Q.**   And this fairly and accurately depicts that corner

11   at that moment?

12       **A.**   Correct.

13           **MS. GATTO:**  Your Honor, I move Defendant's Exhibit

14   3 into evidence.

15           **THE COURT:**  Any objection?

16           **MR. DiLORENZO:**  No objection, Your Honor.

17           **THE COURT:**  Defense 3 is admitted and may be

18   published.

19       (Defendant's Exhibit 3 was admitted and published.)

20       **Q.**   So now, Detective Henry, what are we looking at

21   here?

22       **A.**   Am I able to -- yeah.  Perfect.  So Officer Fields

23   is my backup partner.  Early in the night we had decided,

24   and I believe I stated before, to separate because there

25   were so many of us.  And we, basically, do not serve our

1       purpose of being visible and being able to stop any crime or

2       anything we see in the area, if we are all walking or

3       working together.

4              So once I call out that we have a foot pursuit and

5       one stopped and arrest, she does as I expect her to do, as

6       my backup officer, because other officers are with her and

7       don't have radios, they come with her as well.  Now the

8       original group is there.

9       Q.   So Detective Fields comes; you call out to her?

10             THE COURT:  Officer fields.

11             THE WITNESS:  Once I put out the transmission on

12      my radio, every officer within my department can hear it.

13      So every officer knows we have APO.  We have an arrest.

14      Officer Fields, being closest to the scene, as I would

15      expect her to, she comes to check if I am okay, if there is

16      anything needed.  She ask assist with it.

17      BY MS. GATTO:

18      Q.   You said APO; that is assaulting police officer.

19      A.   Yes, ma'am.

20      Q.   But it was not APO, it was a disorderly conduct.

21      A.   That's correct, yes.

22      Q.   Those charges were lodged locally?

23      A.   Yes, ma'am.

24      Q.   And sent to your local police --

25             MR. DiLORENZO:  Objection.

1          **THE COURT:**  Let's get on the phone.

2      (Bench conference.)

3          **MR. DiLORENZO:**  Your Honor, we are getting into

4  some of the charging areas.  First, it is beyond the scope

5  of the government's direct.  Second, it's not relevant, you

6  know, some of the charging decisions.  The question was

7  going into the local.

8          I can guess, based on the defense response to the

9  government's motion, that they will be attempting to get

10  into, you know, the processing, appearing in Superior Court;

11  and that's entirely not relevant.  I would object and would

12  like to nip it in the bud.

13          **MS. GATTO:**  Your Honor, first, I think they made

14  this very relevant when they showed a scene to the arresting

15  officer about the arrest and the processing, especially

16  since the processing was elicited on direct examination.  It

17  relates to statements that were just elicited about how they

18  came to those statements, where he was at the time.  Is

19  here?  And then goes there and just elicit statements about

20  a local police precinct.  She is arresting officer on the

21  stand.  They may not have elicited the swell of officers.

22          **THE COURT:**  I will let you ask questions about

23  the, arrest up through the arrest, but not the decisions

24  thereafter about whether to pursue charges, what charges to

25  pursue and what court.

1          **MS. GATTO:**  Understood.

2          **THE COURT:**  Okay.  Thank you.

3      (Bench conference concluded.)

4  BY MS. GATTO:

5      **Q.**  Do you know how long after Mr. Dunn was restrained

6  that you made that phone call to Officer Fields?

7      **A.**  I did not make the phone call to Officer Fields.

8      **Q.**  Radio?

9      **A.**  I did not make it specifically to her.

10     **Q.**  Do you know how long after Mr. Dunn was restrained

11 that Officer Fields got notice that there was an arrest on

12 the corner of 15th and U?

13     **A.**  It would have been within two minutes max.  It

14 would have been when I go over the air and say that we have

15 an arrest and what it is for.

16     **Q.**  So within two minutes of Mr. Dunn's arrest, there

17 are at least another 10 officers who arrive at the scene?

18     **A.**  That is incorrect.

19     **Q.**  Should we count them?

20     **A.**  No.  That is incorrect as to what I stated.  What

21 I stated was after the arrest or after he is detained, I

22 then go over the air and then make the call.  I am not

23 saying it is two minutes until she arrives on scene.  It is

24 two minutes, at least, or two minutes max when she is

25 notified that we have an incident and where the address of

1    the incident is.

2        **Q.**    It's probably my fault.  I'm not being clear.

3            How long after Mr. Dunn is restrained, did these

4    officers that we are viewing in this picture arrive on the

5    scene?

6        **A.**    I am not sure.  I'd say within a matter of five or

7    so minutes they arrive.

8        **Q.**    Thank you.  So five or so minutes.  There is

9    now -- and maybe I'll count but correct me if I'm wrong,

10    were about 15 or 20 officers on the corner of 15 and U?

11        **A.**    That is correct.

12        **Q.**    You are the arresting officer?

13        **A.**    Yes.  Yes, ma'am.

14        **Q.**    You are doing the paperwork?

15        **A.**    Yes, ma'am.

16        **Q.**    You are calling for the transport?

17        **A.**    Yes.

18        **Q.**    Mr. Dunn is compliant.  Correct?

19        **A.**    Yes.

20        **Q.**    Sitting on the floor.  Correct?

21        **A.**    Yes.

22        **Q.**    So there are 14 officers at the corner of 15th and

23    U, they remain there for the 32 minutes.  Am I right?

24        **A.**    Yes.

25        **Q.**    Doing what?

1    A.    They are on the scene.

2    Q.    After Mr. Dunn is -- while Mr. Dunn is at the

3    scene, can we talk a little bit more about some of the tasks

4    that you are doing?

5    A.    Yes.

6    Q.    Those tasks are unsupported by the federal

7    officers that are there?

8    A.    That is incorrect.

9    Q.    You search him?

10    A.    Yes.

11    Q.    You search him by yourself?

12    A.    I do not search him.

13    Q.    One officer searches Mr. Dunn?

14    A.    I believe at least one officer searches Mr. Dunn.

15    Q.    You get his license?

16    A.    Yes.

17    Q.    You run his license -- I use that term but you

18    send the information that is in the license to some central

19    place to run it?

20    A.    Can I correct or clarify?

21    Q.    Yeah.  Sure.

22    A.    So the information that is from his license, his

23    name, first, last, date of birth is given to our dispatch.

24    Our dispatch then has programs that they run the information

25    through, again, as I stated, to make sure that he doesn't

1   have any warrants or any attempts to locate or if there are

2   other agencies that need to speak with him or be aware that

3   he is being detained.  So, yes, I do do that at one point.

4        **Q.**   The searches that you run and the inventory that

5   you take, there are no issues of concern with Mr. Dunn on

6   that street?

7        **A.**   No.

8        **Q.**   You search his body?

9        **A.**   I do not.

10       **Q.**   Someone at the scene who then provides this

11  information to you as the arresting officer conducts a

12  physical search on him?

13       **A.**   Correct.

14       **Q.**   He has no weapons?

15       **A.**   No.

16       **Q.**   He has 14 bucks in his wallet, and he has nasal

17  spray.

18       **A.**   Yes.

19       **Q.**   But nothing else that would raise concerns for law

20  enforcement at a scene.

21       **A.**   Correct.

22           **MS. GATTO:**  I'm sorry.  Can I have a moment?

23       (Brief pause in proceedings.)

24  **BY MS. GATTO:**

25       **Q.**    In addition to having the property, you write it

1    down.

2         **A.**   I do.

3         **Q.**   Okay.  And you tell him where, eventually, he can

4    pick up that property when he is released?

5         **A.**   No.

6         **Q.**   You give that information to the next officer who

7    is going to process him?

8         **A.**   No.

9         **Q.**   When the officer comes, who transports him?  What

10   was his name?

11        **A.**   Officer Thandi.  He arrives at the end of those 32

12   minutes.

13        **Q.**   When Officer Thandi arrives?

14        **A.**   Yes.

15        **Q.**   When Officer Thandi takes Mr. Dunn, he takes him

16   to the third precinct?

17        **A.**   Correct.

18        **Q.**   We saw the video of the inside of the third

19   precinct.

20        **A.**   Yes, ma'am.

21        **Q.**   I think you started to testify about what happens

22   at that third precinct.

23        **A.**   Correct.

24        **Q.**   You go one way, Mr. Dunn goes another way.

25        **A.**   Correct.

1      Q.    He will be processed at this third precinct?

2      A.    Yes, ma'am.

3      Q.    And Mr. Dunn was processed in that third precinct?

4      A.    Correct.

5      Q.    And then he was taken to a cell.  Correct?

6      A.    I'm not aware of what happens after that point.

7      Q.    Well, when you dropped him off, you knew he was

8  being processed for court.  Correct?

9      A.    Correct.

10     Q.    You knew he was being processed for Superior

11 Court.  Correct?

12          **MR. DiLORENZO:**  Objection.

13          **THE COURT:**  I will allow this one question.

14 **BY MS. GATTO:**

15     Q.    You can answer.  You knew he was being processed

16 for D.C. Superior Court.

17     A.    Correct.

18     Q.    And you knew that he would be held in custody at

19 the precinct until he went to D.C. Superior Court.

20     A.    I did not know that.

21     Q.    Well, you've been inside that police precinct.

22     A.    Correct.

23     Q.    You know that there are cells there for people who

24 are brought into that precinct in custody?

25     A.    Correct.

1    **Q.**    And you knew that he had been charged in D.C.

2    Superior Court.

3    **A.**    Correct.

4    (No discernible objection.)

5    **THE COURT:**  Overruled.

6    **BY MS. SHROFF:**

7    **Q.**    You knew after he was processed, he would then go

8    to D.C. Superior Court?

9    **A.**    That's correct.

10    **Q.**    And in between the time processing and going to

11    D.C. Superior Court, he would be held in custody in one of

12    the cells.

13    **A.**    No.

14    **Q.**    He's held in a cell before he goes to D.C.

15    Superior Court, yes or no?

16    **A.**    That's not a yes or no answer.

17    **Q.**    That police precinct, you've been in, I'm sure, a

18    thousand times.

19    **A.**    Uh-huh.

20    **Q.**    You've processed arrests there yourself.

21    **A.**    Yes, ma'am.

22    **Q.**    You've taken individuals there yourself.

23    **A.**    Yes, ma'am.

24    **Q.**    And they're in custody.  Meaning they are in

25    custody; they are not free to leave.

1      **A.**    Correct.

2      **Q.**    Okay.  And is it your testimony sometimes they are

3      held in a cell, sometimes they sit on a bench?

4      **A.**    No.

5      **Q.**    Is it your testimony that sometimes they go

6      straight to D.C. Superior Court?

7      **A.**    No.

8      **Q.**    Okay.  Either way, when an individual is brought

9      into custody to the police precinct, they are in the control

10     of the police.

11              **MR. DiLORENZO:**  Your Honor, objection.

12              **THE COURT:**  To that question?

13              **MR. DiLORENZO:**  To the underlying question.  The

14     witness has explained she essentially went one way.  She

15     didn't see what happened to the defendant.  And these

16     questions are geared at what generally happens.  And it's

17     clear there is no "general" treatment.  There are a variety

18     of factors and those are not relevant.

19              **THE COURT:**  Overruled.  But I do think we are

20     spinning in circles here.

21              **MS. GATTO:**  I think you are right.  Can I have a

22     moment?

23          (Brief pause in proceedings.)

24              **MS. GATTO:**  Your Honor, we have no further

25     questions.

1              Thank you, be Detective Henry.

2              **THE COURT:**  Redirect?

3              **MR. DiLORENZO:**  Just a few questions.

4              **THE COURT:**  I won't hold you to it.  People always

5    say that.

6              **MR. DiLORENZO:**  Right.  They do.

7              **THE COURT:**  You really mean it this time.

8              **MR. DiLORENZO:**  I mean it.  I will try to make it

9    quick.

10             <u>**REDIRECT EXAMINATION OF DAINA HENRY**</u>

11   **BY MR. DiLORENZO:**

12       **Q.**   You saw the picture of Defense Exhibit 3, the

13   scene where the arrest was, and there were a number of

14   officers in that picture and agents.  What were those

15   officers and federal agents doing before the defendant was

16   arrested for striking Agent Lairmore with the sandwich?

17       **A.**   So, myself and maybe 10 other agents were on the

18   corner of 14th and U.  Officer Fields and the agents, they

19   were in the area but on another side of U Street.  So when

20   the call goes out, not only do the agents who arrived on

21   scene before me, are on scene, but those who are catching

22   up, who were originally with us, they are arriving on scene.

23             Again, as I stated, once I put over the air that

24   there is an assault, everyone in the department hears it.

25   Officer Fields heard it on her radio.  She comes over.  And

1    because she is the only person in that group that has a

2    radio, we all decide to stick together.

3              Because the agents, at this point, have no way of

4    communicating unless she is with them.  We do not have

5    radios that are equipped to speak to our dispatch or any

6    other dispatch within D.C.

7              So they are with her, as they have been since we

8    started the assignment; that's the reason why we have quite

9    a few agents congregating at that area.

10   **Q.**   This is 1-A.  You just used the word "assignment."

11   What was the assignment that you and the other officers in

12   that photograph were doing --

13             **MS. GATTO:**  Your Honor, objection to the other

14   officers' assignments.

15             **MR. DiLORENZO:**  If you know.

16             **THE COURT:**  Overruled to the extent you know.

17             **THE WITNESS:**  Excuse me.

18             So the assignment for the night was to effect the

19   arrest -- excuse me -- the arrest that needed to be made; to

20   assist us in affecting the arrest; and then also for us to

21   be visible, to keep in mind public safety as well.

22             **MR. DiLORENZO:**  All right.  Thank you.

23             No further questions.

24             **THE COURT:**  Thank you.

25             Detective, thank you very much for your time today

1    and thank you also for your service.  You are excused.

2              **THE WITNESS:**  I appreciate it.  Thank you, sir.

3         (Witness steps down.)

4              **MR. DiLORENZO:**  Your Honor, I believe that would

5    be the government's case.  I know that there is a couple of

6    outstanding legal issues.  Maybe before we formally rest,

7    we'd like maybe some certainty on those.  But I don't

8    believe the government will introduce any further evidence.

9              **THE COURT:**  What do you propose by way of next

10   steps then?

11             **MR. DiLORENZO:**  As soon as those legal issues are

12   resolved, we can tell the Court we can rest.

13             **THE COURT:**  But do you think I should excuse the

14   jury and we have a conversation outside the presence of the

15   jury?

16             **MR. DiLORENZO:**  That's a good idea.

17             **THE COURT:**  That's what I was going to say.  Okay.

18   So I'm going to excuse the jury for now.  I'm not going to

19   tell you exactly when we are going to be back on.  It may be

20   very quickly, it may be a little longer than that.  I think

21   if you could, sort of, generally stay available near the

22   jury room.

23             As always, I'm very cognizant of your time and

24   being respectful of that.  So we will try to do this as

25   quickly as possible.  Okay?

1          Thank you-all.

2          (Jury exits the courtroom.)

3          **THE COURT:**  Okay.  What does the government want

4     to discuss before it decides whether it wants to rest?

5          **MR. DiLORENZO:**  It would be

6     helpful -- right -- there were a couple things the Court

7     needed to decide on, like "forcible."  It is clear the Court

8     was working late last night.  The elements of the offense

9     and definition of assault, that could impact if there is any

10    further evidence.  We are leaning toward probably not, but

11    it would be helpful to know if the Court is going to use the

12    common law definition or the Model Penal Code.

13         **THE COURT:**  Okay.  My plan was to argue that

14    question together, with any lingering final jury questions,

15    at something like a charging conference, after any draft

16    final jury instructions are sent out so that we had a common

17    thing to work off of.

18         I could do that and we could come back here after

19    you've had a chance to cogitate on it and have a discussion

20    about it, or you could tell me what additional proof you

21    would put on, which is dependent on which of those two

22    definitions applies.

23         **MR. DiLORENZO:**  The additional evidence, as we

24    have other statements that the defendant made after his

25    arrest that would support, you know, the theory of the

1    defendant impeded and interfered with the

2    government's -- with the officer's official duty.

3                **THE COURT:**  I've already held that you can prove a

4    violation of 111 by proving impeding or interference.

5                **MR. DiLORENZO:**  Right.

6                **THE COURT:**  What difference does it make to that

7    proof whether we use the definition of assault or Model

8    Penal Code assault?

9                **MR. DiLORENZO:**  The government is proceeding with

10    two theories, the assault and the other categories.  If the

11    Court is inclined to use common law definition, which we are

12    advocating --

13                **THE COURT:**  Yes.

14                **MR. DiLORENZO:**  -- you know, the government's

15    theory and argument would be that it is stronger and less of

16    a need to bolster the other evidence.

17                However, if the Court were to use the Model Penal

18    Code, there's more of a need to bolster that piece.

19                **THE COURT:**  Understood.  So, in other words, to

20    the extent that the Model Penal Code definition of simple

21    assault or assault is applied here, that's a higher burden.

22    The government might want to introduce evidence that tends

23    to prove one of the other verbs of 111.

24                **MR. DiLORENZO:**  Right.

25                **THE COURT:**  Okay.  So just in terms of process,

1    how would you propose I proceed from now to what you need to

2    know?

3         **MR. DiLORENZO:**  I guess the quickest way to get an

4    answer -- I mean, I believe yesterday morning the parties

5    were prepared to argue on that, and we are prepared to do

6    that now, if the Court could hear argument.  And then, you

7    know, we would ask for a ruling and whether the Court needs

8    to take a break or not.  It's the Court's perspective.

9         **THE COURT:**  Okay.  Fair enough.  I want to hear

10   from the defendant.  Who wants to address this question?

11        **MS. SHROFF:**  Your Honor, just procedurally, my

12   suggestion is -- and of course feel free to reject it -- I

13   think -- it is about -- it is a quarter to 3.  Right?

14        **THE COURT:**  Yes; that is accurate.

15        **MS. SHROFF:**  Assuming, even with all of your

16   January 6 and all of your other knowledge, we get to

17   discussing this issue in the next 30 minutes, then that

18   would take us to 3:15.  I'm assuming as loquacious as all

19   counsel have been, we would get to 4 by the time the issue

20   is resolved.

21        My suggestion is this.  I think it is a nice fall

22   day.  We should let the jury go home.  We are going to have

23   argument.  We are going to have a charge conference.  You

24   will have Rule 29s and it would be -- it would be prudent to

25   let them go.  I think a jury is happier just coming back

1    tomorrow morning.  If the Court disagrees, we are happy to

2    do as you request, but that is my thought.

3          **THE COURT:**  Do you propose to have me release the

4    jury do the, I guess, consequentially what we would need to

5    do is to at least have a conversation around the jury

6    instructions, to allow the government to then decide whether

7    it's going to rest.  If the government is going to rest, we

8    need the jury here for that.  Then we do Rule 29 after that.

9    So the jury has to be around to make that pivot.

10         **MS. SHROFF:**  I've had judges say, I will let you,

11   Ms. Schoff, make the Rule 29.

12         **THE COURT:**  So long as the government says --

13         **MS. SHROFF:**  Right.

14         **THE COURT:**  -- we are planning to rest, we can do

15   that later.  Okay.

16         **MS. SHROFF:**  Just hypothetically, say the

17   government decides not to rest, I am assuming at 3:00 they

18   are not going to have the next witness here.  I have no idea

19   how they would put in this additional proof.  I don't have a

20   clue about a lot of things, but that particular thing --

21   well, I really don't know.  I'm not sure if the government

22   would even -- should they decide not to rest -- have their

23   next witness here for anything productive to be done with

24   the jury.

25         **THE COURT:**  Right.

1          **MS. SHROFF:**  That's my thought.

2          **THE COURT:**  So I get that point.  Let's just then

3     talk about -- let's imagine we do the final instructions'

4     discussion.  Ideally, all of them, but let's imagine,

5     hypothetically, enough for the government to decide it feels

6     comfortable resting.  And then we say, Okay.  Well, the

7     government is going to rest.  So we can do the Rule 29 stuff

8     then too, before we bring the jury back.

9          Would you propose that we have those discussions

10    this afternoon, having released the jury, or are you looking

11    to go enjoy the weather too, such that we come back

12    tomorrow, lawyers only, having the lawyers having had the

13    opportunity to see my version of the draft instructions this

14    afternoon for a while, and then we come back and argue

15    tomorrow.

16         **MS. SHROFF:**  The second option.

17         **THE COURT:**  Tomorrow morning.

18         **MS. SHROFF:**  Yes.

19         **THE COURT:**  Right.

20         **MS. SHROFF:**  I think that gives the Court time to

21    do what the Court needs to do and us time to think.

22         **THE COURT:**  Yeah.

23         Without binding you to anything, just 'cause I

24    want to be respectful of the jury's time and understand the

25    arc of this case, if the government otherwise says we are

1    good, we rest, does the defense anticipate putting on a

2    significant defense case?

3              **MR. DiLORENZO:**  No.  The one witness we wanted to

4    put on is out of the country.  The other witness we would

5    have possibly put on is out sick.  So we do not have, I

6    believe, a substantive case.

7              I would be uncomfortable promising -- I don't know

8    what Mr. Dunn will do about exercising his right.

9              **THE COURT:**  Yes.  Sure.

10             **MS. SHROFF:**  I need an hour or so to answer that

11    question.

12             **THE COURT:**  All of which is to mean, we can spend

13    some time getting things right, not overburdening the jury

14    also by them sticking around when not needed and we are not,

15    by doing that, burning into, obviously, next week or even

16    substantially past the end of the day tomorrow or something

17    like that.

18             So here is what we are going to do, I am going to

19    bring the jury back.  I'm going to excuse them for the

20    evening and I'm going to likely tell them I would like them

21    here at 10:30 tomorrow morning.  Obviously, if they are here

22    at 10:30, we are still working.  They may need to wait a

23    little time.  So we will do that with the jury.

24             What I am going to do tonight, since we don't have

25    to talk after the jury has been excused is, I am going to

1      email the parties, as I have been doing, my take on all of

2      the final instructions that I would intend to give whenever

3      we get to the right point.  And we can then use that draft,

4      which I have been working on, so you'll get it relatively

5      soon, but you can see it this evening.

6              I know you are looking over at someone at your

7      team.  Are you ready for this?

8              **MS. SHROFF:**  I don't want to do the jury

9      instructions.

10             **THE COURT:**  I know, just kidding around.

11             You will have enough time to think through where I

12     am.  We are not going to do this, you know, in a overly

13     truncated way, and then we will just be back tomorrow at 9.

14             The first thing we are going to do is we are going

15     to walk through the draft instructions.  I will hear from

16     the parties on any of the instructions they have problems

17     with.  Obviously, a significant amount of that discussion

18     will center around how we are defining what are and how we

19     are defining the elements of the offense.

20             You will have my take tonight so you can have a

21     target and we can have a discussion focused on that very

22     specific piece of paper.

23             Obviously, if the parties want to file something

24     tonight, you are free to do so.  I know you said yesterday,

25     Counsel, that you didn't know if I wanted to keep getting

1    papers.  I'm fine with it but no one is required to file

2    anything.  We can just walk through the draft in the

3    morning.  And then, assuming we land in a reasonable place,

4    I will hear the Rule 29 stuff before we bring the jury back.

5    Okay?

6            So, Ms. Moore, could you get the jury?

7        (Jury enters the courtroom.)

8            **THE COURT:**  Members of the jury, thank you.  We

9    just had a very productive discussion with the parties about

10   the most efficient way forward.  I have determined that the

11   most efficient way forward is to release you for the rest of

12   the day, that will allow us to let you go about your lives,

13   not stick around while we resolve some things both, perhaps,

14   tonight and tomorrow morning.

15           So you are released for the evening tonight, and

16   you don't have to be back until 10:30 tomorrow.  Okay?  At

17   10:30 tomorrow, in an ideal world at least, we will pick up

18   with, maybe more evidence, but with you in the courtroom.

19   Taking this time will allow us to, I think, be substantially

20   more efficient without you guys having to wait around the

21   courthouse.

22           So just a short reminder to not research the case,

23   not talk to anyone about the case, all of those things.  I

24   will not repeat the instructions that I already gave you,

25   but you must follow all of them.

1              With that, I hope you enjoy the evening, and I

2     will see you all in the morning, again, at 10:30.  Okay?

3              Thank you, all.

4         (Jury exits the courtroom.)

5              **THE COURT:**  So I think we have a game plan.  Is

6     there anything else we need to discuss before I see everyone

7     else, I mean other than the jury, of course, before I see

8     everyone at 9 a.m. tomorrow?

9              **MR. DiLORENZO:**  Nothing from the government,

10    Your Honor, thank you.

11             **THE COURT:**  Anything from the defense side?

12             **MS. GATTO:**  Your Honor, earlier during opening I

13    raised an objection about the use of the misdemeanor in the

14    government's opening statement.

15             **THE COURT:**  Yes, and you wanted to think about it.

16             **MS. GATTO:**  My brain was going to take a long

17    time.  I will propose later this evening a curative

18    instruction that we would ask be instructed to the jury

19    during the full instruction.

20             **THE COURT:**  I'm happy to...

21             **MS. GATTO:**  Do you want a preview?

22             **THE COURT:**  Not particularly.  I really want you

23    to preview it with the government --

24             **MS. GATTO:**  I will.

25             **THE COURT:**  -- before bringing it to me.  It is a

1    disputed issue that may not be disputed.

2         **MS. SHROFF:**  Very well.

3         **THE COURT:**  I guess what I would say is on this

4    one, if there's an agreement, please just let me know there

5    is an agreement to say X, and if there is a disagreement, if

6    you could both state your view, of course, and the

7    government's view.  It may be that you get my take on that

8    curative instruction after you get the remainder of

9    the -- or I guess not the remainder, but the original set of

10   draft final instructions from me but it will be pretty

11   obvious what you are getting.

12        **MS. GATTO:**  Okay thank you, Your Honor.

13        **THE COURT:**  Thank you, all.

14        (Proceedings concluded at 2:59 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1                        **C E R T I F I C A T E**

2

3             I, **Lorraine T. Herman, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript

5     of the record of proceedings in the above-entitled matter.

6

7

8

9

10

11     ___December 8, 2025___              ___/s/ Lorraine T. Herman___
                **DATE**                              **REPORTED BY**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. DiLORENZO: [26]** 124/10 128/5 130/2 132/18 133/3 133/21 134/13 134/23 135/9 136/17 137/8 138/1 138/24 139/10 139/18 140/1 141/9 142/1 143/24 144/17 145/22 149/25 150/17 163/3 164/15 192/11
**BY MR. PARRON: [34]** 31/20 34/8 37/9 40/11 41/7 43/3 44/11 46/8 46/20 47/14 48/24 49/12 50/6 51/15 52/16 54/11 54/18 55/25 56/18 57/7 57/23 58/4 58/9 58/16 59/10 60/2 60/11 60/23 61/16 63/4 63/19 65/2 113/1 114/2
**BY MS. GATTO: [12]** 166/3 167/17 174/5 174/6 174/20 175/21 176/5 181/2 182/17 184/4 187/24 189/14
**BY MS. SHROFF: [15]** 45/2 72/13 73/18 79/22 84/10 85/1 85/24 88/11 89/23 91/15 106/5 108/15 110/2 115/2 190/6
**DEPUTY CLERK: [4]** 4/2 71/4 71/6 83/11
**JURORS: [1]** 173/18
**MR. DiLORENZO: [96]** 4/7 67/7 83/12 83/16 83/20 83/24 84/3 116/16 116/22 117/9 119/12 119/14 119/18 119/20 119/25 120/9 120/18 122/14 122/21 123/16 124/8 128/3 129/24 132/16 133/13 134/10 134/21 136/14 137/1 138/21 139/15 139/22 141/6 141/23 143/22 144/6 144/14 145/19 148/5 148/8 148/11 148/13 148/24 149/3 149/5 149/12 149/24 150/13 151/1 151/5 151/8 152/9 152/14 153/15 154/7

154/12 154/22 154/23 156/5 156/10 156/14 156/18 157/1 158/15 158/18 162/17 162/20 162/23 163/24 164/10 165/5 165/10 165/22 181/16 182/25 183/3 189/12 191/11 191/13 192/3 192/6 192/8 193/15 193/22 194/4 194/11 194/16 195/5 195/23 196/5 196/9 196/14 196/24 197/3 200/3 203/9
**MR. PARRON: [81]** 5/4 5/9 5/17 6/3 6/10 6/13 6/17 6/23 21/21 25/2 25/18 26/15 26/21 26/24 27/2 29/9 30/22 31/9 31/18 34/7 40/16 40/19 40/23 41/6 43/1 43/18 44/10 44/18 46/2 47/3 47/9 48/20 48/23 49/5 49/9 49/18 49/24 51/12 52/11 53/7 54/7 54/10 54/16 55/20 55/23 56/11 56/14 57/4 57/18 57/21 58/12 59/1 59/7 59/25 60/8 60/20 61/12 63/15 63/18 65/24 66/21 66/24 67/2 67/10 67/17 70/16 72/8 80/13 80/19 80/22 81/8 81/24 82/5 82/20 89/16 89/20 91/13 112/20 112/22 114/19 158/22
**MR. SILVERMAN: [2]** 80/1 172/25
**MS. GATTO: [76]** 24/25 25/10 25/15 25/19 25/24 26/4 26/9 26/11 28/5 28/8 29/11 30/25 121/4 133/17 144/9 149/19 150/23 152/1 152/22 152/25 153/4 153/12 153/22 153/25 154/4 155/4 155/15 155/19 157/2 157/9 157/15 157/20 157/25 158/5 158/9 158/25 159/3 159/6 160/2 160/25 161/8 163/12 163/14 163/19 163/22 164/12 165/25 167/15 171/12 171/15

172/13 172/15 172/18 172/21 172/24 173/2 173/11 173/22 174/18 175/25 180/25 181/13 183/13 184/1 187/22 191/21 191/24 193/13 203/12 203/16 203/21 203/24 204/12
**MS. SHROFF: [92]** 4/12 7/1 7/6 7/11 7/17 34/2 37/2 37/6 40/8 40/14 40/21 42/16 42/19 42/21 42/23 44/20 44/23 44/25 45/24 47/2 47/5 49/20 56/16 58/2 59/3 63/2 64/14 67/20 68/3 68/6 68/13 69/1 69/22 69/25 70/4 70/7 70/14 70/24 71/1 71/15 71/17 71/21 71/24 72/2 72/4 72/12 73/15 79/20 79/25 80/2 80/3 80/6 80/11 80/15 81/7 81/12 81/18 81/21 82/7 82/16 83/7 84/1 84/9 84/18 85/19 85/23 88/8 89/18 108/12 110/1 112/15 113/22 114/22 114/25 116/11 123/19 123/24 137/4 153/16 160/23 197/11 197/15 198/10 198/13 198/16 199/1 199/16 199/18 199/20 200/10 201/8 204/2
**THE COURT: [295]**
**THE WITNESS: [22]** 31/15 41/1 46/18 58/8 64/18 64/20 66/14 71/11 80/9 89/22 113/25 128/17 162/16 164/3 171/17 171/25 175/15 175/18 175/20 182/11 193/17 194/2

**'** 
**'cause [2]** 82/14 199/23

**,** 
**,Northwest [1]** 133/24

**-** 
**-- before [1]** 203/25

not [1] 69/2
**-- the [1]** 157/1
**-- we [1]** 71/6
**-- while [1]** 169/20

**.** 
**.1 [1]** 46/2

**/** 
**/s [1]** 205/11

**1** 
**1-A [1]** 193/10
**10 [11]** 10/13 39/11 61/4 87/11 122/19 123/5 127/20 167/14 171/22 184/17 192/17
**10 seconds [1]** 49/25
**100 [5]** 84/2 84/7 84/21 84/22 84/23
**100 percent [1]** 30/13
**1000 [11]** 43/19 44/19 46/3 46/4 46/6 63/18 72/6 72/9 128/2 128/7 145/20
**1000.1 [1]** 45/25
**10004 [1]** 2/5
**10036 [1]** 2/8
**1095 [1]** 146/7
**10:30 [5]** 200/21 200/22 202/16 202/17 203/2
**10:39 a.m [1]** 71/2
**10:50 [2]** 66/8 70/25
**10:52 [1]** 71/2
**10th [23]** 29/23 35/14 46/9 58/24 73/23 75/15 76/18 76/19 77/8 77/12 85/5 85/16 88/12 95/5 99/3 99/5 101/1 103/13 104/21 104/22 117/12 125/14 166/5
**11 [1]** 167/23
**111 [2]** 196/4 196/23
**1114 [1]** 2/8
**11:47 a.m [1]** 123/14
**11:50:23 [1]** 148/15
**11th [2]** 49/16 80/23
**12 [1]** 9/16
**124 [1]** 3/11
**12:02 [1]** 123/14
**12:30 [1]** 151/11
**12:58 p.m [1]** 162/8
**13 [1]** 123/5
**1330 [1]** 2/11

# 1

**14 [3]** 9/15 185/22
187/16
**14th [31]** 22/15 28/14
44/14 45/5 45/11 45/11
45/15 46/11 47/25
60/15 85/9 85/17 85/21
86/11 86/13 89/14
89/25 90/24 96/23
97/24 111/9 127/25
128/12 128/18 128/19
128/24 130/15 133/23
136/1 167/12 192/18
**15 [4]** 122/19 127/23
185/10 185/10
**15 minutes [1]** 123/1
**15 seconds [2]** 54/16
55/21
**15th [10]** 44/14 65/1
65/6 65/11 111/9
131/16 146/1 181/8
184/12 185/22
**17 [1]** 52/13
**1795 [1]** 2/12
**19 seconds [2]** 61/14
63/16
**19th [1]** 2/5
**1:06 [1]** 60/8
**1:12 [1]** 138/16
**1:13 [2]** 138/14 138/16
**1:17 [1]** 60/20
**1:25-252 [1]** 1/5
**1:26 [2]** 60/22 61/12

# 2

**2 minutes [2]** 61/14
63/15
**20 [2]** 127/17 185/10
**20 minutes [1]** 127/23
**20-odd [1]** 111/14
**2000 [4]** 49/6 49/19
49/21 49/23
**20001 [1]** 2/18
**2002 [1]** 33/15
**2003-C [2]** 162/18
165/1
**20036-1795 [1]** 2/12
**20053 [1]** 1/19
**2024 [1]** 49/16
**2025 [12]** 1/7 10/13
35/15 76/19 80/23 81/5
85/5 85/16 87/12 88/12
125/15 205/11
**2025-252 [1]** 4/3

**21 [1]** 180/13
**22:59:50 [3]** 171/19
173/13 173/24
**23 [1]** 148/22
**23 years [2]** 32/3 32/5
**235 [1]** 35/4
**23:39:09 [1]** 150/4
**23:47:48 [1]** 149/14
**23:50 [2]** 148/18
148/20
**23:50:25 [1]** 150/18
**23:52:18 [1]** 158/22
**24:00:69 [1]** 149/15
**252 [2]** 1/5 4/3
**27 [3]** 52/15 59/8
157/24
**27 seconds [1]** 59/25
**287 [1]** 35/3
**29 [4]** 198/8 198/11
199/7 202/4
**29s [1]** 197/24
**2:00 [4]** 151/17 151/23
162/2 162/7
**2:04 p.m [1]** 162/8
**2:17 [1]** 141/10
**2:30 [1]** 142/2
**2:59 p.m [1]** 204/14

# 3

**3 minutes [2]** 53/10
53/15
**30 [9]** 142/15 142/16
143/16 175/1 175/13
175/13 175/17 179/17
197/17
**30 years [1]** 90/8
**30-second [1]** 175/12
**3000 [3]** 171/13 172/8
172/21
**3000-75 [1]** 172/16
**3000-A [14]** 143/23
144/6 144/10 144/12
172/3 172/22 173/4
173/6 173/7 173/8
173/12 173/19 173/20
173/24
**3001 [1]** 171/13
**3002 [3]** 148/14 150/2
163/1
**3002-C [7]** 153/15
158/16 158/20 159/6
160/17 162/3 162/24
**32 [2]** 185/23 188/11
**33 seconds [2]** 50/5
51/12

**333 [1]** 12/17
**37 seconds [1]** 53/8
**38 [1]** 157/24
**3:00 [1]** 198/17
**3:15 [1]** 197/18

# 4

**4 minutes [1]** 53/21
**4000 [9]** 58/14 59/2
59/4 59/6 72/8 72/10
106/11 108/14 138/12
**44 [1]** 56/14
**46 [1]** 3/7

# 5

**5 minutes [4]** 54/16
55/20 55/23 56/11
**5 p.m [1]** 76/21
**5 seconds [1]** 57/21
**5000 [9]** 132/17 132/19
133/5 133/14 133/16
133/18 133/20 136/15
167/16
**5001 [5]** 136/15 136/18
137/2 137/5 137/7
**52 [1]** 51/14
**53 seconds [2]** 51/14
52/11
**54 seconds [1]** 53/22
**55 seconds [4]** 53/10
53/15 55/23 56/12
**58 seconds [2]** 57/6
57/19

# 6

**6 minutes [3]** 56/14
57/6 57/18
**6002 [3]** 81/10 82/13
82/25
**601 [1]** 1/19

# 7

**7 minutes [1]** 57/21
**75 [1]** 172/16

# 8

**8 p.m [2]** 76/23 167/4
**80 [1]** 2/5

# 9

**9 a.m [1]** 203/8
**9 p.m [1]** 167/11
**9:06 [1]** 1/9

# :

**:17 [1]** 60/10

# A

**a.m [5]** 1/9 71/2 71/2
123/14 203/8
**abbreviated [1]**
117/11
**Abelino [1]** 96/4
**ability [6]** 24/12 27/12
27/13 35/22 43/24
46/15
**able [22]** 5/24 6/6 9/7
32/25 33/3 33/3 34/5
38/20 44/8 65/4 86/24
94/16 126/10 127/12
127/16 133/7 139/19
144/21 146/20 177/22
181/22 182/1
**about [159]** 4/19 4/22
6/8 6/22 10/12 10/24
14/2 15/12 15/25 17/3
17/7 17/9 18/10 18/17
18/23 19/4 19/6 19/11
19/15 19/16 19/19
19/23 19/24 20/8 20/19
21/6 22/7 24/11 24/16
24/21 24/23 25/4 25/4
25/20 26/8 26/12 29/18
30/12 30/12 38/7 39/10
39/11 39/12 40/25
41/16 43/9 44/4 45/19
46/24 50/25 58/6 58/7
59/11 62/25 63/20
64/15 64/16 66/6 66/18
66/18 68/12 68/18
68/21 68/24 69/5 73/6
73/8 76/18 76/21 79/15
79/17 83/2 85/19 92/4
93/9 94/6 95/13 95/16
96/9 99/22 101/3
104/19 104/21 113/4
113/12 113/17 114/13
117/1 117/11 118/11
120/13 120/14 120/17
120/19 120/25 122/10
122/25 126/18 127/23
129/16 131/11 131/16
137/22 138/14 140/18
141/1 141/10 141/16
143/3 151/11 151/14
152/8 152/12 153/22
154/8 154/14 154/23
155/11 157/18 158/12
159/2 159/9 159/9
159/11 160/1 160/3
160/19 161/7 161/24

**A**

**about... [30]** 162/5
167/4 167/11 167/24
169/9 169/15 171/22
174/1 175/12 178/8
179/1 179/20 183/15
183/17 183/19 183/22
183/24 185/10 186/3
188/21 195/20 197/13
198/20 199/3 200/8
202/9 202/12 202/23
203/13 203/15
**about -- it [1]** 197/13
**above [1]** 205/5
**above-entitled [1]**
205/5
**absolutely [1]** 86/11
**academy [1]** 34/11
**accept [3]** 14/3 19/14
119/7
**acceptable [1]** 127/4
**access [1]** 145/3
**accident [1]** 64/12
**accompany [1]** 147/6
**accomplish [1]** 100/22
**according [11]** 19/19
77/11 88/18 88/22 97/3
98/1 99/25 104/1 105/8
105/13 142/19
**account [1]** 10/17
**accurate [4]** 71/22
133/11 136/24 197/14
**accurately [5]** 44/15
49/15 58/23 169/12
181/10
**across [24]** 23/6 39/23
58/19 58/19 59/14
59/18 64/5 64/9 64/22
94/13 95/1 98/11 98/12
99/19 127/2 128/19
130/15 131/2 131/5
131/7 131/21 132/11
140/10 140/20
**Act [2]** 34/21 35/3
**acted [1]** 64/19
**acting [5]** 23/25 36/13
62/2 81/14 81/19
**action [3]** 1/5 55/10
97/12
**actions [2]** 15/11 79/5
**activate [4]** 142/13
142/17 143/6 143/8
**activated [6]** 142/14
142/18 142/23 143/12

**activation [1]** 144/20
**activities [1]** 61/9
**activity [1]** 125/23
**acts [1]** 23/15
**actual [6]** 68/18 73/2
79/2 107/9 116/2
165/12
**actually [18]** 66/12
70/5 71/22 78/22
117/15 119/15 120/20
125/18 127/11 134/4
142/13 142/17 145/10
145/13 145/17 158/15
165/12 165/20
**addition [2]** 17/7
187/25
**additional [7]** 13/20
55/9 120/14 152/9
195/20 195/23 198/19
**address [4]** 38/4 73/19
184/25 197/10
**addressing [1]** 60/15
**administrative [1]**
33/18
**admissibility [3]** 121/5
122/10 122/25
**admissible [5]** 7/19
16/9 16/13 67/15 161/3
**admission [8]** 84/16
118/11 133/15 151/3
153/20 161/3 162/3
162/19
**admit [14]** 44/5 49/18
84/20 118/10 119/23
152/5 153/16 153/20
156/8 157/3 158/13
154/14 159/15 162/4
**admits [1]** 24/17
**admitted [48]** 3/15
3/15 3/16 3/16 3/17
3/17 3/18 3/18 3/19
15/19 15/20 16/1 43/23
44/2 46/4 46/6 49/21
49/23 59/2 59/4 59/6
84/22 84/23 128/2
133/18 133/20 137/5
137/7 138/12 144/7
144/11 144/12 152/17
155/14 155/21 156/8
156/9 156/16 157/11
157/14 158/1 158/3
162/25 163/1 172/3
173/7 181/17 181/19
**admitting [2]** 160/6

**adopting [1]** 159/24
**advice [1]** 19/17
**advocating [1]** 196/12
**affect [3]** 6/14 6/17
113/14
**affecting [1]** 193/20
**afoot [1]** 41/11
**after [57]** 5/12 12/7
12/14 12/23 21/9 21/11
21/15 22/13 26/4 26/6
27/23 36/8 42/6 49/2
51/3 56/19 59/14 64/7
65/13 65/14 66/21
68/19 76/6 80/24 93/25
101/5 110/16 111/18
112/17 115/12 127/23
131/3 133/8 136/8
145/12 146/3 153/3
153/24 155/13 174/10
178/1 178/2 179/16
184/5 184/10 184/21
184/21 185/3 186/2
189/6 190/7 195/15
195/18 195/24 198/8
200/25 204/8
**afternoon [7]** 124/4
124/11 124/12 125/20
166/1 199/10 199/14
**afterwards [2]** 63/9
63/21
**again [56]** 18/25 19/9
23/20 24/6 38/6 39/21
41/10 41/25 43/15 48/5
53/24 54/24 55/11
55/17 57/11 57/13
59/22 61/3 61/7 62/16
64/22 64/24 70/20 74/4
75/10 78/2 78/5 78/23
78/23 87/4 90/19 97/15
99/4 103/3 104/3 106/8
106/24 107/3 120/10
121/22 127/19 131/3
132/14 135/16 137/10
140/7 140/11 140/12
141/13 141/14 160/14
171/5 171/21 186/25
192/23 203/2
**against [4]** 16/10
52/19 100/5 123/7
**age [2]** 15/3 19/9
**agencies [15]** 33/2
36/3 37/12 37/13 38/5
38/7 38/18 39/3 39/7
79/8 79/18 126/18

**agency [6]** 34/16
34/18 36/9 36/23 135/5
177/20
**agency's [1]** 35/21
**agent [71]** 5/12 10/16
22/7 22/24 23/9 23/9
23/10 23/12 23/13
23/19 23/22 24/6 24/8
24/23 27/6 28/12 28/16
29/5 31/10 31/11 31/13
32/5 33/10 33/13 33/14
33/15 33/18 33/19
34/10 34/19 35/15
38/14 48/7 60/17 60/19
61/4 66/13 71/7 71/10
71/16 73/21 73/22
80/24 86/25 87/2 89/6
89/22 90/4 90/7 104/6
106/7 112/22 114/3
114/21 116/12 131/8
131/19 131/22 134/1
134/8 134/14 135/16
135/19 135/20 136/12
137/20 141/13 141/21
171/9 175/8 192/16
**Agent Greg [1]** 31/10
**Agent Lairmore [19]**
5/12 22/7 22/24 23/12
23/13 23/19 23/22 24/6
24/23 73/21 73/22
112/22 114/3 131/19
134/8 134/14 136/12
137/20 141/21
**Agent Trejo [2]** 60/19
61/4
**agent's [1]** 67/23
**agents [36]** 22/8 22/16
28/13 29/13 32/22
32/23 32/25 35/2 38/11
47/25 48/12 51/19 52/2
54/24 58/8 59/16 60/15
64/21 65/4 65/9 110/17
110/18 112/9 114/5
115/24 127/20 131/19
134/6 139/14 192/14
192/15 192/17 192/18
192/20 193/3 193/9
**aggressive [7]** 51/18
57/10 57/11 61/19
61/25 62/3 102/1
**aggressor [1]** 62/10
**agree [4]** 30/23 102/23
152/23 161/11
**agreed [1]** 7/10

**A**

**agreement [4]** 21/24 22/1 204/4 204/5
**ahead [2]** 102/17 171/24
**ahold [1]** 65/12
**aid [1]** 8/24
**aided [1]** 2/20
**air [5]** 34/4 146/5 184/14 184/22 192/23
**all [88]** 4/14 5/5 6/22 7/2 7/24 9/21 9/25 12/9 13/9 14/10 14/14 14/19 15/1 17/5 18/5 19/13 20/6 21/13 24/4 24/21 24/22 27/23 32/16 36/25 37/13 38/5 38/6 43/12 43/13 50/14 51/1 51/6 51/19 53/15 63/7 63/8 75/15 80/8 81/2 82/14 84/12 87/21 93/2 93/4 93/6 93/15 93/18 96/1 96/23 98/6 100/23 106/2 107/1 109/16 110/5 111/18 121/2 121/22 122/18 132/5 134/6 137/13 138/4 141/21 152/8 160/15 161/13 163/17 171/11 173/19 177/2 179/15 179/15 182/2 193/2 193/22 195/1 197/15 197/16 197/18 199/4 200/12 201/1 202/23 202/25 203/2 203/3 204/13
**alleged [1]** 20/3
**alleges [1]** 10/12
**allow [5]** 4/25 189/13 198/6 202/12 202/19
**allowed [2]** 24/3 130/10
**allows [2]** 32/21 86/19
**alluded [1]** 20/5
**almost [1]** 52/22
**alone [3]** 14/7 14/11 15/23
**along [11]** 13/7 28/13 32/8 41/15 85/11 85/11 95/4 103/10 136/21 168/10 168/10
**already [13]** 12/25 59/13 70/9 88/18 116/24 128/2 138/12

**also [29]** 8/1 14/21 17/8 19/5 32/22 33/10 34/22 55/9 85/12 86/15 87/22 90/4 92/9 95/24 113/12 118/24 120/12 125/5 125/11 126/23 127/2 135/5 135/20 136/19 161/3 178/9 193/20 194/1 200/14
**although [2]** 17/23 121/19
**always [6]** 33/15 33/16 33/18 152/21 192/4 194/23
**am [57]** 12/1 16/23 32/11 32/13 32/14 33/7 48/3 51/25 56/10 62/6 62/13 69/18 69/18 70/10 82/18 86/15 86/15 86/24 88/9 96/18 100/25 105/25 124/19 134/3 134/7 134/18 135/22 136/18 137/11 139/8 142/22 145/10 145/11 147/15 149/19 150/9 157/23 158/5 159/18 162/3 162/4 162/21 171/24 172/4 172/4 175/4 179/20 181/22 182/15 184/22 185/6 185/23 198/17 200/18 200/24 200/25 201/12
**amassed [1]** 28/13
**Amendment [1]** 130/10
**AMERICA [3]** 1/5 4/3 78/2
**Americas [1]** 2/8
**amount [6]** 49/2 70/9 98/15 101/4 101/6 201/17
**Amtrak [1]** 86/21
**Anacostia [2]** 38/4 97/14
**analysis [1]** 32/15
**Anastasia [1]** 97/13
**Anderson [3]** 95/13 95/15 95/16
**Andrade [1]** 4/9
**Android [2]** 32/20 111/4
**anger [1]** 22/25

**angry [1]** 23/25
**animated [2]** 141/14 141/18
**another [20]** 5/23 9/3 23/9 23/10 34/16 38/14 47/13 59/24 78/12 88/24 97/7 104/5 118/3 131/11 135/16 171/9 178/9 184/17 188/24 192/19
**answer [10]** 16/16 16/18 16/19 47/12 81/22 166/21 189/15 190/16 197/4 200/10
**answered [6]** 16/17 51/3 85/22 87/1 88/21 163/13
**answering [1]** 37/10
**antenna [1]** 114/17
**anticipate [1]** 200/1
**anticipated [1]** 158/18
**any [107]** 5/13 9/13 10/1 10/2 10/4 10/23 11/13 11/19 13/1 14/12 14/15 14/18 15/5 15/11 15/11 16/20 17/5 17/9 17/21 17/25 17/25 18/3 18/4 18/7 18/12 18/23 19/13 19/17 19/22 20/15 21/6 21/15 23/24 26/17 32/24 34/14 35/10 37/13 39/2 39/18 40/2 40/12 41/2 42/13 42/25 43/4 46/21 47/3 47/15 47/18 53/11 55/1 55/10 55/13 59/22 61/5 62/6 65/18 67/15 70/1 73/12 75/17 76/5 78/21 92/25 93/8 94/17 96/12 99/11 102/12 125/22 125/23 126/9 126/13 126/18 127/5 129/8 131/19 133/15 137/3 138/5 140/25 142/10 144/8 146/14 146/14 151/14 153/17 154/8 155/11 155/13 156/1 160/18 160/21 161/11 170/9 177/20 181/15 182/1 187/1 187/1 193/5 194/8 195/9 195/14 195/15 201/16
**any -- throwing [1]** 55/1
**anybody [8]** 42/3

**anyone [14]** 10/3 17/1 17/8 17/21 18/2 18/8 18/22 19/3 21/8 22/21 52/3 52/21 66/6 202/23
**anything [40]** 6/8 7/13 15/24 19/6 24/2 26/3 26/7 39/16 39/20 42/4 43/7 48/25 55/15 55/18 56/7 57/1 63/10 67/3 67/4 67/5 69/4 75/8 76/15 94/23 108/3 127/13 127/15 129/8 136/10 138/2 146/15 150/11 154/1 182/2 182/16 198/23 199/23 202/2 203/6 203/11
**anyway [1]** 87/24
**anywhere [4]** 43/17 87/3 98/11 125/9
**APO [4]** 146/17 182/13 182/18 182/20
**apologies [1]** 135/12
**apologize [8]** 26/21 34/2 47/6 70/1 70/9 84/18 96/17 135/3
**apparent [1]** 37/1
**apparently [2]** 68/16 161/22
**appear [5]** 14/11 91/9 109/12 116/10 119/5
**appearances [3]** 1/16 2/2 45/14
**appearing [2]** 128/23 183/10
**appears [6]** 45/12 58/18 80/9 121/16 128/11 139/4
**application [1]** 32/21
**applied [2]** 40/13 196/21
**applies [2]** 14/2 195/22
**apply [4]** 13/10 14/3 27/17 40/20
**appreciate [2]** 121/23 194/2
**appreciated [1]** 7/25
**apprehend [1]** 145/12
**apprehension [1]** 144/4
**approach [6]** 80/3 88/7 93/24 99/16

**approach... [2]** 100/17 131/19
**approached [6]** 77/23 93/12 131/7 131/18 131/22 141/13
**approaches [1]** 136/7
**approaching [1]** 104/2
**appropriate [5]** 4/25 40/10 54/9 121/21 164/14
**approve [1]** 29/3
**approximately [4]** 127/20 143/16 167/14 175/14
**arc [1]** 199/25
**are [287]**
**are -- all [1]** 93/18
**area [47]** 18/9 22/15 33/2 41/13 41/16 42/7 42/14 42/24 43/5 43/9 43/11 43/15 44/13 44/15 45/4 46/11 46/12 46/19 50/2 50/3 55/3 90/1 90/2 90/11 90/12 90/13 90/21 97/22 102/12 126/11 126/11 127/10 131/4 140/15 140/23 141/5 146/1 147/19 167/12 167/25 168/6 168/10 168/15 168/18 182/2 192/19 193/9
**areas [3]** 79/15 125/8 183/4
**Arena [5]** 22/15 41/13 41/19 42/7 60/7
**arguably [1]** 159/17
**argue [3]** 195/13 197/5 199/14
**argument [4]** 16/8 196/15 197/6 197/23
**arguments [3]** 13/13 13/15 13/19
**arise [1]** 151/14
**Arlington [2]** 125/10 125/11
**arm's [2]** 23/19 24/6
**armed [2]** 28/12 95/21
**armor [2]** 37/21 41/25
**arms [2]** 23/23 74/11
**around [40]** 21/22 22/19 25/5 36/10 39/7 39/20 41/18 42/10

43/16 45/24 46/10 46/11 46/19 50/14 52/20 54/20 54/21 54/23 60/13 60/14 76/22 90/20 90/24 100/25 126/11 126/11 129/13 145/25 167/9 167/22 169/6 169/13 177/3 198/5 198/9 200/14 201/10 201/18 202/13 202/20
**arranged [1]** 178/24
**array [1]** 124/25
**arrest [32]** 35/10 58/11 65/19 101/10 115/13 116/4 140/12 144/5 145/6 145/7 145/23 146/7 146/9 146/17 177/3 177/23 179/17 179/21 182/5 182/13 183/15 183/23 183/23 184/11 184/15 184/16 184/21 192/13 193/19 193/19 193/20 195/25
**arrest -- excuse [1]** 193/19
**arrested [4]** 101/6 142/21 181/7 192/16
**arresting [6]** 176/22 176/24 183/14 183/20 185/12 187/11
**arrests [4]** 140/14 170/10 177/21 190/20
**arrive [6]** 14/25 179/23 180/20 184/17 185/4 185/7
**arrived [1]** 192/20
**arrives [4]** 22/23 184/23 188/11 188/13
**arriving [1]** 192/22
**arrow [2]** 133/1 137/24
**article [2]** 48/17 129/19
**articulated [1]** 7/14
**as [146]** 4/18 8/14 9/8 9/21 10/23 11/22 12/4 12/25 13/8 13/15 13/22 13/23 14/3 14/3 14/5 14/8 14/8 14/19 15/11 15/15 17/11 17/17 17/18 18/11 18/11 20/1 20/1 21/9 21/9 23/10 23/25 27/4 32/19 34/10 34/12 34/19 35/1 35/6 35/6 35/15 36/12 41/4

43/16 45/24 46/25 52/24 53/1 56/5 56/20 64/9 67/23 67/23 68/16 71/22 71/22 77/6 78/2 78/9 79/24 80/15 83/1 83/7 83/21 83/25 84/1 84/21 86/20 86/24 87/23 89/6 89/22 92/20 92/22 93/25 95/21 101/1 101/6 101/25 108/11 114/6 115/18 115/24 116/1 116/19 120/7 121/13 121/24 124/22 125/5 125/6 125/18 125/25 127/3 127/3 128/9 129/6 129/13 130/24 130/25 132/5 140/6 140/8 143/4 147/4 147/4 147/5 155/21 155/21 158/4 158/11 158/15 158/19 160/10 160/10 160/12 166/6 166/14 172/10 172/22 173/4 176/24 177/3 180/13 180/24 182/5 182/5 182/7 182/14 184/20 186/25 187/11 192/23 193/7 193/21 194/11 194/11 194/23 194/24 194/25 195/23 197/18 197/18 198/2 198/12 201/1
**ask [38]** 10/5 12/17 12/20 13/3 19/17 27/24 47/13 70/5 70/7 72/6 73/8 81/5 81/11 88/9 89/3 104/15 106/10 114/10 118/20 119/10 121/6 122/15 144/6 148/17 149/9 150/11 152/10 153/17 154/7 155/7 155/13 156/1 159/20 161/8 182/16 183/22 197/7 203/18
**asked [35]** 16/14 16/17 17/18 22/12 28/24 29/3 29/4 36/12 41/22 48/2 48/5 50/19 54/9 67/4 73/6 77/23 85/18 85/20 88/21 88/24 88/24 89/2 113/4 113/12 113/17 114/13 130/13 163/13 163/17 163/18 163/21 166/20

**asking [12]** 50/24 69/15 99/22 103/23 104/19 104/21 110/14 122/18 129/10 130/12 155/11 160/19
**asks [2]** 16/4 16/7
**assault [14]** 10/14 27/7 30/7 30/10 30/11 146/17 146/18 192/24 195/9 196/7 196/8 196/10 196/21 196/21
**assaulting [4]** 25/9 27/3 28/21 182/18
**assess [2]** 35/19 35/21
**assessment [5]** 36/16 36/17 36/20 53/4 56/24
**assigned [5]** 22/9 32/13 41/12 124/23 167/6
**assignment [11]** 24/20 27/9 35/18 35/19 36/7 41/9 166/16 193/8 193/10 193/11 193/18
**assignments [1]** 193/14
**assist [5]** 22/9 103/14 104/22 182/16 193/20
**Assistant [6]** 11/24 36/14 38/12 38/13 60/25 61/10
**assisted [1]** 146/24
**assisting [1]** 104/8
**assists [1]** 33/4
**assuage [1]** 82/18
**assume [10]** 25/13 72/18 73/13 101/21 106/8 106/25 108/17 120/11 120/12 173/5
**assuming [6]** 122/12 173/7 197/15 197/18 198/17 202/3
**assumption [1]** 89/5
**ATAK [12]** 32/18 32/19 32/19 32/25 35/20 35/22 36/15 36/19 38/8 38/12 45/13 45/16
**attempt [4]** 55/16 120/4 122/9 136/5
**attempted [1]** 132/11
**attempting [7]** 30/20 57/11 58/1 58/10 58/11 154/4 183/9
**attempts [2]** 146/14 187/1

## A

**attention [11]** 9/23
14/13 21/7 23/13 53/20
54/2 92/15 93/8 107/3
125/14 131/9
**Attorney [1]** 10/10
**attorneys [6]** 11/25
12/3 17/25 18/8 18/12
28/17
**attributed [1]** 42/23
**audio [14]** 142/16
142/18 143/17 143/18
148/11 148/12 155/5
165/20 172/12 172/17
172/19 175/17 175/19
175/22
**August [29]** 10/13
28/9 29/23 35/14 46/9
49/16 58/24 73/23
75/15 76/18 76/19 77/8
77/12 80/23 85/5 85/16
87/11 88/12 95/5 99/3
99/5 101/1 103/13
104/21 104/22 108/2
117/12 125/14 166/5
**August 10 [2]** 10/13
87/11
**August 10th [19]**
35/14 58/24 73/23
75/15 76/18 76/19
77/12 85/5 85/16 88/12
95/5 99/3 99/5 101/1
103/13 104/21 104/22
117/12 125/14
**August 11th [2]** 49/16
80/23
**authentic [3]** 159/15
160/7 160/14
**authenticatable [1]**
152/19
**authenticate [7]** 118/7
118/18 118/22 152/4
152/16 153/10 159/10
**authenticated [4]**
152/23 153/2 159/18
161/13
**authentication [6]**
150/10 150/24 153/21
158/4 158/10 161/14
**authenticity [3]** 117/22
119/5 155/24
**authorities [5]** 34/15
34/17 35/5 38/25 40/19
**authority [16]** 34/19

34/20 34/24 35/1 35/2
35/10 39/15 41/12
77/14 77/19 79/8 86/10
87/23 87/25 88/2 97/16
**authorized [4]** 85/10
86/11 86/15 87/2
**authorizes [1]** 86/12
**availability [1]** 119/3
**available [6]** 14/15
118/16 118/25 119/21
122/7 194/21
**Avenue [3]** 2/8 2/11
2/17
**avoid [2]** 18/3 18/9
**award [2]** 70/12 70/13
**aware [16]** 4/18 6/12
14/21 14/23 40/2 42/10
65/18 78/9 78/12 90/25
91/1 91/11 95/6 102/2
187/2 189/6
**awareness [4]** 32/20
33/4 113/13 113/13
**away [12]** 18/13 24/19
53/2 53/5 54/4 58/8
62/24 102/11 111/12
111/12 131/17 179/2

## B

**back [68]** 7/7 8/22
9/10 23/8 23/13 23/18
24/7 26/4 26/5 27/24
33/24 35/14 42/1 52/13
54/2 54/12 54/22 54/23
57/16 59/22 62/22 64/1
64/24 65/21 66/8 71/5
71/6 71/10 72/20 94/20
94/24 95/1 101/10
105/8 105/10 108/12
111/14 123/2 123/6
127/2 127/21 131/5
131/7 131/21 136/8
139/19 140/3 141/1
143/15 151/23 155/10
162/2 162/13 166/4
169/3 171/8 171/22
181/6 194/19 195/18
197/25 198/8 199/11
199/14 200/19 201/13
202/4 202/16
**background [2]** 22/7
68/4
**backup [4]** 94/21
107/5 181/23 182/6
**backwards [2]** 62/7
62/13

**badge [1]** 127/2
**badly [1]** 29/5
**bald [2]** 145/16 176/6
**ballistic [2]** 41/25 63/6
**Bankruptcy [1]** 2/17
**bar [1]** 28/9
**bare [1]** 76/13
**bars [4]** 90/20 90/23
168/23 168/25
**baseball [2]** 132/13
134/11
**based [9]** 17/13 19/18
20/22 37/2 37/24 151/3
159/15 159/21 183/8
**basic [2]** 27/10 37/4
**basically [14]** 5/21
36/9 46/16 103/10
117/19 118/5 118/9
126/8 128/19 145/4
146/5 156/19 164/10
181/25
**basing [1]** 20/20
**basis [7]** 37/20 37/25
42/25 77/2 86/25 113/6
114/12 125/25 151/9
**bathroom [1]** 123/24
**baton [3]** 75/9 75/11
75/13
**be [204]** 5/21 6/12 7/8
8/8 8/9 8/13 8/14 8/22
9/3 9/7 9/8 9/11 10/7
11/6 12/12 14/23 16/15
16/18 18/22 19/2 20/13
20/16 20/23 20/25 21/1
23/1 25/20 27/11 28/23
28/24 29/3 29/4 30/20
33/19 34/5 36/5 39/13
40/3 40/6 40/10 44/3
44/6 44/7 45/12 46/3
46/5 49/22 50/22 51/21
53/6 54/9 58/18 59/2
59/5 62/19 64/12 67/14
68/8 68/8 68/9 69/2
71/19 80/9 82/11 82/14
83/4 83/12 83/24 85/9
85/17 85/21 86/11
86/13 86/19 86/24 87/3
88/2 91/9 93/21 102/2
102/24 105/2 106/1
110/18 114/10 115/15
116/22 117/10 119/1
119/5 120/4 120/13
121/16 121/19 121/21
121/24 122/2 122/17
123/8 125/23 126/4

127/16
128/11 128/12 128/19
129/21 130/10 130/16
130/18 131/4 131/10
133/6 133/19 133/23
134/1 134/3 134/15
135/3 135/7 135/12
135/16 137/6 137/21
139/3 139/4 139/14
140/14 142/10 142/15
142/23 143/2 143/5
143/14 144/6 144/11
145/25 146/1 146/12
146/16 146/19 146/20
146/22 147/1 147/9
147/18 148/20 149/23
151/5 151/11 151/15
153/13 156/8 156/10
157/21 158/3 159/22
160/1 160/9 160/15
161/6 162/4 162/25
164/6 166/16 170/3
172/19 173/6 173/16
177/3 177/6 177/22
178/9 178/13 181/17
183/9 187/2 189/1
189/18 190/11 192/1
193/19 193/21 194/5
194/19 194/19 194/20
195/5 195/11 196/15
197/24 197/24 198/9
198/23 199/24 200/7
201/13 202/16 202/19
203/18 204/1 204/7
204/10
**be -- is [1]** 173/16
**be -- it [1]** 197/24
**beat [1]** 166/15
**beautiful [8]** 35/25
48/4 48/9 77/20 78/5
78/24 78/25 87/4
**became [4]** 43/16
48/10 50/20 51/5
**because [43]** 7/18
8/17 10/24 14/14 17/4
17/13 20/10 21/3 21/22
23/4 25/25 27/17 30/11
35/20 55/7 55/8 62/10
68/14 69/11 86/23 87/2
87/18 89/7 92/8 93/8
97/2 97/10 97/22 99/5
114/6 114/16 119/25
120/2 121/16 130/11
142/21 149/7 159/22
172/7 181/24 182/6

**because... [2]** 193/1 193/3
**become [2]** 27/18 114/7
**been [40]** 10/25 11/4 16/17 19/1 20/17 32/1 32/5 33/13 43/11 45/6 45/8 76/20 83/21 84/6 90/7 113/2 114/5 124/20 128/2 138/12 138/13 144/21 147/11 155/1 163/17 164/21 167/24 168/4 173/7 180/23 184/13 184/14 189/21 190/1 190/17 193/7 197/19 200/25 201/1 201/4
**beep [2]** 144/20 144/25
**beeps [3]** 144/18 144/19 145/5
**before [66]** 1/13 4/17 6/21 8/6 8/7 8/11 9/19 13/20 14/11 22/25 23/12 24/11 27/24 34/14 37/19 43/10 43/11 43/22 44/7 45/7 45/21 49/13 58/21 69/13 76/7 81/3 95/5 96/1 96/23 101/7 117/2 119/11 122/19 128/6 129/15 130/20 138/15 141/20 144/25 147/11 149/12 151/3 161/9 164/21 166/9 168/4 168/12 170/13 171/3 174/13 174/14 174/24 175/1 175/17 176/19 181/24 190/14 192/15 192/21 194/6 195/4 199/8 202/4 203/6 203/7 203/25
**began [3]** 10/9 167/2 174/21
**begin [7]** 8/7 9/19 13/21 21/17 71/8 112/18 164/4
**beginning [7]** 4/6 9/24 12/8 145/20 172/17 173/12 173/20
**behalf [1]** 4/8
**behavior [2]** 130/4 160/13

**behind [1]** 48/14
61/4 65/21 105/19 105/20 106/1 106/7 147/18 155/2 171/9
**being [45]** 7/24 18/8 18/14 41/13 47/1 57/9 57/12 62/13 64/23 68/18 92/3 92/15 92/18 92/22 92/24 93/1 93/5 93/7 93/8 93/9 100/23 104/4 106/20 113/13 113/14 125/1 127/11 127/17 129/14 130/5 130/11 141/14 155/21 155/22 172/7 176/16 182/1 182/1 182/14 185/2 187/3 189/8 189/10 189/15 194/24
**beings [1]** 14/19
**believability [1]** 14/9
**believe [39]** 6/19 9/25 14/12 16/12 49/24 54/21 60/19 65/5 69/5 73/12 77/10 82/2 84/15 92/11 94/8 100/13 102/13 105/1 111/10 119/1 131/12 131/16 131/22 140/19 143/13 147/9 151/8 160/2 160/7 160/23 161/13 171/9 178/20 181/24 186/14 194/4 194/8 197/4 200/6
**believed [1]** 69/14
**believes [1]** 16/9
**belt [1]** 75/2
**bench [13]** 25/12 26/25 80/20 83/3 83/14 84/5 117/7 123/3 123/23 124/2 183/2 184/3 191/3
**bent [3]** 98/6 109/21 109/24
**berate [3]** 23/6 56/8 56/20
**beratement [3]** 52/18 53/24 54/25
**beratements [1]** 52/1
**berating [4]** 22/2 48/11 51/6 51/17
**beside [1]** 93/14
**best [3]** 116/2 116/22 151/12
**bet [1]** 71/20
**better [8]** 6/5 7/2 7/8

47/17 60/24 83/12 91/9 174/18
**between [9]** 18/21 40/18 60/13 98/16 98/19 107/8 134/2 173/9 190/10
**beyond [12]** 11/3 11/8 11/10 11/14 11/20 28/25 28/25 31/1 50/10 156/22 160/21 183/4
**biases [4]** 14/20 14/22 14/22 14/24
**big [2]** 39/10 149/7
**binding [1]** 199/23
**birth [2]** 146/13 186/23
**bit [15]** 5/25 24/16 25/20 63/20 100/25 110/9 112/23 113/4 113/12 113/17 114/15 123/12 140/23 149/23 186/3
**black [1]** 134/7
**Blanchard [1]** 36/15
**blank [5]** 56/6 112/25 137/25 139/25 141/25
**Bless [1]** 73/22
**block [5]** 24/11 52/9 111/12 111/12 131/16
**blocks [2]** 41/18 127/22
**blog [1]** 17/9
**blogging [1]** 19/12
**blue [10]** 32/20 32/24 32/24 48/19 49/7 128/22 129/22 129/22 137/18 137/24
**bobbing [1]** 23/21
**bodily [1]** 30/21
**body [38]** 23/20 37/21 62/2 62/4 104/9 104/10 104/14 104/14 104/25 105/4 108/7 114/3 118/4 118/8 118/16 119/13 119/23 141/16 142/5 142/8 142/9 142/22 142/25 143/19 144/3 147/22 150/7 156/6 156/11 157/4 163/11 169/15 169/23 170/14 171/15 174/8 175/4 187/8
**body-worn [27]** 104/9 104/10 104/25 105/4 114/3 118/4 118/8 118/16 119/13 119/23

142/9 142/2 142/25 143/19 144/3 147/22 150/7 156/6 156/11 157/4 163/11 169/15 169/23 170/14 174/8
**bolster [2]** 196/16 196/18
**book [1]** 155/10
**border [36]** 10/16 22/9 23/10 28/12 29/15 29/16 29/24 31/25 32/1 32/4 32/6 32/7 32/8 32/8 32/13 32/16 33/10 33/14 33/15 33/20 33/22 33/25 34/11 35/15 36/10 38/11 39/5 39/8 40/13 89/6 89/8 89/10 126/23 135/19 135/20 139/14
**borders [1]** 32/9
**both [10]** 16/19 34/5 39/22 67/14 69/12 106/15 127/19 134/18 202/13 204/6
**both -- they [1]** 67/14
**bother [1]** 22/21
**bottom [4]** 81/10 110/10 110/12 149/2
**Bower [1]** 38/14
**box [2]** 9/16 112/14
**brain [3]** 26/5 69/25 203/16
**break [6]** 6/21 66/4 66/7 123/11 167/6 197/8
**breaking [1]** 167/9
**brief [18]** 12/22 13/5 40/16 44/20 65/24 65/25 82/3 106/4 114/19 117/18 120/21 122/15 123/5 123/19 149/11 173/1 187/23 191/23
**briefly [7]** 10/6 13/22 20/4 21/9 96/25 120/25 133/4
**bright [1]** 89/10
**bring [18]** 5/6 7/21 10/22 18/20 31/11 62/9 93/2 93/4 199/8 200/19 202/4
**bringing [2]** 62/14 203/25
**brings [3]** 47/16 47/19

**B**

brings... [1] 48/25
Broad [1] 2/5
broke [1] 127/14
broken [1] 126/9
brought [4] 29/18
 155/22 189/24 191/8
bucks [1] 187/16
bud [1] 183/12
buddy [1] 103/11
buffering [3] 142/12
 145/1 174/13
build [1] 118/13
building [7] 37/19
 37/23 77/3 86/21 91/7
 130/17 130/17
bullet [1] 74/18
bullet-proof [1] 74/18
bunch [4] 39/6 55/1
 56/4 168/25
Bunker [4] 28/10
 90/17 169/9 169/9
burden [4] 11/9 11/10
 161/20 196/21
burning [1] 200/15
buses [1] 125/9
butting [1] 123/7
button [6] 142/14
 142/18 174/16 174/21
 175/2 175/5
buttoned [1] 74/10
buttoned-up [1] 74/10
BWC [21] 119/24
 120/4 122/10 152/17
 152/23 153/7 153/8
 153/20 156/15 157/11
 157/17 157/23 158/3
 158/8 158/11 160/6
 160/7 161/13 161/18
 172/17 175/16
BWCs [1] 145/2

**C**

cadence [1] 113/19
cage [1] 147/19
caged [1] 146/20
call [21] 5/19 12/16
 13/2 37/12 52/19 73/20
 83/8 84/6 98/1 116/17
 117/10 123/17 158/2
 162/10 166/15 182/4
 182/9 184/6 184/7
 184/22 192/20
called [17] 5/21 10/10

12/15 12/17 12/20 28/9
 36/18 74/1 74/3 75/11
 93/25 97/12 111/19
 146/19 168/2 176/22
 177/16
calling [6] 23/7 51/6
 56/5 83/6 121/14
 185/16
calls [1] 31/10
calm [5] 23/16 98/20
 98/21 132/6 141/22
cam [4] 104/14 104/15
 171/15 175/4
came [13] 48/2 54/2
 54/12 65/6 65/14 88/15
 105/10 125/18 131/5
 131/7 131/21 145/18
 183/18
camera [31] 104/9
 104/10 104/25 105/4
 114/3 118/4 118/8
 118/16 119/13 119/23
 142/5 142/8 142/9
 142/12 142/23 142/25
 143/1 143/19 144/3
 145/15 145/16 147/22
 150/7 156/6 156/11
 157/4 163/11 169/15
 169/23 170/14 174/8
can [140] 5/22 18/11
 21/9 23/1 23/1 24/3
 25/20 26/14 27/3 30/20
 31/21 37/4 37/10 40/10
 43/1 43/18 43/25 46/12
 47/17 47/21 49/8 49/9
 50/2 52/13 54/8 55/15
 55/20 56/7 56/11 60/24
 62/4 63/18 64/3 64/15
 66/11 69/7 69/9 69/13
 71/8 75/13 75/14 76/13
 80/6 84/14 89/11 91/3
 99/22 99/22 102/16
 102/24 103/4 104/1
 110/12 113/18 113/23
 114/15 116/21 118/8
 118/17 118/21 118/22
 118/22 118/23 119/3
 119/10 121/7 121/22
 122/1 122/16 122/22
 122/23 126/24 127/7
 128/9 128/13 128/13
 128/15 132/25 133/22
 133/25 134/4 134/7
 134/8 137/9 137/13
 137/14 137/15 137/16

144/20 145/3 145/8
 145/12 147/3 148/6
 148/12 148/17 149/18
 151/13 151/20 151/24
 152/25 153/16 153/23
 154/21 156/14 156/15
 160/1 160/10 161/18
 162/1 165/18 165/20
 169/2 171/12 172/2
 173/12 174/12 176/4
 182/12 183/8 186/3
 186/20 187/22 188/3
 189/15 191/21 194/12
 194/12 196/3 198/14
 199/7 200/12 201/3
 201/5 201/20 201/21
 202/2
can -- we [1] 128/13
can't [23] 21/21 22/4
 25/4 25/6 25/6 25/16
 25/20 25/23 27/21
 36/14 50/14 58/6 99/23
 99/23 109/1 109/9
 109/13 109/18 110/15
 117/25 136/6 137/10
 154/1
cannot [8] 19/23 20/18
 110/4 120/4 126/17
 135/4 153/4 153/17
cap [1] 134/11
capabilities [3] 35/22
 36/17 38/7
Capital [11] 22/14
 41/12 41/19 42/6 43/14
 60/7 97/1 97/2 97/2
 97/3 97/14
capture [1] 174/14
captures [2] 25/25
 175/17
capturing [2] 169/12
 175/1
car [4] 60/3 60/5 60/6
 168/10
care [1] 5/20
career [1] 34/12
careful [2] 14/13 151/6
CARL [1] 1/13
case [73] 4/3 8/25 9/22
 10/4 10/8 10/9 11/5
 12/8 12/15 13/7 13/8
 13/12 13/13 13/16 14/2
 14/6 15/15 15/16 15/19
 16/25 17/1 17/3 17/7
 17/9 17/12 17/13 17/18

18/1 18/2
 18/7 18/11 18/13 18/17
 19/2 19/4 19/4 19/7
 19/11 19/17 19/23
 19/25 20/6 20/25 21/1
 21/4 21/11 21/15 21/16
 25/4 25/4 27/11 27/18
 27/23 28/1 28/19 28/19
 28/24 29/11 31/3 68/10
 81/17 116/7 142/21
 144/19 179/13 194/5
 199/25 200/2 200/6
 202/22 202/23
cases [2] 20/23 124/23
catch [1] 97/11
catching [1] 192/21
categories [1] 196/10
cause [2] 30/18 62/19
CBP [16] 34/10 34/19
 36/11 36/22 37/11
 67/23 73/20 77/6 78/9
 87/23 91/11 93/13
 99/13 100/5 110/24
 171/24
CBP's [2] 35/4 69/3
CCN [5] 177/17 177/19
 178/5 179/8 179/24
CCNs [1] 178/3
CCTV [1] 120/20
cell [4] 37/22 189/5
 190/14 191/3
cells [2] 189/23 190/12
cellular [1] 32/21
center [4] 50/14
 134/12 143/2 201/18
centered [1] 46/11
central [1] 186/18
certain [2] 7/16 78/4
certainly [5] 26/19
 30/10 66/14 69/20
 168/18
certainty [2] 30/14
 194/7
certify [1] 205/4
cetera [1] 179/25
chance [7] 13/12 20/8
 20/10 45/17 96/13
 151/23 195/19
change [3] 51/1 92/25
 130/3
changed [3] 51/4
 92/11 92/18
channel [1] 94/19
characteristic [1] 15/5
charge [3] 69/3 177/6

**C**

charge... [1]  197/23
charged [9]  10/25 11/4
11/16 25/8 27/2 27/19
30/19 115/16 190/1
chargers [1]  37/22
charges [5]  68/12
68/14 182/22 183/24
183/24
charging [6]  10/10
10/21 28/19 183/4
183/6 195/15
CHARLES [2]  1/8 4/4
chase [9]  63/20 64/7
65/3 120/25 131/15
142/3 143/14 144/4
171/5
chasing [2]  143/13
171/8
chat [1]  19/13
check [7]  68/16 119/3
146/8 146/13 177/10
177/14 182/15
checked [1]  146/10
chest [16]  22/3 24/8
28/11 29/5 49/4 74/16
76/13 107/19 107/21
107/22 115/25 131/14
143/2 144/21 174/12
175/7
chief [10]  12/15 13/8
32/11 32/14 33/9 36/12
38/13 38/13 60/25
61/10
choose [2]  12/9 14/17
circle [10]  46/16 49/7
128/14 128/22 132/25
134/19 135/22 137/14
137/18 139/8
circled [6]  128/21
134/9 134/11 134/22
137/18 139/4
circles [1]  191/20
circulated [1]  4/18
citation [1]  164/8
citizen [1]  59/24
citizens [1]  48/8
city [7]  22/10 24/11
29/25 56/6 79/8 130/8
132/1
civilians [5]  46/21
47/4 47/15 47/18 55/10
claims [1]  13/18
clarification [2]  152/2

clarify [1]  186/20
clarifying [1]  81/25
clarity [1]  38/22
clear [20]  23/1 27/18
38/20 40/6 83/5 93/21
114/10 119/9 132/25
133/2 157/3 157/15
157/22 158/6 160/1
161/16 162/5 185/2
191/17 195/7
cleared [1]  26/20
clearly [3]  10/19 89/12
124/6
clerk [2]  18/18 21/8
client [1]  28/10
clip [18]  5/22 50/16
117/18 121/15 153/20
154/20 154/20 156/12
156/14 156/16 157/24
158/12 158/20 159/9
159/14 159/15 159/17
160/18
clips [1]  120/21
clocks [1]  71/18
close [17]  30/25 31/4
31/14 51/20 51/22
56/21 57/10 61/20
61/21 61/23 94/19 98/9
98/11 105/9 105/12
107/5 107/11
closer [5]  76/22
131/11 167/23 168/9
175/8
closest [3]  60/17
139/13 182/14
closing [3]  13/13
13/14 13/19
clothed [1]  125/6
clothing [3]  48/17
75/18 129/20
club [1]  30/3
clue [1]  198/20
coastal [1]  32/8
cocks [1]  24/7
Code [4]  195/12 196/8
196/18 196/20
cogitate [1]  195/19
cognizant [14]  89/25
90/15 90/17 90/20
90/23 92/1 92/3 92/5
92/8 92/9 92/14 93/5
93/7 194/23
cold [2]  8/2 8/4
collapsible [2]  75/9

colleague [2]  123/24
135/17
colleagues [6]  51/6
66/22 68/19 94/11
94/13 111/19
collect [2]  72/20
112/17
collected [2]  9/12
23/16
collective [3]  67/22
68/1 69/3
collectively [1]  42/11
colloquy [2]  44/4
159/8
color [1]  112/2
COLUMBIA [6]  1/2
10/13 28/17 37/14
102/3 125/10
combined [1]  94/19
come [35]  4/5 7/7 9/8
9/10 14/1 17/24 26/4
26/5 27/24 30/25 35/19
36/15 36/19 39/23
43/21 54/22 54/23
59/22 71/8 78/13 88/13
99/12 99/15 100/5
100/17 102/7 110/7
110/9 110/11 119/2
123/6 182/7 195/18
199/11 199/14
come -- did [1]  88/13
come -- what [1]
110/11
comes [14]  21/7 96/7
100/8 105/8 105/11
117/2 136/8 146/20
156/11 162/2 182/9
182/15 188/9 192/25
comfortable [1]  199/6
coming [13]  7/17
33/23 33/24 55/2 78/10
78/16 88/13 102/4
105/19 110/11 114/14
129/9 197/25
Commemorating [1]
67/2
comment [1]  155/3
comments [1]  15/9
Commissioner [1]
36/15
committed [5]  11/3
27/19 27/20 35/7 35/11
common [3]  195/12
195/16 196/11

communicate [1]
127/12
communicated [1]
146/6
communicating [1]
193/4
communication [2]
17/10 19/10
communications [3]
19/8 32/22 35/20
compare [1]  45/17
compared [2]  45/14
168/16
complete [1]  114/7
completely [1]  120/11
complex [1]  27/12
compliant [4]  170/22
180/10 180/13 185/18
complicated [1]  27/11
complied [4]  46/18
48/18 65/20 134/20
components [1]  36/11
computer [2]  2/20
19/7
computer-aided [1]
2/20
computers [1]  19/11
concern [7]  55/8 64/15
64/22 92/21 92/22
92/24 187/5
concerned [3]  59/22
64/13 68/17
concerning [1]  20/24
concerns [2]  82/18
187/19
conclude [1]  45/14
concluded [7]  26/25
83/3 84/5 123/3 124/2
184/3 204/14
conclusion [1]  10/24
condiments [4]  109/2
114/16 115/8 115/12
condition [2]  117/17
118/25
conduct [9]  13/24
19/22 20/5 29/4 31/1
31/3 140/18 146/18
182/20
conducts [1]  187/11
conference [14]  25/12
26/25 80/20 83/3 83/14
84/5 117/7 123/3
123/23 124/2 183/2
184/3 195/13 197/23
confident [3]  118/22

**C**

**confident...** [2] 122/16 161/21
**conflicts** [1] 68/14
**confounded** [1] 71/20
**confronts** [1] 22/24
**confused** [3] 81/7 152/1 173/25
**confusing** [1] 121/8
**confusion** [2] 83/17 173/3
**congregating** [1] 193/9
**connected** [3] 10/4 18/2 161/4
**Connecticut** [1] 2/11
**connection** [2] 138/6 143/8
**consciously** [1] 14/23
**consequences** [3] 25/23 26/17 26/18
**consequentially** [1] 198/4
**consider** [6] 13/11 14/10 14/21 15/18 25/23 115/23
**consideration** [1] 15/7
**considered** [2] 20/16 33/13
**consistent** [1] 27/25
**consists** [1] 74/8
**constantly** [2] 143/4 143/6
**Constitution** [1] 2/17
**constitutional** [1] 51/10
**consuming** [1] 118/14
**Cont'd** [2] 3/7 46/7
**contact** [4] 17/24 18/4 38/21 142/22
**contacted** [1] 36/13
**contents** [1] 110/4
**context** [3] 23/3 103/1 157/1
**continually** [2] 118/9 118/10
**continuance** [1] 51/17
**continue** [15] 17/19 37/10 38/1 49/24 53/5 53/7 57/4 65/10 72/7 129/15 130/9 140/16 148/6 150/14 176/1
**continued** [10] 2/2 56/20 56/22 64/2 64/6 64/25 129/6 130/18 131/4 131/8
**continues** [3] 23/5 23/6 98/23
**continuing** [5] 52/18 52/18 54/25 65/7 118/18
**contours** [3] 85/3 85/5 86/2
**contraption** [1] 94/17
**control** [2] 94/20 191/9
**controlled** [1] 79/17
**convene** [1] 167/3
**conversation** [9] 18/3 18/4 51/2 88/16 99/12 100/5 152/7 194/14 198/5
**convince** [2] 25/3 28/25
**convinced** [1] 11/2
**convincing** [1] 30/25
**coordinating** [1] 38/6
**coordination** [1] 36/16
**copies** [1] 83/17
**copy** [2] 80/5 80/9
**cordial** [1] 129/7
**corner** [33] 28/14 29/15 29/23 53/25 54/20 54/21 54/23 60/14 60/14 60/16 120/20 120/24 127/24 128/11 128/23 128/23 130/18 131/16 131/20 133/10 136/1 140/4 140/8 149/5 176/18 179/16 180/17 181/6 181/10 184/12 185/10 185/22 192/18
**correct** [198] 20/11 45/8 45/11 67/17 71/20 73/4 73/24 74/13 74/16 74/21 75/15 75/18 75/19 75/21 76/2 76/4 76/8 76/9 76/10 76/13 77/6 77/7 78/7 78/8 78/10 78/13 83/24 87/4 87/5 87/7 87/12 87/13 87/15 87/19 87/24 88/2 88/16 88/17 89/4 89/9 89/14 90/5 90/18 92/10 92/17 93/10 93/16 93/19 94/11 94/12 94/14 94/15 95/2 95/4 95/7 95/19 95/21 96/5 96/12 97/4 97/22 97/23 98/8 98/20 98/24 99/13 99/16 99/18 100/1 100/6 100/9 100/10 100/12 100/17 100/18 101/13 101/16 101/22 101/23 102/12 102/16 102/25 103/6 104/9 104/23 104/25 105/2 105/9 105/22 106/3 106/23 107/9 107/20 107/23 107/24 107/25 108/9 108/10 108/16 108/18 109/2 109/3 109/4 109/17 109/20 110/5 110/6 110/8 110/17 110/25 111/1 111/12 111/13 111/15 111/20 115/4 115/8 115/13 115/16 115/19 115/22 119/25 120/9 122/21 125/3 130/5 134/25 135/21 137/17 142/4 144/24 153/25 154/16 162/23 163/9 166/7 166/10 167/7 167/25 168/4 169/23 169/24 170/1 170/4 170/7 170/10 170/18 170/20 170/21 171/4 171/16 175/15 175/18 175/20 176/10 176/17 176/20 177/13 177/18 178/9 178/12 178/24 179/5 179/9 179/10 179/17 179/22 179/25 180/1 180/3 180/8 180/12 180/22 181/8 181/12 182/21 185/9 185/11 185/18 185/20 186/20 187/13 187/21 188/17 188/23 188/25 189/4 189/5 189/8 189/9 189/11 189/17 189/22 189/25 190/3 190/9 191/1 205/4
**correctly** [1] 162/4
**corridor** [1] 18/7
**could** [62] 30/18 34/3 40/25 52/9 54/22 57/14 59/20 62/11 63/6 63/8 70/5 72/7 72/12 73/15 82/13 82/14 83/7 83/8 97/11 102/20 102/21 104/14 106/1 106/10 106/12 109/22 112/24 121/9 121/10 124/13 128/1 129/19 134/19 136/14 137/14 138/15 145/7 145/19 148/15 149/15 149/22 152/5 153/14 161/22 164/25 165/17 167/15 171/18 171/21 173/23 176/1 180/23 181/1 194/21 195/9 195/18 195/18 195/20 197/6 202/6 204/6
**couldn't** [6] 65/10 91/3 99/19 99/20 99/21 121/19
**counsel** [30] 4/5 4/9 4/15 21/19 27/1 28/3 28/6 31/7 34/5 40/18 71/13 82/4 85/10 85/25 102/6 112/16 112/24 113/4 113/12 113/17 114/13 123/15 124/7 132/25 139/7 151/14 173/10 173/21 197/19 201/25
**count** [4] 25/8 27/3 184/19 185/9
**country** [1] 200/4
**County** [2] 125/10 125/11
**couple** [6] 118/20 119/10 138/17 157/2 194/5 195/6
**course** [12] 4/21 7/2 8/3 14/1 19/21 22/6 41/3 51/1 90/3 197/12 203/7 204/6
**court** [44] 1/2 2/16 5/14 10/11 16/3 19/19 20/15 20/16 20/18 27/15 47/16 47/19 47/23 49/1 68/21 70/7 116/19 118/21 148/6 158/19 159/16 183/10 183/25 189/8 189/11 189/16 189/19 190/2 190/8 190/11 190/15 191/6 194/12 195/6 195/7 195/11 196/11 196/17 197/6 197/7 198/1 199/20 199/21 205/3
**Court's** [5] 65/24 114/19 165/7 172/25

**C**

Court's... [1] 197/8
courthouse [4] 18/6 86/20 91/7 202/21
courtroom [26] 7/22 8/2 8/4 8/14 9/6 9/11 14/25 17/14 17/15 18/3 20/9 21/5 48/13 49/3 66/10 66/12 66/15 71/3 71/19 129/17 151/19 162/9 195/2 202/7 202/18 203/4
Courts [1] 2/17
cover [1] 125/8
coverage [1] 21/1
covered [4] 74/14 74/21 75/17 157/11
coworkers [2] 18/23 67/24
CPB [1] 95/19
crank [1] 165/18
CRC [1] 2/16
credibility [1] 14/8
credible [1] 69/6
credit [1] 20/15
crime [24] 10/21 20/3 27/19 29/2 29/8 36/4 39/15 41/10 41/19 42/9 42/15 53/18 77/14 77/21 78/15 97/7 97/11 100/20 100/20 100/21 102/3 168/15 168/18 182/1
crime -- is [1] 100/20
crimes [1] 35/6
criminal [8] 1/5 4/3 10/9 11/5 17/20 28/18 28/19 31/3
cross [24] 3/7 3/11 6/19 6/21 12/21 13/4 57/14 59/16 64/11 67/16 69/6 69/10 69/14 69/18 70/19 70/21 71/8 71/16 87/22 122/23 130/13 165/24 166/2 170/22
cross-examination [13] 3/7 3/11 6/19 6/21 12/21 67/16 69/10 69/18 70/21 71/8 71/16 165/24 166/2
cross-examine [5] 13/4 69/6 69/14 70/19 122/23

crossed [1] 24/10
27/22 63/25 64/1 64/24 130/20 130/24
crosses [2] 59/15 136/8
crossing [3] 52/24 130/22 133/8
crosswalk [1] 59/17
crowd [4] 53/3 58/19 59/17 60/13
crystal [3] 83/5 161/16 162/5
curative [2] 203/17 204/8
curb [1] 134/1
current [1] 32/10
currently [2] 5/20 32/13
cursing [2] 88/19 94/5
custody [10] 24/13 117/13 121/1 146/4 189/18 189/24 190/11 190/24 190/25 191/9
Custom [4] 29/15 32/4 135/19 135/20
customs [12] 10/16 22/9 23/10 28/12 33/19 34/22 35/1 35/15 38/10 39/25 40/3 40/13
cut [4] 37/10 65/7 96/17 96/18
cuts [1] 24/12

**D**

D.C [35] 1/18 24/22 28/15 29/16 35/24 39/4 48/4 48/8 48/9 77/1 77/1 77/2 77/4 77/6 77/19 78/3 78/5 78/22 85/11 86/6 87/3 90/1 113/2 129/2 168/16 168/19 177/21 189/16 189/19 190/1 190/8 190/11 190/14 191/6 193/6
daily [4] 37/20 37/25 114/12 125/24
DAINA [6] 3/10 95/6 124/9 124/15 166/2 192/10
date [3] 146/13 186/23 205/11
dated [1] 81/5
day [15] 8/3 52/4 80/23 81/3 95/5 102/1 103/13

125/1 129/11 148/2 149/13 174/3 197/22 200/16 202/12
days [1] 19/3
DC [4] 1/7 1/19 2/12 2/18
dcd.uscourts.gov [1] 2/18
de [8] 52/5 53/5 55/12 57/13 102/19 130/19 136/6 140/24
de-escalate [5] 52/5 55/12 57/13 102/19 136/6
de-escalated [2] 53/5 130/19
de-escalation [1] 140/24
DEA [1] 34/22
deal [2] 149/7 149/10
dealt [1] 84/14
December [1] 205/11
decide [14] 11/1 14/11 15/12 17/13 19/17 19/18 20/14 21/4 21/15 193/2 195/7 198/6 198/22 199/5
decided [3] 20/7 127/19 181/23
decides [2] 195/4 198/17
decision [2] 17/1 20/22
decisions [4] 17/5 20/20 183/6 183/23
declaration [1] 102/3
defend [1] 62/9
defendant [57] 1/9 2/4 11/3 11/5 11/7 11/10 11/12 11/16 11/20 11/23 12/1 12/2 12/5 12/6 12/24 13/1 22/1 22/23 23/5 23/17 24/2 24/5 24/17 25/8 27/2 27/6 27/21 28/4 81/11 82/8 113/14 113/20 117/12 117/19 119/8 121/1 129/6 131/18 136/11 138/25 139/12 140/2 145/24 146/4 147/16 152/15 154/21 154/23 163/7 164/5 164/11 164/16 191/15 192/15 195/24 196/1 197/10

defendant -- I [1] 82/8
defendant's [8] 12/8 28/7 130/3 138/2 156/16 180/24 181/13 181/19
defense [42] 4/15 5/11 5/24 11/23 12/1 12/20 12/21 13/2 13/2 13/5 13/6 67/18 79/24 81/25 82/21 83/8 83/17 83/21 83/24 84/1 84/7 84/20 84/21 84/22 84/23 113/4 113/12 113/17 114/13 117/21 119/6 119/11 121/3 122/23 151/25 173/9 181/17 183/8 192/12 200/1 200/2 203/11
define [1] 30/23
defining [2] 201/18 201/19
definitely [3] 60/25 131/9 141/19
definition [8] 4/20 4/22 4/25 195/9 195/12 196/7 196/11 196/20
definitions [1] 195/22
deliberate [4] 9/17 27/16 57/12 62/13
deliberately [1] 62/6
deliberations [9] 8/12 8/23 9/5 9/19 13/11 13/21 14/16 16/6 16/20
deliver [1] 9/11
delivered [1] 17/11
Delta [1] 147/5
demeanor [4] 50/21 51/1 51/4 61/24
deny [1] 104/11
department [6] 37/14 116/5 116/8 126/22 182/12 192/24
dependent [1] 195/21
depending [2] 122/11 122/12
depict [3] 44/15 58/23 133/5
depicted [1] 133/23
depiction [2] 133/11 136/24
depicts [1] 181/10
deployment [2] 34/15 114/6
deputization [3] 85/13 86/8 86/14

**deputized [6]** 38/24 86/19 87/15 87/16 126/4 166/6
**deputy [3]** 36/12 36/13 36/14
**derogatory [1]** 23/7
**describe [11]** 13/22 47/21 62/4 64/3 67/9 70/8 70/18 130/21 132/12 145/17 180/13
**described [5]** 70/12 143/4 167/5 169/11 170/17
**deserve [1]** 15/1
**designated [1]** 34/22
**designation [1]** 42/23
**designator [1]** 89/12
**designators [2]** 41/25 42/1
**destroyed [1]** 9/12
**detail [2]** 70/9 70/18
**detailed [1]** 8/10
**details [1]** 125/6
**detained [4]** 131/15 145/18 184/21 187/3
**detective [38]** 95/10 103/22 103/25 104/1 104/4 117/10 118/15 120/5 120/7 120/12 120/13 121/9 121/13 121/17 122/4 122/5 122/6 122/10 122/24 123/17 123/18 124/4 124/15 124/19 124/22 125/1 152/4 152/14 159/23 162/13 166/4 174/7 175/22 176/8 181/20 182/9 192/1 193/25
**Detective Henry [25]** 95/10 104/1 104/4 117/10 118/15 120/5 120/7 120/12 121/9 121/17 122/4 122/5 122/6 122/10 123/17 124/15 152/4 152/14 159/23 162/13 166/4 174/7 175/22 181/20 192/1
**determine [3]** 14/5 14/7 15/6
**determined [1]** 202/10
**device [3]** 32/21 45/13

**devices [1]** 19/10
**DHS [1]** 56/5
**did [105]** 4/21 5/10 10/14 24/17 27/7 28/8 28/24 28/25 30/18 36/7 37/7 37/18 43/9 43/14 46/21 47/3 47/15 47/18 48/25 51/1 51/9 55/5 55/13 56/19 57/1 60/3 60/5 62/24 63/1 63/10 63/22 64/7 64/9 64/9 64/11 64/15 64/19 65/3 65/8 68/16 71/24 72/14 72/20 73/2 73/10 75/8 85/5 85/8 85/15 85/20 88/1 88/8 88/13 94/2 102/5 106/17 112/6 112/8 112/13 113/13 113/24 115/6 115/7 115/10 115/11 115/23 117/5 117/22 120/18 125/4 125/21 129/5 129/12 130/14 131/2 131/2 131/12 131/19 132/7 132/9 136/10 137/19 138/5 140/17 140/22 140/22 140/23 143/8 143/10 143/19 143/21 144/2 146/7 146/11 147/6 147/7 147/20 147/24 164/16 170/13 176/13 184/7 184/9 185/3 189/20
**didn't [15]** 7/13 51/10 62/16 87/1 91/9 102/6 114/9 115/21 116/9 118/2 129/8 130/25 163/16 191/15 201/25
**difference [2]** 174/4 196/6
**different [12]** 20/20 20/21 32/6 33/21 38/17 39/7 55/1 82/21 98/10 113/18 126/19 149/6
**differently [1]** 16/5
**DiLorenzo [7]** 1/17 3/11 3/12 4/8 11/25 149/19 149/22
**dire [2]** 44/21 122/25
**direct [16]** 3/6 3/7 3/11 12/17 13/3 31/19 46/7 90/4 118/23 124/9 161/16 167/5 167/18 169/22 183/5 183/16

**directed [6]** 5/18 51/23 61/19 79/5 79/7 79/11
**directing [3]** 52/1 97/19 125/14
**direction [4]** 38/20 63/22 87/14 129/10
**directly [11]** 48/11 54/24 56/21 63/25 99/17 126/5 134/1 134/14 139/11 141/15 147/18
**directorate [1]** 32/15
**disability [1]** 15/3
**disagreeing [1]** 69/22
**disagreement [1]** 204/5
**disagrees [1]** 198/1
**discernible [1]** 190/4
**discharged [1]** 18/21
**disclose [3]** 5/14 9/17 19/16
**disclosed [1]** 67/14
**discoverability [1]** 6/11
**discoverable [2]** 5/13 5/15
**discovery [2]** 66/17 67/15
**discuss [11]** 6/7 7/6 16/25 17/21 18/20 21/7 21/10 21/12 116/21 195/4 203/6
**discussed [1]** 18/8
**discussing [3]** 106/19 179/24 197/17
**discussion [10]** 18/10 40/18 82/4 151/13 173/9 195/19 199/4 201/17 201/21 202/9
**discussions [2]** 18/10 199/9
**dislikes [1]** 14/20
**disorderly [3]** 140/13 146/18 182/20
**dispatch [8]** 127/12 127/16 146/6 177/22 186/23 186/24 193/5 193/6
**displayed [1]** 45/12
**dispute [4]** 29/7 66/17 81/17 119/5
**disputed [2]** 204/1 204/1
**disputes [1]** 21/24
**disregard [2]** 15/16

**disruptive [1]** 130/11
**distance [2]** 98/15 98/18
**distinct [1]** 142/9
**distracts [1]** 8/21
**district [17]** 1/2 1/2 1/13 2/17 10/13 28/17 37/13 76/20 76/21 102/3 125/10 146/23 147/9 147/10 178/19 178/20 178/22
**division [5]** 32/11 32/14 32/16 33/6 33/9
**do [198]** 4/23 4/23 5/1 5/2 5/6 5/24 6/8 6/12 7/17 8/18 9/2 12/24 17/22 18/10 18/17 19/13 19/24 20/19 21/2 21/7 21/12 22/5 22/12 22/21 23/1 25/6 25/6 26/7 27/13 27/17 27/21 31/24 32/4 32/12 32/12 35/9 36/22 37/11 40/25 44/23 48/13 48/14 49/8 50/7 50/8 53/22 55/9 55/18 56/7 56/9 56/10 58/10 60/18 61/5 62/21 65/8 67/4 69/10 69/11 69/20 70/17 72/10 78/1 79/11 80/5 80/6 80/8 84/16 84/25 91/22 91/25 96/12 97/11 100/4 102/1 104/9 105/5 107/1 112/6 112/13 117/4 118/1 118/2 118/7 118/10 118/14 118/17 121/9 122/6 122/22 123/21 124/18 124/18 125/4 125/8 125/24 126/1 126/1 128/6 128/8 129/17 132/7 132/9 132/16 132/19 132/20 135/1 135/11 135/17 135/23 138/2 138/11 138/14 138/17 138/25 139/1 140/15 141/3 141/12 141/16 142/13 143/22 145/23 147/21 148/1 148/3 148/4 148/8 148/13 149/17 150/2 150/10 151/2 151/8 151/10 151/12 152/23 153/23 154/1

**do... [59]** 154/19 154/25 155/8 155/18 158/23 160/18 160/21 161/25 162/1 165/1 166/6 167/3 167/12 167/19 167/21 169/9 169/10 175/5 178/4 178/7 178/25 181/25 182/5 184/5 184/10 186/12 187/3 187/3 187/9 188/2 191/19 192/6 192/20 193/4 194/9 194/13 194/24 195/18 197/5 198/2 198/3 198/4 198/5 198/8 198/14 199/3 199/7 199/21 199/3 200/5 200/8 200/18 200/23 200/24 201/8 201/12 201/14 201/24 203/21

**document [9]** 10/10 80/8 80/11 81/5 82/17 83/2 83/5 84/21 88/6

**does [28]** 5/2 6/14 11/11 12/25 13/2 18/16 28/4 32/4 33/19 34/24 35/6 44/15 49/15 56/15 58/23 62/21 81/17 112/11 119/5 119/15 133/4 158/13 171/1 175/16 182/5 195/3 196/6 200/1

**doesn't [13]** 23/24 24/5 67/3 80/16 80/25 92/24 109/12 143/17 146/14 160/16 160/20 161/17 186/25

**doing [51]** 22/12 24/18 26/19 27/8 27/8 33/17 43/13 48/2 48/5 48/7 50/19 50/24 52/17 53/16 55/5 55/15 56/2 57/24 58/5 59/19 62/4 62/12 77/11 81/13 88/25 89/1 89/2 89/14 100/12 105/21 105/24 105/25 107/3 125/17 130/8 130/12 132/1 132/3 136/11 140/6 140/8 141/4 150/24 177/24 185/14 185/25 186/4 192/15 193/12

**don't [84]** 5/13 5/15 7/18 17/4 18/19 21/25 25/24 30/8 30/8 30/9 30/10 34/6 38/4 42/24 45/6 45/11 45/16 65/5 66/8 66/12 68/17 69/9 69/19 70/17 71/18 72/18 72/19 73/12 77/10 78/17 78/20 79/3 79/14 79/16 79/19 81/2 82/1 82/25 84/24 85/2 86/21 92/11 92/18 93/8 96/14 102/11 105/4 105/21 108/23 109/4 109/7 111/10 111/22 114/6 119/2 119/4 120/20 121/4 121/23 132/1 139/7 141/3 145/8 151/21 151/22 151/22 157/20 159/3 169/1 169/4 172/13 172/20 173/8 175/13 176/12 178/20 182/7 194/7 198/19 198/21 200/7 200/24 201/8 202/16

**done [17]** 23/18 24/2 24/9 32/5 62/17 62/19 62/20 84/4 123/12 138/14 151/11 164/7 166/21 166/24 168/8 168/12 198/23

**done -- there's [1]** 62/20

**door [4]** 50/13 155/2 156/22 161/17

**double [1]** 144/25

**doubt [8]** 11/3 11/8 11/10 11/15 11/20 28/25 29/1 31/1

**down [18]** 23/21 31/14 58/13 62/2 64/5 64/24 66/15 78/10 78/13 98/20 98/21 105/11 116/15 132/6 158/23 180/6 188/1 194/3

**dozen [1]** 28/13

**draft [6]** 195/15 199/13 201/3 201/15 202/2 204/10

**draw [3]** 24/18 53/3 53/20

**drawing [2]** 10/23 131/9

**dressed [1]** 73/49 126/25

**Drive [1]** 38/4

**dropped [1]** 189/7

**drove [2]** 38/2 168/10

**DUNN [87]** 1/8 4/4 4/13 10/13 10/23 10/24 12/2 27/20 28/10 29/17 30/4 50/18 53/23 61/8 68/18 75/20 77/23 87/1 88/12 91/20 92/9 92/16 92/19 93/12 93/21 93/24 97/25 98/19 99/11 100/11 100/16 101/5 101/25 102/10 104/2 105/7 106/6 106/20 107/5 107/8 107/9 107/11 115/13 115/15 129/7 129/14 129/21 131/12 133/25 134/15 136/7 137/11 141/13 142/21 143/13 145/11 145/18 146/21 167/21 169/11 170/12 170/19 171/6 171/8 175/8 176/13 176/15 176/18 178/10 179/4 179/16 180/2 180/4 181/7 184/5 184/10 185/3 185/18 186/2 186/2 186/13 186/14 187/5 188/15 188/24 189/3 200/8

**Dunn's [3]** 155/21 177/12 184/16

**duplicate [1]** 161/24

**during [25]** 8/17 8/23 9/5 9/6 9/21 10/1 14/16 15/8 16/1 16/3 16/6 18/1 19/21 21/7 41/3 51/1 65/18 66/6 67/14 69/13 121/10 127/25 156/2 203/12 203/19

**duties [5]** 10/18 33/18 81/20 101/11 124/22

**duty [11]** 11/16 14/3 18/22 33/14 35/15 36/5 74/3 74/5 74/6 81/18 196/2

**E**

**each [13]** 8/16 9/20 13/12 13/18 20/21 32/22 43/24 88/9 94/16 94/18 96/2 127/14

**earlier [10]** 23/12 41/22 63/21 113/5 116/17 117/21 120/17 125/19 163/16 203/12

**Early [1]** 181/23

**easiest [1]** 132/13

**easy [1]** 98/20

**EDU [1]** 74/11

**education [1]** 15/4

**effect [3]** 14/7 130/8 193/18

**efficient [6]** 13/25 123/10 151/15 202/10 202/11 202/20

**either [10]** 12/2 33/17 35/3 70/22 79/16 81/2 100/17 116/9 159/23 191/8

**elaborate [1]** 37/7

**electronic [2]** 19/10 19/10

**electronically [1]** 17/9

**element [2]** 11/15 11/19

**elements [2]** 195/8 201/19

**elevated [1]** 129/8

**elevator [1]** 18/7

**elicit [5]** 57/12 154/4 156/3 159/18 183/19

**elicited [5]** 36/19 159/23 183/16 183/17 183/21

**eliminating [1]** 160/10

**else [19]** 4/13 6/7 10/3 17/8 17/20 18/9 21/8 33/1 53/2 75/8 87/14 87/18 99/15 100/4 100/9 150/11 187/19 203/6 203/7

**else's [1]** 52/21

**email [8]** 1/20 1/20 2/6 2/9 2/12 19/14 125/19 201/1

**emailing [1]** 19/12

**emergency [5]** 63/10 78/15 102/3 102/7 161/23

**emphasize [1]** 8/9

**employed [2]** 124/16 124/20

**employee [1]** 10/15

**employment [1]** 26/18

**encounter [2]** 18/2

**encounter...** [1] 97/25
**encountered** [2] 40/7
41/2
**end** [17] 8/11 9/10
9/18 11/1 13/9 13/19
17/2 28/24 30/17 31/2
65/3 65/11 142/19
167/12 173/13 188/11
200/16
**ended** [1] 101/3
**ends** [1] 154/23
**enforce** [10] 34/22
35/9 39/25 40/25 41/2
41/4 85/11 86/16
125/22 126/9
**enforcement** [34] 22/4
23/15 24/12 24/22 25/7
28/21 29/14 29/20
29/21 30/8 30/9 30/10
30/11 32/17 33/16 36/3
39/2 41/25 42/1 42/2
65/6 77/21 89/12 94/18
95/7 113/8 126/18
126/19 135/25 167/3
168/13 170/3 176/9
187/20
**engaged** [2] 10/17
174/10
**enjoy** [2] 199/11 203/1
**enough** [8] 5/2 70/18
132/6 161/4 172/15
197/9 199/5 201/11
**enraged** [1] 51/5
**entail** [2] 35/6 125/21
**entered** [4] 33/14 71/3
156/6 162/9
**entering** [1] 158/19
**enters** [3] 7/22 152/15
202/7
**entire** [8] 21/15 56/20
104/5 109/18 138/13
152/17 153/9 179/15
**entirely** [3] 8/19 14/17
183/11
**entirety** [1] 176/19
**entitled** [1] 205/5
**entry** [1] 32/7
**equipment** [3] 37/21
107/9 107/10
**equipped** [2] 107/9
193/5
**er** [2] 139/20 140/3
**escalate** [11] 52/5

52/6 55/7 55/12 55/17
55/19 57/13 62/11
93/25 102/19 136/6
**escalated** [2] 53/5
130/19
**escalates** [1] 22/23
**escalating** [1] 94/1
**escalation** [1] 140/24
**especially** [2] 25/25
183/15
**ESQ** [1] 2/4
**essence** [1] 155/20
**essentially** [2] 160/19
191/14
**establish** [1] 154/14
**established** [2] 152/11
163/17
**establishing** [1]
160/20
**establishment** [3]
50/11 54/21 169/5
**establishments** [3]
60/14 90/13 169/6
**et** [1] 179/25
**et cetera** [1] 179/25
**ethnic** [1] 15/2
**even** [18] 4/21 15/14
17/4 20/1 30/9 40/2
62/8 98/18 101/20
107/11 109/1 152/20
153/9 160/6 180/13
197/15 198/22 200/15
**even -- should** [1]
198/22
**evening** [10] 126/25
127/5 142/5 143/8
167/3 200/20 201/5
202/15 203/1 203/17
**event** [12] 6/7 66/21
67/15 70/23 117/25
120/3 143/9 145/3
161/11 170/1 170/3
174/14
**events** [7] 38/6 49/15
58/23 59/11 67/2
142/20 175/6
**eventually** [6] 23/8
23/12 105/11 167/6
180/6 188/3
**ever** [6] 9/13 71/23
96/2 100/8 107/16
168/12
**every** [9] 11/5 11/15
36/9 111/1 139/8
140/12 140/22 182/12

**everybody** [8] 7/2
38/23 52/9 55/14 66/11
111/4 158/23 162/7
**everyone** [16] 4/10
4/13 7/23 7/24 26/14
34/3 41/23 53/25 70/25
71/5 116/23 151/11
173/16 192/24 203/6
203/8
**evidence** [73] 3/15
3/15 3/16 3/16 3/17
3/17 3/18 3/18 3/19
8/20 8/25 9/1 9/3 10/3
10/20 10/23 11/2 11/13
12/11 12/12 12/23
12/24 13/1 13/2 13/9
13/16 13/17 13/18 14/8
15/7 15/18 15/19 15/21
15/24 15/24 16/1 16/4
16/6 16/8 16/12 17/6
19/18 20/7 20/15 20/16
20/17 20/22 21/4 27/5
27/12 27/17 27/23
43/23 44/19 49/19
80/12 115/21 115/23
116/3 121/24 121/25
133/14 138/12 156/6
156/18 161/6 181/14
194/8 195/10 195/23
196/16 196/22 202/18
**evidentiary** [4] 122/2
160/8 160/11 160/15
**exact** [2] 38/4 158/13
**exactly** [6] 23/15 66/18
78/4 93/15 158/9
194/19
**examination** [34] 3/6
3/6 3/7 3/7 3/8 3/8 3/11
3/11 3/12 6/19 6/21
12/18 12/21 12/22 13/4
13/5 31/19 45/1 46/7
67/16 69/10 69/18
70/21 71/8 71/16
112/21 115/1 124/9
165/24 166/2 167/5
167/19 183/16 192/10
**examine** [5] 13/4 69/6
69/14 70/19 122/23
**example** [3] 18/6
19/23 170/6
**exchange** [1] 170/19
**exclamation** [1] 30/17
**exclusive** [1] 15/17
**excuse** [9] 116/23

117/17 151/20
193/17 193/19 194/13
194/18 200/19
**excused** [2] 194/1
200/25
**executed** [1] 86/7
**execution** [3] 86/3
86/4 87/8
**executive** [44] 35/24
36/8 36/14 36/14 37/15
48/3 48/8 77/19 78/7
78/10 78/12 79/2 79/6
79/10 79/12 80/10
80/22 81/12 81/15 82/1
82/22 82/24 83/22
84/12 85/3 85/6 85/9
85/16 85/19 85/21 86/1
86/2 86/3 86/4 86/5
86/6 86/12 86/18 87/6
87/8 87/10 113/5 113/8
166/11
**executive -- I** [1] 36/14
**exercise** [1] 121/10
**exercising** [2] 31/2
200/8
**exhibit** [85] 3/14 43/19
43/21 43/22 44/3 44/3
44/4 44/5 44/6 44/8
44/19 45/20 46/1 46/4
46/6 49/6 49/19 49/21
49/23 58/14 59/2 59/6
63/18 63/22 63/24 72/6
73/16 79/24 80/15 81/9
81/25 82/14 82/21
82/25 83/6 83/8 83/9
83/21 84/2 84/7 84/16
84/21 84/22 84/23
106/11 108/14 128/2
128/7 132/17 132/19
133/5 133/14 133/16
133/18 133/20 136/15
136/18 137/2 137/5
137/7 138/12 143/23
144/10 144/12 145/20
148/14 150/2 153/15
155/14 156/1 157/7
158/16 159/5 159/10
162/17 162/24 163/1
164/20 167/16 171/13
173/24 180/24 181/13
181/19 192/12
**Exhibit 1** [5] 79/24
81/25 82/21 83/9 83/21
**Exhibit 100** [4] 84/2
84/7 84/21 84/22

**E**

**Exhibit 1000 [5]** 43/19 44/19 46/4 63/18 72/6
**Exhibit 2000 [3]** 49/6 49/19 49/21
**Exhibit 4000 [3]** 58/14 59/2 108/14
**Exhibit 6002 [1]** 82/25
**exhibit-wise [1]** 83/6
**exhibits [6]** 15/20 15/25 16/21 83/18 83/20 173/14
**existence [1]** 15/23
**exited [4]** 50/18 66/10 66/15 151/19
**exits [2]** 195/2 203/4
**expand [1]** 38/25
**expect [4]** 12/12 120/24 182/5 182/15
**expected [1]** 120/16
**expecting [1]** 172/11
**expensive [1]** 114/7
**explain [14]** 8/7 10/6 11/22 20/4 20/11 29/25 114/15 118/8 128/9 130/4 131/6 138/18 142/7 156/24
**explained [1]** 191/14
**explaining [1]** 104/20
**explanation [1]** 121/8
**exploded [4]** 63/7 68/20 109/16 109/19
**exploded -- the [1]** 68/20
**exploding [1]** 111/15
**express [5]** 23/2 51/11 55/15 70/22 130/9
**expressed [5]** 15/14 30/4 30/4 30/5 30/6
**expressing [1]** 62/18
**expression [1]** 15/4
**extended [1]** 49/2
**extent [9]** 14/12 68/23 69/4 69/10 70/21 102/14 120/15 193/16 196/20
**extra [1]** 151/6
**extremely [2]** 51/20 93/21
**eye [5]** 59/20 100/1 100/3 119/1 119/1
**eyes [1]** 30/15

**F**

**F-er [2]** 139/20 140/3
**F-U [2]** 56/23 94/4
**face [4]** 19/7 19/7 54/24 75/18
**Facebook [1]** 17/11
**faced [3]** 51/5 61/25 107/12
**facilities [1]** 79/13
**facing [2]** 139/12 139/13
**facists [2]** 130/8 131/25
**fact [12]** 15/23 25/4 67/25 68/6 68/20 72/1 82/13 100/8 109/16 120/11 159/16 160/16
**factors [1]** 191/18
**facts [10]** 14/6 14/7 15/6 15/13 15/15 19/18 19/24 20/19 27/10 27/25
**failed [1]** 11/19
**fair [22]** 13/25 15/1 15/6 69/6 70/20 73/19 84/11 85/2 91/12 98/15 100/25 107/4 111/21 133/11 136/24 166/15 167/24 168/15 168/20 172/15 176/25 197/9
**fairer [1]** 156/10
**Fairfax [1]** 125/11
**fairly [5]** 44/15 49/15 58/23 168/15 181/10
**fake [1]** 70/11
**fall [3]** 108/3 108/4 197/21
**fall-y [1]** 108/3
**fallen [2]** 108/20 108/20
**familiar [8]** 41/14 43/16 90/2 90/3 147/13 155/1 168/6 169/6
**familiarity [1]** 43/15
**familiarization [1]** 41/16
**family [1]** 18/23
**fan [1]** 29/19
**far [7]** 27/22 35/6 62/24 68/15 68/15 151/3 157/12
**fascism [1]** 29/21
**fascist [1]** 51/7
**fascists [3]** 52/19 56/6

**fashioned [1]** 84/25
**fast [1]** 26/5
**fatigues [1]** 74/11
**fault [3]** 158/6 172/9 185/2
**FBI [11]** 22/16 39/5 39/8 86/21 96/16 96/17 96/21 104/6 110/22 126/22 136/2
**federal [39]** 24/22 25/9 27/3 28/19 28/19 29/1 29/8 29/14 31/3 35/11 35/12 36/23 37/12 37/13 48/7 68/21 79/8 79/13 79/15 79/17 86/16 86/20 86/20 86/20 86/21 86/25 87/2 89/3 89/13 89/22 94/6 101/15 104/12 115/24 146/18 167/7 168/13 186/6 192/15
**feel [6]** 9/14 29/5 38/8 63/6 108/6 197/12
**feelings [1]** 29/18
**feels [4]** 6/4 7/2 7/8 199/5
**feet [4]** 56/22 61/4 61/22 62/25
**fellow [4]** 17/4 21/13 94/10 94/13
**felonies [2]** 35/10 35/11
**felony [2]** 67/11 112/12
**fence [1]** 65/12
**few [7]** 13/20 22/8 22/15 44/7 163/4 192/3 193/9
**field [1]** 114/5
**fields [12]** 126/16 127/18 181/4 181/22 182/9 182/10 182/14 184/6 184/7 184/11 192/18 192/25
**figure [2]** 7/9 71/19
**figured [1]** 139/9
**file [2]** 201/23 202/1
**filed [1]** 10/10
**film [1]** 149/13
**final [9]** 4/23 9/18 17/2 21/16 195/14 195/16 199/3 201/2 204/10
**Finally [2]** 13/19 18/12
**find [10]** 8/19 8/20

11/18 11/20 18/6 71/24 121/25 178/9
**fine [9]** 23/1 25/2 47/9 73/21 84/3 88/10 138/15 156/13 202/1
**finger [2]** 51/18 128/15
**fingerprinted [1]** 164/6
**fingers [1]** 62/1
**finish [1]** 73/15
**finished [3]** 12/19 12/21 13/6
**firm [1]** 23/23
**first [47]** 6/15 6/17 7/24 12/4 23/9 31/8 33/18 37/18 37/19 38/19 43/12 43/21 49/9 50/21 50/22 59/8 76/25 93/24 94/1 94/2 96/2 96/25 97/1 97/25 104/2 107/16 114/9 122/17 130/10 133/7 136/7 140/20 146/12 150/11 154/25 156/5 161/13 164/25 166/8 166/21 170/20 174/10 177/24 183/4 183/13 186/23 201/14
**first/last [1]** 146/12
**fists [1]** 56/3
**five [4]** 49/10 179/20 185/6 185/8
**five seconds [1]** 49/10
**fixated [1]** 23/8
**flag [2]** 169/3 169/4
**flagged [1]** 116/17
**flashing [1]** 145/11
**flashlight [1]** 145/11
**flee [1]** 132/11
**flight [1]** 64/3
**flippant [1]** 102/24
**floor [2]** 2/5 185/20
**focus [2]** 52/24 89/13
**focused [2]** 54/2 201/21
**follow [6]** 10/7 16/20 27/15 43/22 161/17 202/25
**followed [1]** 41/11
**following [4]** 18/15 35/23 57/16 171/6
**foot [8]** 41/18 61/22 67/11 70/13 131/11 132/15 133/25 182/4
**foot-long [2]** 67/11

# F

**foot-long...** [1] 70/13
**footage** [16] 22/17
23/20 118/4 118/8
118/16 119/13 119/23
142/8 143/19 144/3
152/1 156/6 156/11
163/11 171/15 174/8
**Footlong** [1] 112/12
**footwear** [1] 127/3
**force** [17] 24/14 28/14
30/7 30/8 30/11 30/20
32/20 63/1 65/18 65/20
75/12 119/2 125/19
166/14 166/17 166/22
166/25
**forcible** [3] 5/4 31/1
195/7
**forcibly** [8] 4/20 10/14
27/7 28/20 28/20 28/20
28/21 30/19
**forcing** [1] 33/25
**foregoing** [1] 205/4
**forgive** [1] 16/23
**formal** [1] 10/21
**formally** [2] 10/25
194/6
**forth** [4] 127/22
129/10 131/9 140/13
**forward** [6] 4/5 24/13
62/7 62/12 202/10
202/11
**foundation** [9] 119/22
121/7 121/12 121/16
121/21 122/9 151/4
152/10 155/25
**four** [5] 39/6 41/17
43/17 126/15 179/20
**Fourth** [3] 147/9
147/10 178/20
**frame** [2] 136/22
145/15
**free** [6] 9/14 41/4
55/16 190/25 197/12
201/24
**friends** [1] 18/23
**front** [11] 30/2 30/3
39/20 42/1 43/25
115/19 134/2 134/14
134/15 139/11 175/8
**frustrating** [1] 24/1
**fucking** [2] 130/8
131/25
**full** [5] 16/23 74/1

**fullest** [1] 9/22
**further** [10] 66/1
112/15 114/20 137/12
140/25 165/5 191/24
193/23 194/8 195/10
**furthest** [1] 56/10
**furtive** [1] 62/1

# G

**gag** [9] 66/22 67/20
67/21 69/8 69/15 70/21
111/19 111/22 112/8
**gaggled** [1] 41/15
**Gallery** [1] 127/8
**game** [3] 69/6 70/20
203/5
**gap** [1] 122/2
**garage** [2] 118/5
163/25
**gathered** [1] 116/24
**Gatto** [4] 2/7 3/11 4/14
12/3
**gave** [7] 18/15 66/22
82/17 112/9 117/16
131/15 202/24
**gay** [2] 30/3 168/25
**GE** [1] 81/10
**GE-6002** [1] 81/10
**gear** [1] 75/15
**geared** [1] 191/16
**gender** [1] 15/3
**general** [5] 82/10
90/11 122/11 161/5
191/17
**generally** [7] 14/20
125/8 145/1 146/3
161/14 191/16 194/21
**gentleman** [2] 145/16
176/6
**gentleman's** [1] 55/2
**gentlemen** [1] 142/7
**genuine** [1] 103/4
**genuinely** [1] 68/17
**geographically** [1]
125/8
**gesticulates** [1]
107/16
**gesture** [2] 30/18 31/2
**gestures** [2] 141/17
141/18
**get** [71] 5/22 6/6 6/20
7/9 7/16 20/9 20/12
22/18 25/11 34/4 36/16
37/21 38/8 43/14 46/25

56/6 66/24 66/24
68/17 69/7 71/9 80/6
80/14 80/16 80/18 82/7
83/22 97/24 104/14
112/8 116/20 120/4
121/24 122/1 122/8
123/7 123/12 123/18
123/21 131/2 132/1
142/16 145/3 149/7
150/24 157/18 158/10
161/9 161/20 161/21
161/23 165/20 175/8
177/21 178/2 178/4
179/4 179/8 183/1
183/9 186/15 197/3
197/16 197/19 199/2
201/3 201/4 202/6
204/7 204/8
**getting** [12] 51/20
57/10 59/16 70/21 98/6
101/25 160/11 177/16
183/3 200/13 201/25
204/11
**GIFs** [3] 66/18 66/19
66/24
**gift** [2] 70/14 112/8
**gifts** [17] 5/11 66/22
66/23 66/24 67/21
67/21 67/25 68/7 69/8
69/9 69/15 69/20 70/8
70/18 70/21 111/19
111/22
**girlfriend** [1] 106/2
**give** [13] 8/10 8/13
9/22 16/23 19/3 27/16
28/4 36/20 69/23 82/8
175/11 188/6 201/2
**given** [6] 67/21 68/15
68/15 83/17 146/8
186/23
**gives** [2] 24/13 199/20
**giving** [3] 68/4 70/1
129/10
**glasses** [1] 145/17
**gmail.com** [1] 2/6
**go** [57] 5/7 6/5 9/8
17/8 21/22 24/12 25/5
34/12 34/14 37/18
50/25 51/16 55/17
63/22 64/9 66/8 72/20
81/17 96/23 98/20
98/21 99/11 100/4
102/16 110/1 113/10
117/6 121/10 123/2
123/12 123/21 127/4

133/1 133/2
140/10 140/20 149/8
151/13 160/20 164/1
164/2 164/16 164/18
165/19 166/4 174/12
175/7 184/14 184/22
188/24 190/7 191/5
197/22 197/25 199/11
202/12
**goal** [7] 14/25 100/20
116/18 125/22 126/5
126/7 140/11
**goes** [7] 23/6 23/8
25/16 183/19 188/24
190/14 192/20
**going** [130] 5/21 5/24
6/20 7/3 8/13 16/22
16/23 19/9 20/25 22/6
22/14 26/12 26/13 27/5
27/10 27/11 27/13
27/24 28/23 28/24 29/3
29/4 29/12 29/13 29/13
30/13 30/14 30/23
35/14 45/17 47/10
50/22 50/24 53/1 53/2
53/3 53/20 54/19 59/21
61/8 63/24 64/12 64/23
68/3 69/19 69/21 72/4
72/6 72/10 77/15 78/13
79/23 83/25 84/6 84/25
102/2 102/7 115/15
115/18 120/12 123/4
123/5 123/11 129/21
134/1 134/3 134/15
135/3 135/12 135/16
135/22 137/21 139/3
139/14 143/2 145/25
146/16 146/22 147/1
147/9 147/18 148/22
148/24 152/10 153/13
154/7 154/13 154/15
155/7 155/8 155/10
155/12 158/3 159/20
159/22 160/20 161/8
162/4 162/4 166/16
174/1 174/13 177/3
178/10 178/13 178/16
183/7 188/7 190/10
194/17 194/18 194/18
194/19 195/11 197/22
197/23 198/7 198/7
198/18 199/7 200/18
200/18 200/19 200/20
200/24 200/25 201/12
201/14 201/14 203/16

**going -- they [1]**
155/12
**gone [1]** 54/20
**good [33]** 4/2 4/7 4/10
4/11 4/12 4/12 7/23
31/13 31/21 45/3 52/4
53/6 55/16 57/14 71/17
102/13 102/16 102/17
102/24 103/4 103/5
103/9 113/18 113/20
114/1 117/17 124/4
124/11 124/12 165/14
166/1 194/16 200/1
**GOs [1]** 142/19
**got [12]** 34/3 38/15
38/15 38/21 41/15
43/12 56/21 65/9 76/21
146/9 176/15 184/11
**gotten [1]** 172/20
**government [67]** 4/6
4/8 4/24 5/1 5/2 6/23
7/7 7/14 11/9 11/14
11/18 11/23 11/24 12/4
12/15 12/16 12/19
12/22 12/23 13/4 13/6
29/12 30/14 31/9 40/18
70/8 70/17 72/5 80/13
80/15 81/7 82/4 82/13
82/16 83/8 106/11
112/18 122/8 122/14
123/16 133/13 137/1
146/11 152/2 152/10
153/19 153/23 158/2
158/12 158/13 160/9
160/18 173/10 194/8
195/3 196/9 196/22
198/6 198/7 198/12
198/17 198/21 199/5
199/7 199/25 203/9
203/23
**government -- let's [1]**
158/2
**government's [61]**
12/7 21/17 21/20 43/18
44/18 45/25 46/4 46/6
49/6 49/19 49/21 49/23
59/1 59/4 59/6 67/3
72/6 81/22 82/13 82/24
83/10 108/14 128/2
128/6 132/17 132/19
133/4 133/13 133/16
133/18 133/20 136/15
136/18 137/2 137/5

**-- it's [1]** 137/7
144/10 144/12 145/20
148/14 150/2 153/15
154/5 157/7 161/20
162/17 162/24 163/1
164/20 167/15 171/13
173/24 183/5 183/9
194/5 196/2 196/14
203/14 204/7
**Government's -- it [1]**
45/25
**government's -- with
[1]** 196/2
**Government's 6002 [1]**
82/13
**government-marked
[1]** 83/8
**grabbed [1]** 65/11
**granting [1]** 162/21
**great [7]** 78/2 84/4
129/23 137/14 148/11
149/23 172/23
**green [4]** 41/24 48/19
78/23 134/7
**Greg [5]** 31/10 31/19
45/1 46/7 71/16
**GREGORY [5]** 3/5
10/16 31/23 112/21
115/1
**ground [1]** 180/6
**grounds [1]** 37/7
**group [22]** 22/14
22/25 42/3 43/15 47/25
54/5 55/5 55/7 56/20
61/5 101/9 103/16
127/10 127/14 136/9
139/13 140/6 140/8
171/8 181/5 182/8
193/1
**groups [7]** 43/17
101/8 101/9 101/12
127/14 167/6 167/10
**guard [1]** 77/9
**guess [16]** 5/9 6/20
16/16 74/11 81/24
81/25 82/5 110/14
114/10 132/13 154/18
183/8 197/3 198/4
204/3 204/9
**guessing [1]** 139/8
**guidance [1]** 4/24
**guides [1]** 81/13
**guilt [2]** 10/23 10/24
**guilty [7]** 11/8 11/10
11/17 11/21 26/17 28/1

**-- it's [1]** 31/5
**gun [2]** 75/4 75/8
**guns [1]** 75/6
**guys [4]** 59/19 60/3
130/7 202/20

**H**

**had [79]** 5/18 5/19
8/16 24/9 24/10 27/9
37/2 38/25 42/15 42/15
43/11 45/17 50/23
54/20 54/22 54/23 57/2
59/13 63/8 74/25 75/2
75/4 75/15 76/19 78/15
78/17 78/20 78/22 79/2
79/3 79/10 83/17 83/20
83/21 84/13 84/15
87/11 87/15 92/1 94/10
94/13 94/19 94/21
114/16 114/17 114/22
115/3 115/8 115/12
116/17 121/12 126/4
126/23 127/1 127/2
127/11 127/14 127/19
131/1 140/12 143/25
145/10 146/11 152/6
161/21 163/10 165/13
166/8 166/21 166/24
167/24 168/12 181/23
190/1 195/16 195/19
198/10 199/12 202/9
**hadn't [2]** 80/24
172/20
**half [3]** 52/9 61/22
123/8
**half-block [1]** 52/9
**ham [1]** 109/13
**hand [19]** 10/5 11/18
50/3 57/1 57/2 63/22
76/1 76/5 76/8 128/11
131/13 131/13 138/2
138/3 144/21 145/10
174/2 174/12 175/7
**handcuffs [1]** 180/4
**handed [1]** 83/5
**handing [1]** 82/11
**hands [6]** 24/7 62/9
62/13 62/14 65/21
136/11
**hang [1]** 114/17
**Hanson [2]** 38/13
95/23
**happen [6]** 39/17 40/6
48/25 53/3 61/9 94/23
**happened [23]** 29/1

**-- 29/6 29/8 38/15 39/16
39/20 39/23 41/20 42/6
65/13 65/16 67/4 80/24
81/1 81/3 88/22 88/23
127/7 146/3 154/9
154/14 163/24 191/15
**happening [11]** 50/17
58/7 61/2 61/17 97/3
97/6 97/7 97/22 150/21
159/8 169/13
**happens [13]** 17/14
21/9 57/8 152/11
152/14 154/14 155/11
161/25 172/17 178/1
188/21 189/6 191/16
**happier [1]** 197/25
**happy [8]** 7/6 7/8
70/16 82/7 82/18 88/9
198/1 203/20
**hard [2]** 70/10 145/6
**harm [1]** 30/18
**harmless [3]** 20/1
30/18 31/2
**Harvey [1]** 96/9
**has [69]** 11/2 11/4
11/14 11/19 20/17
28/18 29/17 42/25
43/21 43/24 62/17
67/11 68/11 68/15
68/15 70/9 76/1 82/6
84/6 93/21 94/18
101/22 102/6 104/25
108/20 109/19 110/7
110/9 110/11 111/2
111/4 114/5 114/7
116/19 117/15 118/4
118/25 120/3 127/2
128/2 128/21 134/22
138/3 138/12 138/13
139/8 141/13 142/12
143/4 148/11 153/4
154/1 155/15 155/22
157/7 157/10 159/16
159/21 161/6 175/19
180/23 186/24 187/14
187/16 187/16 191/14
193/1 198/9 200/25
**hasn't [5]** 24/2 109/16
159/17 159/17 160/3
**hat [1]** 74/25
**have [208]**
**haven't [2]** 84/11
173/3
**having [18]** 18/3 18/4
45/10 53/11 61/6 70/10

**H**

**having...** **[12]** 80/25 82/12 117/24 149/19 161/22 163/20 169/15 187/25 199/10 199/12 199/12 202/20
**he [317]**
**he -- I** **[1]** 47/24
**he'll** **[1]** 29/25
**he's** **[34]** 10/24 52/18 52/18 52/20 52/24 53/1 53/3 53/4 55/8 55/14 57/10 57/10 57/25 59/13 61/18 62/18 62/19 62/20 68/20 81/13 95/24 96/4 98/6 98/6 98/12 98/15 102/10 107/12 107/14 139/13 146/22 147/18 180/15 190/14
**he's -- there** **[1]** 98/15
**head** **[1]** 137/16
**headquarters** **[4]** 32/14 38/3 97/15 126/4
**health** **[2]** 6/8 120/6
**hear [25]** 7/13 22/6 26/14 29/13 29/25 34/5 52/10 54/22 59/21 99/20 99/21 99/22 129/8 129/12 130/25 139/19 144/16 151/25 165/20 172/11 182/12 197/6 197/9 201/15 202/4
**heard** **[18]** 7/5 17/5 27/23 36/25 66/18 68/16 70/11 70/15 78/15 82/21 121/11 121/19 144/18 145/4 157/12 160/3 169/22 192/25
**hearing** **[2]** 18/9 149/20
**hears** **[1]** 192/24
**hearsay** **[2]** 47/2 47/8
**heavily** **[1]** 28/12
**held** **[6]** 164/6 189/18 190/11 190/14 191/3 196/3
**help** **[4]** 12/11 13/17 36/16 137/14
**helped** **[2]** 79/11 101/10
**helpful** **[3]** 153/13

helpful -- right -- there **[1]** 195/6
**helps** **[2]** 8/20 156/23
**HENRY [37]** 3/10 95/7 95/9 95/10 95/10 103/25 104/1 104/4 117/10 118/1 118/2 118/15 118/21 120/5 120/7 120/12 120/18 121/9 121/17 122/4 122/5 122/6 122/10 123/17 124/9 124/15 124/15 152/4 152/14 159/23 162/13 166/2 166/4 174/7 175/22 181/20 192/1 192/10
**Henry's** **[1]** 120/16
**her [40]** 5/20 6/8 20/21 117/14 117/16 117/18 118/25 119/1 119/2 119/3 120/1 120/20 120/24 121/11 121/20 121/23 122/15 122/25 154/22 155/7 155/11 157/16 159/10 159/14 159/19 159/21 161/8 161/16 161/18 161/23 163/14 181/5 182/5 182/6 182/7 182/9 182/15 184/9 192/25 193/7
**here [83]** 7/25 17/14 23/2 26/17 27/5 27/10 27/19 27/21 44/23 47/23 48/3 48/6 48/7 50/5 50/17 51/14 52/15 53/10 53/15 53/21 53/22 54/19 56/2 56/14 57/6 58/17 60/10 60/12 60/22 61/14 62/5 62/20 64/5 66/20 67/4 67/22 68/12 69/11 77/3 79/12 88/25 89/3 91/23 106/11 122/3 127/24 128/13 128/18 128/18 132/1 132/2 138/25 141/1 141/10 141/12 143/3 146/1 152/11 153/24 157/24 159/21 164/14 168/4 168/8 169/12 170/13 178/5 179/20 181/21 183/19 191/20 195/18 196/21

195/6 199/11 200/18 200/21 200/21
**here's** **[2]** 148/5 151/10
**herman** **[4]** 2/16 2/18 205/3 205/11
**herself** **[2]** 120/23 153/8
**hey** **[3]** 55/14 98/20 100/5
**high** **[16]** 36/3 39/15 41/10 41/19 42/9 42/15 44/12 47/21 53/18 77/14 77/21 100/21 100/22 128/13 168/18 181/3
**high-crime** **[2]** 42/9 168/18
**high-tech** **[1]** 128/13
**high-visibility** **[8]** 39/15 41/10 41/19 53/18 77/14 77/21 100/21 100/22
**higher** **[2]** 149/23 196/21
**him [121]** 10/22 11/17 22/8 23/11 23/20 23/23 23/25 24/8 27/7 28/13 29/25 48/16 52/4 52/5 52/22 52/25 53/11 54/12 54/22 55/13 55/16 56/19 57/14 58/11 58/18 59/20 64/7 64/22 65/14 65/14 65/22 65/24 66/22 68/18 68/19 69/6 69/14 69/15 70/11 76/1 76/5 78/6 81/13 82/8 82/17 85/18 87/2 88/1 88/13 88/14 88/21 89/3 94/1 98/9 98/16 98/19 98/21 98/23 99/16 99/21 99/25 100/1 100/3 100/4 102/11 102/12 102/13 102/14 107/10 108/9 126/5 126/8 127/24 129/17 129/19 129/20 130/7 130/9 130/13 130/25 131/14 131/23 133/7 134/2 134/9 134/16 139/4 139/13 139/19 140/9 140/10 140/15 140/17 140/17 140/20 140/22 140/23 141/4 141/15

145/13 146/9 146/11 147/6 155/10 170/19 170/20 170/22 175/9 176/13 180/13 186/9 186/11 186/12 187/2 187/12 188/3 188/7 188/9 188/15 189/7
**himself** **[2]** 23/2 131/10
**hinted** **[1]** 15/15
**his [100]** 11/12 12/2 13/1 20/21 22/25 23/12 23/20 23/23 24/7 24/8 24/12 24/17 29/5 29/25 30/1 30/4 30/6 31/2 31/3 50/21 50/25 51/1 51/3 51/3 51/10 51/11 51/18 52/1 52/7 52/8 53/24 54/2 54/25 55/15 56/3 56/6 57/1 57/2 57/2 59/13 61/8 61/18 61/24 62/1 62/2 62/18 64/3 65/7 65/19 65/21 65/21 66/21 67/7 68/7 68/18 68/24 69/5 69/16 70/22 76/1 76/5 76/8 76/10 76/13 76/15 81/2 81/20 89/13 94/8 99/19 118/4 130/9 130/21 131/13 131/13 135/4 135/17 136/11 138/3 140/18 141/16 141/18 141/22 146/8 147/4 163/20 164/8 176/11 176/12 177/12 178/2 186/15 186/17 186/22 186/22 187/8 187/16 188/10 195/24 200/8
**hit** **[6]** 75/13 75/14 133/1 139/15 139/22 144/14
**hits** **[1]** 108/6
**hitting** **[1]** 24/8
**hold** **[5]** 16/10 47/7 144/16 150/22 192/4
**home** **[4]** 9/9 98/20 98/21 197/22
**Homeland** **[1]** 126/22
**hometown** **[1]** 30/1
**honor** **[90]** 4/2 4/7 4/12 5/4 6/3 6/13 6/24 7/1 25/10 25/15 25/18 25/19 25/24 26/1 26/6 26/15 27/14 28/5 29/9

honor... **[71]** 30/22 31/9 31/18 34/7 37/2 37/6 40/16 40/23 41/6 42/19 43/1 44/10 44/18 44/20 47/6 49/18 59/1 59/7 66/1 67/20 71/4 71/15 79/20 80/3 80/11 80/13 82/3 82/19 84/9 84/18 89/16 89/20 91/13 112/20 114/20 114/22 116/16 117/9 121/4 121/22 122/14 123/19 124/8 133/17 137/1 137/4 144/9 148/5 150/23 152/1 153/12 157/15 162/17 163/12 164/12 165/22 165/25 173/14 175/25 181/13 181/16 183/3 183/13 191/11 191/24 193/13 194/4 197/11 203/10 203/12 204/12
**HONORABLE [1]** 1/13
**hope [4]** 6/1 6/4 7/2 203/1
**hopefully [1]** 44/4
**hosting [1]** 30/3
**hot [1]** 97/18
**hour [4]** 123/7 123/8 167/24 200/10
**hours [1]** 102/4
**house [2]** 78/16 147/11
**how [71]** 6/5 11/22 15/12 19/1 19/17 23/11 23/15 32/1 33/13 36/7 37/17 39/10 45/4 49/8 51/9 52/7 61/21 62/24 63/1 64/19 65/3 68/10 69/6 72/24 73/19 75/6 76/19 79/11 79/15 79/17 81/11 86/6 90/7 92/2 92/9 93/12 94/6 95/13 96/9 97/17 98/9 103/21 106/17 107/5 113/2 113/13 113/23 118/8 121/8 121/15 122/3 124/20 126/25 130/20 132/12 141/21 143/15 157/18 167/2 169/12 175/4 178/4 178/7 183/17 184/5 184/10 185/3 197/1

**however [5]** 8/24 19/3 41/2 131/2 196/17
**huh [4]** 69/1 141/11 178/25 190/19
**human [2]** 14/19 17/23
**hurt [1]** 63/13
**husher [3]** 117/4 117/6 123/22
**hyper [1]** 51/4
**hypothetically [2]** 198/16 199/5

**I**

**I'd [15]** 82/5 83/4 104/3 106/8 123/11 132/16 138/11 138/14 138/17 148/8 148/14 148/17 167/11 167/23 185/6
**I'll [5]** 44/3 103/3 163/5 166/15 185/9
**I'm [96]** 4/21 7/15 11/24 16/22 17/16 19/9 35/14 36/24 37/10 41/24 42/21 45/17 48/7 53/1 53/20 54/7 61/3 66/16 69/10 69/20 69/25 70/16 72/4 72/6 76/4 76/18 77/2 77/16 78/4 78/19 79/23 80/19 81/4 81/8 82/7 82/20 86/16 86/23 87/2 87/2 87/2 87/3 87/20 88/8 90/2 90/19 93/3 95/4 95/8 95/16 96/15 97/17 99/4 99/21 103/1 103/21 103/23 104/3 104/19 104/20 104/21 109/22 110/14 110/17 111/1 137/12 140/7 148/24 152/1 152/5 155/1 155/4 157/20 161/11 161/20 161/25 163/22 166/20 171/21 172/13 173/14 174/17 185/2 185/9 187/22 189/6 190/17 194/18 194/18 194/23 197/18 198/21 200/19 200/20 202/1 203/20
**I've [17]** 32/5 32/5 45/6 45/21 69/24 70/2 71/23 72/25 85/4 155/1 155/24 157/12 157/13 168/9 175/9 196/3

**ID [3]** 146/8 146/11 177/12
**idea [2]** 194/16 198/18
**ideal [1]** 202/17
**Ideally [1]** 199/4
**identical [1]** 173/8
**identification [2]** 129/25 173/3
**identified [4]** 48/21 129/6 129/13 173/4
**identify [10]** 44/4 48/16 120/23 129/19 133/22 137/9 137/24 155/5 172/22 177/22
**identifying [1]** 156/20
**identity [1]** 15/3
**illegal [2]** 33/24 125/23
**image [4]** 45/12 50/7 137/13 179/19
**imagine [2]** 199/3 199/4
**immediate [1]** 105/18
**immediately [7]** 10/5 12/7 18/9 18/18 51/4 57/16 179/23
**immigration [16]** 29/19 30/2 33/24 34/20 34/21 35/1 35/3 35/8 39/25 40/3 40/19 40/25 41/2 41/3 41/4 86/15
**impact [3]** 63/5 116/18 195/9
**impacted [1]** 64/23
**impartial [1]** 15/1
**impede [3]** 10/14 24/19 30/8
**impeded [2]** 27/7 196/1
**impeding [3]** 27/4 28/20 196/4
**implicit [1]** 14/22
**implied [1]** 70/22
**important [4]** 8/8 9/20 10/8 21/14
**impression [1]** 159/23
**improper [1]** 160/4
**inadvertently [1]** 21/6
**inappropriately [1]** 117/3
**inartful [1]** 76/24
**Inaudible [1]** 113/22
**inauthentic [1]** 157/13
**incident [8]** 5/12 24/14

120/25 146/9 184/25 185/1
**inclined [1]** 196/11
**include [1]** 27/3
**included [4]** 36/10 36/11 38/12 111/22
**includes [5]** 15/19 15/24 19/7 19/25 69/15
**including [6]** 9/13 17/10 19/11 19/14 156/1 156/15
**income [1]** 15/4
**incomplete [1]** 20/13
**inconsistent [1]** 69/16
**incorrect [3]** 184/18 184/20 186/8
**increase [2]** 101/16 110/18
**increased [2]** 101/22 110/17
**increases [1]** 101/15
**independent [1]** 19/22
**indicate [1]** 42/1
**indicated [6]** 116/19 117/16 117/21 142/3 163/6 164/17
**indicating [1]** 57/14
**indication [1]** 15/12
**indirectly [1]** 99/18
**individual [7]** 47/23 129/13 129/15 129/16 134/11 134/22 191/8
**individuals [6]** 120/24 127/11 133/23 135/22 137/9 190/22
**indulgence [5]** 40/16 65/24 82/3 114/19 172/25
**inflict [1]** 30/20
**influenced [1]** 9/3
**inform [1]** 102/7
**information [20]** 10/11 10/12 10/19 10/20 10/22 18/23 19/3 19/12 20/9 20/12 20/17 20/21 32/17 146/12 178/2 186/18 186/22 186/24 187/11 188/6
**informed [1]** 102/6
**infractions [1]** 125/23
**inherent [1]** 87/23
**initial [6]** 22/13 35/19 36/16 88/16 136/7 177/9
**initially [4]** 38/18

225

**I**

initially... [3]  54/14 88/14 105/10
initiate [3]  169/25 170/7 170/13
initiated [2]  42/12 169/22
injury [2]  30/19 30/21
innocence [3]  11/6 11/12 13/1
innocent [1]  11/6
inside [5]  51/20 155/5 156/2 188/18 189/21
inside -- during [1] 156/2
Instagram [1]  58/18
instead [2]  27/13 29/15
instruct [7]  13/9 14/2 15/10 15/25 19/20 21/12 25/22
instructed [1]  203/18
instructing [1]  4/22
instruction [5]  8/1 16/24 203/18 203/19 204/8
instructions [22]  4/23 5/7 6/15 8/6 8/10 8/12 9/18 13/20 17/2 17/6 18/15 21/16 27/15 195/16 198/6 199/13 201/2 201/9 201/15 201/16 202/24 204/10
instructions' [1]  199/3
instrument [1]  75/12
insult [1]  56/7
Insulting [1]  56/4
insults [1]  55/1
intake [1]  147/13
intend [3]  28/4 155/12 201/2
intended [3]  8/12 12/11 13/17
intending [2]  120/14 154/10
intent [2]  86/4 102/19
intention [2]  26/22 117/10
intentionally [4] 112/25 137/25 139/25 141/25
intents [1]  173/19
interact [2]  46/21 98/10

interacted [4]  92/3 92/16 92/19 97/1
interacting [4]  54/12 59/17 91/2 136/11
interaction [21]  42/8 47/22 47/23 49/1 49/3 51/21 53/11 56/19 59/14 59/23 61/6 91/20 92/11 92/25 98/19 102/14 113/14 167/21 169/11 170/3 170/25
interactions [7]  46/24 47/3 47/15 47/18 50/23 99/19 170/18
interested [1]  152/11
interfere [3]  10/15 24/20 30/9
interfered [2]  27/8 196/1
interference [1]  196/4
interfering [2]  27/4 28/20
intermediate [1]  70/5
Internet [4]  19/24 20/1 20/13 20/24
interrupt [1]  157/20
intersection [6]  24/24 53/16 128/17 128/22 145/15 146/1
intimidate [2]  10/14 30/9
introduce [8]  4/5 5/21 118/1 121/5 121/6 124/13 194/8 196/22
introduced [2]  9/25 12/13
inventory [2]  177/6 187/4
invested [1]  35/2
Investigating [1] 124/23
investigation [2]  19/22 20/5
investigatory [1] 34/10
involved [4]  18/13 19/4 19/25 163/6
involvement [1]  33/25
involves [1]  177/9
iPhone [2]  111/2 111/4
irrational [1]  69/24
irrelevant [1]  160/23
irritated [2]  48/10 50/20
is [633]

is -- we [1] 1/33
is -- while [1]  186/2
isn't [5]  26/5 27/11 67/5 161/17 173/25
issue [17]  6/12 7/2 21/15 68/2 81/16 81/17 106/20 116/17 116/21 117/1 117/2 120/3 120/6 165/13 197/17 197/19 204/1
issued [2]  104/10 142/9
issues [6]  5/10 5/18 151/14 187/5 194/6 194/11
it [433]
it -- what [1]  132/23
it's [94]  5/24 25/25 27/10 27/13 29/7 32/20 32/21 32/24 35/2 35/8 44/2 46/13 52/22 62/7 62/17 65/12 69/5 69/25 70/4 74/3 74/10 74/13 74/18 75/11 75/11 75/13 80/15 81/2 81/5 82/14 82/18 83/1 86/3 86/4 87/21 88/10 90/1 91/6 91/7 99/5 108/2 108/3 108/5 108/20 109/13 114/7 116/24 118/13 119/6 119/9 119/14 132/21 133/10 135/3 138/15 142/11 142/14 142/18 143/4 143/6 143/15 147/1 149/7 152/18 153/15 155/19 157/11 157/11 158/5 159/22 160/25 161/2 161/2 161/3 161/4 161/17 161/20 163/17 168/15 168/18 168/21 171/13 172/7 172/9 172/24 174/13 174/24 175/1 177/20 183/5 185/2 191/16 197/8 198/7
its [10]  5/1 12/15 12/23 13/8 80/23 82/14 112/18 121/5 151/25 162/19
itself [6]  5/18 19/4 86/18 89/7 120/19 145/6

**J**

jacket [1]  48/19
January [1]  197/16
January 6 [1]  197/16
jgatto [1]  2/9
job [3]  22/12 22/22 48/7
John [4]  1/18 4/8 11/25 38/13
john.parron [1]  1/20
JOHNSON [1]  2/11
join [5]  55/10 61/8 99/12 100/5 101/2
joined [1]  101/12
joint [4]  125/19 166/17 166/21 166/24
joke [1]  68/9
Jonathan [1]  95/23
JUDGE [3]  1/13 13/23 124/13
judges [2]  14/6 198/10
Judiciary [1]  91/6
Julia [2]  2/7 4/14
Julia Gatto [1]  4/14
jump [1]  138/16
jumping [1]  100/25
jurisdiction [1]  176/7
juror [1]  20/21
juror's [1]  9/4
jurors [12]  8/14 8/17 9/2 9/18 9/21 14/3 14/5 17/4 18/19 20/20 21/8 21/14
jury [78]  1/12 4/22 5/6 7/21 7/22 8/23 9/16 9/24 13/23 17/17 18/1 18/21 18/24 19/1 19/6 19/15 19/17 21/13 25/22 43/20 44/6 46/5 49/22 59/5 66/10 71/3 115/19 117/5 123/4 124/14 127/7 128/3 139/8 142/8 151/13 151/17 151/19 156/9 156/24 159/22 161/9 162/2 162/5 162/9 162/25 172/6 172/7 173/6 173/16 173/25 194/14 194/15 194/18 194/22 195/2 195/14 195/16 197/22 197/25 198/4 198/5 198/8 198/9 198/24 199/8 199/10 200/13 200/19

**J**

**jury... [10]** 200/23
200/25 201/8 202/4
202/6 202/7 202/8
203/4 203/7 203/18
**jury's [2]** 151/15
199/24

**just [172]** 4/17 5/24
7/1 7/11 8/11 9/19
10/20 10/20 10/24
13/15 14/25 18/19 19/9
20/14 21/8 21/21 22/4
22/11 22/18 22/21 23/3
25/25 27/21 27/22
31/13 32/3 34/5 34/15
39/15 39/21 40/6 41/19
42/17 43/14 43/16
43/20 44/12 44/23
45/17 46/2 46/3 48/1
48/16 49/9 50/10 50/10
50/16 51/5 53/2 53/3
54/4 54/25 55/3 55/10
55/17 56/4 57/9 58/5
58/7 59/8 59/11 59/21
61/7 61/11 61/19 62/2
64/3 64/10 64/16 67/9
68/4 69/23 71/12 73/22
75/7 76/3 79/23 80/7
81/24 82/22 84/14 88/2
93/5 93/21 94/20 99/5
100/22 102/21 103/19
112/23 113/3 113/18
113/23 117/4 117/18
118/21 119/10 120/7
120/21 122/15 123/5
126/11 127/13 127/21
127/24 127/24 128/9
129/9 130/18 131/4
131/13 132/5 132/13
133/4 134/9 136/13
136/15 140/13 141/15
145/1 145/14 145/19
146/3 146/19 149/8
149/22 150/10 151/13
151/24 154/8 156/11
156/19 157/2 157/5
157/5 157/16 158/2
159/10 159/13 160/6
160/12 161/4 161/25
162/15 163/4 163/18
164/25 166/4 166/20
171/10 171/22 172/24
173/5 173/16 173/25
174/7 183/17 183/19

192/3 193/10 196/23
197/11 197/25 198/16
199/2 199/23 201/10
201/13 202/2 202/9
202/22 204/4
**just -- I [1]** 84/14

**K**

**keep [20]** 21/14 23/17
51/12 52/11 55/20
56/11 57/18 59/20
59/25 60/8 60/20 61/12
63/15 78/3 79/9 96/18
142/19 159/4 193/21
201/25
**Kendrick [1]** 95/13
**kept [1]** 68/6
**ketchup [1]** 109/7
**kidding [1]** 201/10
**kind [16]** 17/18 41/14
41/15 50/14 61/25 62/1
63/7 89/10 94/17 97/19
108/23 110/13 117/16
127/21 131/3 145/11
**kinds [1]** 51/7
**Kit [1]** 32/20
**knew [11]** 24/9 24/9
85/18 115/15 172/18
189/7 189/10 189/15
189/18 190/1 190/7
**know [96]** 10/2 18/18
18/19 18/25 20/7 21/8
36/22 37/11 43/9 45/11
49/8 53/11 60/18 66/19
72/18 72/19 79/3 85/2
85/5 85/8 85/20 86/21
90/11 92/18 96/12
96/14 102/1 102/5
102/15 105/21 105/24
105/25 106/2 109/4
111/22 115/18 119/4
119/4 119/8 119/9
120/19 121/1 121/12
130/7 131/25 132/4
132/15 135/1 136/5
140/3 140/11 140/13
141/3 141/4 141/5
142/11 145/8 146/6
146/16 147/21 154/9
154/9 154/14 154/22
154/25 156/21 158/24
159/1 159/6 159/6
169/1 169/4 169/9
178/7 183/6 183/10
184/5 184/10 189/20

194/5 195/1 195/25
196/14 197/2 197/7
198/21 200/7 201/6
201/10 201/12 201/24
201/25 204/4
**knowing [1]** 62/11
**knowledge [13]** 42/25
69/4 78/21 93/23 102/9
111/16 153/5 154/2
154/23 155/16 155/23
160/17 197/16
**known [3]** 32/19 45/4
56/5
**knows [5]** 57/25 58/7
153/7 161/7 182/13

**L**

**L-a-i-r-m-o-r-e [1]**
31/23
**lack [1]** 41/14
**ladies [1]** 142/7
**LAIRMORE [45]** 3/5
5/12 5/16 22/7 22/24
23/12 23/13 23/19
23/22 24/6 24/23 27/7
31/10 31/19 31/23 45/1
46/7 71/16 71/17 73/20
73/21 73/22 99/13
106/6 112/21 112/22
114/3 115/1 131/8
131/10 131/19 131/22
134/1 134/3 134/8
134/14 135/13 136/12
137/12 137/20 137/21
137/24 141/14 141/21
192/16
**Lairmore's [2]** 135/3
135/17
**land [1]** 202/3
**large [4]** 43/15 127/10
168/13 180/21
**largely [1]** 29/7
**larger [1]** 101/12
**last [15]** 4/18 5/17
5/19 16/22 17/16 17/18
81/4 117/15 132/5
146/12 147/4 166/24
178/18 186/23 195/8
**late [1]** 195/8
**later [10]** 7/7 24/16
78/13 83/22 96/7 112/9
118/12 129/6 198/15
203/17
**Latin [1]** 30/3

11/11
12/25 13/10 14/2 14/3
15/10 17/6 19/24 20/19
22/4 23/15 24/11 24/22
25/6 27/18 27/25 28/21
29/14 29/21 30/8 30/9
30/10 30/10 33/16 35/8
36/3 39/2 39/18 41/2
41/3 41/4 41/24 41/25
42/2 65/6 86/16 89/12
94/17 95/7 104/12
113/8 126/18 126/19
135/25 167/3 168/13
170/3 176/9 187/19
195/12 196/11
**laws [6]** 39/25 40/3
40/13 40/25 85/11
126/9
**lawyer [5]** 10/2 16/3
16/9 16/10 16/15
**lawyer's [3]** 15/22
15/23 16/11
**lawyers [8]** 12/12
13/14 15/9 15/9 16/7
117/1 199/12 199/12
**lay [8]** 119/22 121/7
121/11 121/15 121/21
122/9 151/4 155/25
**layout [1]** 90/11
**LBGTQ [1]** 90/23
**lead [1]** 32/15
**leading [3]** 56/16
159/14 163/14
**leads [1]** 160/19
**leaning [1]** 195/10
**learn [3]** 24/16 29/13
29/17
**leash [1]** 69/19
**least [13]** 37/4 52/9
70/8 72/25 94/23
106/22 118/15 152/24
184/17 184/24 186/14
198/5 202/17
**leave [9]** 18/9 66/12
97/2 102/12 105/7
140/15 140/23 141/5
190/25
**left [28]** 50/10 51/25
56/10 61/7 97/21
105/18 106/22 107/21
112/25 131/13 134/3
134/18 135/8 135/11
135/15 135/16 137/12
137/25 138/3 139/25
141/25 144/20 145/15

**L**

left... [5]  145/16
159/22 164/11 174/12
175/7
legal [14]  8/8 13/25
15/2 19/19 20/2 20/7
20/17 30/24 34/13
85/10 85/25 102/6
194/6 194/11
legs [1]  74/20
less [4]  75/12 96/18
123/8 196/15
less-lethal [1]  75/12
let [27]  10/6 18/18
18/19 21/8 21/25 43/20
50/5 76/4 79/23 81/5
81/10 108/13 112/17
122/19 146/6 146/16
151/13 175/11 178/7
178/8 181/6 183/22
197/22 197/25 198/10
202/12 204/4
let's [33]  6/5 6/21 7/21
22/25 25/11 37/17
80/14 80/16 80/18
110/1 113/23 114/24
117/6 120/10 120/12
122/5 123/12 127/24
149/8 149/21 150/10
151/17 158/2 162/10
165/19 165/19 167/2
171/10 173/5 183/1
199/2 199/3 199/4
lethal [1]  75/12
Lettuce [1]  109/11
level [5]  15/4 26/1
44/12 47/21 181/3
license [6]  177/10
177/12 186/15 186/17
186/18 186/22
license -- I [1]  186/17
lie [1]  34/17
lighted [1]  50/14
like [70]  6/12 6/18
28/13 36/17 42/4 42/22
44/13 45/25 46/16
48/20 49/5 50/21 52/21
52/22 55/10 61/24
62/18 63/5 63/10 67/12
69/23 70/13 72/15 74/8
82/5 83/4 91/6 108/3
110/9 110/13 110/14
111/25 112/3 112/4
116/20 117/17 122/24

129/8 129/22 132/16
134/6 134/11 138/11
138/14 138/17 142/2
143/22 146/15 148/6
148/8 148/14 150/11
151/10 155/9 156/12
156/23 160/19 160/21
161/15 165/7 166/22
183/12 194/7 195/7
195/15 200/17 200/20
likely [2]  96/18 200/20
likes [1]  14/19
limit [1]  7/12
limits [1]  79/12
line [4]  24/10 27/22
139/25 141/25
lines [1]  13/8
lingering [1]  195/14
listen [3]  21/2 21/3
102/21
listening [1]  8/21
literally [3]  29/24 78/6
105/13
little [27]  5/25 22/7
24/16 25/19 38/22
63/20 100/25 110/9
112/23 113/4 113/12
113/17 114/15 118/13
121/7 123/12 137/11
137/15 140/23 149/22
152/1 165/17 173/2
175/8 186/3 194/20
200/23
lived [1]  77/6
lives [1]  202/12
LLP [2]  2/7 2/11
local [15]  29/14 29/21
36/3 104/22 104/25
105/2 113/8 163/7
176/9 178/16 178/22
179/1 182/24 183/7
183/20
locally [1]  182/22
locate [2]  146/15
187/1
located [2]  125/12
143/1
location [13]  18/7 60/4
97/1 121/17 133/22
134/19 145/23 146/21
176/20 178/10 178/13
179/2 181/7
locations [1]  128/9
locked [1]  9/6

logistics [1]  114/9
long [22]  19/1 32/1
33/13 45/4 67/11 70/13
74/8 74/13 74/20 76/19
83/1 107/22 113/2
124/20 157/24 178/4
178/7 184/5 184/10
185/3 198/12 203/16
long-sleeved [3]  74/8
74/13 107/22
longer [6]  5/25 106/14
142/22 142/24 159/9
194/20
look [14]  9/13 20/2
24/21 70/1 71/18 71/23
72/7 104/3 106/8
106/24 143/25 149/5
161/20 171/10
looked [7]  106/12
106/13 106/15 112/3
112/4 167/18 172/9
looking [15]  22/18
44/12 50/16 58/17 81/4
81/8 105/19 108/14
110/3 179/19 181/3
181/4 181/20 199/10
201/6
looking -- making [1]
105/19
looks [12]  44/13 45/25
69/23 72/15 109/21
109/24 110/9 110/13
110/14 129/22 132/24
134/11
loquacious [1]  197/18
lorraine [4]  2/16 2/18
205/3 205/11
lost [1]  155/24
lot [16]  32/5 33/21
38/17 38/18 38/20 42/8
55/1 77/15 98/7 136/13
140/14 149/19 152/7
161/12 176/24 198/20
lots [1]  168/23
loud [5]  52/7 129/14
130/5 130/13 130/24
loudly [5]  30/5 34/4
34/6 124/6 149/23
low [2]  165/17 168/15
low-crime [1]  168/15
lunch [4]  112/14 123/7
123/11 151/11
lungs [2]  52/8 61/18

**M**

ma'am [177]  45/9
45/23 72/21 72/23 73/3
73/5 73/7 73/9 73/13
73/25 74/7 74/12 74/15
74/17 74/19 74/22
74/24 75/1 75/3 75/5
75/16 75/22 75/25 76/3
76/9 76/12 76/14 76/17
77/7 77/10 77/25 78/4
78/8 78/11 78/14 78/18
79/1 79/4 79/14 80/10
84/13 85/4 85/7 85/14
86/10 87/5 87/17 87/25
88/14 88/17 88/20
89/12 90/2 90/6 90/14
90/16 90/22 90/25
91/10 91/18 91/21
91/24 92/7 93/17 93/20
93/23 94/9 94/22 95/3
95/10 95/20 95/22 96/8
96/20 96/22 96/25 98/3
98/5 98/8 98/14 98/17
99/2 99/7 99/10 99/14
99/17 99/24 100/2
100/7 100/13 100/24
101/14 101/17 101/19
101/21 102/5 102/9
102/19 102/22 103/7
103/12 103/15 103/18
103/25 104/10 104/13
104/17 104/24 105/1
105/3 105/12 105/15
105/25 106/16 106/21
106/25 107/7 107/10
107/13 107/15 107/18
107/21 108/1 108/8
108/17 108/19 108/22
108/25 109/6 109/8
109/10 109/12 110/19
110/21 110/23 111/3
111/5 111/7 111/16
111/21 111/24 112/1
112/5 115/5 115/9
115/14 115/17 115/20
115/23 167/20 168/5
168/7 168/22 168/24
169/17 169/21 170/8
170/11 170/15 171/2
171/7 171/25 175/23
176/21 176/23 177/1
178/15 178/17 179/3
182/19 182/23 185/13
185/15 188/20 189/2

**M**

ma'am... [2] 190/21 190/23
mad [4] 21/22 25/5 51/5 53/6
made [8] 5/11 117/19 119/8 121/17 183/13 184/6 193/19 195/24
main [2] 94/20 125/22
Maintaining [1] 141/22
major [1] 97/10
make [43] 7/11 12/6 12/9 15/9 20/21 23/24 31/14 35/24 38/20 48/4 48/9 53/2 55/13 59/21 62/16 77/19 78/1 78/5 78/22 87/3 90/11 118/21 125/23 126/9 126/10 126/11 134/8 140/11 146/13 149/22 152/7 157/3 157/15 161/16 172/14 184/7 184/9 184/22 186/25 192/8 196/6 198/9 198/11
makes [5] 16/3 16/8 16/10 24/11 153/2
making [13] 12/5 17/5 39/21 57/10 61/8 61/9 61/19 62/1 62/6 105/19 158/6 177/21 178/1
man [2] 100/11 100/16
manner [2] 13/25 51/19
manually [1] 143/5
many [13] 8/19 33/7 37/12 50/22 72/24 75/6 90/7 93/13 106/17 160/10 169/8 169/12 181/25
map [1] 46/12
March [1] 81/5
Mariela [1] 4/9
mark [7] 30/17 79/24 83/25 83/25 84/1 134/8 175/12
marked [5] 80/15 83/8 83/21 150/18 180/24
marker [1] 64/3
marking [1] 46/17
marshal [9] 18/18 38/24 85/12 85/13 86/5 86/8 86/14 87/16 166/6
Marshals [3] 36/2

Maryland [1] 125/11
mask [1] 42/3
masks [1] 127/5
mass [1] 168/13
material [1] 124/24
Matt [1] 38/14
matter [9] 9/17 21/21 33/17 80/16 86/16 92/16 107/4 185/6 205/5
matters [1] 151/21
max [2] 184/13 184/24
may [91] 9/14 12/6 12/8 12/9 12/20 12/22 12/24 13/5 13/6 14/23 15/8 15/18 16/7 17/3 17/7 17/8 17/9 17/14 17/15 17/16 17/17 17/21 17/22 18/25 19/2 20/13 20/16 20/19 20/23 21/1 21/11 21/19 24/21 24/22 27/1 28/6 31/11 31/17 34/4 40/22 44/6 44/9 44/20 44/23 46/5 47/13 49/7 49/22 59/4 62/19 71/13 72/3 72/7 79/20 80/3 80/4 83/24 84/8 88/6 88/7 112/19 114/22 119/1 123/15 123/18 123/19 124/7 128/21 129/24 133/19 134/10 134/21 137/6 137/23 140/10 140/20 144/11 148/10 156/10 160/15 162/14 162/25 165/9 173/6 181/17 183/21 194/19 194/20 200/22 204/1 204/7
maybe [19] 24/1 28/13 30/5 35/6 41/22 76/24 111/4 127/17 127/23 153/13 171/5 174/15 174/18 175/4 185/9 192/17 194/6 194/7 202/18
mayonnaise [1] 109/9
McDonald [9] 5/18 117/15 117/25 118/24 119/22 119/24 120/3 120/11 121/14
McDonald's [2] 120/6 122/7
me [99] 5/2 6/5 6/12

18/11 18/18 18/19 21/8 26/7 26/14 26/20 36/18 37/1 37/4 37/7 41/13 43/20 45/16 46/24 48/2 48/5 48/11 49/4 49/4 50/5 50/19 51/6 54/4 56/21 56/21 56/22 56/22 56/23 56/24 57/12 57/17 57/25 59/14 61/19 61/20 62/1 62/19 62/23 64/21 66/3 67/9 69/7 69/23 76/4 76/6 77/15 79/23 80/5 81/5 81/10 82/17 88/9 88/24 88/25 89/6 89/22 94/4 95/4 99/12 100/5 102/23 105/19 111/1 112/10 115/25 121/8 122/19 124/23 130/6 141/14 142/10 142/24 145/8 147/18 149/6 151/12 171/9 172/10 175/11 178/7 178/8 181/6 185/9 192/21 193/17 193/19 195/20 198/3 203/25 204/4 204/10
mean [18] 33/19 34/25 44/1 81/4 82/8 82/10 105/24 110/4 114/24 122/16 156/5 157/20 175/13 192/7 192/8 197/4 200/12 203/7
meaning [3] 88/25 89/3 190/24
means [5] 12/16 17/2 19/13 19/23 33/21
meant [1] 8/9
media [3] 21/1 91/19 138/5
medical [5] 5/18 63/10 117/16 120/3 161/23
meet [2] 106/17 170/20
meeting [2] 91/22 122/24
members [4] 18/23 56/5 123/4 202/8
memorandum [1] 86/9
memory [6] 8/25 9/1 9/2 14/17 16/5 46/19
mention [5] 11/24 12/1 43/20 92/20 140/23
mentioned [2] 10/3

merely [1] 18/14
messages [2] 19/14 19/14
messy [1] 173/15
met [4] 38/2 96/23 126/3 127/8
metro [16] 22/9 39/5 39/8 39/18 41/11 41/13 42/10 42/11 48/1 85/11 86/6 97/15 124/17 124/18 127/1 127/8
Metropolitan [9] 37/14 39/14 77/13 77/18 79/7 79/11 110/20 116/4 116/8
mic [2] 54/6 149/22
Michael [2] 1/17 4/8
michael.dilorenzo [1] 1/20
microphone [5] 31/14 83/11 124/5 124/6 164/1
mid [2] 66/4 143/14
mid-chase [1] 143/14
mid-morning [1] 66/4
middle [4] 28/14 50/13 137/21 142/14
midnight [1] 102/8
might [9] 10/2 55/9 55/10 55/19 83/12 116/22 151/14 152/2 196/22
militarization [1] 29/20
military [2] 30/1 74/1
mind [12] 21/14 22/20 43/4 48/16 52/22 67/23 68/1 68/7 68/12 68/13 81/3 193/21
mine [2] 142/10 157/5
minute [11] 52/13 52/15 53/7 59/8 118/11 149/8 152/12 153/9 153/23 154/10 154/15
minutes [35] 23/4 53/10 53/15 53/21 54/16 55/20 55/23 56/11 56/14 57/6 57/18 57/21 61/14 63/15 122/19 123/1 127/23 129/5 148/23 157/10 157/24 178/6 179/2 179/17 180/15 184/13 184/16 184/23 184/24 184/24 185/7 185/8

**minutes... [3]** 185/23 188/12 197/17
**misdemeanor [5]** 25/8 25/14 26/18 26/20 203/13
**misdemeanors [2]** 35/11 35/12
**misleading [1]** 20/14
**missed [2]** 155/6 166/20
**missing [1]** 175/4
**mission [2]** 22/11 22/20
**misspoke [1]** 154/18
**misunderstanding [1]** 82/22
**mocking [1]** 111/19
**Model [4]** 195/12 196/7 196/17 196/20
**moment [12]** 28/18 80/7 108/6 122/15 135/4 140/2 161/16 172/25 174/16 181/11 187/22 191/22
**momentarily [1]** 118/21
**Montgomery [1]** 125/10
**Moore [2]** 180/25 202/6
**more [38]** 19/2 28/13 34/4 38/22 43/16 53/3 54/4 56/3 101/2 101/2 101/18 101/20 101/25 102/1 107/8 107/10 110/18 114/10 117/11 118/14 123/10 123/12 131/4 131/25 132/8 140/15 140/17 140/23 141/14 141/18 141/19 151/4 165/18 165/19 186/3 196/18 202/18 202/20
**Moreover [1]** 20/18
**morning [23]** 4/2 4/7 4/10 4/11 4/12 4/13 6/21 7/8 7/23 31/13 31/21 45/3 66/4 71/17 72/1 116/13 197/4 198/1 199/17 200/21 202/3 202/14 203/2
**most [6]** 9/22 145/2 145/2 151/15 202/10

**mostly [2]** 35/4 41/11
**mother [1]** 139/20
**motion [2]** 162/21 183/9
**motions [1]** 15/8
**MOU [1]** 85/12
**mouth [2]** 24/17 55/2
**move [13]** 44/18 49/18 59/1 80/11 102/25 103/10 126/11 136/21 151/2 151/5 156/5 162/2 181/13
**moved [6]** 77/5 77/6 84/16 97/7 97/13 131/13
**movement [1]** 62/2
**movements [4]** 23/24 57/11 61/20 141/16
**moves [1]** 153/19
**moving [2]** 23/17 162/19
**MPD [6]** 145/9 145/17 176/6 176/8 176/8 177/20
**MPD's [1]** 147/10
**Mr [5]** 3/6 3/7 3/8 3/11 3/12
**Mr. [105]** 4/13 10/13 10/23 10/24 11/25 11/25 12/2 12/3 29/17 50/18 53/23 61/8 68/18 75/20 77/23 87/1 88/12 91/20 92/9 92/16 92/19 93/12 93/21 93/24 97/25 98/19 99/11 100/11 100/16 101/5 101/25 102/10 104/2 105/7 106/6 106/20 107/5 107/8 107/9 107/11 115/13 115/15 129/7 129/14 129/21 131/8 131/10 131/12 131/22 133/25 134/1 134/3 134/15 135/3 135/13 135/17 136/7 137/11 137/12 141/13 142/21 143/13 145/11 145/18 146/21 149/19 149/22 155/21 167/21 169/11 170/12 170/19 171/6 171/8 171/12 171/18 171/21 173/23 175/8 176/1 176/4 176/13 176/15 176/18

179/16 180/2 180/4 181/7 184/5 184/10 184/16 185/3 185/18 186/2 186/2 186/13 186/14 187/5 188/15 188/24 189/3 200/8
**Mr. Agent Lairmore [1]** 134/1
**Mr. DiLorenzo [3]** 11/25 149/19 149/22
**Mr. Dunn [81]** 4/13 10/13 10/23 10/24 12/2 29/17 50/18 53/23 61/8 68/18 75/20 77/23 87/1 88/12 91/20 92/9 92/16 92/19 93/12 93/21 93/24 97/25 98/19 99/11 100/11 100/16 100/16 101/5 101/25 102/10 104/2 105/7 106/6 106/20 107/5 107/8 107/9 107/11 115/13 115/15 129/14 129/21 131/12 133/25 134/15 136/7 137/11 141/13 142/21 143/13 145/11 145/18 146/21 167/21 169/11 170/12 170/19 171/6 171/8 175/8 176/13 176/15 176/18 178/10 179/4 179/16 180/2 180/4 181/7 184/5 184/10 185/3 185/18 186/2 186/2 186/14 187/5 188/15 188/24 189/3 200/8
**Mr. Dunn's [3]** 155/21 177/12 184/16
**Mr. John [1]** 11/25
**Mr. Lairmore [6]** 131/8 131/10 131/22 134/3 135/13 137/12
**Mr. Lairmore's [2]** 135/3 135/17
**Mr. Sean [1]** 129/7
**Mr. Shephard [6]** 171/12 171/18 171/21 173/23 176/1 176/4
**Mr. Silverman [1]** 12/3
**Ms [4]** 3/6 3/7 3/8 3/11
**Ms. [6]** 4/11 12/3 12/3 180/25 198/11 202/6
**Ms. Gatto [1]** 12/3

**Ms. Moore [2]** 180/25 202/6
**Ms. Schoff [1]** 198/11
**Ms. Shroff [2]** 4/11 12/3
**MTP [4]** 103/14 103/16 103/20 104/8
**much [11]** 4/16 7/20 7/25 24/14 44/5 63/1 63/25 130/25 140/5 143/15 193/25
**multitude [1]** 51/8
**must [22]** 10/22 11/20 14/10 14/11 14/13 16/10 16/15 16/15 16/19 17/13 17/24 18/22 19/3 19/5 19/10 19/16 19/18 20/21 21/2 21/3 21/4 202/25
**mustard [6]** 63/8 109/4 114/14 114/16 115/3 115/12
**my [108]** 4/19 5/6 6/20 9/18 13/22 13/24 15/11 15/12 17/2 21/8 21/16 26/4 26/21 31/23 35/19 38/12 44/17 48/3 48/7 51/6 53/4 56/24 62/13 62/14 63/6 63/7 63/9 68/16 69/25 76/24 78/14 79/9 85/15 85/15 86/17 86/17 86/22 89/5 89/5 92/11 92/12 92/14 93/23 99/12 100/5 102/9 102/14 102/21 102/23 105/18 107/21 110/3 111/16 112/7 112/14 113/11 114/16 114/17 123/7 123/24 123/25 124/15 126/3 127/1 127/3 129/21 130/8 132/1 135/12 135/12 135/16 137/15 142/11 142/22 142/25 143/2 144/20 144/21 145/10 146/6 149/8 153/10 153/18 155/9 157/21 158/5 168/10 172/9 174/12 174/12 175/7 175/7 181/4 181/23 182/6 182/12 182/12 185/2 195/13 197/11 197/21 198/2 199/1 199/13 201/1 201/20 203/16 204/7

**M**

**myself [6]** 9/13 64/21
93/14 126/16 127/18
192/17

**N**

**name [17]** 9/25 31/21
31/23 38/14 95/8 95/14
95/18 124/15 126/17
135/4 135/18 146/13
147/4 176/11 176/12
186/23 188/10
**named [2]** 95/6 95/23
**names [4]** 23/7 51/7
96/12 98/1
**Nancy [1]** 147/5
**narrow [1]** 118/17
**nasal [1]** 187/16
**national [2]** 15/2 33/22
**Nationality [2]** 34/21
35/3
**native [2]** 150/3
150/18
**natural [1]** 17/23
**nature [4]** 37/5 42/18
42/20 69/16
**near [3]** 60/6 97/1
194/21
**nearby [1]** 145/10
**nearly [1]** 179/23
**necessarily [3]** 54/4
170/5 177/5
**necessary [3]** 65/20
66/17 77/22
**need [23]** 7/10 18/25
37/22 69/9 69/20
116/25 139/7 140/14
140/25 151/23 151/23
152/2 155/25 162/1
187/2 196/16 196/18
197/1 198/4 198/8
200/10 200/22 203/6
**needed [5]** 56/7
182/16 193/19 195/7
200/14
**needs [2]** 197/7
199/21
**negative [2]** 50/25
51/4
**neighborhood [3]** 25/6
168/2 168/25
**neon [1]** 89/11
**networking [1]** 17/10
**never [10]** 11/11 30/7

30/11 43/7 88/21
99/11 99/15 100/3
100/8 100/16
**new [3]** 2/8 102/2
126/16
**newspaper [1]** 20/24
**next [23]** 23/4 57/8
62/21 62/22 88/22
97/13 116/17 117/10
134/3 148/7 148/8
153/9 153/12 154/15
176/20 178/10 178/13
188/6 194/9 197/17
198/18 198/23 200/15
**nice [3]** 23/17 103/8
197/21
**Nicholas [1]** 2/10
**NICHOLS [1]** 1/13
**Nick [1]** 4/14
**night [102]** 4/19 5/19
16/22 17/16 17/19 22/8
22/10 23/15 23/17 24/4
24/20 24/24 27/8 27/9
27/9 27/19 29/1 29/7
29/8 30/4 35/16 36/2
36/4 36/7 36/17 36/20
36/21 37/11 37/16
37/17 37/22 38/24 39/4
39/8 39/13 39/14 39/24
40/4 40/20 40/24 41/3
42/5 44/16 45/6 45/7
45/13 46/10 46/11
50/23 55/16 57/14 60/5
76/21 77/20 78/13
78/20 79/3 79/5 86/11
89/11 91/9 91/16 96/10
101/1 102/8 102/13
102/16 102/17 102/25
103/4 103/5 103/9
104/5 104/6 104/11
113/8 113/15 113/18
113/20 113/21 113/24
114/1 114/1 114/18
126/3 126/6 126/9
126/12 126/16 126/20
127/4 128/20 129/17
139/19 166/5 167/2
168/12 179/14 181/5
181/23 193/18 195/8
**night -- which [1]** 29/7
**nightlife [1]** 168/21
**nights [1]** 38/19
**nine [1]** 113/3
**nip [1]** 183/12
**no [159]** 1/5 9/12

14/24 19/12 19/21 22/19
22/20 23/24 24/14
24/14 26/9 33/16 36/6
40/1 40/5 42/5 42/15
43/6 43/8 45/9 45/24
48/5 49/20 51/25 52/4
53/11 53/13 54/14
55/14 59/3 60/4 61/7
61/8 62/20 63/12 63/14
65/20 66/1 69/22 69/22
69/22 69/25 72/20
73/10 73/25 76/17
77/10 78/4 78/14 78/17
79/3 79/14 79/21 84/13
85/7 85/18 86/16 86/24
88/3 88/4 88/10 88/20
88/24 90/25 91/9 91/18
91/21 93/21 93/23 96/3
96/8 97/7 97/12 98/19
98/21 99/14 99/17
100/7 101/3 102/5
102/9 103/16 104/10
104/17 107/4 108/25
108/25 109/6 109/8
109/10 109/12 111/8
111/16 114/12 114/20
122/1 127/6 133/17
137/4 140/14 140/25
142/16 142/22 142/24
144/9 144/16 144/25
150/13 153/4 154/2
154/12 155/7 155/15
155/23 159/21 163/14
163/22 163/22 164/24
165/5 167/1 168/14
168/17 169/1 169/8
169/19 169/21 170/12
170/15 172/11 172/11
174/23 174/25 175/3
176/14 177/11 179/7
179/14 181/16 184/20
187/5 187/7 187/14
187/15 188/5 188/8
190/4 190/13 190/15
190/16 191/4 191/7
191/17 191/24 193/3
193/23 198/18 200/3
202/1
**Nobody [1]** 102/6
**Nodded [1]** 173/18
**non [1]** 180/10
**non-compliant [1]**
180/10
**noon [3]** 123/2 123/6
123/13

36/5 41/24
51/21 62/7 86/25
**normal [6]**
**normally [5]** 37/23
41/5 62/8 97/16 127/3
**north [2]** 63/24 64/24
**northern [2]** 32/8 64/2
**northwest [3]** 128/25
146/2 181/9
**not [290]**
**not-so-nice [1]** 103/8
**note [6]** 4/17 54/6
112/15 137/25 139/25
141/25
**notebook [1]** 8/16
**notebooks [4]** 8/22 9/6
9/8 9/11
**notes [9]** 8/18 8/18
8/19 8/24 9/2 9/4 9/13
14/17 68/16
**nothing [17]** 17/20
42/9 53/2 61/9 62/17
62/19 76/1 76/8 76/17
97/3 97/6 97/22 105/19
110/7 112/15 187/19
203/9
**notice [4]** 9/15 57/1
136/10 184/11
**noticed [6]** 8/15 119/1
121/13 130/3 131/1
152/6
**notified [2]** 125/19
184/25
**November [1]** 1/7
**now [69]** 4/22 5/6 6/12
8/2 8/6 10/6 16/23
18/21 23/14 26/8 28/4
28/16 30/24 33/9 35/14
45/16 51/16 51/23
52/13 52/17 52/24
57/24 57/25 60/24
61/17 68/22 68/23 71/6
76/18 77/1 84/25 87/22
88/6 88/12 89/25
100/19 101/20 101/25
103/13 108/13 110/20
114/7 114/13 121/20
123/11 125/14 127/25
131/18 137/11 139/9
139/15 141/10 144/16
147/20 151/24 153/22
158/11 159/13 159/15
159/16 163/4 163/18
165/14 181/20 182/7
185/9 194/18 197/1
197/6

**N**

now -- and [1] 185/9
nsilverman [1] 2/12
number [17] 101/5
 101/6 101/9 101/15
 110/16 142/10 157/8
 157/16 158/2 159/4
 177/17 177/19 177/20
 179/8 180/20 180/21
 192/13
numbers [3] 101/13
 149/6 162/3
NW [3] 1/19 2/11 2/17
NY [2] 2/5 2/8
NYC [1] 2/5

**O**

oath [4] 27/14 66/5
 71/13 162/15
object [9] 7/17 16/7
 16/12 29/9 30/22
 117/21 155/19 163/16
 183/11
objecting [2] 16/9
 163/22
objection [62] 16/14
 24/25 25/10 25/13
 36/24 37/2 37/5 40/8
 40/14 40/21 42/16
 42/17 45/24 47/2 47/5
 47/8 49/20 54/6 56/16
 58/2 59/3 63/2 64/14
 64/14 82/25 83/2 84/15
 89/16 89/20 91/13
 122/13 133/15 137/3
 140/25 144/8 150/23
 151/25 153/6 153/11
 153/18 153/21 157/12
 157/13 157/21 158/3
 158/11 160/12 160/24
 161/12 161/14 163/12
 163/13 163/20 164/12
 181/15 181/16 182/25
 189/12 190/4 191/11
 193/13 203/13
objections [9] 15/9
 16/10 158/6 158/18
 160/8 160/11 160/16
 160/18 160/22
objects [1] 80/13
obscenities [3] 23/7
 48/11 56/23
observes [1] 153/8
observing [2] 48/1

obvious [4] 73/23
 148/19 148/20 204/11
obviously [12] 6/1 6/4
 39/20 75/23 84/14
 119/6 122/23 124/4
 200/15 200/21 201/17
 201/23
occasion [4] 138/5
 147/20 147/24 163/10
occupation [1] 30/2
occurred [5] 117/11
 118/11 119/25 127/13
 127/15
odd [1] 111/14
off [21] 24/8 24/12
 37/11 38/3 40/18 45/18
 54/6 65/7 82/4 96/17
 96/19 108/7 108/9
 132/6 142/25 148/12
 151/23 167/9 173/9
 189/7 195/17
offense [12] 11/15
 11/17 11/19 11/21 26/1
 28/19 68/24 133/6
 133/9 146/23 195/8
 201/19
offenses [1] 11/4
offer [2] 13/7 137/2
offers [2] 16/8 133/13
office [6] 28/17 67/7
 91/7 96/3 112/7 125/12
officer [91] 5/18 10/15
 25/9 27/3 27/5 28/21
 33/4 45/3 61/11 71/17
 73/20 77/6 78/9 86/15
 87/23 89/4 95/7 95/19
 99/13 103/17 103/20
 104/5 104/12 106/6
 115/18 116/2 118/3
 118/6 119/14 119/22
 119/24 120/3 120/6
 120/11 120/16 125/2
 125/5 125/25 126/16
 126/16 126/17 127/15
 127/18 129/7 131/14
 132/10 141/1 141/4
 146/17 146/18 146/19
 146/20 146/24 147/1
 147/2 147/21 150/7
 153/7 163/10 164/5
 164/11 164/16 167/7
 176/9 176/22 176/25
 177/4 181/4 181/22
 182/6 182/10 182/12

 181/3 183/15 183/20 184/6
 184/7 184/11 185/12
 186/13 186/14 187/11
 188/6 188/9 188/11
 188/13 188/15 192/18
 192/25
Officer Fields [10]
 127/18 181/4 181/22
 182/10 182/14 184/6
 184/7 184/11 192/18
 192/25
Officer Henry's [1]
 120/16
Officer Lairmore [4]
 71/17 73/20 99/13
 106/6
Officer McDonald [5]
 5/18 119/22 119/24
 120/3 120/11
Officer McDonald's [1]
 120/6
Officer Thandi [9]
 118/6 119/14 126/16
 147/2 147/21 164/11
 164/16 188/13 188/15
Officer Thandi's [2]
 150/7 163/10
Officer Trejo [1] 95/19
officer's [3] 53/4 59/22
 196/2
officers [56] 22/3 22/4
 23/5 24/2 29/14 29/18
 30/3 32/25 35/2 41/12
 47/25 48/12 51/19 52/2
 54/24 60/16 65/4 93/13
 94/11 94/13 94/24 95/1
 96/11 100/6 101/2
 101/5 101/6 101/15
 105/17 106/22 111/14
 126/13 126/15 127/14
 131/20 132/3 136/12
 137/11 140/3 169/12
 171/23 171/24 179/20
 180/2 180/11 180/20
 182/6 183/21 184/17
 185/4 185/10 185/22
 186/7 192/14 192/15
 193/11
officers -- in [1] 30/3
officers' [1] 193/14
official [6] 2/16 10/18
 81/18 81/20 196/2
 205/3
Oh [10] 42/21 52/8

 161/1 182/14 182/18 88/8 90/3
 124/1 135/12 149/1
 172/15
okay [112] 5/8 5/16
 7/17 7/21 25/17 26/10
 26/10 37/17 45/24
 47/11 53/5 58/12 66/9
 66/17 67/1 67/18 68/5
 70/6 70/23 70/25 71/1
 71/23 72/2 72/5 73/22
 75/20 76/7 77/17 78/22
 80/21 81/19 83/1 83/15
 84/25 85/23 86/17
 87/19 87/19 88/21 93/7
 93/11 94/5 94/21 95/4
 95/17 96/9 96/18 97/21
 98/12 98/22 99/8 100/3
 101/24 103/3 104/7
 105/6 106/9 106/15
 107/4 110/1 110/11
 110/16 112/8 114/25
 116/6 116/23 121/2
 122/5 122/13 123/2
 123/12 135/14 138/20
 141/5 149/1 149/4
 150/16 151/2 151/17
 151/20 153/2 153/16
 154/3 154/13 158/17
 158/19 159/1 160/5
 163/19 163/23 173/2
 173/11 175/4 175/10
 176/1 182/15 184/2
 188/3 191/2 191/8
 194/17 194/25 195/3
 195/13 196/25 197/9
 198/15 199/6 202/5
 202/16 203/2 204/12
old [1] 84/25
old-fashioned [1]
 84/25
omissions [1] 154/17
once [14] 38/2 65/9
 65/20 71/13 100/3
 127/19 131/21 140/18
 142/14 142/18 142/24
 182/4 182/11 192/23
one [87] 5/9 5/11 9/12
 22/3 22/15 23/5 26/20
 27/2 27/14 27/18 27/19
 29/6 33/7 35/20 37/12
 38/19 41/12 41/19 42/6
 43/14 50/22 54/7 60/7
 61/8 65/4 65/5 71/20
 71/22 75/7 80/1 80/2
 80/6 83/4 83/20 94/5

# O

**one... [52]** 97/1 97/2 97/2 97/3 97/13 97/14 102/17 104/1 104/15 104/16 105/18 106/7 109/23 111/1 111/4 111/6 111/8 111/12 111/12 111/14 112/9 112/10 118/18 118/20 127/17 130/6 131/11 133/25 135/22 139/14 145/10 145/17 151/21 152/3 159/8 165/18 165/19 172/2 172/25 177/24 182/5 186/13 186/14 187/3 188/24 189/13 190/11 191/14 196/23 200/3 202/1 204/4

**ones [2]** 66/20 126/21

**onion [1]** 114/17

**onions [1]** 63/8

**only [42]** 8/24 9/16 12/11 13/17 14/6 15/18 20/7 20/15 21/12 21/12 21/13 27/24 55/8 75/17 76/6 76/18 87/14 99/21 103/23 104/21 104/21 105/24 106/12 113/6 113/7 120/13 120/15 127/11 131/22 142/10 142/15 154/19 157/3 157/12 158/3 165/19 173/6 179/1 179/20 192/20 193/1 199/12

**op [1]** 112/9

**open [3]** 21/14 76/10 76/11

**opening [16]** 5/1 5/3 12/5 12/6 12/7 12/9 12/10 12/14 13/15 21/18 21/20 28/4 28/7 117/23 203/12 203/14

**openings [2]** 5/7 6/15

**operate [2]** 13/7 21/23

**operating [1]** 45/13

**operation [5]** 36/20 38/19 38/23 39/1 114/8

**operational [2]** 33/4 104/17

**operations [2]** 33/2 125/6

**opinion [6]** 15/12 15/15 51/11 52/21

**opinions [3]** 14/20 30/4 30/6

**opponent [1]** 155/22

**opportunity [3]** 12/5 143/25 199/13

**oppose [1]** 10/14

**opposed [1]** 78/2

**option [1]** 199/16

**options [1]** 118/20

**order [47]** 4/25 10/21 35/24 36/18 37/15 48/4 48/9 77/19 78/7 78/12 78/15 79/2 79/6 79/10 79/12 80/10 80/22 81/12 81/15 82/1 82/22 82/24 83/22 84/12 85/3 85/6 85/9 85/16 85/19 85/21 86/1 86/2 86/3 86/4 86/5 86/6 86/12 86/18 87/6 87/9 87/10 113/5 113/9 156/1 161/9 166/12 177/22

**orderly [1]** 13/25

**orders [2]** 5/15 78/10

**organic [9]** 34/15 34/24 35/1 35/2 35/4 35/9 86/10 87/25 88/2

**organizations [1]** 56/5

**orient [1]** 163/5

**orientation [1]** 15/4

**origin [1]** 15/3

**original [4]** 77/5 179/21 182/8 204/9

**originally [2]** 127/8 192/22

**other [89]** 9/5 11/18 15/5 15/24 16/1 16/7 17/10 18/7 18/19 19/13 20/13 21/8 22/8 27/4 32/22 32/23 33/1 34/18 35/21 36/10 38/5 38/7 38/10 39/2 42/13 45/10 47/25 48/12 52/1 59/16 60/15 61/10 64/21 75/8 79/8 91/20 93/13 94/16 94/17 94/18 96/2 96/11 96/12 99/8 99/12 101/8 101/8 101/9 101/12 105/17 118/24 120/23 126/13 126/18 130/16 131/19 132/3 132/15 134/6 135/22 135/25 136/12 148/22 151/21 158/6 158/8 158/18

**56/15 62/18**

**160/3 160/4 160/10 160/16 160/18 160/22 168/16 180/2 182/6 187/2 192/17 193/6 193/11 193/13 195/24 196/10 196/16 196/19 196/23 197/16 200/4 203/7**

**others [2]** 8/20 93/14

**otherwise [4]** 25/3 32/19 180/10 199/25

**our [48]** 5/17 6/17 7/12 21/23 28/10 32/16 33/3 34/12 34/15 34/17 34/20 35/2 35/8 35/11 36/17 37/21 39/14 41/12 41/16 41/16 41/21 41/24 55/7 55/8 67/20 76/22 77/20 85/10 86/10 87/25 96/25 101/9 116/17 116/18 117/9 117/15 118/23 121/13 123/10 125/22 126/12 140/11 142/19 154/20 181/25 186/23 186/24 193/5

**our -- is [1]** 35/8

**ours [1]** 101/8

**out [53]** 5/19 5/23 7/9 9/12 23/9 30/2 31/3 33/1 36/19 37/24 39/24 40/2 43/25 48/2 48/7 48/16 52/13 55/2 56/6 56/15 57/22 65/9 71/19 88/13 88/15 98/6 109/21 109/24 110/7 110/9 110/11 113/6 113/7 114/14 118/24 120/10 121/14 129/20 132/1 139/9 145/14 145/18 151/15 151/22 166/9 175/8 182/4 182/9 182/11 192/20 195/16 200/4 200/5

**outburst [1]** 30/17

**outside [11]** 17/15 18/2 20/9 28/9 47/24 81/14 81/20 91/2 133/11 151/24 194/14

**outstanding [2]** 146/14 194/6

**over [27]** 8/3 17/12 17/20 20/12 22/6 23/4 32/3 38/3 38/3 60/6 63/7 63/8 64/1 71/23

**97/25 113/8 116/4 119/11 124/21 146/5 153/20 179/17 184/14 184/22 192/23 192/25 201/6**

**overall [1]** 55/19

**overblown [1]** 68/8

**overburdening [1]** 200/13

**overhand [1]** 132/14

**overhead [1]** 72/10

**overhear [1]** 18/10

**overhearing [1]** 18/4

**overly [1]** 201/12

**overnight [2]** 9/7 9/9

**overruled [15]** 25/1 29/10 37/8 89/21 153/6 153/11 153/18 157/13 158/11 159/18 161/12 161/14 190/5 191/19 193/16

**oversee [2]** 35/21 35/21

**overtime [2]** 125/18 166/16

**overwhelmingly [1]** 31/5

**own [11]** 9/1 9/2 20/5 20/19 24/17 30/15 64/16 82/14 86/10 121/13 164/8

# P

**P R O C E E D I N G S [1]** 3/20

**P.D [1]** 86/6

**P.G [1]** 125/11

**p.m [4]** 76/21 76/23 123/14 162/8 162/8 167/4 167/11 204/14

**page [7]** 3/4 3/14 81/4 82/15 112/25 137/25 171/11

**pages [1]** 9/12

**paid [1]** 92/15

**pair [2]** 33/1 75/20

**paired [2]** 39/2 39/4

**pants [2]** 74/11 74/20

**paper [2]** 108/18 201/22

**papers [1]** 202/1

**paperwork [2]** 177/2 185/14

**Park [13]** 36/1 37/14 38/3 38/5 38/16 38/17

**P**

**Park... [7]** 38/21 85/12 86/5 86/9 97/14 126/3 166/17

**parked [3]** 60/6 145/14 145/14

**Parron [6]** 1/18 3/6 3/7 3/8 4/8 11/25

**part [37]** 7/5 17/21 33/6 36/22 37/11 41/8 51/23 59/11 64/1 64/2 68/4 75/17 83/16 86/12 87/23 87/25 88/1 94/8 97/10 100/22 105/2 114/3 114/5 114/7 114/10 118/4 118/16 118/18 118/19 125/18 137/16 138/8 145/2 152/9 156/12 166/14 170/18

**participating [1]** 126/14

**particular [14]** 11/15 11/19 22/19 41/8 42/13 43/22 46/13 66/20 67/23 103/16 152/6 157/10 177/3 198/20

**particularly [2]** 91/12 203/22

**parties [12]** 4/18 17/25 18/8 20/6 20/10 82/12 117/1 197/4 201/1 201/16 201/23 202/9

**parties' [1]** 4/19

**partner [3]** 135/4 181/5 181/23

**parts [3]** 118/15 158/8 168/16

**party [3]** 16/11 155/22 161/3

**pass [1]** 161/17

**passed [1]** 82/23

**past [2]** 65/10 200/16

**patch [4]** 67/11 112/10 112/11 112/13

**path [2]** 64/4 65/7

**patrol [40]** 22/9 23/10 29/24 31/25 32/2 32/6 32/13 32/16 33/10 33/15 33/16 33/25 34/11 35/15 36/4 36/10 39/5 39/8 40/13 41/18 86/19 89/6 89/8 89/10 97/16 97/19 101/8

103/9 103/16 103/12 113/7 125/1 125/5 126/23 129/9 139/14 145/9 166/9 168/10 168/12

**patrolling [7]** 22/10 29/16 29/16 43/15 46/25 90/10 167/25

**patrols [4]** 41/10 42/12 76/22 168/8

**pause [13]** 65/25 106/4 128/1 139/24 149/11 149/18 149/21 150/16 165/12 172/2 173/1 187/23 191/23

**pay [2]** 14/13 93/8

**paying [1]** 107/3

**pedestrian [7]** 39/22 41/20 48/1 53/17 61/10 64/12 97/5

**Penal [4]** 195/12 196/8 196/17 196/20

**pencil [1]** 8/16

**people [28]** 8/4 8/19 15/1 17/16 17/24 19/4 19/5 19/5 21/22 25/5 29/16 34/4 61/5 75/13 91/2 91/16 91/20 92/1 99/8 99/12 110/17 111/2 129/9 130/12 139/8 165/20 189/23 192/4

**per [2]** 85/10 113/8

**percent [1]** 30/13

**Perez [1]** 96/9

**perfect [4]** 6/10 31/16 66/3 181/22

**performance [2]** 10/18 81/20

**perhaps [3]** 81/8 117/2 202/13

**perimeter [1]** 81/14

**period [3]** 145/1 172/16 174/13

**permanent [1]** 77/2

**permission [1]** 165/7

**permitted [9]** 8/18 8/22 9/9 16/25 19/21 85/8 85/17 85/21 120/13

**permitting [1]** 69/18

**person [14]** 10/17 10/21 48/13 67/21 89/14 92/25 129/6 139/13 140/12 145/16

146/6 163/7 161/24 193/1

**person's [2]** 51/21 146/13

**personal [15]** 14/19 14/24 15/5 22/11 42/24 105/13 105/16 106/7 106/20 153/4 154/2 154/22 155/15 155/23 160/17

**personally [2]** 43/9 118/2

**personnel [1]** 145/17

**perspective [3]** 67/3 68/25 197/8

**phone [15]** 19/7 25/11 37/22 80/14 80/17 80/18 83/13 84/15 111/3 116/20 117/4 161/23 183/1 184/6 184/7

**photo [12]** 20/2 72/9 109/19 109/21 110/3 110/4 115/6 115/10 116/9 137/12 137/21 169/2

**photo -- I [1]** 110/4

**photograph [9]** 116/2 132/21 132/23 133/10 134/5 136/19 136/21 180/23 193/12

**photographs [2]** 67/8 120/22

**phrase [1]** 97/17

**physical [2]** 21/25 187/12

**physically [6]** 58/5 103/23 121/16 125/12 143/1 180/10

**pick [3]** 22/13 188/4 202/17

**picked [1]** 19/1

**picture [25]** 45/21 46/14 106/24 108/25 109/1 109/5 109/6 109/8 109/10 109/12 109/15 111/8 111/10 111/15 133/4 135/10 135/11 136/3 154/25 167/18 169/12 171/1 185/4 192/12 192/14

**piece [6]** 75/18 117/25 121/24 156/23 196/18 201/22

**pink [2]** 75/24 139/5

193/1

**pitch [1]** 132/13

**pivot [1]** 198/9

**place [7]** 14/25 58/11 127/8 145/24 152/12 186/19 202/3

**placed [4]** 65/14 65/22 65/22 146/16

**places [2]** 86/19 86/20

**plain [2]** 20/14 125/6

**plain-clothed [1]** 125/6

**Plaintiff [2]** 1/6 1/17

**plan [9]** 5/6 119/21 120/4 120/20 121/4 123/7 154/19 195/13 203/5

**planned [3]** 117/24 121/20 154/19

**planning [5]** 22/20 32/15 117/14 155/18 198/14

**play [31]** 49/9 59/8 138/15 138/21 139/15 139/22 141/6 141/23 144/14 144/22 149/12 149/15 150/14 154/10 154/15 154/19 154/24 155/2 155/12 155/13 155/20 156/1 156/15 161/19 165/7 165/15 165/18 171/18 171/21 173/20 173/23

**played [43]** 49/11 50/1 50/4 51/13 52/12 52/14 53/9 53/14 53/19 54/1 54/15 55/22 56/13 57/5 57/20 58/15 59/9 60/1 60/9 60/21 61/13 63/17 72/11 73/4 73/17 128/4 138/22 139/16 139/23 141/7 141/24 144/15 148/16 149/16 150/15 161/6 165/11 165/16 165/21 171/14 171/20 172/1 176/3

**playing [18]** 49/24 51/12 52/11 53/7 55/20 56/11 57/4 57/18 59/25 60/8 60/20 61/12 63/15 73/15 118/9 118/10 155/4 176/1

**please [57]** 4/5 7/21 31/13 43/19 47/17 49/6 49/24 50/5 51/12 51/14 52/11 52/15 53/8 54/17

**please...** [43] 55/21 55/24 56/12 57/4 57/6 57/19 57/22 58/13 59/25 60/8 60/10 60/20 61/12 61/14 61/15 63/18 71/7 72/7 73/15 83/11 123/22 124/5 124/13 127/7 128/3 129/4 129/19 130/4 131/6 133/22 138/21 138/23 139/22 139/24 141/6 141/23 142/7 144/14 150/14 162/11 165/15 167/16 204/4

**plenty** [1] 115/24

**plush** [2] 67/10 111/23

**pockets** [1] 74/12

**point** [68] 16/24 23/5 23/14 24/1 24/10 25/22 52/25 53/4 53/12 54/20 55/7 56/8 56/15 57/1 57/3 57/8 57/9 59/19 62/7 70/19 73/10 76/5 78/17 78/20 94/5 98/9 98/12 98/18 107/1 116/7 117/12 122/8 122/13 127/17 127/22 129/12 129/20 130/6 130/17 130/19 131/8 131/15 136/3 136/5 140/9 140/15 140/24 141/3 143/13 143/15 146/7 146/10 148/5 150/9 150/19 150/21 155/8 156/7 164/4 172/18 175/9 180/14 180/20 187/3 189/6 193/3 199/2 201/3

**pointing** [6] 48/16 51/18 56/3 62/1 136/13 141/14

**points** [2] 32/7 138/17

**police** [46] 22/10 24/4 36/1 37/14 37/15 38/3 38/5 38/16 38/17 38/21 79/11 85/12 86/6 86/10 94/6 97/15 104/22 104/25 105/2 110/20 116/4 116/8 124/17 125/22 126/4 126/13 127/2 134/24 146/17 146/18 163/7 166/17 176/9 177/3 178/14

**policies** [1] 29/18

**polo** [1] 76/11

**pops** [1] 43/25

**population** [1] 39/21

**portion** [12] 118/7 150/3 152/6 152/17 153/12 156/15 157/4 157/5 157/16 159/14 160/11 172/21

**portions** [2] 152/24 160/8

**position** [3] 7/14 33/16 65/23

**positions** [3] 4/19 33/3 33/4

**positive** [1] 50/25

**possibility** [1] 14/22

**possible** [3] 50/2 59/23 194/25

**possibly** [1] 200/5

**post** [1] 50/10

**posted** [1] 138/6

**posting** [2] 17/10 19/12

**posture** [2] 62/5 104/18

**potential** [8] 6/8 25/17 25/23 26/16 43/21 55/10 62/10 170/9

**potentially** [2] 5/25 62/11

**powers** [1] 34/10

**pre** [1] 26/20

**pre-cleared** [1] 26/20

**precinct** [18] 146/21 155/6 164/4 178/14 178/16 178/18 179/1 183/20 188/16 188/19 188/22 189/1 189/3 189/19 189/21 189/24 190/17 191/9

**precise** [1] 110/18

**preferences** [1] 14/24

**prejudices** [2] 14/20 14/24

**prejudicial** [1] 159/22

**preliminary** [6] 5/7 5/10 6/14 8/1 8/6 8/12

**preparation** [3] 22/13 126/1 138/8

**prepare** [1] 106/17

**prepared** [8] 6/7 44/19 45/19 82/11 106/10 116/16 161/25 197/5 197/5

**preparing** [1] 91/23

**prepping** [1] 45/22

**presence** [11] 21/13 24/22 35/7 35/11 101/18 120/1 125/24 126/12 159/19 161/6 194/14

**presence -- federal** [1] 35/11

**present** [11] 4/14 12/24 13/12 46/3 118/3 150/19 152/18 152/21 153/10 154/20 156/17

**presented** [6] 11/2 19/18 20/15 20/16 20/18 21/4

**presents** [1] 12/23

**preserve** [1] 115/21

**President** [1] 102/2

**presidential** [2] 166/11 166/14

**press** [7] 133/1 149/18 149/21 174/16 174/21 175/1 175/5

**pressing** [1] 142/13

**presumed** [1] 11/5

**presumption** [1] 11/6

**pretty** [6] 62/3 63/25 78/3 104/3 172/4 204/10

**prevent** [1] 32/24

**preventing** [2] 33/22 33/24

**prevention** [9] 36/4 39/16 41/11 41/19 53/18 77/14 77/21 100/20 100/21

**preview** [2] 203/21 203/23

**previous** [1] 59/15

**previously** [2] 84/15 141/19

**pride** [1] 169/2

**primarily** [9] 32/6 32/24 33/21 34/12 34/13 34/20 35/9 36/2 41/1

**primary** [2] 77/20 124/22

**principles** [1] 19/19

**prior** [10] 125/1

**private** [1] 59/24

**probably** [12] 8/15 9/15 25/21 52/9 61/3 61/22 62/25 76/22 111/3 116/24 185/2 195/10

**problem** [5] 70/2 82/18 128/17 160/6 173/8

**problematic** [1] 42/24

**problems** [1] 201/16

**procedurally** [1] 197/11

**procedure** [1] 114/8

**procedures** [1] 10/6

**proceed** [21] 11/22 21/19 27/1 28/6 31/8 31/17 44/9 71/14 72/3 84/8 112/19 116/18 117/8 118/23 122/4 123/15 124/7 128/6 129/4 161/15 197/1

**proceeded** [1] 35/23

**proceeding** [2] 117/24 196/9

**proceedings** [8] 1/12 2/20 65/25 106/4 187/23 191/23 204/14 205/5

**process** [5] 9/24 43/22 166/8 188/7 196/25

**processed** [10] 142/24 146/22 146/23 189/1 189/3 189/8 189/10 189/15 190/7 190/20

**processing** [13] 147/14 156/22 164/6 164/17 164/19 164/21 164/23 165/4 177/9 183/10 183/15 183/16 190/10

**produce** [2] 11/12 13/1

**produced** [2] 2/20 173/3

**productive** [2] 198/23 202/9

**profanities** [6] 51/8 51/17 52/1 53/24 54/25 61/19

**profanity** [2] 52/19 56/4

**P**

**professional** [1] 23/16
**program** [2] 36/19 46/2
**programs** [3] 33/7 35/20 186/24
**progresses** [2] 101/1 101/1
**promised** [1] 151/11
**promising** [1] 200/7
**promising -- I** [1] 200/7
**promulgated** [1] 80/23
**pronounce** [1] 126/17
**proof** [5] 11/11 74/18 195/20 196/7 198/19
**proper** [3] 121/7 121/12 155/20
**properly** [2] 15/18 16/9
**property** [2] 187/25 188/4
**proposal** [2] 26/3 26/6
**propose** [5] 194/9 197/1 198/3 199/9 203/17
**prosecutor** [5] 45/20 72/22 73/1 92/20 97/21
**prosecutors** [1] 91/22
**protect** [1] 48/8
**Protection** [8] 10/17 28/12 29/15 32/4 33/20 38/11 135/19 135/20
**prove** [7] 11/9 11/12 11/19 13/1 28/24 196/3 196/23
**proven** [2] 11/7 11/14
**provide** [3] 4/24 18/22 82/12
**provided** [2] 5/12 84/7
**provides** [1] 187/10
**proving** [1] 196/4
**provoke** [1] 55/12
**prudent** [1] 197/24
**public** [4] 42/8 50/23 92/17 193/21
**publicity** [1] 21/6
**publish** [2] 63/18 128/3
**published** [21] 44/6 46/5 46/6 49/22 49/23 59/5 59/6 84/23 133/19 133/20 137/6 137/7 144/7 144/11 144/13
162/25 169/2 172/7 173/6 181/18 181/19
**puff** [1] 137/15
**pull** [7] 82/13 108/12 143/22 145/19 164/1 171/12 172/8
**pulls** [1] 143/15
**punctuation** [1] 30/16
**punishment** [2] 25/17 26/18
**pure** [1] 45/18
**purported** [1] 154/17
**purpose** [2] 77/20 182/1
**purposes** [2] 149/8 173/20
**pursuant** [4] 87/6 87/8 87/10 166/11
**pursue** [3] 116/7 183/24 183/25
**pursued** [1] 64/22
**pursuit** [1] 182/4
**push** [1] 43/25
**put** [19] 12/15 13/2 46/16 65/21 69/19 101/25 112/7 112/14 123/22 131/12 136/15 148/17 167/15 182/11 192/23 195/21 198/19 200/4 200/5
**puts** [1] 156/23
**putting** [2] 62/13 200/1

**Q**

**quarter** [1] 197/13
**question** [61] 6/11 15/10 15/22 15/23 16/4 16/8 16/14 16/15 16/16 16/17 16/19 29/6 40/9 47/11 47/13 47/17 51/3 54/8 69/7 76/24 76/24 77/24 79/9 85/15 85/15 85/22 86/17 86/18 86/22 86/23 87/20 88/21 88/24 91/3 91/5 92/12 92/13 92/14 102/21 102/23 103/2 106/10 110/3 120/8 121/3 135/6 135/7 148/7 150/12 156/14 159/20 161/8 163/17 164/13 183/6 189/13 191/12 191/13 195/14 197/10 200/11
**questions** [28] 12/17
44/7 66/1 73/6 73/8 114/20 119/10 129/10 149/9 152/9 153/17 154/9 155/11 155/13 156/1 160/19 163/4 165/5 183/22 191/16 191/25 192/3 193/23 195/14
**quick** [1] 192/9
**quickest** [1] 197/3
**quickly** [2] 24/8 145/19 194/20 194/25
**quite** [4] 29/24 129/14 161/21 193/8
**quoting** [1] 78/7

**R**

**race** [1] 15/2
**racist** [1] 29/20
**radio** [8] 20/24 94/17 114/17 115/8 182/12 184/8 192/25 193/2
**radios** [3] 127/12 182/7 193/5
**radius** [2] 41/18 52/9
**raise** [3] 5/10 10/4 187/19
**raised** [2] 5/18 203/13
**ran** [1] 36/12
**rate** [1] 42/15
**rather** [5] 48/15 138/13 148/21 156/11 174/3
**re** [2] 162/10 162/12
**re-call** [1] 162/10
**re-takes** [1] 162/12
**reach** [4] 23/19 24/6 94/20 118/24
**react** [4] 52/5 56/25 62/14 62/20
**reacting** [2] 52/3 141/21
**reaction** [6] 23/24 50/25 55/12 62/6 69/5 140/3
**read** [12] 10/20 17/9 21/1 21/3 78/22 79/2 79/10 80/25 80/25 84/11 85/4 87/11
**ready** [5] 4/23 31/8 59/16 71/9 201/7
**Reagan** [3] 37/19 37/23 77/3
**real** [1] 23/24
12/20 13/4 98/15 147/9
**realize** [2] 8/2 10/1
**really** [37] 23/14 23/21 24/2 24/14 25/24 39/15 42/9 48/10 50/15 50/20 51/5 51/5 51/20 56/4 57/9 57/10 61/19 69/14 69/19 74/11 76/25 79/9 86/17 98/11 101/5 103/5 122/18 123/5 129/10 161/21 161/21 161/21 170/17 172/4 192/7 198/21 203/22
**rears** [1] 57/16
**reason** [7] 8/5 42/13 83/16 104/9 113/7 172/6 193/8
**reasonable** [9] 11/3 11/8 11/10 11/15 11/20 28/25 29/1 31/1 202/3
**reasons** [3] 20/4 149/7 161/12
**rebuttal** [1] 13/7
**recall** [21] 78/1 78/17 78/20 79/12 79/14 79/16 79/19 91/22 91/25 94/1 99/14 100/7 126/24 131/23 135/4 135/17 141/16 143/11 167/19 167/21 178/21
**receive** [3] 18/22 36/7 143/7
**received** [6] 34/9 67/21 67/25 69/8 69/15 111/18
**recent** [1] 29/19
**recess** [9] 71/2 122/19 122/23 123/1 123/6 123/13 123/14 151/12 162/8
**recesses** [1] 9/7
**recognizance** [1] 164/9
**recognize** [9] 10/2 72/14 80/8 128/6 149/17 150/2 150/5 154/25 165/1
**recognizes** [1] 154/21
**recollection** [3] 44/17 45/18 78/14
**record** [28] 4/6 4/17 16/18 31/22 40/18 48/20 54/4 66/8 68/4 71/6 82/4 83/5 91/20 108/13 123/8 128/21 129/20 129/24 130/1

**record...** [9] 134/10 134/21 137/23 148/19 153/13 157/6 157/21 173/9 205/5
**recorded** [13] 2/20 92/3 92/15 92/18 92/22 92/24 93/1 93/5 93/7 93/8 93/9 113/13 113/14
**recording** [7] 91/17 92/1 92/5 93/2 93/4 100/11 170/4
**records** [1] 142/18
**recross** [2] 114/22 115/1
**RECROSS-EXAMINAT ION** [1] 115/1
**recruited** [1] 100/16
**recruits** [1] 99/15
**red** [4] 51/5 61/25 107/12 130/16
**red-faced** [2] 51/5 61/25
**redirect** [9] 3/8 3/8 3/12 12/22 13/5 112/18 112/21 192/2 192/10
**Reeves** [1] 130/17
**refer** [3] 11/23 26/13 83/7
**reference** [1] 117/22
**referenced** [1] 113/5
**referred** [2] 7/18 82/1
**referring** [4] 11/24 12/2 26/16 174/2
**refers** [1] 16/4
**reflect** [10] 48/20 48/22 49/15 108/13 128/21 129/24 130/1 134/10 134/21 137/23
**reflective** [2] 67/22 68/7
**reflects** [1] 149/13
**refresher** [1] 34/14
**refuse** [1] 18/17
**refute** [1] 20/10
**regard** [1] 126/5
**regardless** [2] 15/2 122/6
**regular** [1] 9/21
**reject** [1] 197/12
**relate** [1] 128/9
**relates** [1] 183/17
**relation** [4] 34/18 49/1

**relatively** [1] 201/4
**release** [3] 164/8 198/3 202/11
**released** [4] 116/13 188/4 199/10 202/15
**relevance** [4] 37/3 37/6 159/21 160/24
**relevant** [18] 5/13 68/2 68/3 68/10 68/12 68/14 81/2 81/11 81/16 156/12 159/20 160/25 161/2 161/9 183/5 183/11 183/14 191/18
**religion** [1] 15/3
**rely** [4] 9/2 14/16 16/5 20/18
**Relying** [1] 20/8
**remain** [3] 9/6 162/15 185/23
**remainder** [2] 204/8 204/9
**remained** [1] 101/9
**remains** [1] 11/6
**remarks** [1] 8/9
**remedy** [3] 25/20 26/1 70/5
**remember** [11] 8/20 8/24 16/5 38/4 65/5 80/25 104/4 126/22 140/9 140/19 178/4
**remembering** [1] 162/3
**reminded** [1] 66/5
**reminder** [3] 71/12 162/15 202/22
**reminding** [1] 34/15
**remove** [3] 25/20 49/7 136/15
**renew** [2] 84/17 84/20
**repeat** [5] 16/22 47/17 91/3 113/18 202/24
**repeatedly** [2] 131/3 140/22
**rephrase** [2] 43/1 47/10
**rephrased** [1] 40/10
**replace** [1] 9/1
**report** [9] 18/11 37/20 37/25 77/3 164/3 164/5 164/7 164/8 164/18
**reported** [3] 2/16 37/19 205/11
**Reporter** [2] 2/16 205/3

112/25 137/25 139/25 141/25
**reports** [2] 20/23 21/3
**represents** [1] 16/11
**request** [3] 5/11 84/20 198/2
**requesting** [1] 36/9
**require** [4] 11/12 12/25 70/8 121/25
**required** [3] 12/24 67/14 202/1
**requirement** [1] 161/5
**research** [5] 19/22 19/24 19/25 20/19 202/22
**resist** [1] 10/14
**resolve** [3] 117/2 122/13 202/13
**resolved** [2] 194/12 197/20
**respectful** [2] 194/24 199/24
**Respectfully** [1] 25/3
**respective** [1] 4/19
**respond** [5] 20/8 51/9 51/10 57/13 61/5
**responding** [2] 39/16 39/19
**responds** [1] 23/22
**response** [8] 47/8 48/3 57/12 79/21 152/21 154/5 156/4 183/8
**responsibilities** [6] 8/14 13/22 13/23 34/17 124/25 176/24
**responsibility** [5] 13/24 14/5 15/17 16/12 178/9
**responsible** [4] 32/7 33/8 177/2 177/16
**responsive** [2] 140/19 160/9
**rest** [15] 22/25 23/15 55/5 153/9 194/6 194/12 195/4 198/7 198/7 198/14 198/17 198/22 199/7 200/1 202/11
**rest -- have** [1] 198/22
**restaurant** [3] 47/24 50/15 50/19
**resting** [1] 199/6
**restrained** [5] 176/16 180/4 184/5 184/10

**restraint** [1] 23/22
**restraints** [2] 65/15 65/22
**restriction** [1] 86/24
**result** [1] 20/20
**resume** [1] 123/6
**retire** [2] 9/16 13/11
**retrieve** [1] 71/7
**return** [1] 27/24
**returned** [1] 131/21
**returning** [1] 131/24
**review** [6] 73/2 124/24 143/19 147/21 147/24 163/10
**review -- do** [1] 147/21
**reviewed** [1] 86/1
**reviewing** [1] 148/1
**Reyna** [1] 96/4
**right** [194] 5/5 6/12 8/2 20/6 24/3 26/7 29/12 31/2 33/11 43/12 45/16 46/13 46/19 47/24 48/14 50/3 51/10 53/21 54/4 60/14 61/7 63/22 65/11 73/11 74/9 74/14 74/18 74/23 74/25 75/24 76/4 76/11 76/16 76/19 77/9 79/9 87/18 87/21 87/22 88/1 89/2 89/7 89/8 89/11 89/13 90/1 90/12 90/15 90/15 90/21 90/24 91/2 91/6 91/7 91/11 91/12 91/17 92/6 93/22 93/25 94/7 94/10 94/11 94/21 94/24 94/25 95/11 95/17 95/25 96/24 97/8 97/12 97/24 97/25 98/2 98/4 98/7 98/13 98/16 98/23 99/3 99/9 99/23 100/14 100/15 101/2 101/18 102/1 102/11 102/15 102/17 102/25 103/14 103/17 104/12 104/15 105/14 106/2 106/7 106/15 106/20 106/23 107/6 107/11 107/12 107/14 107/17 108/2 108/3 108/7 108/7 108/9 108/21 108/24 110/18 110/20 110/22 110/24 111/2 111/4 111/6 111/17 111/23 115/21

**R**

**right... [69]** 119/24 120/2 121/2 122/18 123/11 128/11 128/18 128/18 128/22 129/21 130/10 130/16 131/13 132/5 135/1 135/6 135/10 135/11 135/12 137/13 137/15 137/16 137/21 138/4 139/3 139/4 143/2 144/1 145/14 145/25 148/22 149/5 150/9 152/13 153/19 155/21 156/25 159/15 161/10 161/10 161/10 163/8 163/11 164/10 166/6 170/20 171/1 171/24 174/2 174/22 177/7 177/10 179/20 179/22 180/13 185/23 191/21 192/6 193/22 195/6 196/5 196/24 197/13 198/13 198/25 199/19 200/8 200/13 201/3
**right-hand [4]** 50/3 63/22 128/11 174/2
**rise [1]** 8/3
**rocket [1]** 116/24
**role [2]** 39/12 39/14
**Ronald [1]** 77/3
**room [22]** 8/23 19/13 21/13 151/22 154/21 154/22 155/1 155/1 155/2 156/20 156/22 156/22 159/21 164/3 164/6 164/18 164/19 164/21 164/23 165/1 165/4 194/22
**Rough [3]** 74/3 74/5 74/6
**Rough-duty [3]** 74/3 74/5 74/6
**roughly [1]** 167/23
**routine [1]** 129/11
**routinely [2]** 36/23 96/3
**RPR [1]** 2/16
**rude [1]** 18/14
**rule [9]** 13/25 15/8 16/18 16/20 197/24 198/8 198/11 199/7 202/4
**rules [6]** 8/8 10/7

13/10 20/7 20/22 121/25
**ruling [3]** 40/15 47/6 197/7
**run [6]** 125/9 146/13 186/17 186/19 186/24 187/4
**running [11]** 53/23 58/8 65/10 105/10 145/12 174/11 174/22 174/24 175/9 177/9 177/14
**runs [1]** 36/18

**S**

**Sabrina [3]** 2/4 2/4 4/13
**sabrinashroff [1]** 2/6
**safe [12]** 35/24 39/21 48/4 48/9 77/20 78/3 78/5 78/23 78/23 78/24 78/25 87/3
**safety [6]** 33/5 53/4 55/8 59/22 61/11 193/21
**said [44]** 12/25 16/22 17/18 19/2 33/9 33/10 36/12 38/10 48/7 62/18 67/5 69/24 70/3 77/8 78/1 78/3 78/4 78/6 80/18 82/12 87/3 87/19 90/3 90/4 92/2 92/2 103/14 109/24 114/1 115/3 120/16 129/16 130/3 130/11 140/17 158/19 159/16 159/19 166/5 166/16 173/21 176/8 182/18 201/24
**same [35]** 13/7 16/20 18/15 20/22 20/22 33/2 40/14 40/15 40/21 41/14 45/12 55/14 56/3 82/15 82/17 93/15 101/3 101/6 101/9 103/13 106/14 113/19 131/25 132/5 132/8 135/5 136/22 136/22 152/8 152/20 153/7 153/7 153/7 155/21 171/11
**sandwich [69]** 22/3 24/7 24/18 27/6 28/8 28/11 28/11 28/16 28/18 28/22 29/5 30/12 30/13 49/4 57/2 57/17

57/25 62/23 63/7 67/10 68/19 69/13 70/12 72/14 72/15 72/16 72/20 73/11 73/12 76/3 76/5 76/6 76/7 76/8 95/5 107/17 107/19 108/6 108/11 108/16 108/23 109/2 109/13 109/14 109/14 109/16 109/18 109/19 110/5 110/7 110/8 110/16 111/8 111/9 111/11 111/15 111/19 111/23 112/3 112/4 114/14 115/24 131/12 131/14 132/10 138/3 170/13 171/3 192/16
**sarcastically [1]** 102/16
**sat [1]** 180/6
**satellite [1]** 20/2
**satisfy [1]** 161/5
**saw [16]** 29/24 65/9 71/23 88/12 88/14 97/9 99/17 100/14 114/15 129/13 129/16 132/12 145/20 178/18 188/18 192/12
**say [56]** 19/5 26/7 44/5 50/12 56/22 70/11 73/10 73/19 74/4 75/10 76/22 83/4 84/11 85/2 87/1 90/19 91/12 99/4 99/12 100/4 101/1 102/16 102/18 103/4 107/4 112/11 113/18 113/24 120/12 121/22 132/14 136/25 139/19 140/7 145/2 148/20 152/25 153/4 153/14 154/21 167/11 167/23 167/24 168/15 168/20 176/25 179/15 184/14 185/6 192/5 194/17 198/10 198/16 199/6 204/3 204/5
**say -- how [1]** 73/19
**say -- she [2]** 153/4 154/21
**saying [21]** 17/8 52/3 52/10 68/22 69/10 78/2 79/9 82/16 82/20 94/4 103/8 103/10 130/7 131/23 157/4 157/4 157/23 159/4 159/13

**says [9]** 24/18 67/11 89/8 89/10 102/15 112/12 155/9 198/12 199/25
**scenario [1]** 32/25
**scene [19]** 20/3 22/23 119/15 136/22 177/25 180/21 182/14 183/14 184/17 184/23 185/5 186/1 186/3 187/10 187/20 192/13 192/21 192/21 192/22
**Schoff [1]** 198/11
**science [1]** 116/25
**scope [1]** 183/4
**screaming [3]** 52/8 54/22 61/18
**screen [11]** 43/23 43/24 46/16 50/3 50/13 84/24 128/16 133/1 150/9 154/25 164/25
**screen -- there [1]** 133/1
**screens [1]** 44/1
**SEAN [6]** 1/8 4/4 27/20 28/10 30/4 129/7
**Sean Charles [1]** 4/4
**search [6]** 146/9 186/9 186/11 186/12 187/8 187/12
**searched [1]** 146/10
**searches [3]** 186/13 186/14 187/4
**seasoned [3]** 90/4 115/18 116/1
**seated [1]** 65/22
**seats [1]** 8/15
**second [13]** 5/17 47/7 51/3 54/7 79/20 112/8 144/16 165/12 170/25 172/2 175/12 183/5 199/16
**secondary [1]** 59/13
**seconds [29]** 49/10 49/25 50/5 51/12 51/14 52/11 53/8 53/10 53/15 53/22 54/16 55/21 55/23 56/12 57/6 57/19 57/21 59/8 59/25 61/14 63/16 142/15 142/17 143/16 171/22 175/1 175/13 175/13 175/17
**secure [1]** 180/2
**secured [2]** 147/19

**secured...** [1] 178/1
**securing** [2] 32/7 33/22
**Security** [1] 126/22
**see** [95] 6/5 8/2 18/12 22/17 23/20 23/23 29/12 30/13 30/15 30/16 32/22 33/1 33/3 33/3 43/23 44/3 44/3 44/7 44/8 44/13 46/12 48/13 50/7 50/15 53/22 56/9 61/5 70/25 76/1 76/5 76/8 76/10 76/13 82/5 88/13 89/11 93/24 97/11 98/4 98/23 99/8 99/11 99/22 99/23 99/25 100/4 104/1 105/7 108/11 108/23 109/7 109/18 110/12 114/24 116/8 118/25 124/5 129/5 129/17 131/12 132/19 133/25 134/4 134/7 134/8 135/11 135/23 137/15 137/16 138/2 138/18 138/18 138/19 138/25 141/3 141/12 141/18 144/20 145/8 145/12 145/23 148/1 162/7 169/2 169/4 174/12 175/7 176/13 182/2 191/15 199/13 201/5 203/2 203/6 203/7
**seeing** [5] 53/23 122/17 145/4 172/7 173/17
**seek** [1] 158/14
**seeking** [2] 152/5 157/3
**seemed** [4] 129/7 130/18 131/10 149/6
**seemingly** [1] 20/1
**seems** [5] 6/5 7/14 66/3 69/7 151/12
**seen** [7] 45/21 71/23 72/25 118/6 151/3 153/24 159/17
**sees** [1] 154/21
**selected** [1] 17/17
**selection** [2] 9/24 117/5
**send** [2] 19/14 186/18
**sense** [2] 8/13 122/11

**sent** [2] 82/24 95/16
**separate** [4] 127/19 157/21 158/15 181/24
**separated** [2] 63/7 103/21
**serious** [4] 9/22 68/22 69/12 70/23
**seriousness** [1] 68/24
**sermon** [1] 52/22
**serve** [2] 18/1 181/25
**serves** [1] 46/19
**service** [14] 18/24 19/6 19/15 19/17 36/2 38/25 85/13 85/13 86/5 86/9 86/14 87/17 116/14 194/1
**set** [5] 22/18 46/9 157/10 174/7 204/9
**setting** [1] 91/8
**settle** [1] 21/24
**settled** [1] 71/13
**several** [16] 23/4 30/15 34/11 46/23 49/2 55/15 90/13 98/10 100/19 101/14 105/18 126/19 127/22 129/5 164/22 178/6
**sex** [1] 15/3
**sexual** [1] 15/4
**shaking** [1] 56/3
**shall** [2] 48/22 70/17
**shame** [2] 51/18 131/3
**shape** [3] 98/6 109/21 109/25
**shared** [1] 21/24
**she** [58] 5/19 5/19 5/21 6/2 6/2 6/4 7/8 16/11 95/11 117/10 117/18 118/2 118/3 118/3 118/5 118/6 118/7 118/8 118/17 118/22 118/22 118/25 118/25 120/19 120/23 121/16 122/6 122/16 122/16 122/19 152/25 153/4 153/4 153/9 154/20 154/21 154/21 155/3 155/3 155/9 159/17 159/17 160/3 160/20 161/16 161/18 181/5 182/5 182/15 182/16 183/20 184/23 184/24 191/14 191/14 192/25 193/1 193/4
**she -- is** [1] 6/2

**shelf** [1] 112/7
**Shephard** [6] 171/12 171/18 171/21 173/23 176/1 176/4
**shift** [1] 107/1
**shifts** [1] 11/11
**shirt** [8] 74/8 74/10 75/24 76/10 76/11 76/16 107/22 139/5
**shoes** [1] 74/23
**shop** [3] 22/18 88/13 88/15
**short** [5] 5/22 22/8 28/23 69/19 202/22
**shorter** [1] 106/13
**shorthand** [1] 2/20
**shorts** [1] 75/20
**shot** [1] 155/5
**should** [42] 8/24 9/1 9/2 9/3 10/4 10/19 12/10 14/21 15/6 15/11 15/12 15/16 16/5 16/18 16/20 17/8 17/19 18/3 18/9 18/11 18/17 19/2 20/4 20/25 23/16 23/25 41/22 69/2 73/19 73/20 82/11 110/17 114/10 121/12 122/4 142/10 143/14 172/18 184/19 194/13 197/22 198/22
**shouted** [1] 56/23
**shouting** [1] 59/21
**show** [29] 27/5 30/14 43/18 49/5 58/13 60/3 60/5 79/23 81/14 120/20 122/15 128/1 132/16 136/16 138/11 138/13 142/15 144/4 148/9 148/14 153/13 154/24 159/7 159/17 160/12 164/25 171/5 180/23 181/1
**showed** [6] 38/6 125/24 157/16 159/10 159/14 183/14
**showing** [3] 121/20 136/18 164/20
**shown** [3] 101/18 118/15 126/12
**shows** [6] 13/18 68/21 75/23 118/9 127/1 142/16
**Shroff** [8] 2/4 2/4 3/6 3/7 3/8 4/11 4/13 12/3
**shut** [1] 119/2

**sick** [3] 121/23 200/5
**side** [14] 13/12 13/18 16/7 23/23 63/22 64/10 64/24 81/11 96/12 107/21 109/23 130/16 192/19 203/11
**sidebar** [3] 123/20 123/22 123/25
**sidewalk** [1] 53/20
**sign** [1] 50/15
**significant** [3] 34/14 200/2 201/17
**Silverman** [3] 2/10 4/14 12/3
**similar** [5] 23/11 42/12 43/14 74/10 74/11
**Similarly** [1] 95/21
**simple** [2] 20/1 196/20
**Simply** [1] 125/24
**since** [8] 25/20 33/14 45/8 85/4 153/17 183/16 193/7 200/24
**single** [2] 56/15 71/20
**singles** [1] 23/9
**sir** [45] 33/12 35/17 36/6 38/12 39/4 40/1 40/5 42/5 43/6 43/8 44/17 45/4 46/13 46/23 47/20 49/2 49/14 49/17 50/8 53/13 54/14 58/22 58/25 60/4 63/12 63/14 64/8 64/18 64/20 65/17 71/11 84/11 85/2 86/17 102/21 107/4 110/14 113/25 114/12 115/3 116/1 129/3 135/24 162/16 194/2
**sit** [5] 31/14 66/11 118/21 162/14 191/3
**sites** [1] 17/11
**sitting** [9] 9/16 17/18 17/19 48/15 68/21 79/12 87/10 147/18 185/20
**situated** [1] 128/19
**situation** [14] 38/8 40/12 52/5 52/6 55/18 55/19 57/13 62/7 62/8 62/12 62/16 69/12 102/20 136/6
**six** [1] 43/17
**sleeved** [3] 74/8 74/13 107/22
**slower** [1] 77/15

**small [3]** 59/17 142/13 167/10
**smaller [2]** 43/16 167/6
**smell [1]** 63/8
**smile [1]** 114/15
**snippet [2]** 160/13 173/4
**so [208]**
**so-called [1]** 111/19
**social [5]** 17/10 90/1 91/7 91/19 138/5
**socially [1]** 91/2
**society [1]** 21/23
**sole [1]** 15/16
**solely [2]** 15/6 21/4
**some [57]** 5/11 8/7 9/25 10/6 10/7 16/22 20/23 22/11 22/13 25/22 29/12 29/13 34/4 36/9 42/8 42/9 46/25 56/15 65/12 66/21 70/9 70/18 83/16 94/16 97/11 104/8 110/13 114/22 117/2 118/25 120/21 120/23 127/22 129/12 130/11 133/22 137/9 143/13 148/1 148/9 148/11 149/9 152/2 154/8 159/20 161/5 170/3 170/19 174/14 180/20 183/4 183/6 186/3 186/18 194/7 200/13 202/13
**somebody [10]** 45/10 87/14 87/18 95/6 95/23 102/15 102/24 103/5 104/16 106/1
**somehow [3]** 15/14 159/20 159/24
**someone [8]** 6/6 10/2 17/14 18/16 134/2 161/22 187/10 201/6
**something [25]** 7/3 7/15 19/25 22/4 24/9 36/25 55/9 66/18 66/19 67/12 69/24 70/12 70/13 99/23 117/2 120/16 123/8 130/8 131/1 155/9 160/3 161/7 195/15 200/16 201/23
**sometimes [4]** 15/22

**somewhat [2]** 102/11 161/23
**soon [4]** 18/11 21/9 194/11 201/5
**sorry [33]** 36/24 37/10 38/1 41/24 42/21 54/7 66/24 71/23 76/4 77/16 78/19 80/19 88/8 90/19 93/3 95/8 96/15 99/4 109/22 110/17 140/7 148/24 155/4 157/20 158/10 165/13 166/20 171/21 172/4 172/13 173/14 174/17 187/22
**sort [7]** 8/4 22/18 24/12 76/11 108/3 161/5 194/21
**sorts [1]** 160/15
**sound [7]** 53/12 144/16 144/25 171/1 171/22 173/13 173/23
**sources [1]** 20/13
**southern [2]** 32/8 64/1
**space [5]** 51/21 105/14 105/16 106/7 106/20
**speak [20]** 10/5 31/3 34/3 34/6 36/14 52/23 66/6 77/15 83/11 98/24 99/19 112/23 116/25 117/12 124/5 124/24 127/16 149/23 187/2 193/5
**speaking [4]** 98/24 129/7 137/11 180/8
**speaks [1]** 86/4
**special [1]** 22/20
**specific [7]** 39/24 43/4 43/7 48/25 158/12 177/22 201/22
**specifically [7]** 39/24 42/14 51/24 54/13 88/25 142/11 184/9
**specifics [2]** 122/11 122/12
**speculate [1]** 16/16
**Speculation [1]** 40/8
**spell [2]** 31/21 147/3
**spend [1]** 200/12
**spent [1]** 125/6
**spinning [1]** 191/20
**split [1]** 154/19
**spoke [4]** 126/5 126/8 170/19 174/13

**spot [3]** 97/17 102/10 107/5
**spots [2]** 42/9 97/18
**spray [1]** 187/17
**Square [1]** 91/6
**stain [1]** 116/2
**stand [7]** 12/17 13/3 24/3 130/18 151/24 162/12 183/21
**standard [2]** 30/21 114/8
**standing [23]** 30/2 48/14 51/25 52/2 53/25 53/25 60/16 60/17 77/9 103/19 103/20 105/9 128/20 129/5 130/15 131/10 131/11 132/14 133/25 134/15 134/18 135/14 139/3
**standing -- they [1]** 131/10
**stands [3]** 23/23 23/23 32/19
**start [24]** 4/18 8/4 8/11 22/18 72/4 81/24 82/11 119/19 120/18 122/4 138/14 143/7 144/22 148/15 148/17 151/18 166/5 167/2 167/3 170/1 173/12 174/24 179/19 179/23
**started [15]** 37/17 48/11 51/6 53/24 63/21 76/22 88/15 94/6 101/3 123/14 130/5 130/6 167/4 188/21 193/8
**starting [1]** 174/11
**starts [8]** 22/24 23/11 23/19 93/25 98/1 122/20 140/21 158/22
**state [12]** 31/21 67/22 68/1 68/7 68/12 68/13 73/23 77/5 81/3 113/23 156/9 204/6
**stated [9]** 14/4 54/6 126/8 160/17 181/24 184/20 184/21 186/25 192/23
**statement [21]** 12/6 12/7 12/9 12/14 16/4 21/18 21/20 28/7 117/19 118/3 118/11 119/8 121/17 152/12 154/2 156/2 159/19 159/24 159/24 159/25

**statements [15]** 12/6 12/10 12/14 13/14 13/16 15/11 155/21 156/16 156/21 160/15 161/18 183/17 183/18 183/19 195/24
**states [18]** 1/2 1/5 1/13 4/3 10/10 10/15 11/25 28/17 31/25 32/16 33/23 33/25 36/1 36/10 38/3 38/24 39/5 176/6
**station [16]** 41/13 42/10 42/12 46/10 117/20 118/5 119/9 127/9 147/6 147/8 147/8 147/11 152/15 155/2 163/7 163/25
**stationed [3]** 77/1 77/2 113/2
**stations [1]** 168/9
**stay [4]** 64/10 127/24 176/18 194/21
**stayed [3]** 41/17 127/21 131/5
**steel [2]** 75/9 75/11
**stenotype [1]** 2/20
**step [5]** 12/4 55/18 62/22 151/22 181/6
**stepped [1]** 56/21
**stepping [2]** 62/12 62/12
**steps [4]** 66/15 116/15 194/3 194/10
**STEPTOE [2]** 2/7 2/11
**steptoe.com [2]** 2/9 2/12
**stick [2]** 193/2 202/13
**sticking [1]** 200/14
**still [21]** 56/9 57/2 59/21 70/25 71/13 72/1 72/9 76/18 108/3 108/18 120/7 122/12 130/24 137/13 150/25 155/5 155/9 155/19 155/25 160/2 200/22
**stipulate [1]** 7/3
**stipulating [1]** 121/5
**stipulation [2]** 5/23 119/7
**stop [22]** 24/5 50/5 51/14 52/15 54/16 55/23 56/14 57/6 57/21 58/12 60/22 61/14

**stop... [10]** 72/12
138/17 138/23 139/17
141/8 173/24 174/2
176/4 176/13 182/1
**stoplight [2]** 50/10
61/3
**stopped [9]** 65/10 72/5
73/4 131/15 145/18
145/24 150/3 175/9
182/5
**stopping [3]** 60/10
117/14 142/2
**stops [3]** 24/13 145/13
170/6
**straight [1]** 191/6
**straightforward [1]**
29/11
**strategic [1]** 32/14
**streamline [1]** 116/19
**street [71]** 1/19 2/5
22/15 23/6 28/9 42/10
42/11 42/14 44/14
44/14 46/10 52/24
57/15 58/19 58/20
59/14 59/15 59/16
59/18 63/25 64/2 64/5
64/9 64/11 64/22 64/22
64/24 64/25 64/25
94/14 95/1 96/12 98/11
98/13 99/20 100/4
105/11 108/21 127/9
127/21 127/22 127/25
128/12 128/18 130/13
130/15 130/20 130/22
130/25 131/2 131/5
131/7 131/16 131/21
132/11 133/8 133/24
136/1 136/8 140/10
140/21 140/21 146/2
168/3 169/20 170/12
170/23 179/16 181/8
187/6 192/19
**stress [1]** 19/9
**stricken [2]** 16/18
16/21
**strictly [1]** 66/16
**strike [1]** 47/11
**striking [2]** 115/25
192/16
**strong [1]** 29/17
**stronger [1]** 196/15
**struck [3]** 49/4 57/25
131/14

**stuff [6]** 11/22 28/5
63/8 112/17 199/7
202/4
**stuffed [1]** 111/25
**style [1]** 49/4
**subdued [1]** 131/4
**subject [3]** 40/3 48/2
49/3
**submit [2]** 21/11 21/15
**submitted [2]** 17/1
17/3
**substance [2]** 154/8
156/21
**substantially [2]**
200/16 202/19
**substantive [1]** 200/6
**substitute [1]** 8/10
**Subway [22]** 47/24
48/2 49/4 50/11 50/12
50/12 50/13 50/15
50/18 57/2 67/10 70/12
72/15 72/16 88/13
88/15 95/5 108/16
108/20 108/23 133/10
133/11
**Subway-style [1]** 49/4
**such [10]** 10/17 16/10
17/11 18/10 20/25 21/3
27/4 86/20 168/13
199/11
**suddenly [1]** 10/1
**sufficient [2]** 151/8
153/10
**suggest [1]** 119/6
**suggested [1]** 69/12
**suggesting [1]** 104/15
**suggestion [2]** 197/12
197/21
**suggests [1]** 15/22
**suit [1]** 73/24
**summaries [1]** 14/15
**Sunday [1]** 28/9
**super [1]** 27/11
**Superior [9]** 183/10
189/10 189/16 189/19
190/2 190/8 190/11
190/15 191/6
**superiors [1]** 113/11
**supervising [1]** 33/17
**supervisor [1]** 126/3
**supervisory [1]** 34/13
**support [12]** 13/13
35/24 36/3 36/15 36/19
37/13 38/25 39/14
39/19 79/7 97/20

**supporting [10]** 37/15
38/23 48/3 48/8 77/13
77/18 77/19 97/15
97/18 113/8
**suppose [1]** 121/10
**supposed [2]** 46/3
135/7
**sure [50]** 7/11 17/16
31/14 39/21 40/17 43/2
44/22 44/24 53/2 54/10
59/21 61/8 61/9 64/11
66/16 78/3 86/23 87/20
90/11 91/5 95/16 97/17
103/1 103/21 104/4
105/19 118/22 121/19
123/21 125/24 126/10
126/10 126/12 140/11
146/13 149/24 151/1
152/6 152/7 161/11
169/1 172/5 172/14
178/1 185/6 186/21
186/25 190/17 198/21
200/9
**sure -- this [1]** 152/6
**Surely [1]** 164/13
**surveillance [1]** 22/17
**suspects [1]** 124/24
**suspend [1]** 69/21
**sustain [1]** 16/14
**Sustained [8]** 40/9
54/8 56/1 58/3 63/3
89/17 91/14 164/13
**sway [1]** 52/21
**swearing [1]** 51/6
**sweater [1]** 129/22
**swell [1]** 183/21
**swells [1]** 180/21
**swollen [1]** 119/2
**sworn [7]** 14/3 15/19
27/15 31/12 87/16
124/3 126/4
**system [1]** 15/2
**systems [2]** 32/15
32/17

**T**

**table [2]** 4/9 4/15
**tactical [1]** 125/6
**take [37]** 4/19 5/25
8/17 8/18 8/22 9/2 9/7
9/9 14/18 15/11 19/2
35/14 58/13 98/20
108/9 111/14 115/6
115/10 116/9 119/16

123/5 123/5 140/25
151/12 160/5 161/22
181/6 187/5 197/8
197/18 201/1 201/20
203/16 204/7
**takedown [2]** 24/14
145/7
**taken [10]** 9/14 24/13
58/18 117/12 121/1
146/4 146/22 178/19
189/5 190/22
**takeover [1]** 29/21
**takes [8]** 24/6 24/8
62/22 108/7 152/12
162/12 188/15 188/15
**taking [5]** 8/19 22/14
111/10 177/12 202/19
**talk [20]** 6/21 17/3
17/7 17/23 17/25 18/17
19/11 26/12 38/18 57/1
63/20 94/16 102/11
120/19 153/22 178/8
186/3 199/3 200/25
202/23
**talked [4]** 38/7 59/11
117/5 169/15
**talkie [1]** 94/17
**talking [18]** 52/20
52/20 60/12 60/13
66/18 76/18 83/2 89/5
89/19 94/6 98/6 129/16
152/8 159/2 159/9
159/9 159/11 174/1
**talks [1]** 26/1
**tango [1]** 147/4
**tap [2]** 175/14 175/17
**tapped [1]** 143/14
**target [3]** 22/19 43/4
201/21
**targeting [1]** 43/7
**targets [1]** 40/2
**task [5]** 125/19 166/14
166/17 166/22 166/25
**tasks [2]** 186/3 186/6
**team [8]** 32/20 36/18
38/12 39/7 39/10 41/8
41/14 201/7
**teams [1]** 41/17
**tech [1]** 128/13
**tell [28]** 17/15 18/19
18/25 22/19 23/16 37/4
46/24 60/24 88/1 98/19
102/12 102/24 109/1
109/9 109/13 110/4

**T**

**tell... [12]** 110/15
127/7 133/7 136/6
137/10 137/13 140/22
188/3 194/12 194/19
195/20 200/20
**telling [9]** 17/19 18/18
51/7 56/6 91/25 140/10
140/15 140/20 141/4
**temperature [1]** 8/3
**temporal [1]** 156/23
**tempted [1]** 21/1
**ten [1]** 124/21
**tend [1]** 70/21
**tendency [1]** 17/23
**tends [1]** 196/22
**term [3]** 20/2 41/15
186/17
**terms [4]** 30/24 80/23
149/14 196/25
**territories [1]** 79/17
**terrorist [1]** 33/23
**terrorists [1]** 33/22
**test [2]** 27/11 27/13
**testified [10]** 63/21
68/20 68/24 69/5 80/24
81/13 87/11 87/22
100/19 131/18
**testify [18]** 45/19 58/6
64/15 64/16 99/23
115/19 117/18 117/25
119/17 119/22 120/4
120/7 120/13 120/14
120/25 156/19 160/3
188/21
**testifying [5]** 67/22
68/21 122/20 156/20
156/21
**testimony [32]** 6/8
6/15 8/20 10/3 14/10
14/14 14/15 15/20
15/25 66/6 68/14 68/15
69/17 70/22 85/25
91/23 106/11 116/1
116/12 120/16 121/11
122/5 122/9 128/10
138/9 145/21 155/20
161/1 161/5 161/24
191/2 191/5
**Testing [1]** 31/15
**text [1]** 19/14
**texting [2]** 19/12 106/1
**than [20]** 9/5 15/24
19/2 45/10 75/8 101/8

107/9 107/16 123/11
138/13 140/15 140/18
141/19 141/19 148/21
156/11 160/16 174/3
194/20 203/7
**Thandi [15]** 118/6
119/14 119/21 121/13
126/16 147/2 147/3
147/5 147/21 164/5
164/11 164/16 188/11
188/13 188/15
**Thandi's [6]** 118/15
118/15 118/16 119/23
150/7 163/10
**Thandi's -- Thandi's
[1]** 118/15
**thank [71]** 4/16 5/5
6/25 7/19 7/20 7/24
26/11 26/24 28/2 28/3
31/6 31/7 31/16 31/18
34/7 41/6 44/10 44/25
47/1 48/23 55/3 55/17
59/7 66/2 70/24 71/11
71/12 71/15 71/21
73/14 77/17 80/4 84/9
84/18 88/5 88/8 89/24
112/16 112/20 112/24
114/21 116/11 116/12
116/13 117/9 123/16
124/8 138/4 151/21
151/24 162/10 165/22
165/25 166/19 174/4
175/24 175/25 184/2
185/8 192/1 193/22
193/24 193/25 194/1
194/2 195/1 202/8
203/3 203/10 204/12
204/13
**that [830]**
**that's [101]** 22/4 23/1
23/2 23/2 25/2 25/3
27/5 27/22 28/1 30/21
33/7 37/20 37/25 38/5
45/10 45/11 45/15 47/9
51/10 52/20 59/17
67/17 69/16 72/16
73/10 73/12 81/12
81/13 82/20 84/3 87/13
88/14 89/7 89/14 93/6
93/10 95/25 97/10 98/8
100/10 100/15 102/17
102/19 108/10 108/16
110/6 111/21 113/7
119/23 120/9 125/3
132/5 132/10 134/15

135/10 135/21 137/16
137/17 140/10 142/2
144/20 144/23 145/4
148/13 148/20 148/22
149/1 154/16 154/22
155/2 155/17 156/20
158/3 158/5 163/17
166/15 168/20 169/24
170/21 172/6 172/17
173/7 174/21 175/15
175/18 175/20 177/18
178/12 180/1 180/3
180/12 181/8 182/21
183/11 190/9 190/16
193/8 194/16 194/17
196/21 199/1
**that's -- we [1]** 148/22
**their [29]** 6/18 9/2
13/14 13/15 17/25 18/4
20/20 22/17 22/22
24/20 28/24 33/3 34/16
35/22 36/3 36/19 38/7
68/1 82/18 83/17 96/12
97/17 97/18 101/10
106/2 116/7 117/23
145/14 198/22
**them [55]** 5/14 8/20
8/21 9/9 12/17 16/11
17/19 18/4 18/5 18/15
21/23 21/24 21/25
22/16 22/24 23/6 23/7
23/8 23/9 24/18 30/4
30/5 39/19 41/15 67/8
82/12 90/15 91/25
93/18 97/18 97/20
97/20 99/20 106/17
119/6 122/2 124/20
127/15 134/18 142/19
146/6 146/16 160/12
160/21 164/23 169/8
184/19 193/4 197/25
199/4 200/14 200/19
200/20 200/20 202/25
**then [117]** 5/7 6/22
13/12 16/17 17/22 21/9
21/11 34/12 34/16
35/18 35/23 36/13
36/18 36/20 38/2 38/23
39/16 39/19 41/17 44/2
44/5 48/5 48/12 50/19
50/20 54/22 54/23
57/16 60/15 62/22
63/24 63/25 64/1 64/2
64/5 65/14 65/21 65/22
68/19 74/20 82/14

88/22 92/20 93/2 93/4
94/5 95/23 96/4 98/15
101/10 103/8 104/5
105/7 105/11 105/14
105/18 106/14 112/8
117/12 117/14 117/15
118/6 118/9 118/10
118/10 118/23 119/23
120/2 120/25 121/1
121/14 122/2 122/8
125/4 126/5 131/13
135/14 136/3 136/14
137/20 138/15 145/6
146/3 149/9 149/15
149/22 151/15 154/24
150/10 160/12 160/21
163/24 164/7 173/8
175/16 175/19 178/2
183/19 184/22 184/22
186/24 187/10 189/5
190/7 193/20 194/10
197/6 197/17 198/6
198/8 199/2 199/6
199/8 199/14 201/3
201/13 202/3
**theories [1]** 196/10
**theory [3]** 5/14 195/25
196/15
**there [237]**
**there's [20]** 42/24
43/21 62/20 98/10
98/12 101/8 103/8
104/5 105/18 109/9
118/20 152/17 157/7
164/3 168/23 169/2
170/9 172/14 196/18
204/4
**thereafter [3]** 155/12
161/19 183/24
**therefore [3]** 9/20
152/18 157/14
**these [14]** 8/9 8/12
14/21 15/25 23/5 23/8
24/2 66/19 67/19 69/23
70/18 132/4 185/3
191/15
**they [149]** 5/13 5/15
6/18 7/7 7/18 8/25 8/25
12/11 13/16 16/1 16/12
17/17 18/13 18/14
18/14 20/7 20/8 22/10
22/11 22/12 22/16
22/17 22/18 22/19
22/20 22/20 22/21
23/15 23/16 24/19

**they...** [119] 25/23
28/24 28/25 30/8 30/9
30/10 30/25 33/3 36/8
38/25 42/15 52/4 67/6
67/7 67/9 67/14 73/2
73/4 73/6 73/8 83/20
83/25 92/5 93/18 96/14
96/16 96/17 97/16
97/18 103/21 103/23
105/21 106/1 107/1
107/2 107/3 114/6
117/21 117/22 119/7
121/5 121/6 121/8
121/9 121/11 121/12
121/14 121/15 121/20
121/24 121/25 122/1
128/9 131/10 132/14
142/9 145/12 145/13
145/14 152/3 152/4
153/12 153/16 153/16
154/1 154/4 154/19
155/4 155/7 155/10
155/10 155/12 155/12
155/25 156/2 157/3
159/1 159/4 159/6
159/13 159/14 159/15
159/16 159/19 160/20
161/8 161/16 164/18
173/3 174/1 174/2
180/2 182/7 183/9
183/13 183/14 183/17
183/21 185/7 185/23
186/1 186/24 190/24
190/25 191/2 191/3
191/5 191/9 192/6
192/18 192/22 193/7
193/7 198/17 198/19
198/22 200/21 200/22
201/16

**they're** [4] 7/3 82/17
155/17 190/24
**thick** [1] 74/8
**thicket** [1] 27/12
**thing** [12] 68/8 83/4
88/22 94/1 94/2 151/12
152/8 160/14 173/6
195/17 198/20 201/14
**things** [22] 6/5 14/21
27/4 27/13 27/18 32/6
33/21 43/24 55/2 66/19
82/11 116/19 136/21
157/2 172/14 177/24
179/24 195/6 198/20

**think** [84] 5/9 5/13
5/15 5/22 6/17 7/18
9/20 10/22 15/14 25/19
25/24 30/5 33/9 40/9
42/23 42/24 45/6 46/2
46/11 46/16 52/21 54/8
56/7 57/11 58/6 67/7
69/9 69/9 69/11 69/20
69/24 70/4 70/20 72/9
72/25 80/6 81/2 81/7
82/16 82/23 114/14
121/19 122/4 122/11
123/10 127/23 128/13
135/7 139/7 148/19
151/21 151/22 152/10
152/18 155/7 156/23
158/12 161/12 161/15
165/13 165/17 166/20
169/22 169/25 170/17
171/1 172/20 173/2
180/25 183/13 188/21
191/19 191/21 194/13
194/20 197/13 197/21
197/25 199/20 199/21
201/11 202/19 203/5
203/15
**think -- it** [1] 197/13
**think -- or** [1] 5/9
**thinking** [1] 69/25
**thinks** [4] 29/19 29/20
29/21 30/1
**third** [9] 70/14 119/4
178/19 178/20 188/16
188/18 188/22 189/1
189/3
**this** [280]
**this -- you** [1] 119/4
**those** [27] 9/1 18/25
29/14 29/18 29/18
46/24 67/13 70/15
111/1 120/15 126/23
152/5 152/24 160/10
171/24 182/22 183/18
186/6 188/11 191/18
192/14 192/21 194/7
194/11 195/21 199/9
202/23
**those -- I'm** [1] 152/5
**though** [6] 4/21 72/1
148/11 152/20 160/7
169/5
**thought** [9] 4/25 50/22
70/14 70/23 81/25
82/21 121/8 198/2

**thoughts** [1] 19/16
**thousand** [1] 190/18
**threat** [1] 68/18
**threatening** [1] 30/20
**threats** [1] 55/13
**three** [11] 41/18 62/25
90/9 90/10 93/14 93/15
94/23 103/19 105/17
126/23 179/1
**threw** [9] 27/6 28/8
28/10 28/11 28/16 49/3
76/6 131/14 132/10
**through** [32] 5/22 6/6
7/15 7/18 17/9 27/12
34/11 34/12 34/12
34/13 37/17 63/6 94/16
110/1 118/1 119/24
120/5 121/6 121/9
121/10 122/1 122/5
122/9 155/22 161/17
163/14 173/20 183/23
186/25 201/11 201/15
202/2
**throughout** [4] 11/7
11/11 23/14 180/15
**throw** [3] 69/13 132/12
132/14
**throwing** [5] 21/22
22/3 24/18 25/5 55/1
**thrown** [8] 28/18 30/12
68/19 72/16 95/6
110/16 170/13 171/3
**throws** [6] 24/7 57/17
62/22 76/7 107/17
107/19
**ticker** [1] 149/14
**tie** [2] 48/19 129/22
**ties** [1] 159/20
**time** [115] 7/25 10/1
18/1 36/5 43/21 44/6
48/10 51/3 53/13 53/23
64/7 66/3 69/5 70/23
71/19 71/25 76/19
76/25 80/25 81/1 84/13
85/4 88/9 88/18 91/9
94/10 96/2 97/25 104/2
107/16 114/9 116/25
116/25 118/14 122/17
123/10 125/6 127/17
127/23 127/25 129/12
130/13 131/8 132/5
132/9 132/11 133/7
136/4 136/5 136/7
136/7 136/22 139/8

140/24 141/3 141/5
142/10 142/12 142/12
143/15 144/21 146/7
146/11 148/21 148/25
149/1 149/13 151/16
162/1 163/24 164/4
165/6 165/18 165/19
166/8 166/21 166/24
167/2 167/9 167/12
167/22 169/16 170/9
170/12 173/17 173/21
174/1 174/3 174/3
174/10 174/14 175/9
175/13 176/15 176/19
179/14 179/15 180/15
183/18 190/10 192/7
193/25 194/23 197/19
199/20 199/21 199/24
200/13 200/23 201/11
202/19 203/17
**timeline** [1] 137/10
**times** [10] 30/15 34/11
72/24 98/10 100/19
106/17 115/20 164/22
179/12 190/18
**timestamp** [8] 148/21
149/13 149/14 150/3
150/18 152/25 157/3
174/3
**timestamps** [4] 152/3
153/14 158/13 158/21
**title** [8] 32/10 34/21
34/22 34/23 34/23 35/4
35/10 78/7
**Title VIII** [1] 34/21
**Title XIX** [2] 34/22
35/10
**Title XVIII** [1] 34/23
**Title XXI** [1] 34/23
**today** [18] 7/7 23/2
47/16 47/19 48/13 49/1
49/3 67/22 79/12 87/11
91/23 116/18 138/9
138/14 143/20 144/1
147/20 193/25
**together** [6] 96/1 96/3
127/18 182/3 193/2
195/14
**told** [15] 17/16 45/10
73/8 86/1 87/15 87/18
97/21 98/21 113/10
113/20 121/13 127/24
130/9 141/1 166/18
**Tomato** [1] 109/11

# T

**tomorrow [12]** 7/7
198/1 199/12 199/15
199/17 200/16 200/21
201/13 202/14 202/16
202/17 203/8
**tone [2]** 113/19 130/21
**tonight [5]** 200/24
201/20 201/24 202/14
202/15
**too [9]** 27/22 44/5 68/7
83/23 96/21 118/24
176/7 199/8 199/11
**took [13]** 8/15 27/14
27/22 29/5 111/8 127/9
145/23 159/24 164/5
178/4 178/7 179/4
179/8
**tool [1]** 32/21
**top [7]** 50/3 52/8 61/18
64/10 107/25 112/7
149/5
**topics [1]** 120/15
**topics -- is [1]** 120/15
**torn [1]** 9/12
**total [2]** 39/11 126/15
**totally [2]** 23/1 172/9
**touching [1]** 133/1
**tow [1]** 100/9
**toward [1]** 195/10
**towards [17]** 23/24
28/11 51/8 51/19 53/23
55/13 55/18 56/21
56/21 61/3 64/25 110/9
130/6 130/7 140/21
144/21 145/11
**town [1]** 121/14
**toy [1]** 111/25
**tracking [1]** 32/20
**traffic [11]** 39/22 39/22
41/20 41/20 48/1 53/17
53/17 61/11 97/5 97/5
170/6
**train [2]** 22/14 127/9
**trained [1]** 62/9
**training [5]** 34/9 34/13
34/13 34/14 62/9
**trains [1]** 125/9
**transcript [4]** 1/12
2/20 69/11 205/4
**transcription [1]** 2/20
**transcripts [1]** 14/15
**transit [19]** 22/10 39/5
39/9 39/15 39/18 41/12

42/10 48/7 77/17 77/18
79/8 85/11 97/16
124/17 124/18 126/13
127/13 127/14 147/1
**transitional [1]** 154/8
**transmission [1]**
182/11
**transmit [1]** 127/16
**transport [9]** 119/15
146/19 146/21 146/25
163/7 178/8 179/4
179/24 185/16
**transportation [2]**
178/10 178/24
**transported [2]** 147/16
176/19
**transports [1]** 188/9
**treatment [2]** 15/1
191/17
**Trejo [9]** 23/9 38/13
60/19 60/25 61/4 61/6
61/10 95/17 95/19
**trial [28]** 1/12 8/7 8/7
8/8 8/11 8/17 9/10 9/21
10/1 10/22 11/1 11/7
11/11 11/22 12/4 13/24
14/1 15/8 16/2 16/3
19/22 20/25 21/6 21/7
22/6 28/23 106/11
161/2
**tried [1]** 5/23
**trouble [1]** 149/20
**trousers [1]** 127/3
**true [1]** 205/4
**truly [1]** 69/6
**Trump's [1]** 102/2
**truncated [2]** 120/17
201/13
**trusting [1]** 82/17
**try [12]** 18/16 19/5
34/6 36/16 40/22 71/19
91/5 103/3 129/9
154/13 192/8 194/24
**trying [29]** 24/19 25/2
38/8 52/4 52/5 52/6
52/21 52/23 54/25
55/11 55/11 55/12
55/17 55/18 56/24
57/13 59/20 62/14 70/4
71/24 97/11 117/1
145/12 151/5 152/3
152/16 156/3 158/5
160/9
**tuna [1]** 109/14
**turkey [1]** 109/13

turn [6] 48/13 91/25
119/11 142/25 148/12
**turned [7]** 28/18 65/7
65/11 116/4 129/13
143/5 144/23
**turning [1]** 30/1
**turns [3]** 22/25 23/12
120/10
**TV [1]** 20/24
**tweeting [1]** 19/11
**Twenty [3]** 90/7 90/9
90/10
**Twenty-three [2]** 90/9
90/10
**twice [5]** 50/19 72/25
106/18 106/19 142/14
**Twitter [1]** 17/11
**two [28]** 5/10 19/3
23/8 27/13 27/15 27/18
41/18 42/22 45/14
56/22 61/22 70/15
102/4 105/17 106/22
144/18 144/19 145/4
152/4 170/18 172/14
184/13 184/16 184/23
184/24 184/24 195/21
196/10
**two days [1]** 19/3
**two feet [1]** 56/22
**two hours [1]** 102/4
**type [5]** 32/24 42/12
62/8 65/12 125/4
**types [1]** 16/1
**typical [1]** 104/19
**typically [2]** 73/21
104/17

# U

**U.S [14]** 2/17 10/16
32/13 36/2 37/14 85/11
85/12 85/13 86/5 86/5
86/8 86/9 87/16 166/6
**U.S. [3]** 37/15 38/21
86/14
**U.S. Marshal [1]** 86/14
**U.S. Marshals [2]**
37/15 38/21
**Uh [4]** 69/1 141/11
178/25 190/19
**Uh-huh [4]** 69/1
141/11 178/25 190/19
**ultimate [1]** 9/18
**unavailable [2]** 119/16
120/11
**uncomfortable [2]**

uncomfortably [2]
51/22 61/23
**under [18]** 5/13 21/23
34/21 34/23 35/3 35/3
35/10 58/11 66/5 71/13
76/15 82/22 85/12
85/13 115/13 146/17
162/15 163/22
**underlying [1]** 191/13
**undermine [1]** 70/22
**understand [26]** 6/1
6/9 10/19 12/10 12/12
13/17 24/21 26/2 83/19
85/15 86/23 87/20 91/4
103/1 121/15 155/8
155/24 157/23 158/4
159/12 159/12 159/18
160/5 172/13 174/4
199/24
**understanding [7]**
21/23 22/2 39/12 40/24
86/9 89/18 155/9
**understands [1]** 68/8
**understood [8]** 7/20
26/23 35/13 89/3 89/15
170/16 184/1 196/19
**undoubtedly [1]** 17/17
**unfair [1]** 20/9
**Unfortunately [1]**
20/12
**uniform [18]** 41/24
63/7 63/9 74/2 74/3
74/5 74/6 74/10 89/7
93/15 100/23 114/4
114/11 114/17 115/3
127/1 127/3 134/24
**uniformed [1]** 125/5
**uniforms [2]** 29/24
37/21
**UNITED [17]** 1/2 1/5
1/13 4/3 10/10 10/15
11/25 28/17 31/25
32/16 33/23 33/25 36/1
36/10 38/3 38/24 39/5
**United States [12]**
10/10 10/15 11/25
28/17 31/25 32/16
33/23 33/25 36/1 36/10
38/3 39/5
**unless [4]** 11/7 26/19
134/2 193/4
**unlikely [2]** 18/16
27/10
**unmarked [1]** 145/9

## U

unreasonable [1] 7/13
unreasonableness [1] 7/12
unsupported [1] 186/6
until [26] 4/23 9/18 11/7 12/8 17/1 17/2 17/5 17/11 17/21 21/15 23/14 24/1 26/19 41/15 44/2 44/2 123/13 131/5 142/19 142/22 145/4 151/17 164/7 184/23 189/19 202/16
unusual [2] 179/6 179/11
up [71] 8/19 14/1 20/2 20/14 22/13 22/18 23/14 23/21 24/1 24/13 38/2 38/6 39/2 39/4 43/21 43/25 44/14 46/9 60/3 60/5 62/2 62/9 62/13 62/14 63/24 64/5 64/22 64/23 65/7 71/8 74/10 82/13 93/2 93/4 94/24 95/2 96/18 99/11 100/4 105/8 105/10 108/12 112/23 117/12 119/6 123/7 127/14 129/9 136/15 139/19 140/3 141/2 141/19 143/22 145/19 159/14 160/19 164/1 167/6 167/12 167/15 171/12 171/23 172/8 174/7 174/12 175/7 183/23 188/4 192/22 202/17
update [1] 117/16
upon [2] 65/14 100/8
upper [2] 62/2 174/2
urgent [1] 5/20
us [47] 34/15 39/5 39/6 39/8 39/20 39/21 41/16 47/1 51/7 51/8 52/19 52/19 52/20 52/20 53/24 55/16 56/5 56/6 56/8 60/16 64/23 83/17 101/10 103/25 104/4 105/20 113/19 116/23 117/16 123/22 126/20 126/23 127/10 127/18 127/20 134/2 136/7 140/13 152/6 181/25 192/22 193/20 193/20 197/18 199/21

USAO [1] 1/18
usdoj.gov [2] 1/20 1/20
use [21] 19/10 19/23 25/13 25/16 30/19 44/1 52/19 63/1 64/3 75/12 83/12 123/10 128/15 174/19 186/17 195/11 196/7 196/11 196/17 201/3 203/13
useable [1] 67/15
used [6] 24/14 65/18 77/9 146/12 169/25 193/10
uses [1] 177/20
using [7] 20/1 46/3 46/16 51/7 56/4 145/10 155/8
Usually [1] 35/8
utilizing [1] 32/25

## V

value [1] 14/8
variety [1] 191/17
vehicle [13] 24/12 64/12 65/6 65/9 97/5 145/9 145/10 145/13 145/14 145/18 146/20 147/17 147/19
vehicles [1] 64/23
vehicular [4] 39/22 41/20 53/17 61/11
vendors [1] 112/10
verbal [1] 30/17
verbally [1] 21/25
verbs [1] 196/23
verdict [7] 9/11 13/11 15/1 15/16 17/12 26/17 27/25
verify [1] 73/13
verifying [1] 177/12
version [6] 26/20 106/13 106/14 117/11 120/17 199/13
very [42] 4/16 7/20 14/13 18/16 28/11 28/23 29/17 34/6 41/13 44/12 47/21 56/21 57/12 61/20 61/20 61/25 61/25 62/6 62/13 69/19 70/10 70/23 83/1 105/9 105/12 114/6 114/6 120/21 123/18 123/19 124/6 124/6

130/25 173/6 180/21 183/14 193/25 194/20 194/23 201/21 202/9 204/2
vest [5] 63/6 74/16 74/18 107/25 127/1
vested [1] 34/20
via [3] 42/11 59/16 125/19
vibrant [1] 168/21
victims [1] 124/24
video [119] 5/22 6/6 29/7 29/25 30/14 49/10 49/11 49/13 50/1 50/4 51/13 52/12 52/14 53/9 53/14 53/19 54/1 54/15 55/22 56/13 57/5 57/20 58/15 58/18 58/21 59/9 59/15 60/1 60/9 60/21 61/13 63/17 72/11 72/22 73/2 73/17 75/23 98/4 98/23 98/25 99/6 100/14 104/3 105/7 106/8 106/12 106/14 107/2 117/18 118/8 118/9 120/14 120/21 121/20 122/16 124/23 128/4 138/13 138/22 139/16 139/23 141/7 141/24 142/11 142/15 142/15 142/16 142/17 142/18 143/7 143/16 144/15 144/22 145/3 145/9 148/9 148/16 148/17 148/21 149/9 149/16 149/21 150/14 150/15 150/16 151/3 152/20 153/7 153/8 153/9 153/23 154/24 155/3 155/3 155/4 155/13 155/20 156/16 157/17 161/19 161/24 161/25 165/8 165/11 165/16 165/21 171/10 171/14 171/20 172/1 172/5 173/17 174/4 175/12 175/12 175/14 176/3 178/18 188/18
videos [3] 29/12 106/15 138/6
view [12] 20/2 64/16 67/13 67/18 67/20 68/11 81/19 83/10 138/5 153/10 204/6 204/7

viewed [2] 117/18 118/2 118/4
viewed -- she [1] 118/2
viewing [1] 185/4
views [3] 24/21 24/23 121/3
VIII [2] 34/21 35/4
violated [1] 22/1
violation [6] 39/18 40/7 41/3 59/23 62/20 196/4
Virginia [1] 125/13
visibility [10] 36/4 39/15 41/10 41/19 53/18 77/14 77/21 100/21 100/22 101/22
visible [8] 76/17 100/23 101/20 125/23 126/10 140/11 182/1 193/21
voice [2] 52/7 96/18
voices [1] 129/8
voir [2] 44/20 122/24
volume [3] 165/10 165/13 165/17
volunteers [2] 36/9 36/13
vs [2] 1/7 4/3
vulgarly [1] 30/5

## W

wade [1] 27/12
wait [4] 12/8 54/7 200/22 202/20
waiting [2] 8/16 171/23
walk [9] 18/13 37/17 126/11 130/6 132/6 140/21 154/22 201/15 202/2
walked [6] 53/5 111/14 127/21 130/6 130/15 168/10
walking [3] 43/16 127/23 182/2
wall [1] 29/24
wallet [2] 146/11 187/16
want [52] 5/10 7/7 7/24 8/7 8/9 8/17 13/22 17/4 24/23 26/7 37/7 46/17 62/16 63/20 68/16 81/14 84/16 88/9 90/11 103/5 105/2 118/17 119/2 121/5

**want...** [28] 121/24
122/3 122/22 132/1
140/10 140/20 145/2
148/4 149/9 151/2
151/25 152/7 157/2
157/15 157/21 159/7
159/14 159/15 159/17
166/4 195/3 196/22
197/9 199/24 201/8
201/23 203/21 203/22
**wanted** [9] 4/17 4/24
7/11 104/14 130/9
146/8 200/3 201/25
203/15
**wants** [6] 82/9 122/24
158/13 160/12 195/4
197/10
**warm** [1] 108/5
**warn** [2] 19/5 140/17
**warned** [1] 140/17
**warrant** [1] 177/14
**warrants** [2] 146/14
187/1
**was** [331]
**Washington** [8] 1/7
1/19 2/12 2/18 28/15
76/25 129/2 168/18
**wasn't** [19] 23/18
26/21 36/25 38/20 42/8
47/9 59/21 67/4 69/22
86/17 91/5 92/12 94/19
107/3 131/1 145/6
152/21 156/17 172/11
**watch** [4] 21/2 21/3
43/24 92/1
**watched** [5] 49/13
50/16 58/21 72/22
175/11
**watching** [8] 53/1 53/1
53/10 59/12 61/7 61/10
107/2 140/9
**watching -- I'm** [1]
53/1
**way** [46] 5/20 7/19
10/4 10/21 26/17 40/10
41/21 50/14 50/25 54/9
64/6 73/13 84/25 92/15
92/19 102/12 102/18
103/4 103/8 108/20
112/2 113/19 116/18
117/5 117/24 118/1
121/11 121/21 127/15
132/13 142/10 151/21

174/15 188/24 188/24
191/8 191/14 193/3
194/9 197/3 201/13
202/10 202/11
**ways** [1] 113/18
**we** [429]
**we -- can** [1] 165/18
**we'd** [1] 194/7
**we'll** [10] 5/7 6/7 7/9
29/25 118/24 119/19
123/1 123/2 123/21
151/17
**we're** [17] 4/14 4/23
6/20 7/8 23/2 26/13
34/16 34/21 36/23
37/12 56/7 58/1 83/2
118/22 123/7 159/9
171/23
**we've** [2] 151/3 153/24
**weapon** [2] 93/18
93/22
**weapons** [2] 33/23
187/14
**wear** [1] 127/4
**wearing** [17] 41/23
42/3 48/17 48/19 75/20
75/23 76/11 127/5
129/22 134/6 134/7
134/11 134/24 139/4
142/5 147/22 153/8
**weather** [2] 108/4
199/11
**website** [1] 19/13
**week** [1] 200/15
**weekend** [1] 36/8
**weigh** [1] 14/10
**weight** [1] 14/7
**welcome** [5] 71/5
71/10 91/12 162/13
165/23
**well** [27] 14/8 34/5
64/9 67/23 83/1 91/16
104/12 105/21 121/4
123/18 125/7 127/3
146/5 150/10 159/3
160/1 169/2 170/6
173/5 177/6 182/7
189/7 189/21 193/21
198/21 199/6 204/2
**went** [21] 22/2 22/16
23/18 38/10 42/11
42/13 43/5 43/10 97/20
97/25 101/10 146/5
163/25 164/4 164/10

161/8 163/16 179/16
166/9 189/19 191/14
**were** [207]
**were -- you** [1] 121/12
**weren't** [6] 5/24 22/21
41/1 64/11 67/14 120/6
**west** [2] 63/25 64/2
**westbound** [1] 64/25
**what** [278]
**what's** [16] 26/2 32/10
42/20 51/16 52/17 56/2
57/24 58/5 58/7 61/17
67/18 70/2 70/6 148/7
154/5 160/17
**whatever** [8] 9/14 77/5
102/17 102/25 155/10
157/24 158/12 160/15
**when** [119] 7/2 7/8 7/9
8/15 9/10 10/9 11/24
12/1 12/19 12/21 13/6
13/11 16/1 16/7 17/20
18/21 21/12 21/24 22/2
22/16 22/17 25/5 27/6
27/14 27/16 27/17
29/23 31/14 38/15
38/15 43/4 43/12 43/25
44/1 45/22 50/18 54/2
54/12 62/24 65/16 76/1
76/5 77/23 78/6 82/10
87/1 88/15 89/2 90/10
93/12 93/24 96/25
97/24 98/10 98/12
99/21 99/25 100/3
101/25 102/10 102/15
103/13 103/19 104/1
104/8 105/8 105/10
105/16 106/6 106/10
106/19 106/19 107/11
107/17 114/13 117/5
121/17 126/8 129/12
131/2 131/7 131/23
132/4 132/10 136/11
141/1 142/17 144/23
148/20 153/19 153/23
162/2 162/2 163/16
169/13 170/20 170/22
174/1 174/21 174/21
175/5 175/7 175/14
175/22 179/19 179/19
179/23 183/14 184/14
184/24 188/4 188/9
188/13 188/15 189/7
191/8 192/19 194/19
200/14
**whenever** [1] 201/2

14/25 18/7
18/25 22/7 24/19 31/24
32/25 33/17 34/17
37/18 37/20 37/23
37/25 38/5 46/9 47/9
50/9 50/12 50/23 51/21
52/22 59/15 61/1 61/1
72/4 86/16 86/24 88/14
97/1 97/18 97/19 98/19
102/10 105/16 121/1
122/8 125/9 125/12
128/18 128/20 130/16
134/8 134/17 135/14
137/10 137/20 139/2
140/2 143/1 143/11
143/11 145/15 145/23
145/24 147/16 149/9
150/3 154/22 155/8
160/20 164/6 164/8
164/16 170/9 172/17
174/13 181/7 183/18
184/25 188/3 192/13
201/11
**wherever** [3] 97/16
97/17 97/17
**whether** [32] 6/6 8/18
11/2 20/15 24/23 29/3
29/4 29/6 29/8 68/11
69/2 69/3 69/8 69/14
69/15 69/16 79/10
85/16 86/18 92/18
92/25 103/23 114/13
119/7 122/7 147/21
156/15 183/24 195/4
196/7 197/7 198/6
**which** [45] 11/4 11/16
13/7 14/12 14/23 19/2
19/19 27/3 29/7 40/12
49/4 63/22 82/21 83/21
102/20 109/1 116/18
117/17 118/11 121/15
126/21 128/2 130/13
130/16 130/17 138/12
138/13 142/13 146/1
146/8 146/12 146/19
146/22 149/13 155/20
158/20 159/21 170/25
174/3 180/23 195/21
195/21 196/11 200/12
201/4
**whichever** [2] 39/22
41/20
**while** [18] 10/17 20/25
24/1 24/5 39/17 46/21
55/5 117/19 119/8

**W**

while... **[9]** 136/1
169/20 170/12 171/23
179/4 179/8 186/2
199/14 202/13
whirl **[1]** 175/11
white **[3]** 60/3 60/6
78/16
who **[66]** 8/17 9/2 9/17
10/2 14/11 16/10 18/25
21/21 23/10 28/12 29/5
33/1 60/12 60/17 65/5
67/21 87/14 89/18
100/11 104/5 113/10
117/15 117/15 121/7
122/1 126/1 127/11
127/18 129/6 129/13
131/20 134/14 135/1
135/1 135/6 135/7
135/10 135/11 135/14
139/11 139/11 140/12
145/12 145/13 145/16
145/17 146/24 153/7
154/1 155/15 155/22
156/17 161/7 161/22
176/7 177/21 181/4
184/17 187/10 188/6
188/9 189/23 192/20
192/21 192/22 197/10
whole **[10]** 56/4 56/5
68/8 124/25 157/17
158/11 160/6 160/7
160/14 161/13
whom **[2]** 17/24
124/16
whose **[2]** 119/13
126/17
why **[24]** 20/4 22/7
23/2 24/16 27/22 29/13
29/15 36/22 37/11
42/13 62/15 66/8 66/12
68/1 68/11 70/17 92/20
93/2 93/4 114/15
130/12 144/25 151/22
193/8
widespread **[1]** 90/24
will **[127]** 7/15 7/16 8/3
8/8 8/10 8/13 8/14 8/22
9/6 9/7 9/8 9/11 9/13
9/15 9/16 9/17 10/7
10/7 11/1 11/22 11/22
12/5 12/12 12/15 12/16
13/2 13/4 13/7 13/9
13/12 13/20 14/14

14/16 15/2 18/19 19/1
19/20 20/4 20/10 21/9
21/17 22/17 22/19
23/20 23/22 25/22 26/4
26/5 27/15 27/18 29/17
30/15 30/16 30/25 44/2
44/3 44/4 44/5 44/7
44/7 47/10 47/11 53/5
71/8 71/19 81/24 84/1
91/5 112/17 120/23
121/25 122/2 122/8
122/9 122/13 123/1
123/6 123/6 130/1
133/23 138/16 142/15
142/15 144/4 148/6
148/13 148/20 149/7
149/9 151/14 151/15
151/22 153/20 153/22
156/8 156/8 156/9
156/19 171/5 172/22
173/20 175/7 178/13
183/9 183/22 189/1
189/13 192/8 194/8
194/24 197/24 198/10
200/8 200/23 201/11
201/13 201/15 201/18
201/20 202/4 202/12
202/17 202/19 202/24
203/2 203/17 203/24
204/10
winter **[1]** 108/2
wise **[1]** 83/6
wish **[3]** 9/14 17/21
121/23
wished **[2]** 55/16
102/13
wishing **[2]** 52/4 57/14
withdraw **[1]** 178/8
withdrawn **[2]** 16/15
83/2
within **[15]** 10/13
23/19 24/6 52/9 56/22
61/22 110/7 132/14
147/17 177/20 182/12
184/13 184/16 185/6
193/6
without **[9]** 17/8 30/7
30/8 30/11 76/5 107/2
175/17 199/23 202/20
witness **[80]** 3/4 5/17
5/23 5/25 6/16 6/18
6/19 7/1 7/18 10/2
12/17 12/19 14/12 31/8
31/12 34/5 43/18 44/2
48/21 49/5 49/10 58/13

66/5 66/45 66/6 68/19
68/23 69/4 69/12 70/19
82/6 82/8 82/23 83/6
84/7 115/24 116/15
116/17 117/15 118/2
121/6 121/13 121/23
122/1 122/2 123/21
124/3 128/21 132/17
134/10 134/22 136/16
137/23 151/20 152/18
152/20 152/24 153/17
154/1 154/8 154/11
154/20 155/15 155/20
155/22 155/25 156/17
156/19 160/3 160/16
161/6 162/10 162/12
181/1 191/14 194/3
198/18 198/23 200/3
200/4
witness -- to **[1]** 160/3
witness's **[4]** 68/11
68/13 161/1 161/4
witnesses **[14]** 8/21
9/25 12/16 13/3 14/9
14/11 14/14 15/10
15/20 17/25 18/8 18/13
82/11 124/24
wits **[1]** 41/16
won't **[3]** 4/22 43/23
192/4
word **[5]** 25/14 25/16
42/22 174/18 193/10
words **[8]** 30/7 30/7
30/11 77/9 132/4
148/22 169/25 196/19
wore **[1]** 41/24
work **[16]** 5/19 5/23
7/15 31/24 31/25 36/20
36/23 77/3 96/3 123/12
125/4 125/18 151/14
164/17 179/24 195/17
worked **[4]** 96/1 96/2
112/9 141/19
working **[12]** 26/5 33/2
34/16 36/1 39/8 125/15
127/18 140/24 182/3
195/8 200/22 201/4
workplace **[1]** 91/6
works **[3]** 6/23 36/18
175/4
world **[1]** 202/17
worn **[28]** 104/9
104/10 104/25 105/4
114/3 118/4 118/8
118/16 119/13 119/23

118/22 142/6 142/9
142/10 142/22 142/25
143/19 144/3 147/22
150/7 156/6 156/11
157/4 163/11 169/15
169/23 170/14 174/8
worried **[5]** 76/15
91/16 91/19 92/4 93/9
worse **[1]** 62/16
worthy **[3]** 68/8 68/9
170/4
would **[137]** 6/12 6/17
6/18 16/16 37/22 40/3
40/6 40/12 40/19 41/4
41/17 46/15 46/25 47/1
48/16 48/20 49/5 51/20
56/22 59/23 61/9 70/7
72/18 73/8 73/13 76/22
91/19 97/16 97/19
101/21 102/23 104/16
106/24 113/20 116/10
116/18 116/20 117/10
117/17 117/18 118/1
118/1 118/7 118/7
118/10 118/13 118/14
118/17 118/18 118/20
119/5 119/7 120/4
120/7 120/18 120/19
121/6 121/11 121/15
121/20 122/6 122/6
122/15 122/16 123/16
126/6 127/12 127/15
128/1 128/12 128/19
130/10 130/16 130/20
132/12 136/14 136/25
137/1 140/14 142/23
143/11 143/18 143/22
144/6 146/1 146/12
146/19 146/20 148/6
149/23 150/11 151/5
151/10 151/11 153/13
154/24 161/15 162/18
164/6 165/7 170/3
170/6 177/21 178/2
178/8 180/13 182/14
183/11 183/11 184/13
184/14 187/19 189/18
190/7 190/11 194/4
195/5 195/11 195/21
195/25 196/15 197/1
197/7 197/18 197/19
197/24 197/24 198/4
198/19 198/22 199/9
200/4 200/7 200/20
201/2 203/18 204/3

**W**

would -- or [1] 122/6
wouldn't [3] 117/21
133/6 155/3
wrapper [1] 109/23
write [3] 9/14 19/6
187/25
writing [4] 158/23
164/3 164/7 164/18
wrong [11] 20/14 24/3
24/9 55/15 62/17 68/17
81/8 95/4 111/1 174/15
185/9

**X**

XIX [3] 34/22 35/4
35/10
XVIII [1] 34/23
XXI [1] 34/23

**Y**

yeah [11] 34/1 82/10
116/22 122/3 130/23
145/25 151/7 174/18
181/22 186/21 199/22
years [7] 32/3 32/5
90/7 90/8 90/10 113/3
124/21
yell [6] 23/5 24/3 34/6
130/6 131/3 131/9
yelling [21] 22/2 22/24
23/7 23/11 23/19 48/11
54/22 61/18 61/25 94/8
107/14 129/14 129/14
129/16 130/24 130/25
132/4 140/2 140/13
141/14 141/15
yellow [1] 89/11
Yep [2] 81/21 157/18
yes [276]
yesterday [6] 19/2
20/6 27/14 119/1 197/4
201/24
yet [1] 23/18
York [1] 2/8
you [1113]
you -- I'm [1] 99/21
you'll [3] 8/2 177/6
201/4
you're [27] 6/6 6/7
21/22 22/6 28/24 29/3
29/4 29/13 33/16 33/17
33/17 33/18 37/23 44/7
55/16 76/15 77/15 90/4
93/8 103/10 103/19
165/23 171/8 177/2
you've [15] 17/5 19/1
27/23 45/8 90/7 96/1
96/2 100/19 153/17
168/4 189/21 190/17
190/20 190/22 195/19
you-all [1] 195/1
your [243]
Your Honor [86] 4/2
4/7 4/12 5/4 6/3 6/13
7/1 25/10 25/15 25/18
25/19 25/24 26/1 26/15
28/5 29/9 30/22 31/9
31/18 34/7 37/2 37/6
40/16 40/23 41/6 42/19
43/1 44/10 44/18 44/20
47/6 49/18 59/1 59/7
66/1 67/20 71/4 71/15
79/20 80/3 80/11 80/13
82/3 84/9 84/18 89/16
89/20 91/13 112/20
114/20 114/22 116/16
117/9 121/4 121/22
122/14 123/19 124/8
133/17 137/1 137/4
144/9 148/5 150/23
152/1 153/12 157/15
162/17 163/12 164/12
165/22 165/25 173/14
175/25 181/13 181/16
183/3 183/13 191/11
191/24 193/13 194/4
197/11 203/10 203/12
204/12
yours [1] 178/9
yourself [11] 18/6 50/7
56/9 62/10 124/13
134/4 138/18 148/1
186/11 190/20 190/22
yourselves [2] 4/6
9/21

**Z**

Zero [1] 113/16
zoom [3] 50/2 52/13
57/21
zoomed [1] 55/3